**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **BARBARA LODER HILDEBRANDT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. C-1-02 003** |
| ) | |
| **HYATT HOTELS CORPORATION** ) | **Judge Sandra S. Beckwith** |
| ) | **Magistrate Judge Jack Sherman, Jr.** |
| **and** ) | |
| ) | |
| **TY HELMS** ) | |
| ) | |
| **and** ) | |
| ) | |
| **BRIAN J. BOOTH,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF UNAVAILABILITY OF LEAD TRIAL COUNSEL

PLEASE TAKE NOTICE that Theresa M. Gallion, Lead Trial Counsel in this

matter, will be out of the United States and unavailable beginning Tuesday, May 25,

2004, and will not be returning to the United States for business purposes until

Wednesday, June 9, 2004.

Orlando 59343.1

DATED: February 10, 2004        By:     s/Theresa M. Gallion by s/Jeffrey J. Harmon
                                        Per telephone authorization of 1/13/04
                                        Theresa M. Gallion*
                                        Florida Bar No. 726801
                                        e-mail: TGallion@LaborLawyers.com

                                        Natalie J. Storch*
                                        Florida Bar No. 0269920
                                        e-mail:  NStorch@LaborLawyers.com

                                        Fischer & Phillips LLP
                                        1250 Lincoln Plaza
                                        300 South Orange Ave.
                                        Orlando, FL  32801
                                        T – (407) 541-0888
                                        F – (407) 541-0887


                                        s/Jeffrey J. Harmon
                                        Jeffrey J. Harmon
                                        Ohio Bar No. 0032848
                                        Cors & Bassett, LLC
                                        537 East Pete Rose Way, Suite 400
                                        Cincinnati, OH 45202
                                        T - (513) 852-8200
                                        F – (513) 852-8222
                                        e-mail:  jjh@corsbassett.com


                                        Trial Attorneys For Defendant
                                        Hyatt Corporation

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2004, I electronically filed the foregoing Notice of Unavailability of Lead Trial Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Stanley M. Chesley, Esq.
Robert A. Steinberg, Esq.
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, Ohio 45202

And I hereby certify that I have mailed by United States Postal Service the foregoing Notice of Unavailability of Lead Trial Counsel to the following non CM/ECF participants:

Theresa M. Gallion
Natalie J. Storch
Fischer & Phillips LLP
1250 Lincoln Plaza
300 South Orange Ave.
Orlando, FL 32801

s/Jeffrey J. Harmon
Jeffrey J. Harmon
Ohio Bar No. 0032848
Cors & Bassett, LLC
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202
T - (513) 852-8200
F – (513) 852-8222
e-mail: jjh@corsbassett.com

#236919

Orlando 59343.1