1

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF OHIO

 3                   WESTERN DIVISION

 4   - - - - - - - - - - - - - -
     BARBARA LODER              :
 5   HILDEBRANDT,               :
                                :
 6           Plaintiff,         :
        vs.                     :   Case No. C-1-02-003
 7                              :     (Judge Beckwith)
     HYATT CORPORATION,         :
 8   et al.,                    :
                                :
 9           Defendants.        :
     - - - - - - - - - - - - - -
10

11

12          Videotaped deposition of TYSON W. HELMS, a

13   witness herein, called by the plaintiff for cross-

14   examination, pursuant to the Federal Rules of Civil

15   Procedure, taken before me, Wendy L. Welsh, a

16   Registered Merit Reporter and Notary Public in and

17   for the State of Ohio, at Fisher & Phillips, 420

18   Marquette Building, 140 South Dearborn Street,

19   Chicago, Illinois, on Wednesday, April 17, 2002, at

20   9:28 a.m.

21

22

23

24
```

REC'D APR 2 5 2002

EXHIBIT E

## Page 8

1  the customers, the market segments and so forth that
2  made sense under my instruction and came to me with
3  a recommendation that I felt made sense.
4       Q. Okay. What was your reason for approving
5  his recommendation?
6       A. I -- I trust Jack's judgment. He has been
7  very forthright in the past. I gave him specific
8  direction of three things that I wanted him to
9  consider. First was to look at cost savings
10 opportunities, certainly. The second was to try to
11 do it in a way that would minimize lost production
12 to the company. And the third was to do it in a way
13 that would impact the least amount of people,
14 because obviously our people in a management company
15 are our most valuable resource.
16      Q. Was there any other reason that you had
17 other than what you've already mentioned?
18      A. No. That's it.
19      Q. Okay. Can you explain what your role was
20 in the -- in the decision to terminate Miss
21 Hildebrandt?
22      A. We basically had been experiencing some
23 very, very difficult economic times. As you're well
24 aware, going into even prior September 11th the --

## Page 9

1  the nation was in turmoil, and a lot of corporate --
2  corporate business. Our competitors had gone
3  through a number of potential reductions in force,
4  layoffs and so forth, prior to September 11th. And
5  fortunately we at Hyatt were able to avoid that,
6  because we really wanted to try very hard to avoid
7  something like that.
8       Again, as I said, before when you're a
9  management company and your role is to deliver
10 excellent people to manage our properties, it's
11 something that is your asset. It's your number one
12 asset.
13      When September 11th hit, within the next
14 three days we lost over $44 million worth of
15 business in immediate cancellations. Our business
16 dropped by, gosh, $415 million, I believe, over the
17 prior year. And -- and we were quite honestly
18 forced to make some decisions that we absolutely
19 hated to make, but in a people-related business
20 where the majority of your costs are related to your
21 folks, you have to -- have to consider those types
22 of things.
23      We had daily meetings following
24 September 11th to try to pay attention to what was

## Page 10

1  going on in a number of different circumstances, the
2  marketplace, what our competitors were doing and the
3  like.
4       And Scott Miller made a suggestion, our
5  president, that it was time that we go in and
6  consider taking a look at not only a number of cost
7  savings measures that we had already implemented
8  prior to September 11th but to go to the next step
9  in that area and also to take a look at some of our
10 people, because it was really -- it was basically
11 impossible to avoid doing that in order to -- in
12 order to make some good business decisions.
13      I went back, sat down with all of my
14 direct reports, Jack Horne being one, Fred Shea
15 being another, Rob Sarmiento being another and Steve
16 Enselein being the other, and asked them to go back
17 to their specific areas, take a look at their
18 business from the perspective that I mentioned
19 earlier with those three points in mind of trying to
20 save us some money where we could, do it in a way
21 that would limit the least amount of production loss
22 and do it in a way that would impact the least
23 amount of people.
24      They all came back to me with their

## Page 11

1  recommendations. We asked them specifically at that
2  point in time to prioritize them --
3       I think Jack might have actually been the
4  one who came up with the, quote, A, B, C breakdown
5  that I think you've seen in some of the documents
6  that we have.
7       -- in an effort just to ensure that if
8  there was another terrorist attack or there was
9  something that took place within another 30 days and
10 we may have to consider doing something else that --
11 that we would at least have looked at it and had
12 some thought process behind it.
13      I then took the recommendations of my
14 folks. I took a -- the opportunity, as, again,
15 you've seen in the documents, to basically summarize
16 them for our president and for our chief operating
17 officer and submitted them to our group. All of our
18 departments, all of our hotels did basically the
19 same exercise throughout that point in time.
20      I can tell you that the day, I don't know
21 exactly the date, but the day that we made the
22 decision to have to impact our people was one of the
23 toughest days that we've ever had. Scott Miller,
24 who was usually one of the most outgoing and vocal

Page 40

11:17:46 1    A. No. They -- and there's a representative
11:17:48 2 that sits on this managing committee, but again, as
11:17:53 3 I -- as I stated earlier, this was -- their
11:17:57 4 involvement was not in specifics in this at all. It
11:18:00 5 was very much just, you know, having us go and make
11:18:05 6 recommendations for our own specific areas. So no,
11:18:10 7 did we have any discussions like that, not at all.
11:18:13 8    Q. Well, I understand you said Sara --
11:18:16 9    A. Hays.
11:18:16 10   Q. -- Hays was part of the managing
11:18:18 11 committee, and I understand she's there in her
11:18:21 12 corporate capacity --
11:18:21 13   A. Uh-huh.
11:18:22 14   Q. -- but I -- she was not there in the
11:18:23 15 capacity of giving legal advice --
11:18:26 16   A. No.
11:18:26 17   Q. -- was she? Okay. Do you know of anyone
11:18:29 18 else who gave legal advice about this reduction in
11:18:32 19 force?
11:18:33 20   A. Not to me specifically, no.
11:18:41 21   Q. Okay. Do you know if -- if anyone gave
11:18:42 22 legal advice to anyone else?
11:18:45 23   A. Not on my team.
11:18:58 24   Q. Okay. Let's see. Did Tom Pritzker play

Page 41

11:19:13 1 any role in this reduction in force?
11:19:15 2    A. No.
11:19:16 3    Q. Did any members of the Pritzker family
11:19:20 4 play any role?
11:19:21 5    A. No.
11:19:27 6    Q. What role did Scott Miller play in this
11:19:30 7 reduction in force?
11:19:31 8    A. Only the role that I had mentioned before
11:19:34 9 where we had analyzed the need to have to make some
11:19:47 10 drastic steps within our business. He just, like
11:19:47 11 myself, trusts his people, believes that, you know,
11:19:49 12 we are the ones who know our departments certainly
11:19:53 13 better than he does, asked us to go, as I asked my
11:19:57 14 people, to take a look at our specific areas and --
11:20:00 15 and make a business decision and make a
11:20:01 16 recommendation based on the tragedies that had taken
11:20:04 17 place. And -- and that was basically it.
11:20:08 18   Q. Okay. What role did Ed Rabin play in the
11:20:12 19 reduction in force?
11:20:13 20   A. Very -- very little. Was -- was certainly
11:20:18 21 involved in the meetings but none with me.
11:20:26 22   Q. What role did Chuck Floyd play in the
11:20:29 23 reduction in force?
11:20:30 24   A. Chuck was in the same category as I was

Page 42

11:20:33 1 where he was asked to go back to his individuals
11:20:35 2 and -- within his departments and determine
11:20:38 3 recommendations.
11:20:47 4    Q. Didn't you feel that the national sales
11:20:49 5 force was a strong point in the company?
11:20:54 6    A. Absolutely.
11:20:56 7    Q. And in the year 2001 didn't you feel that
11:20:59 8 the national sales force had very high credibility?
11:21:02 9    A. I always have felt that the national sales
11:21:04 10 force has high credibility.
11:21:26 11   Q. Were there any specific criteria developed
11:21:28 12 to determine how many people would have to be
11:21:31 13 terminated?
11:21:32 14   A. No.
11:21:34 15   Q. Were there any specific criteria developed
11:21:39 16 to determine which individuals would have to be
11:21:41 17 terminated?
11:21:44 18   A. Again, to the best of my knowledge and it
11:21:46 19 was, you know, Jack's recommendation to go through
11:21:48 20 the process, he specifically looked at market
11:21:53 21 segments, he looked at customer relationships in
11:21:58 22 specific areas, he analyzed each person's individual
11:22:04 23 account loads and so forth and came through with
11:22:07 24 recommendations that way, as did others in their own

Page 43

11:22:12 1 areas. They looked specifically into the business
11:22:15 2 at hand and -- and tried to make the best decisions
11:22:17 3 that they could make.
11:22:20 4    Q. Okay. I understand you've mentioned these
11:22:25 5 three -- well, cost savings, trying to minimize lost
11:22:31 6 production to the company. Was there a third one?
11:22:34 7    A. And doing it without impact -- with
11:22:37 8 impacting the least amount of people possible.
11:22:39 9    Q. Impacting the least amount of people?
11:22:42 10   A. Right. Exactly.
11:22:45 11   Q. Was seniority a criteria that was
11:22:49 12 considered?
11:22:49 13   A. I personally didn't look at seniority
11:22:52 14 myself. I felt and still do that our national sales
11:22:58 15 office group is a very mature group. It was not
11:23:03 16 until after the allegations came out relative to
11:23:06 17 this that we actually went back and took a look at
11:23:09 18 some of the demographics in those areas, again, to
11:23:12 19 see that, you know, 52 percent of our people were
11:23:15 20 over the age of 40 and -- and so forth. I had asked
11:23:17 21 that my team do that and -- and take a look at it,
11:23:21 22 because I was quite honestly shocked and surprised.
11:23:24 23 We took a look at it from a business perspective and
11:23:26 24 that's all that we did.

Page 44

