UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BARBARA LODER HILDEBRANDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. C-1-02-0003 |
| ) | |
| HYATT CORPORATION, et al. ) | Judge Beckwith |
| ) | Magistrate Judge Sherman |
| Defendants. ) | |

### AFFIDAVIT OF DOUGLAS PATRICK

STATE OF ILLINOIS   }
                    } ss:
COUNTY OF LAKE      }

BEFORE ME, the undersigned authority, personally appeared, DOUGLAS PATRICK, who, after first being duly sworn, deposes and states that he is an adult person, over 18 years of age, competent to testify as to the following matters as to which he has personal knowledge or which he believes to be true:

1. I have been employed with Hyatt since 1986. I am currently the Assistant Vice President of Human Resources for Hyatt. I have held this position since 2000. My duties include overseeing all of the labor and employee relations work. In my capacity, I am familiar with Hyatt's corporate structure and the employment of individuals in the National Sales Force, including Barbara Loder Hildebrandt.

2. In my capacity as Assistant Vice President for Human Resources, I have access to employee information, including information regarding employees employed in the National


EXHIBIT F

Sales Force. This information includes personnel files, personnel information, dates of birth for Hyatt employees.

3. Generally, Hyatt employees are able to express interest in promotional opportunities during the evaluation process that occurs annually.

4. In my capacity as Assistant Vice President for Human Resources, I also am familiar with the reduction in force that took place in or about September and October 2001. I am aware that this reduction in force affected 10 sales personnel in the National Sales Force, as well as employees Company-wide.

5. The sales personnel in the National Sales Force who were affected and unaffected by the reduction in force in September-October 2001, broken down by office, genders, and dates of birth, are as follows:

| Name | Office | Date of Birth | Gender |
|---|---|---|---|
| Bonnie Greenspan | Eastern | 5/2/60 | Female |
| John Hyland | Eastern | 11/22/48 | Male |
| Dan Jones | Eastern | 7/15/59 | Male |
| Andy Karpowicz | Eastern | 4/27/65 | Male |
| Ron Keith | Eastern | 11/4/58 | Male |
| Joe Koch | Eastern | 4/7/64 | Male |
| Faye Memoli | Eastern | 6/20/71 | Female |
| Carolyn Montrose | Eastern | 5/5/64 | Female |
| Rich Morrow | Eastern | 6/12/64 | Male |
| **Mary Rocereto** | Eastern | 12/22/56 | Female |
| Gary Schneeberg | Eastern | 9/17/57 | Male |
| **Dawn Beagle** | Western | 3/26/60 | Female |
| Trina Camacho-London | Western | 3/25/65 | Female |
| Jim Davis | Western | 12/1/59 | Male |
| Karen Gray | Western | 8/29/53 | Female |
| Julie Green | Western | 7/14/60 | Female |
| Kim Harrington | Western | 10/13/60 | Female |

| Name | Office | Date of Birth | Gender |
|---|---|---|---|
| **Jane Johnson** | Western | 7/18/55 | Female |
| Jane Jordan | Western | 2/9/63 | Female |
| Karina Mirkin | Western | 9/19/68 | Female |
| Donna Palmer | Western | 4/23/66 | Female |
| Harumi Yoshiike | Western | 1/13/44 | Female |
| **Name** | **Office** | **Date of Birth** | **Gender** |
| Maria Andriola | Central | 8/5/65 | Female |
| Jan Bansfield | Central | 9/4/59 | Female |
| Donna Bongiovanni | Central | 9/11/60 | Female |
| Brian Booth | Central | 5/16/62 | Male |
| Carol Buseman | Central | 11/28/51 | Female |
| Denise Cmiel | Central | 6/1/60 | Female |
| Molly Crompton | Central | 3/9/68 | Female |
| Melissa Daniels | Central | 3/11/66 | Female |
| Barbara Hale | Central | 4/27/67 | Female |
| Mark Henry | Central | 3/20/49 | Male |
| **Barbara Loder** | Central | 9/23/52 | Female |
| **Mary Patton** | Central | 6/21/64 | Female |
| Fred Reichelt | Central | 3/29/56 | Male |
| Inge Spindola | Central | 2/22/58 | Female |
| Loretta Venezia | Central | 8/1/59 | Female |
| Michele Bondanelli | Northeastern | 7/29/60 | Female |
| Marilyn Braumbaugh | Northeastern | 8/4/45 | Female |
| **Dean D'Anna** | Northeastern | 3/13/60 | Male |
| Jim Van Devender | Northeastern | 6/11/65 | Male |
| **Wendy Jensen** | Northeastern | 9/5/59 | Female |
| Kathy Murphy | Northeastern | 3/5/68 | Female |
| Michelle Nicoletti | Northeastern | 10/27/57 | Female |
| Joanne Piano Rumsey | Northeastern | 6/5/68 | Female |
| Debbie Rodriguez | Northeastern | 7/1/53 | Female |
| Diane Smith | Northeastern | 4/19/60 | Female |
| Bonnie Weiss | Northeastern | 4/5/50 | Female |
| Michael Williamson | Northeastern | 4/7/54 | Male |
| Richard Wood | Northeastern | 1/7/60 | Male |
| Ellen Gerchick | Northeastern | 5/31/51 | Female |
| ADOS (Kelly Blice) | Omaha | 11/18/67 | Female |
| Amy Anderson | Omaha | 3/7/71 | Female |
| Shawn Anderson | Omaha | 8/19/73 | Male |
| Tara Bass | Omaha | 2/12/71 | Female |

