## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Barbara Loder Hildebrandt,
    Plaintiff

v.                                                  Case No.   1:02-cv-3

Hyatt Corporation, et al.,
    Defendants

### ORDER

   This matter is before the Court upon Plaintiff's Request for an Extension of Time to Respond to Defendants' Motion for Summary Judgment (Doc. 64).

   Plaintiff indicates in her Request that "the parties have agreed that Plaintiff may have an extension of time of 20 days from the date the depositions are completed to respond to Defendant's summary judgment motion."

   The Request is GRANTED.  The three depositions of the Hyatt officials referred to by plaintiff, must be completed no later than April 30, 2004.  Plaintiff's response to defendant's motion for summary judgment is due to be filed no later than May 20, 2004.

   **IT IS SO ORDERED.**

March 24, 2004                          s/Sandra S. Beckwith
Date                                    Sandra S. Beckwith
                                        United States District Judge