## BARBARA HILDEBRANDT v. HYATT CORPORATION, ET AL.

### - APPENDIX -

| Exhibit # | Document Description |
|---|---|
| Ex. A | E-mails between Natalie Storch, Robert Steinberg and Theresa Gallion dated March 26, 2004 |
| Ex. B | E-mail from Theresa Gallion dated March 30, 2004 |
| Ex. C | E-mails between Robert Steinberg and Theresa Gallion dated March 30, 2004 |
| Ex. D | Facsimile coversheet dated March 5, 2003 from Robert Steinberg enclosing Dr. Rosen's report |
| Ex. E | Letter dated March 3, 2003 from Robert Steinberg enclosing Dr. Parson's report |
| Ex. F | Cover page of Dr. Rosen's report |
| Ex. G | Dr. Parson's report |
| Ex. H | Letter dated February 3, 2004 from Robert Steinberg regarding plaintiff's expert reports |
| Ex. I | Letter dated March 2, 2004 from Natalie Storch regarding defendants' expert report |

## Robert A. Steinberg

**From:** Gallion, Theresa [tgallion@laborlawyers.com]
**Sent:** Friday, March 26, 2004 4:47 PM
**To:** Storch, Natalie; Robert A. Steinberg
**Subject:** RE: Hildebrandt v. Hyatt Deposition Dates

I will be cheering for Xavier too, as well as all the Cinderellas. I know you are busy, but we are only asking for a brief extension of the rebuttal expert deadline. Please let us have your agreement to such a brief extension on Monday. Have a nice weekend.

Theresa

-----Original Message-----
**From:** Storch, Natalie
**Sent:** Friday, March 26, 2004 4:39 PM
**To:** 'Robert A. Steinberg'
**Cc:** Gallion, Theresa
**Subject:** RE: Hildebrandt v. Hyatt Deposition Dates

Dear Bob:

We will touch base with you on Monday. Have a good weekend, too. I will be cheering for Xavier.

Natalie

-----Original Message-----
**From:** Robert A. Steinberg [mailto:bobsteinberg@wsbclaw.com]
**Sent:** Friday, March 26, 2004 4:43 PM
**To:** Storch, Natalie
**Subject:** RE: Hildebrandt v. Hyatt Deposition Dates

Yes, I oppose it. You have already filed an expert report. But, I am willing to discuss. Just not on Friday evening.

Have a nice weekend.

Root for Xavier in the NCAA tournament tonight

Robert A. Steinberg
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
bobsteinberg@wsbclaw.com

513-621-0267



PLAINTIFF'S EXHIBIT
A

> PRIVILEGED AND CONFIDENTIAL.
> The information contained in this email message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone or email and permanently delete the message from your computer. We apologize for any inconvenience. Thank you.

>

-----Original Message-----
From: Storch, Natalie [mailto:nstorch@laborlawyers.com]
Sent: Friday, March 26, 2004 3:53 PM
To: Robert A. Steinberg
Cc: Gallion, Theresa; Jeffrey J. Harmon
Subject: RE: Hildebrandt v. Hyatt Deposition Dates

Dear Bob:

Is this "yes" you have opposition, or "yes" you would consent to such an extension?

**NATALIE J. STORCH**
**FISHER & PHILLIPS LLP**
Lincoln Plaza, Suite 1250
300 South Orange Avenue
Orlando, Florida 32801-3392
Direct Dial - (407) 541-0883
Facsimile - (407) 541-0887
E-Mail - nstorch@laborlawyers.com
www.laborlawyers.com

Privileged and Confidential --Attorney/Client Communication

Do NOT Forward This Message

The interception, use, or disclosure of the information transmitted in this communication by persons other than the addressee(s) is prohibited by law and is subject to criminal and civil penalties. If you have received this communication in error, please call the sender collect at (407) 541-0888 to bring the error to the sender's attention.

-----Original Message-----
From: Robert A. Steinberg [mailto:bobsteinberg@wsbclaw.com]
Sent: Friday, March 26, 2004 3:51 PM
To: Storch, Natalie
Subject: RE: Hildebrandt v. Hyatt Deposition Dates

Yes

Robert A. Steinberg
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower

One West Fourth Street
Cincinnati, OH 45202
bobsteinberg@wsbclaw.com

513-621-0267

> PRIVILEGED AND CONFIDENTIAL
> The information contained in this email message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone or email and permanently delete the message from your computer. We apologize for any inconvenience. Thank you.

>

-----Original Message-----
**From:** Storch, Natalie [mailto:nstorch@laborlawyers.com]
**Sent:** Friday, March 26, 2004 3:44 PM
**To:** Robert A. Steinberg
**Cc:** Gallion, Theresa
**Subject:** RE: Hildebrandt v. Hyatt Deposition Dates

Dear Bob:

We likely will file a motion with the court to extend the deadline to identify rebuttal experts for 10 to 15 days from our early April deadline. Do you have any opposition to such an extension?

Also, if you have potential dates next week for Dr. Rosen, we will reschedule his deposition. Thank you, and have a good weekend.

