FILED
JAMES BONINI
CLERK

04 APR 21 PM 4:40

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

BARBARA LODER HILDEBRANDT )
           Plaintiff ) CASE NO.: C-1-02 0003
)
v. ) Appearing on behalf of: HYATT CORPORATION,
)
HYATT CORPORATION, ET AL. ) Defendant.
)
           Defendant ) (Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Nadine C. Abrahams, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of Illinois and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates Jeffrey J. Harmon as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 15th day of April, 20 04.

*(Signature of Petitioner)* /s/ Nadine Abrahams

312-346-8061     FISHER & PHILLIPS LLP
**Business Telephone**     **Law Firm**

140 S. Dearborn Street, Suite 420
**Business Address**

Chicago, IL 60603
**City, State, Zip**

312-346-3179
**Fax Number**

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Jeffrey Harmon, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This __19th__ day of __April__, 20__04__.

__0032848__
**Ohio Bar Number**          **Signature of Local Counsel**

__859-578-5419__             __Cors & Bassett, LLC__
**Business Telephone**       **(Law Firm)**

__1881 Dixie Highway, Suite 350__
**(Business Address)**

__Ft. Wright, Kentucky  41011__
**(City, State, Zip)**

**(Mailing Address)**

## CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff/~~defendant~~ __Barbara L. Hildebrandt__ this date __the 21st day of April, 2004__. *

_____
Signed by Local Counsel

```
* Robert A. Steinberg
  Stanley M. Chesley
  Waite Schneider Bayless & Chesley
  1513 Central Trust Tower
  5 West Fourth Street
  Cincinnati, OH  45202
   and
  Michael Jay O'Hara
  O'Hara Ruberg Taylor Sloan & Sergent
  P.O. Box 17411
  25 Crestview Hills Mall Road
  Crestview Hills, KY  41017

  Trial Attorneys for Plaintiff
```



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Nadine Claire Abrahams
Fisher & Phillips
140 S. Dearborn Street, #420
Chicago, IL 60603
ATTENTION: Lana Lewandowski

Chicago
Monday, April 05, 2004

In re: Nadine Claire Abrahams
Admitted: 11/5/1992
Attorney No. 6209382

Dear Nadine Claire Abrahams:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Mary Robinson
Administrator

By: *(signature)*
Roxanne Trenter
Deputy Registrar

RT

Wed Apr 21 16:22:07 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No. 100 422625
Cashier kj1

Tender Type CHECK

Check Number: 206314

Transaction Type C

Case No./Def No. 1:04-LB-ATTY / 1

| DO Code | Div No | Acct |
|---|---|---|
| 4661 | 1 | 6855XX |

Amount $ 50.00

FISHER & PHILLIPS LLP

PRO HAC VICE C-1-02-003

Wed Apr 21 16:22:07 2004

Check No. 206314
Amount$ 50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661