**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Barbara L. Hildebrandt,
    Plaintiff

v.   Case No. 1:02-3

Hyatt Corporation, et al.,
    Defendants

**ORDER**

This matter is before the Court on Defendants' Motion for Admission of attorney Nadine C. Abrahams (Doc. 40).

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Nadine C. Abrahams is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendants.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Ms. Lisa Wright at 614.719.3222**, **to register for Electronic Case Filing as soon as practicable.**


April 26, 2004            s/Sandra S. Beckwith
Date                      Sandra S. Beckwith
                           United States District Judge