UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BARBARA LODER HILDEBRANDT, | : | |
| | : | |
| Plaintiff | : | |
| | : | CASE NO.  C-1-02-0003 |
| vs. | : | |
| | : | Judge Sandra S. Beckwith |
| HYATT CORPORATION, *et al*., | : | Magistrate Judge Jack Sherman, Jr. |
| | : | |
| Defendants | : | |
| | : | |

**NOTICE OF UNAVAILABILITY OF LEAD TRIAL COUNSEL**

PLEASE TAKE NOTICE that Robert A. Steinberg, Lead Trial Counsel in this matter, will be out of the State and unavailable beginning Monday, June 7, 2004, and will not be returning for business purposes until Wednesday, June 16, 2004.

        Respectfully submitted,

        s/Robert A. Steinberg
        Stanley M. Chesley (0000852)
        Robert A. Steinberg (0032932) (Trial Attorney)
        **WAITE, SCHNEIDER, BAYLESS**
         **& CHESLEY CO., L.P.A.**
        1513 Fourth and Vine Tower
        Cincinnati, OH  45202
        513-621-0267
        bobsteinberg@wsbclaw.cc

        and

        Michael J. O'Hara (0014966)
        **O'HARA, RUBERG, TAYLOR, SLOAN**
         **& SERGENT**
        209 Thomas More Park, Suite C
        P.O. Box 17411
        Covington, Kentucky 41017-0411
        (606) 331-2000
        mohara@ortlaw.com

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on April 27, 2004, a copy of the foregoing Notice of Unavailability of Lead Trial Counsel was electronically filed with the Clerk of Courts using the CM/ECF system; and I hereby certify that I have served, via facsimile, the foregoing Notice of Unavailability of Lead Trial Counsel to the following non-CM/ECF participants: Theresa M. Gallion, Esq. and Natalie J. Storch, Esq., (407) 541-0887.

        s/Robert A. Steinberg
        Robert A. Steinberg