UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARBARA LODER HILDEBRANDT, :
:
Plaintiff :
: CASE NO. C-1-02-0003
vs. :
: Judge Beckwith
HYATT CORPORATION, *et al*., : Magistrate Judge Sherman
:
Defendants :
:

## NOTICE OF FILING OF DEPOSITIONS

NOTICE is hereby given that copies of the depositions of Barbara Hildebrandt Volume I (March 19, 2002), Barbara Hildebrandt Volume II (December 18, 2003), Tyson Helms (April 17, 2002), John Horne (March 21, 2002), Brian Booth (March 20, 2002), Bruce Small (April 16, 2002), Molly Crompton (April 22, 2004), Edward Rabin (April 21, 2004), Robert Schnitz (April 22, 2004), Wendy Aylward (September 24, 2002), Dawn Beagle (September 25, 2002), and Mary Rocereto (September 23, 2002), have been filed in the above-captioned matter.

Deposition exhibits have not been filed with the deposition transcripts. All pertinent deposition exhibits are attached to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment. The memorandum exhibits retain the same deposition exhibit numbers. If the Court would prefer to have deposition exhibit copies filed with the deposition transcripts also, Plaintiff will do so.

Respectfully submitted,


s/Robert A. Steinberg
Stanley M. Chesley (0000852)
Robert A. Steinberg (0032932) (Trial Attorney)
**WAITE, SCHNEIDER, BAYLESS**
  **& CHESLEY CO., L.P.A.**
1513 Fourth and Vine Tower
Cincinnati, OH  45202
513-621-0267
bobsteinberg@wsbclaw.cc

   and


Michael J. O'Hara (0014966)
**O'HARA, RUBERG, TAYLOR, SLOAN**
  **& SERGENT**
209 Thomas More Park, Suite C
P.O. Box 17411
Covington, Kentucky 41017-0411
(606) 331-2000
mohara@ortlaw.com



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was served by electronic filing via the CM/ECF System to Theresa M. Gallion, Esq. and Natalie J. Storch, Esq. this 12th day of May, 2004.


s/Robert A. Steinberg
Robert A. Steinberg