**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| BARBARA LODER HILDEBRANDT, | : |
| Plaintiff | : |
| | : CASE NO. C-1-02-0003 |
| vs. | : |
| | : Judge Beckwith |
| HYATT CORPORATION, *et al.*, | : Magistrate Judge |
| Defendants | : |

**EXHIBIT LIST FOR**
**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| Exhibit # | Date | Bates # | Document |
|---|---|---|---|
| 8 | 2001 | BH 000033-34 | Sales award nominees for 2001 for sales manager of year. NSF nominees include BLH. |
| 9 | 3/7/01 | BH 000035 | E-mail from Helms telling BLH she deserved the NSF nomination for her hard work. |
| 15 | | BH 000048 | BLH Employee Data Sheet (job action data) |
| 16 | 2/1/01 | BH 000104-106 | BLH Performance Review – Role Model |
| 16a | 1/30/01 | BH 000107-108 | BLH accomplishments for 2000 and goals for 2001 |
| 17 | 2/00 | BH 000118-120 | BLH Performance Review – EE |
| 18 | | BH 000121-123 | BLH accomplishments for 1999 and goals for 2000 |
| 19 | 2/18/99 | BH 000124-125 | BLH Performance Review – EE |
| 20 | 2/8/99 | BH 000126-128 | BLH accomplishments for 1998 and goals for 1999 |
| 21 | 1/30/98 | BH 000129-130 | BLH Performance Review – EE |
| 22 | 1/23/98 | BH 000131-136 | BLH accomplishments for 1997 and goals for 1998 |
| 23 | 2/20/97 | BH 000137-138 | BLH Performance Review – EE |
| 24 | | BH 000139-140 | BLH accomplishments for 1996 and goals for 1997 |
| 25 | 3/11/96 | BH 000141- | BLH Performance Review – EE |

| Exhibit # | Date | Bates # | Document |
|---|---|---|---|
| | | 144 | |
| 26 | 5/18/01 | BH 000112-114 | BLH Performance Review and Goal Setting Program |
| 27a | 7/11/01 | 10671-73 | BLH 2001 Mid-Year Evaluation produced by defendant |
| 30a | | 10347-48 | 2001 Booth Performance Review |
| 30b | 2/13/99 | 10354 | Booth file memo re interpersonal skills |
| 30c | 1/6/00 | 10355 | Booth file memo re inappropriate behavior |
| 30d | 3/17/00 | 10356-61 | 1999 Booth Performance Review – ME |
| 30e | 1/11/99 | 10368-71 | Booth Management Self –Assessment |
| 31a | 2000 | 10446 | Horner reviewer comment by Helms "positioning Jack," "extra exposure" |
| 38 | 9/20/01 | 10687 | Memo from Helms to Miller and Rabin re labor and general expenses reductions |
| 38e | | 10692 | IT Restructure Plan and Total National Sales Force Savings |
| 38f | | 10693 | Central National Sales Office chart |
| 38g | | 10694 | Northeastern National Sales Office chart |
| 38h | | 10695 | Omaha National Sales Office chart |
| 38i | | 10696 | Western National Sales Office chart |
| 38j | | 10697 | Eastern National Sales Office chart |
| 39 | | 10700-01 | Chart showing persons to whom Hildebrandt's accounts were assigned |
| 41 | | | Percent of Achievement to Yearly Quota |
| 86 | | 27534 | Crompton's Employee Data Sheet |
| 87 | 2/8/01 | 27535 | Personal Requisition/Status Change showing Crompton's promotion to DNA/CNSO |
| 88 | 8/18/00 | 27536 | Personal Requisition/Status Change showing Crompton receiving $3k pay raise |
| 89 | 2/2/00 | 27537-38 | Personnel Requisition/Status Change showing Crompton's promotion to NAM/ENSO |
| 92 | 2/21/00 | 27542-43 | Offer letter to Crompton for NAM/ENSO position |
| 93 | 2/22/00 | 27544-46 | Letter to Crompton re relocation expenses for move to Chicago (should be Washington DC?) |
| 96 | | 27572 | Relocation Summary for Crompton |
| 97 | 5/26/00 | 27575 | Relocation Expenses for Crompton paid by California Hyatt Corp. |
| 98 | 5/26/00 | 27576 | Relocation Expenses for Park Hyatt Washington paid by California Hyatt Corp. |
| 102 | | 27583 | Relocation Expenses for North American Van Lines |
| 144 | 12/99 | HRPM 35-38 | Reduction in Staff Corporate Policy |
| 155 | | 28399 | Barbara Hale's Employee Data Sheet |
| 156 | | 26039 | Daniels's Employee Data Sheet |
| 183 | 10/5/01 | 32341-52 | Memo and charts from Horne re account redeployments for D'Anna, Aylward, Roussel, Smith, |

| Exhibit # | Date | Bates # | Document |
|---|---|---|---|
| | | | Gills, Roman, Beagle, Rocereto, Hildebrandt, Patton, and Johnson |
| 190 | 9/01 | 32267-68 | Recruitsoft Management Openings Policy |
| 197 | | BB 000197 | Brian Booth's Employee Data Sheet |
| 198 | | 34107-34129 | NSF Group and Individual Travel PRIDE Payout Scales |
| 199 | | | Summary of Information Contained in Exhibits 38f, 38g, 38h, 38i, and 38j Based on the Contents of the Personnel Files of Named Individuals |
| 200 | | BH 001852, 1854, 1857-62 | Awards Received by Barbara Hildebrandt |
| 202 | | | John Horne's Employee Data Sheet |
| 203 | | | Tyson Helms's Employee Data Sheet |
| 204 | 2/15/02 | | Hildebrandt's EEOC Charge |
| 205 | 3/28/02 | | Notice of Right to Sue for Hildebrandt |
| 207 | 4/13/01 | | Memo to Linda Wilcox from Wendy Aylward regarding her Annual Performance Review |
| 208 | 9/19/01 | WA 000022 | Letter from Dr. Amiram Katz re Wendy Aylward |
| 209 | 8/9/95 | | News Release regarding Mary Rocereto heading new national sales office |
| 210 | 8/85 | 12567, 12758, 12810-11, 12815, 12819, 12821-23, 12825, 12845, 12851-52, 12863-65 | Letters from customer complimenting Mary Rocereto |
| 211 | 2/19/01 | 11342-43 | Dawn Beagle Performance Review for 2000 – ME+ |
| 212 | 3/8/96 | 11310 | Dawn Beagle Performance Review for 1996 – EE |
| 213 | 1/28/99 | 11272 | Dawn Beagle Performance Review for 1998 – EE |
| 214 | 2/17/00 | 11274 | Dawn Beagle Performance Review for 1999 – EE+ |
| 215 | 2/18/94 | 11301-02 | Dawn Beagle Performance Review for 1993 – ME |
| 216 | 4/25/01 | 10762 | Wendy Aylward Performance Review for 2000 – ME |
| 217 | 3/22/00 | 10770-71 | Wendy Aylward Performance Review for 1999 – ME |
| 218 | 2/17/99 | 10783 | Wendy Aylward Performance Review for 1998 – EE (unsigned version) |
| 219 | 3/12/99 | 10793 | Wendy Aylward Performance Review for 1998 – EE (signed by Aylward) |
| 220 | 3/20/96 | 10803 | Wendy Aylward Performance Review for 1995 – EE |
| 221 | | 10708 | Wendy Aylward's Employee Data Sheet |
| | | | Affidavit of Barbara Loder Hildebrandt |
| | | | Affidavit of Loretta Venezia |
| | | | Affidavit of Peggy Potthoff Champagne |