# Sales Award Nominees for 2001

## Sales Manager of the Year

### Up to 375

| Name | Location |
|---|---|
| Louiza Baghdadi | Houston Airport |
| Mindy Montgomery | Lisle |
| Mike Waddill | Rickeys |
| Steve Grubba | Rosemont |
| John Hernstat | Tamaya |
| Marcelle Moje | Westlake |

### 376 - 600

| Name | Location |
|---|---|
| Lee Ann Rees | Albuquerque |
| DeMarco McMillan | Atlanta Grand |
| Carolyn McCall | Austin |
| Brad Mettler | Denver |
| Sheila Chambless | Denver Tech |
| Leanne Mack | Hill Country |
| Danielle Vianna | Lake Las Vegas |
| Christy Wylde | Long Beach |
| Dede Mogollon | Los Angeles Regency |
| Julie Whitted | Minneapolis |
| Mary Goracke | Orlando Airport |
| Christopher Giovanetti | Reston |
| Tracy Davies | Scottsdale |
| Bethany Nuessen | St Louis |
| Ann Guarnieri | Tampa |
| Nancy Long | Westshore |

### 601+

| Name | Location |
|---|---|
| Patricia Harrington | Caribbean |
| Sally McSweeney | Caribbean |
| Faye Memoli | Chicago |
| Tanya Baker | Columbus/Cap Square |
| Geralyn Krist | Crown Center |
| Kris Abbott | Dallas |
| Judy Dufour | Dearborn |
| Stacey Goldman | DFW |
| Terrie Strouse | Grand Cypress |
| Jo Floridia | Houston |
| Cindy Hayes | New Orleans |
| Polly McLaren | New York Grand |
| Jeff Perrin | Orlando |
| Kelly Gleeson | San Antonio |
| Leah Velasco | San Francisco Airport |
| Amanda Gorski | San Francisco Grand |
| Terri Russell | Vancouver |
| Richard Carson | Washington Regency |


PLAINTIFF'S EXHIBIT 8

BH 000033

## NSF Nominees

| | |
|---|---|
| Melissa Daniels | Central |
| Barb Loder | Central |
| ✓ Andy Karpowicz | Eastern |
| Rich Morrow | Eastern |
| Michele Bondanelli | Northeast |
| Michelle Nicoletti | Northeast |
| Diane Smith | Northeast |
| Tara Bass | Omaha |
| ✓ Tonja Towne | Omaha |
| ✓ Trina Camacho-London | Western |
| Jim Davis | Western |
| ✓ Julie Green | Western |
| ✓ Jane Jordan | Western |

BH 000034