From:     Ty Helms
To:       LODER, BARB
Date:     3/7/01 4:19pm
Subject:  Re: Thank you

No Sweat...you deserve it....    Ty

Ty Helms, Vice President - Sales
Hyatt Hotel Corporation
Phone: 312-750-8013
E-mail:  thelms@corphq.hyatt.com

>>> BARB LODER 03/06/01 01:23PM >>>
Hi Ty,

I wanted to let you know how thrilled I was to be nominated for the NSF Services Award for 2000. Thank you for your support.

Barb



PLAINTIFF'S EXHIBIT 9

BH 000035