```
11:23:28  1      Q. Okay. You didn't consider long-term
11:23:30  2   performance as a criteria?
11:23:32  3      A. Again, I defer to Jack on that, but again,
11:23:37  4   we looked at market specific situations.
11:23:39  5      Q. You didn't consider short-term performance
11:23:43  6   as a criteria, did you?
11:23:44  7      A. Same answer as before. We looked at
11:23:47  8   market specifics and -- and conditions relative to
11:23:49  9   those customers.
11:23:50 10      Q. You didn't consider long-time
11:23:52 11   relationships with accounts, did you?
11:23:58 12      A. I -- I'm -- again going back to -- to
11:24:00 13   Jack, since we did take a look at customer
11:24:03 14   relationships and markets and accounts, that
11:24:06 15   certainly would be a criteria.
11:24:09 16      Q. Do you think that would help to minimize
11:24:11 17   lost production if you took into account long-time
11:24:17 18   relationship with accounts?
11:24:17 19      A. In -- in some cases. Again, this is not a
11:24:20 20   widget factory type of business. You have customers
11:24:24 21   that come and go. You have accounts in business
11:24:27 22   that come and go. It's a little bit more
11:24:30 23   complicated in my eyes than just saying that because
11:24:33 24   somebody happens to have a long-term relationship
```

Page 45

```
11:24:35  1   with someone that it's going to mean that we're
11:24:37  2   going to get the most business necessarily out of
11:24:39  3   it. Again, you have to analyze a lot of different
11:24:44  4   components to the market segments themselves and
11:24:47  5   their overall value to the company.
11:24:48  6      Q. Do you think that an employee's long-term
11:24:52  7   relationship with a major account is something that
11:24:55  8   should be taken into consideration in this reduction
11:24:58  9   in force?
11:24:59 10      A. Again, it is specifically a situation of
11:25:02 11   the existing circumstances about those accounts and
11:25:06 12   about those market segments and the geography in
11:25:10 13   some cases of -- of where those are -- where those
11:25:13 14   are located. Yes, I would hope that all of those
11:25:16 15   things were taken into consideration.
11:25:20 16      Q. Did you take into account the amount Hyatt
11:25:22 17   spent on schooling and training any of the people
11:25:25 18   that were terminated?
11:25:26 19         MS. GALLION: Object to the form of the
11:25:27 20   question. Assumes that he made the decisions.
11:25:30 21         Subject to that, you can answer.
11:25:32 22      A. No.
11:25:37 23      Q. Did you take into account whether any of
11:25:40 24   these people terminated had paid their own moving
```

Page 46