| Name | Office | Date of Birth | Gender |
|---|---|---|---|
| Nanette Bro | Omaha | 9/22/58 | Female |
| Sam Canova | Omaha | 1/5/72 | Male |
| Cory Carlson | Omaha | 9/14/73 | Male |
| Rose Castan | Omaha | 3/30/58 | Female |
| Cathi Draper | Omaha | 9/4/63 | Female |
| Name | Office | Date of Birth | Gender |
| Sally Farhart | Omaha | 8/25/44 | Female |
| Pat Garvey | Omaha | 9/9/51 | Female |
| **Cardella Gills** | Omaha | 2/22/57 | Female |
| Judy Lee Kirshman | Omaha | 12/10/58 | Female |
| Erin Moriarty | Omaha | 4/21/77 | Female |
| Tina Nebuloni | Omaha | 9/3/59 | Female |
| Linda Neubauer | Omaha | 8/19/54 | Female |
| Teresa O'Connor | Omaha | 9/19/51 | Female |
| Tim Peitzmeier | Omaha | 6/1/66 | Male |
| Jennifer Roman | Omaha | 9/30/68 | Female |
| **Herve Roussel** | Omaha | 11/25/54 | Male |
| Michelle Russell | Omaha | 9/17/72 | Female |
| **Gayle Smith** | Omaha | 3/2/62 | Female |
| Tonja Towne | Omaha | 1/17/70 | Female |
| Jennifer Uhlig | Omaha | 3/31/73 | Female |
| Gus Vonderheide | Omaha | 10/17/61 | Male |
| Jeanette Walter | Omaha | 12/26/70 | Female |

The individuals in the above chart in bold type are the individuals who were affected by the Reduction in Force.

6. Company-wide, the number of employees affected by the reduction in force, broken down by age and gender, are as follows:

<u>Approximate total number of employees company-wide prior to the RIF</u>:    36,069 (100%)

Number of employees age 40 and over:    16,890 (47%)

Number of employees under 40 years of age:    19,179 (53%)

Number of female employees:    17,561 (49%)

Number of male employees:    18,508 (51%)

<u>Approximate number of employees affected by the reduction in force:</u>    522 (100%)

    Number of employees age 40 and over:    130 (25%)

    Number of employees under 40 years of age:    392 (75%)

    Number of female employees:    294 (56%)

    Number of male employees:    228 (44%)

<u>Approximate number of employees company-wide as of December 31, 2001</u>: 35,547 (100%)

    Number of employees age 40 and over:    16,760 (47%)

    Number of employees under 40 years of age:    18,787 (53%)

    Number of female employees:    17,267 (49%)

    Number of male employees:    18,280 (51%)

FURTHER AFFIANT SAYETH NAUGHT.

_____
DOUGLAS PATRICK

SWORN TO and SUBSCRIBED before me this 26th day of February, 2003 by DOUGLAS PATRICK, Assistant Vice-President of Human Resources for HYATT CORPORATION, who is (personally) known to me or has produced _____ as identification.

_____
NOTARY PUBLIC, STATE OF ILLINOIS

OFFICIAL SEAL
LINDA G PRICE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/25/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARBARA LODER HILDEBRANDT, )
)
    Plaintiff, )
)
vs. )   Case No. C-1-02-0003
)
HYATT CORPORATION, et al. )   Judge Beckwith
)   Magistrate Judge Sherman
)
    Defendants. )
)

### AFFIDAVIT OF BRUCE SMALL

STATE OF ILLINOIS   }
                      } ss:
COUNTY OF DUPAGE   }

    BEFORE ME, the undersigned authority, personally appeared, BRUCE SMALL, who, after first being duly sworn, deposes and states that he is an adult person, over 18 years of age, competent to testify as to the following matters as to which he has personal knowledge or which he believes to be true:

    1. I have been employed with Hyatt since November 1984. I am currently the Director of Sales Information Systems for Hyatt. I have held this position since the fall of 2000. Prior to occupying this position, I served as the Director of Sales for the Central National Sales Office in Hyatt's National Sales Force from approximately 1995 until 2000.

    2. In this position, my duties included overseeing the sales personnel in Hyatt's Central National Sales Office.

    3. During my employment as the Director of Sales for the Central National Sales Office, in or about 1999, I made the decision to promote Mark Henry to serve as the Assistant Director of

1



Sales for the Central National Sales Office, and my decision was approved by Christie Hicks, who was the Assistant Vice President of National Sales at the time.

4. The Assistant Director of Sales Position was located in Chicago, Illinois in Hyatt's Corporate Office.

5. My decision to promote Mr. Henry was not based on his age or his gender, or the age or gender of any other individual.

FURTHER AFFIANT SAYETH NAUGHT.

_____
BRUCE SMALL

SWORN TO and SUBSCRIBED before me this 25th day of February 2003, by BRUCE SMALL, who is personally known to me or has produced _____ as identification.

**OFFICIAL SEAL**
**LAURA P VOJTEK**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03/07/03

Laura P. Vojtek
Printed Name
My Commission Expires: 3-7-03

3