**NATALIE J. STORCH**
**FISHER & PHILLIPS LLP**
Lincoln Plaza, Suite 1250
300 South Orange Avenue
Orlando, Florida 32801-3392
Direct Dial - (407) 541-0883
Facsimile - (407) 541-0887
E-Mail - nstorch@laborlawyers.com
www.laborlawyers.com

Privileged and Confidential --Attorney/Client Communication

Do NOT Forward This Message

The interception, use, or disclosure of the information transmitted in this communication by persons other than the addressee(s) is prohibited by law and is subject to criminal and civil penalties. If you have received this communication in error, please call the sender collect at (407) 541-0888 to bring the error to the sender's attention.

## Robert A. Steinberg

**From:** Lopez, Martha [mlopez@laborlawyers.com]
**Sent:** Tuesday, March 30, 2004 8:50 AM
**To:** bobsteinberg@wsbclaw.com
**Cc:** Gallion, Theresa; Storch, Natalie
**Subject:** HILDEBRANDT/HYATT CORPORATION MATTER

**SENT ON BEHALF OF THERESA M. GALLION**

Dear Bob:

It is unfortunate you have not responded to our requests that you consent to the relief sought in the attached motion. If we have not heard from you by 1:00 P.M. today, we will file the attached motion. Please reconsider your inexplicable lack of cooperation. Thank you. **Theresa Gallion.**

*Marti Lopez*

Legal Assistant to

Theresa M. Gallion

William E. Grob

FISHER & PHILLIPS LLP

1250 Lincoln Plaza

300 S. Orange Avenue

Orlando, Florida 32801

407-541-0853 (Direct Dial)

407-541-0887 (Fax)

MLopez@laborlawyers.com

www.laborlawyers.com


PLAINTIFF'S EXHIBIT B

# Robert A. Steinberg

**From:** Gallion, Theresa [tgallion@laborlawyers.com]
**Sent:** Tuesday, March 30, 2004 10:17 AM
**To:** Robert A. Steinberg
**Cc:** Storch, Natalie
**Subject:** RE: Hildebrandt v. Hyatt Deposition Dates

Thanks Bob. We will file the motion today noting your previous opposition. It would be disrespectful of the Court's time to delay filing the motion. Thank you.

Theresa

-----Original Message-----
**From:** Robert A. Steinberg [mailto:bobsteinberg@wsbclaw.com]
**Sent:** Tuesday, March 30, 2004 10:08 AM
**To:** Gallion, Theresa
**Subject:** RE: Hildebrandt v. Hyatt Deposition Dates

Theresa:

I am presently completing a brief in a major case that must be file today; therefore I cannot drop what I am doing to discuss this. I can talk late today or sometime tomorrow.

Bob

Robert A. Steinberg
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
bobsteinberg@wsbclaw.com

513-621-0267

> PRIVILEGED AND CONFIDENTIAL
> The information contained in this email message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone or email and permanently delete the message from your computer. We apologize for any inconvenience. Thank you.

>

-----Original Message-----
**From:** Gallion, Theresa [mailto:tgallion@laborlawyers.com]
**Sent:** Tuesday, March 30, 2004 9:51 AM
**To:** Robert A. Steinberg
**Cc:** Storch, Natalie
**Subject:** RE: Hildebrandt v. Hyatt Deposition Dates



PLAINTIFF'S EXHIBIT

Bob,

You have seen the motion. Is there anything you feel we need to discuss before deciding, with finality, to oppose it or assent to it? If so, I am sitting at my desk all morning; feel free to call me at 407 541 0880. If I do not hear from you by 1 p.m, we will file the motion and indicate you are opposed. Thanks for your cooperation.

Theresa

-----Original Message-----
**From:** Robert A. Steinberg [mailto:bobsteinberg@wsbclaw.com]
**Sent:** Tuesday, March 30, 2004 9:54 AM
**To:** Gallion, Theresa
**Subject:** FW: Hildebrandt v. Hyatt Deposition Dates

Theresa:

Your threatening email sent this morning is incorrect. As set forth below, I told Natalie I opposed your belated request for an extension, but I was willing to discuss it - just not on Friday evening. You have never responded to discuss it or to give a reason. I am available for discussion as my schedule allows. Feel free to file the motion, if that is the way you wish to proceed.

Bob Steinberg

Robert A. Steinberg
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
bobsteinberg@wsbclaw.com

513-621-0267

> PRIVILEGED AND CONFIDENTIAL
> The information contained in this email message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone or email and permanently delete the message from your computer. We apologize for any inconvenience. Thank you.

>

**WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.**

*Attorneys & Counselors At Law*
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267

Robert A. Steinberg

Fax (513) 381-2375
Fax (513) 621-0262

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| DATE: | March 5, 2003 |
| TO: | Theresa M. Gallion, Esq.    (407)541-0887 |
| | Natalie J. Storch, Esq. |
| FROM: | Robert A. Steinberg, Esq. |
| NO. of PAGES: | 16 (including cover sheet) |
| SUBJECT: | *Hildebrandt v. Hyatt Hotels Corp., Case No. C-1-02-003, S.D. Ohio* |

**Attached please find our economic expert's report.**

### CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address listed above via the United States Postal Service. Thank you.

Telecopied by: meh



PLAINTIFF'S EXHIBIT D