```
11:25:43  1   costs at Hyatt's request to move to a location?
11:25:47  2         MS. GALLION: Same objection. Objection
11:25:48  3   to the form of the question, asking if he
11:25:49  4   himself.
11:25:50  5         But you may answer.
11:25:51  6      Q. Yes, I'm asking you yourself.
11:25:53  7      A. Personally I did not take a look at that.
11:25:55  8      Q. Did you take into consideration the cost
11:25:59  9   of satellite offices which are known as SOHOs?
11:26:05 10      A. I did not personally take that into
11:26:11 11   consideration although I know that Jack did take a
11:26:15 12   look at that in some instances.
11:26:18 13      Q. Okay. Did Jack tell you that the cost of
11:26:20 14   a SOHO was a reason for terminating anybody?
11:26:22 15      A. There were some savings in some certain
11:26:28 16   satellite locations, not necessarily so much home
11:26:30 17   offices but in locations where we had potentially
11:26:34 18   rent payments and things like that to specific
11:26:36 19   hotels or in some areas where we potentially
11:26:40 20   anticipated that, based on the economy, we would
11:26:42 21   have had to deal with some additional expenses.
11:26:49 22      Q. Okay. Do you think you can identify those
11:26:50 23   when you see the documents?
11:26:57 24      A. No.
```

Page 47

```
11:27:02  1      Q. Did -- did you take into account any of
11:27:03  2   the employees' awards and achievements in deciding
11:27:07  3   who to terminate?
11:27:08  4      A. No.
11:27:08  5      Q. Did you take into account their annual
11:27:11  6   performance reviews?
11:27:13  7      A. No.
11:27:13  8      Q. Did you take into account an employee's
11:27:16  9   long-term loyalty to the company versus employees
11:27:20 10   who may have quit the company and come back?
11:27:24 11      A. We have a lot of long-term employees that
11:27:27 12   have great loyalty to us. It was a -- it was a
11:27:28 13   business decision. No.
11:27:32 14      Q. Did you consider problems you might have
11:27:35 15   in accommodating an employee's disability when
11:27:37 16   making a decision to terminate any of these
11:27:41 17   employees?
11:27:41 18      A. No.
11:27:45 19      Q. Did you give any consideration to the
11:27:46 20   effect a termination might have on an employee's
11:27:52 21   long-term savings and the tax consequences to them?
11:27:56 22      A. Not specifically. I mean, of course you
11:27:58 23   think about that with everybody. I mean, everybody
11:28:00 24   has -- has issues. But again, to say that we looked
```

Page 80

1 wouldn't say that I positioned people. I don't
2 think that's an appropriate word. I don't know
3 what --
4    Q. Is that a word that you use or don't use?
5    A. No, I don't use it, no.
6          (Plaintiff's Exhibit
7          31a was referenced.)
8    Q. Show you Exhibit Number 31a.
9    A. Okay.
10      MS. GALLION: Thank you.
11    Q. Do you recognize this as your review of
12 Jack Horne?
13    A. Yeah, from a couple of years ago, yes.
14    Q. Okay. Well, this was for the 2000, right?
15    A. Okay. Yeah.
16    Q. Do you -- can you see that in --
17    A. Yes.
18    Q. -- the second paragraph?
19    A. Yeah, I sure can. Right.
20    Q. Okay. Would you look at the third
21 paragraph from the bottom.
22    A. I -- I see.
23    Q. Could you read that into the record.
24    A. I would be happy to: Throughout 2001 we

Page 81

1 will be positioning Jack Horne for a promotion as
2 vice president.
3    Q. And the rest of it, please.
4    A. "During that time it will be critical to
5 give Jack extra exposure internally to allow him the
6 opportunity to show what he can bring to the
7 company."
8    Q. Okay. And then did you make an effort to
9 give Mr. Horne extra exposure so that he would be in
10 the best position to get this promotion?
11    A. When opportunities existed. He has not
12 gotten that promotion, by the way.
13    Q. But you've given him the exposure to get
14 it, haven't you?
15    A. I -- I -- certainly.
16    Q. Okay. When did you -- well, didn't you
17 also position Rob Sarmiento to be promoted to his
18 current position?
19    A. I didn't position Rob Sarmiento. The --
20 Rob took my place. I was in Rob's job before moving
21 into my current role, and so Rob was, again, a hire
22 of mine into that position that I had just recently
23 vacated.
24    Q. Well, isn't he the person that you had in

Page 82

1 mind to replace you as -- as your -- in your
2 succession planning?
3    A. Not -- not exactly. As a matter of fact,
4 I had offered it to another individual first who
5 turned me down.
6    Q. And who was that?
7    A. Terri Benich, who was our director of
8 marketing out in Scottsdale. Rationale behind that,
9 we were looking for somebody that had primarily
10 international experience but also multiple hotel
11 experience. Terri's hotel has done the best job of
12 any of our hotels on international business. She
13 unfortunately did not want to accept the position or
14 move to Chicago. She was in the process at the time
15 of adopting a baby from Russia and it was just not
16 good timing from that perspective. But she did --
17 she did turn me down unfortunately, because I think
18 she would have done an excellent job.
19    My next course of action was to, again,
20 take a look at the potential people that were out
21 there. Rob having worked in the southern division
22 and being responsible for some 27 hotels, also being
23 of Cuban descent, speaking Spanish fluently, growing
24 up in Mexico City and having an understanding of

Page 83

1 the -- of the marketplace that we were actually
2 trying to attract on the international side, was
3 important to me. And I also thought that through
4 his experience he brought a -- a sense of a separate
5 set of eyes to the position, very similar to what I
6 had done when I was in the position coming from a
7 divisional director of sales.
8    Q. When did you offer this position to Terri
9 Benich?
10    A. Again, I don't remember the specific
11 dates, but it was -- it was before Rob.
12    Q. How did you make the offer? Was it oral?
13    A. It was oral. I contacted her over the
14 phone.
15    Q. And you said you knew she had just adopted
16 a baby.
17    A. Not until I had talked to her. She -- she
18 very seriously considered it. She thought that
19 there were some opportunities. If there were any
20 place that she could have worked it out, it would
21 have been either Chicago or Scottsdale where she's
22 at. She has family in the Chicago area, thought
23 that that might be able to work from a, you know,
24 coverage perspective for the -- for the child, but

Page 96

```
12:20:10  1  percentage of where it is and then measure where you
12:20:13  2  are today one year later and see for two years out
12:20:17  3  how --
12:20:18  4      Q. Okay.
12:20:19  5      A. -- how -- how the business works.
12:20:21  6      Q. Could you look at item 3.
12:20:22  7      A. Sure.
12:20:22  8      Q. This says National Sales Production.
12:20:25  9      A. Uh-huh.
12:20:25 10      Q. And can you just read that into the
12:20:27 11  record.
12:20:27 12      A. The national sales force or The NSF
12:20:31 13  produced $481 million in 2000, which exceeded quota
12:20:36 14  by 59 million and 1999 by 104 million.
12:20:55 15      Q. What does the -- the reference to 1999
12:20:55 16  mean?
12:20:55 17      A. That year's production.
12:20:55 18      Q. So in '99 and 2000 they significantly
12:20:58 19  exceeded their quota?
12:21:00 20      A. No, what we're -- what we're saying is
12:21:01 21  they produced $481 million in 2000. It exceeded
12:21:05 22  their quota by 59 million. It exceeded the previous
12:21:10 23  year's number by 104.
12:21:14 24      Q. Okay.
```

Page 97

```
12:21:14  1      A. Okay?
12:21:15  2      Q. Then could you look at item number 4.
12:21:17  3      A. Yes.
12:21:18  4      Q. Field Sales Production.
12:21:22  5      A. Uh-huh.
12:21:22  6      Q. What is field sales production?
12:21:23  7      A. Those are the business that are produced
12:21:26  8  in our hotels by the sales force that are located in
12:21:32  9  our hotels.
12:21:33 10      Q. Okay. What's the difference between the
12:21:36 11  field sales force and the national sales force?
12:21:39 12      A. Each individual hotel has anywhere from 2
12:21:44 13  to 15, 20, depending upon the size of hotel,
12:21:48 14  salespeople that are responsible for generating
12:21:50 15  business for that hotel. They are specifically paid
12:21:54 16  for by the owner of that hotel and work solely for
12:21:57 17  that hotel.
12:21:59 18          Again, each one of those has a specific
12:22:02 19  quota that they're responsible for. The national
12:22:06 20  sales office is what we consider to be our
12:22:09 21  supplemental force that works national accounts,
12:22:11 22  that have multiple Hyatt opportunities to try to,
12:22:16 23  again, infuse additional business into the hotels
12:22:19 24  above and beyond what their local sales effort would
```

Page 98

```
12:22:22  1  be. It usually represents, Bob, about 40 percent of
12:22:26  2  our business, the national sales office does. Some
12:22:29  3  years it's 37, some years it's 42, but in general
12:22:32  4  it's about -- it -- it's about 40 percent.
12:22:35  5      Q. Is there a difference in the type of
12:22:38  6  accounts, the national and field sales?
12:22:40  7      A. Absolutely. Again, a national account
12:22:45  8  needs to be one that has multiple Hyatt
12:22:47  9  opportunities. It -- it needs to be the -- the --
12:22:51 10  the type of account that, again, has additional
12:22:55 11  potential that we could -- we could garner. More of
12:22:59 12  a local account base is something that, you know,
12:23:02 13  might specifically service a -- a specific regional
12:23:06 14  area.
12:23:07 15      Q. What do you mean by multiple Hyatt
12:23:09 16  opportunities?
12:23:10 17      A. That the account wouldn't just work for
12:23:13 18  one specific location, that it would have the
12:23:15 19  ability to impact a number of our hotels.
12:23:19 20      Q. Okay. Does it have anything to do with
12:23:23 21  more than one event?
12:23:26 22      A. Certainly. Nothing -- there's no specific
12:23:30 23  rationale that it has to have a certain amount of
12:23:32 24  events or, you know, things along those lines, but
```

Page 99

```
12:23:35  1  definitely if an account has more events that go
12:23:38  2  more nationally in scope or to a number of hotels,
12:23:41  3  that's -- that's -- that's a good thing.
12:23:43  4      Q. Could you give me an example of what, you
12:23:46  5  know, a national account and a field account that
12:23:48  6  would help to understand?
12:23:51  7      A. A national account here locally in Chicago
12:23:53  8  would be the American Medical Association. The
12:23:59  9  American Medical Association has hundreds of
12:24:00 10  meetings. They go all over the world, not only --
12:24:04 11  not only nationally. They have the ability to
12:24:08 12  impact a number of our hotels, have very large
12:24:12 13  meetings, have very small meetings, you know,
12:24:14 14  that -- that type of thing, have great production
12:24:17 15  potential.
12:24:18 16          A local account could potentially be a
12:24:22 17  local Chicago business that might stray to another
12:24:26 18  location but chances are most of their business is
12:24:29 19  going to be held in Chicago.
12:24:32 20      Q. Okay. Do the -- do the field salespeople
12:24:34 21  have accounts?
12:24:35 22      A. Absolutely. Absolutely.
12:24:43 23      Q. Okay.
12:24:43 24      A. Yeah, the way that our -- the way that our
```

Page 100

```
12:24:44  1  structure works relative to that relationship is we
12:24:49  2  focus initially on the hotels to start with and we
12:24:52  3  create what we call future group revenue targets.
12:24:55  4  And those targets are determined by the hotels as to
12:24:59  5  what they need to achieve in the current year, the
12:25:03  6  next year and the year after, relative to their
12:25:05  7  group and convention business. We then take that,
12:25:09  8  roll it up and find out what an overall companywide
12:25:13  9  number is that we certainly need to book in order to
12:25:15 10  be -- in order to get the hotels to the goals that
12:25:18 11  they need to achieve.
12:25:20 12      Q. Is the -- is the future group revenue
12:25:24 13  target is another name for that quota or is that
12:25:27 14  different?
12:25:28 15      A. No, that's different. The future group
12:25:30 16  revenue targets are -- are the target that a hotel
12:25:33 17  general manager feels he or she needs to have in
12:25:35 18  their hotel in order to be successful in future
12:25:37 19  years. So in other words, you may take the revenue
12:25:39 20  that you have for this year, feel that in order to
12:25:42 21  continue to make debt service on the hotel and so
12:25:45 22  forth, that you need to grow your group business by
12:25:48 23  5 percent or 4 percent or 6 percent next year.
12:25:50 24  Maybe the following year it's only 3 or 4 percent.
```

Page 101

```
12:25:53  1  It depends a lot on some of the local dynamics, but
12:25:56  2  it becomes a rolled-up number that we -- we focus in
12:25:58  3  on. It is how quotas are eventually established,
12:26:03  4  though.
12:26:04  5      Q. Okay. Were you involved in -- in the
12:26:06  6  future group revenue targets in your job now?
12:26:09  7      A. The -- Fred Shea actually handles them
12:26:12  8  specifically and works with our divisional directors
12:26:15  9  of sales to roll them up. I see the end number when
12:26:18 10  it's all done.
12:26:19 11      Q. Okay. How about for the national sales
12:26:21 12  force, do they have a future group revenue target?
12:26:34 13      A. Well, what -- what -- what happens is is
12:26:34 14  once we roll up this large company number of what we
12:26:34 15  need to accomplish in all of our hotels in order to
12:26:34 16  be successful, we then go back in and apply the
12:26:35 17  model that I discussed earlier of the rough
12:26:37 18  percentages that we've seen historically out of
12:26:40 19  accounts that make sense. So in other words, we'll
12:26:43 20  take 40 percent, because again it could be 42 one
12:26:46 21  year or 37 the next, but in general we found that
12:26:49 22  40 percent is a relatively good number for our
12:26:52 23  national business to infuse into this total.
12:26:54 24      Q. 40 percent of what?
```

Page 102

```
12:26:55  1      A. Of that total of -- of rolled-up future
12:26:58  2  group revenue target for all of our hotels. Let's
12:27:02  3  use Chicago as an example. Let's say that year over
12:27:05  4  year we need to generate an additional $10 million
12:27:08  5  in group business in order to be successful from
12:27:12  6  where we are at this hotel. That would get
12:27:14  7  aggregated up to all of our hotels throughout the --
12:27:18  8  throughout the company, and let's say for
12:27:20  9  hypothetical numbers for easy math that that's
12:27:23 10  $100 million.
12:27:23 11      Q. So you'd have to start with the total
12:27:26 12  group revenue target for all the hotels?
12:27:28 13      A. Correct.
12:27:29 14      Q. Okay.
12:27:29 15      A. Correct. You have $100 million. Then we
12:27:31 16  will take the model of our past practices where
12:27:34 17  we've seen that the national sales office
12:27:36 18  represents, again, about 40 percent of that total.
12:27:39 19  In this case then, if it were $100 million,
12:27:41 20  $40 million of it would be allocated toward the
12:27:46 21  national sales office to generate for the total of
12:27:48 22  our hotels. The remaining 60 million would be the
12:27:51 23  responsibility of the field sales. And from that,
12:27:54 24  that's where the analysis goes in to determine
```

Page 103

```
12:27:57  1  quotas.
12:27:58  2      Q. Okay. Thank you. Now, going back to this
12:28:01  3  item number 4 --
12:28:02  4      A. Uh-huh.
12:28:02  5      Q. -- Field Sales Production, the field sales
12:28:06  6  were under their quota in 2000, right?
12:28:09  7      A. Correct.
12:28:10  8      Q. Slightly?
12:28:10  9      A. Correct.
12:28:14 10      Q. Now, could you look at number 5, Human
12:28:16 11  Resources.
12:28:17 12      A. Uh-huh.
12:28:18 13      Q. This is saying that there were three new
12:28:22 14  assistant vice presidents?
12:28:24 15      A. Correct.
12:28:27 16      Q. Were you involved in the hiring or
12:28:29 17  promotion of any of these three?
12:28:32 18      A. Was not for Jack Horne. That was done
12:28:34 19  before I came into the role. So he was one but he,
12:28:37 20  again, was very new. He had been in the position
12:28:40 21  just a few months when I took over.
12:28:42 22      Q. Okay.
12:28:43 23      A. Rob Sarmiento was the other one, who we
12:28:45 24  have discussed earlier. And Steve Enselein was
```

### Page 152

```
14:22:37  1      Q. Okay. What is this?
14:22:38  2      A. This was the summary page that I spoke to
14:22:41  3   earlier that I used to put, so to speak, on top of
14:22:48  4   the recommendations that my people had made in all
14:22:51  5   their various areas.
14:22:54  6      Q. All right. Now, this -- this one is for
14:22:58  7   corporate sales?
14:22:59  8      A. Correct.
14:23:01  9      Q. Okay. Did you have separate memos for
14:23:04 10   other departments that you gave to Mr. Miller?
14:23:08 11      A. No. No. When you say other departments,
14:23:11 12   can you clarify?
14:23:12 13      Q. Okay. Were -- were there -- I -- I
14:23:15 14   thought that you gave me a list of other department
14:23:18 15   heads that you asked to make recommendations on
14:23:20 16   terminations.
14:23:22 17      A. Correct.
14:23:23 18      Q. Do you remember those people?
14:23:23 19      A. Correct.
14:23:25 20      Q. Okay.
14:23:25 21      A. And they -- when you get to the next piece
14:23:29 22   you'll see that they're broken down by each one of
14:23:31 23   those people.
14:23:32 24      Q. Okay. They're all included in this?
```

### Page 153

```
14:23:34  1      A. Yes.
14:23:35  2      Q. Okay.
14:23:35  3      A. Yes.
14:23:36  4      Q. Okay. Did every department head rank each
14:23:51  5   position A, B or C?
14:23:53  6      A. No. As I mentioned earlier, I believe it
14:23:56  7   was Jack's idea to try to prioritize it that way.
14:24:01  8   Again, we were concerned that if there happened to
14:24:03  9   be another tragedy that would take place or
14:24:06 10   something that would -- would happen along those
14:24:09 11   lines, that we had at least gone through and taken a
14:24:11 12   look at what a possible next step would be if we
14:24:14 13   needed to go that route.
14:24:16 14      Q. Okay. That's, I guess, what's confusing
14:24:18 15   me, because the second sentence here says you rank
14:24:22 16   each position A, B or C.
14:24:24 17      A. Correct.
14:24:25 18      Q. And -- or I thought you told me that you
14:24:29 19   included more than just Mr. Horne's recommendations
14:24:32 20   here.
14:24:33 21      A. We -- we did. Again, in the morning
14:24:34 22   meeting after the fact Jack said at that point, hey,
14:24:38 23   guys, why don't we try to do this as A, Bs and Cs.
14:24:50 24   That would make some sense. We all thought that
```

### Page 154

```
14:24:50  1   made -- made good sense and that's how the rest of
14:24:50  2   the group did it as well.
14:24:50  3      Q. Okay. Okay. Now, it says: A positions
14:24:53  4   are critical to the core of our operations.
14:24:57  5      A. Uh-huh.
14:24:58  6      Q. Right? Who made that determination?
14:25:00  7      A. Each one of my department heads made that
14:25:03  8   determination.
14:25:05  9      Q. Okay. Were there any criteria provided to
14:25:12 10   them to make this determination?
14:25:15 11      A. Beyond what I had mentioned to you before
14:25:16 12   about the three things of taking care of an
14:25:20 13   opportunity to do this to the least amount of
14:25:21 14   people, to save revenue where we could and to cut
14:25:25 15   some expenses where we could, no.
14:25:34 16      Q. Okay. Then it says: The C cuts represent
14:25:36 17   an annual -- an overall annual labor savings of
14:25:40 18   1.3 million plus PTEB.
14:25:44 19      A. Uh-huh.
14:25:44 20      Q. Who -- who made that computation?
14:25:46 21      A. I did.
14:25:47 22      Q. Okay. What was the significance of
14:25:55 23   1.3 million?
14:25:55 24      A. I just added up what the recommendations
```

### Page 155

```
14:25:57  1   were from all of my people and was just reporting
14:26:00  2   it. This, again, was a summary of what was included
14:26:03  3   in the attached documents.
14:26:04  4      Q. Was there any requirement that you make a
14:26:10  5   savings of 1.3 million?
14:26:12  6      A. No. No.
14:26:14  7      Q. Could you have come back with a savings of
14:26:18  8   zero?
14:26:18  9      A. I -- I doubt it, only because of the
14:26:22 10   circumstances at the time. We were -- like I said,
14:26:29 11   we had just lost millions and millions of dollars.
14:26:31 12   We needed to make a business decision. I -- I don't
14:26:34 13   believe that -- I don't believe that that would have
14:26:36 14   been accepted. It was a tough thing to do, I've
14:26:38 15   said that before, but we had to make some tough
14:26:41 16   decisions.
14:26:41 17      Q. Could you have come back with a savings of
14:26:43 18   less than 1.3 million?
14:26:46 19      A. I -- I don't know. I didn't, so I don't
14:26:48 20   know if I could or couldn't.
14:26:51 21      Q. Well, you had options, didn't you?
14:26:54 22      A. I made my recommendation based on what I
14:26:56 23   felt was the right thing to do, geared toward what
14:27:00 24   my people had -- had suggested. I empowered them,
```

Page 236

16:13:18  1  that -- at corporate that I was talking about
16:13:20  2  before. So my group of five direct reports and the
16:13:23  3  people that are underneath them.
16:13:25  4      Q. Would that include Mrs. Hildebrandt?
16:13:27  5      A. It would have included the folks in the
16:13:30  6  Chicago area, not necessarily in the national sales
16:13:32  7  office, but our corporate -- we call it the sales
16:13:36  8  administration area. So it's -- it doesn't relate
16:13:39  9  to the national sales office, no.
16:13:41 10      Q. Does it include some directors of
16:13:43 11  national sales?
16:13:43 12      A. No.
16:13:44 13      Q. Okay. Scott Miller, do you have any
16:13:49 14  social relationship with Mr. Miller?
16:13:51 15      A. No.
16:13:52 16      Q. Did he come on in about '99?
16:13:55 17      A. He actually came on at the beginning --
16:14:00 18  January of 2000.
16:14:01 19      Q. January 2000?
16:14:02 20      A. Yeah.
16:14:03 21      Q. Okay. Had he ever worked in the hotel
16:14:05 22  industry?
16:14:05 23      A. He was the president of our Hyatt
16:14:08 24  development corporation before that for probably two

Page 237

16:14:14  1  years. And before that was responsible for a -- a
16:14:18  2  number of companies on the real estate and
16:14:20  3  development side. Some may have been involved with
16:14:23  4  hotels, I don't know.
16:14:25  5      Q. Didn't he come from the Bechtel company?
16:14:28  6      A. He was with them at one point. He had his
16:14:30  7  own company, John Buck corporation here in Chicago,
16:14:34  8  and then there were a number of companies he's been
16:14:36  9  involved with.
16:14:37 10      Q. Do you have any type of social
16:14:39 11  relationship with Mr. Rabin?
16:14:40 12      A. No.
16:14:41 13      Q. Do you have a social relationship with
16:14:43 14  Mr. Floyd?
16:14:44 15      A. No, really don't. You know, nothing
16:14:47 16  beyond, again, the same thing: played golf with him
16:14:50 17  a few times, have been to his house for the same
16:14:55 18  event that I had at my house when I was -- when I
16:14:56 19  worked for him, so...
16:14:59 20      Q. Okay. I'm not sure what you mean by that.
16:15:02 21      A. When I said before that I had had people
16:15:03 22  out to my house who were in our sales administration
16:15:06 23  area as the -- as the head of the department, when
16:15:09 24  he was the head of the department, I attended his

Page 238

16:15:11  1  function at his house.
16:15:14  2      Q. Okay. Do you have any social relationship
16:15:16  3  or had one with Mr. Sarmiento?
16:15:18  4      A. No.
16:15:21  5      Q. Okay. Now, you're -- are you aware that
16:15:25  6  Mrs. Hildebrandt expressed an interest in the
16:15:28  7  position that was given to Mr. Sarmiento?
16:15:31  8      A. I had forgotten that she had done that
16:15:33  9  until I was just recently reminded that that was the
16:15:37 10  case.
16:15:37 11      Q. Who reminded you?
16:15:39 12      A. Theresa.
16:15:41 13      Q. Okay. Do you remember it?
16:15:42 14      A. I really don't.
16:15:45 15      Q. Okay.
16:15:45 16      A. I really don't.
16:15:46 17      Q. Do you remember that she was told by Bruce
16:15:51 18  Small to call Mr. Cheatham and that after that you
16:15:55 19  called her --
16:15:56 20      A. Okay.
16:15:56 21      Q. -- and spoke to her about this?
16:15:58 22      A. I -- again, I don't -- I don't
16:16:00 23  specifically recall it. I don't.
16:16:03 24      Q. Okay.

Page 239

16:16:03  1      A. Not saying it didn't happen.
16:16:05  2      Q. Oh.
16:16:05  3      A. But I just don't --
16:16:05  4      Q. Let me just ask --
16:16:05  5      A. -- specifically remember.
16:16:06  6      Q. -- you another question about it to see if
16:16:09  7  it'll help --
16:16:10  8      A. Sure.
16:16:10  9      Q. -- your recollection.
16:16:11 10      A. Yeah.
16:16:11 11      Q. Do you remember telling her that
16:16:13 12  Mr. Sarmiento had already been selected for this
16:16:16 13  position --
16:16:18 14      A. I don't --
16:16:19 15      Q. -- and thanked her for her interest?
16:16:21 16      A. I -- I may have. Again, I don't remember
16:16:23 17  what time specifically it had taken place in the
16:16:25 18  process of trying to fill that position.
16:16:32 19      Q. Okay. So you --
16:16:33 20      A. Like I said before, I reached out to Terri
16:16:36 21  Benich first, who was the first person on my list
16:16:39 22  for that position. Then I reached out to -- to Rob.
16:16:43 23      Q. All right. Well, what I want to find out
16:16:44 24  is your -- your actual recollection --

## Page 240

```
16:16:46  1   A. Yeah.
16:16:46  2   Q. -- as opposed anything Ms. Gallion might
16:16:53  3  have told you.
16:16:54  4   A. Right.
16:16:54  5   Q. Okay?
16:16:54  6   A. Right.
16:16:54  7   Q. Do you have any recollection at all of
16:16:55  8  Mrs. Hildebrandt expressing an interest in that job?
16:16:57  9   A. After she reminded me, yes, I did remember
16:17:00 10  that we had had a conversation.
16:17:03 11   Q. Okay.
16:17:03 12   A. Yeah.
16:17:03 13   Q. So you knew she was interested in
16:17:05 14  advancement?
16:17:05 15   A. Correct.
16:17:05 16   Q. All right.
16:17:05 17   A. Absolutely.
16:17:06 18   Q. Do you also remember that Loretta Venezia
16:17:10 19  approached you about that position?
16:17:11 20   A. Yes, I do.
16:17:13 21   Q. Okay. She went to see you personally
16:17:15 22  about it?
16:17:15 23   A. Yes, I do.
16:17:17 24   Q. And do you remember telling her that you
```

## Page 241

```
16:17:19  1  had already positioned Mr. Sarmiento for that
16:17:22  2  position?
16:17:22  3   A. I don't remember that part of the
16:17:24  4  conversation, no. I do remember talking to her
16:17:27  5  about what I thought the qualifications of the job
16:17:30  6  entailed.
16:17:31  7   Q. Do you remember laughing at her during
16:17:33  8  that conversation?
16:17:34  9   A. I do not, at all. Not at all.
16:17:39 10   Q. Okay. Do you remember that shortly after
16:17:40 11  that she asked to meet with you and Mr. Horne about
16:17:45 12  whether she had any opportunities for advancement in
16:17:48 13  the company?
16:17:50 14   A. I remember that we had a meeting. I don't
16:17:52 15  know if that was the premise to -- for it or not.
16:17:57 16   Q. Do you remember you and Mr. Horne meeting
16:18:01 17  with Ms. Venezia?
16:18:13 18   A. Yes.
16:18:13 19   Q. Okay. And do you remember that you and
16:18:13 20  Mr. Horne made it clear to her that she did not have
16:18:13 21  an opportunity for advancement?
16:18:13 22   A. I do not remember that, not at all.
16:18:13 23   Q. Do you remember when that meeting took
16:18:16 24  place?
```

## Page 242

```
16:18:16  1   A. I -- I don't. I just remember that it
16:18:18  2  did.
16:18:18  3   Q. Do you remember it was last year?
16:18:21  4   A. I thought it was back farther than that.
16:18:24  5  I thought it would have been in 2000 at some point.
16:18:27  6  Again, I -- I don't -- I don't recall specifically.
16:18:34  7   Q. Okay. Do you -- are you aware that she
16:18:36  8  turned in her resignation the day that everyone was
16:18:39  9  being terminated?
16:18:40 10   A. Yes, I did -- I did -- was aware of that.
16:18:42 11   Q. Do you know why she turned in her
16:18:45 12  resignation?
16:18:45 13   A. I knew that she had found an opportunity
16:18:46 14  to go to work for Westin in the New York area.
16:18:51 15   Q. Do you know why she was looking for
16:18:53 16  another job?
16:18:54 17   A. No, I don't.
16:18:54 18   Q. Okay. Have you had any social
16:19:07 19  relationship with Brian Booth?
16:19:08 20   A. No.
16:19:11 21   Q. Do you have any social relationship with
16:19:13 22  Mark Henry?
16:19:13 23   A. No.
16:19:13 24   Q. Did you have anything to do with
```

## Page 243

```
16:19:22  1  Mr. Henry's promotion into his current position?
16:19:25  2   A. The only comment that I can say to that is
16:19:30  3  Mark had come to me and had said that he was
16:19:33  4  interested in trying to take on some more
16:19:36  5  responsibility at some point. I think he was, if I
16:19:40  6  remember correctly, interested in moving into one of
16:19:44  7  the director's jobs, and my suggestion was is that
16:19:47  8  he needed to get some more management experience in
16:19:49  9  order to consider taking on a role like that.
16:19:51 10        Again, it was -- it was Jack's decision on
16:19:53 11  who we hired and moved into those positions. Upon
16:19:58 12  Mark meeting with me, I did obviously make a
16:20:00 13  recommendation that he should certainly go for it
16:20:02 14  and try -- try to -- you know, not that that
16:20:05 15  position was open at that time, but if an
16:20:06 16  opportunity came about, he should certainly try
16:20:09 17  to --
16:20:09 18   Q. Well, there wasn't any such position, was
16:20:11 19  there?
16:20:11 20   A. Correct. Correct.
16:20:12 21   Q. This position was created for him?
16:20:14 22   A. I wouldn't say it was created for him.
16:20:16 23   Q. Who was it created for?
16:20:17 24   A. It was created to help us manage our
```

Page 244

```
16:20:20  1  office.
16:20:22  2      Q. Okay. And he was given the position so he
16:20:24  3  could get management experience in order to advance?
16:20:28  4      A. That seemed -- that's correct.
16:20:31  5      Q. Did you consider anybody else for that
16:20:33  6  position?
16:20:34  7      A. I didn't hire the position, so no, I
16:20:36  8  didn't consider anybody else.
16:20:37  9      Q. Was this position filled before or after
16:20:42 10  Mr. Sarmiento's position?
16:20:44 11      A. I -- I don't -- I don't recall.
16:20:50 12      Q. Okay. Was it around the same time period?
16:20:58 13      A. I -- I don't recall.
16:21:02 14      Q. Okay. Did -- did you play any role at all
16:21:04 15  in the hiring of Jennifer Roman?
16:21:07 16      A. No.
16:21:07 17      Q. Mr. Horne doesn't need your approval to
16:21:13 18  make those decisions?
16:21:14 19      A. No.
16:21:15 20      Q. Okay. Did you play any role at all in --
16:21:18 21  in the transfer of Molly Crompton?
16:21:21 22      A. No.
16:21:22 23      Q. Do you have any information about any
16:21:25 24  complaints that she's made concerning Hyatt
```

Page 245

```
16:21:28  1  officials?
16:21:28  2      A. No.
16:21:29  3      Q. Okay. Who is Vendo Toming?
16:21:41  4      A. He's our divisional director of sales for
16:21:43  5  the Victor Lopez division.
16:21:47  6      Q. Okay. Do you have any supervisory chain
16:21:50  7  with this individual?
16:21:52  8      A. Through Fred Shea, yes.
16:21:54  9      Q. Okay. Is -- is -- is he the person that
16:22:01 10  is allowed an exception to the -- the rule of
16:22:04 11  working in the same geographic area as his vice
16:22:07 12  president?
16:22:07 13      A. Yes, he's the one.
16:22:09 14      Q. Okay. Where has he been allowed to work?
16:22:12 15      A. He's based in Dallas and his divisional
16:22:14 16  vice president is based in Miami.
16:22:17 17      Q. And this is for his personal convenience?
16:22:19 18      A. I -- I would assume so. It's been that
16:22:21 19  way since I've been with Hyatt.
16:22:24 20      Q. What's been that way?
16:22:25 21      A. That he's been separated in that same
16:22:28 22  capacity.
16:22:30 23      Q. Do you know why Jennifer Roman was allowed
16:22:33 24  to work in Atlanta even though she was assigned to
```

Page 246

```
16:22:36  1  Omaha?
16:22:37  2      A. No. I believe it was based on her account
16:22:39  3  knowledge in the area, but that's --
16:22:44  4      Q. Do you know whether Molly Crompton handles
16:22:57  5  accounts that are in Dallas?
16:22:58  6      A. No.
16:22:59  7      Q. Do you know why Miss Murphy was allowed to
16:23:03  8  open an office in Baltimore even though her accounts
16:23:06  9  are in Philadelphia?
16:23:08 10      A. Nope.
16:23:09 11      Q. Did you know that Mary Rocereto had two
16:23:17 12  accounts in Ohio?
16:23:19 13      A. Nope.
16:23:26 14      Q. We talked before about the -- the owners
16:23:31 15  saving money on these terminations.
16:23:33 16      A. Uh-huh.
16:23:34 17      Q. Was it the owners or Hyatt that paid the
16:23:36 18  unemployment insurance on the people who were
16:23:39 19  terminated, if you know?
16:23:40 20      A. I don't know.
16:23:41 21      Q. Okay. Do you know if it was the owners or
16:23:46 22  Hyatt who paid the severances on the people who were
16:23:48 23  terminated?
16:23:50 24      A. I -- I don't know for sure. I would
```

Page 247

```
16:23:52  1  assume it was Hyatt.
16:23:53  2      Q. Okay. Do you know of any positions that
16:24:01  3  were available on or about October 1st or would be
16:24:08  4  available after October 1st that terminated people
16:24:16  5  could have been placed in?
16:24:18  6      A. Beyond the Dearborn situation and the
16:24:21  7  Atlanta situation, no.
16:24:23  8      Q. Okay. What's the Atlanta situation?
16:24:25  9      A. We just had a resignation there. Gary
16:24:27 10  Schneeberg, one of our national sales managers, left
16:24:31 11  us to go to work for Six Continents down there in
16:24:35 12  Atlanta.
16:24:37 13      Q. Okay. Are you aware of the -- the opening
16:24:39 14  at the Huntington Beach resort?
16:24:41 15      A. It's -- yeah, it's a -- it's a field hotel
16:24:45 16  sales job, yes.
16:24:47 17      Q. Well, these people who were terminated
16:25:00 18  from the national sales force certainly would have
16:25:00 19  qualified for that job?
16:25:00 20      A. I thought when you were saying it before
16:25:00 21  you were talking about corporate-related
16:25:00 22  positions --
16:25:00 23      Q. Okay.
16:25:00 24      A. -- not field positions. I mean, again, we
```