Barbara Loder
Director of National Accounts
Central National Sales

PERFORMANCE REVIEW AND GOAL SETTING
JANUARY 30, 2001

ACCOMPLISHMENTS 2000

1. Achieved 139.2% of Group quota. Exceeded quota by $2,000,000+.

2. Maintained excellent relationships with three transient accounts. i.e. Procter &Gamble, Bank One, and Federated Department Stores producing $2,336,930 vs. quota of $2,465,000 or 95% achievement.

3. Produced outstanding customer relationships in all aspects of market development with 47 accounts. Booked 85 meetings and to my knowledge all my customers were/are happy with the way I handled their business.

4. Increased 2000 Net Production by 12.7% over 1999 Net Production.

5. Served as a liaison with the National Sales Force in the pre-opening sales effort for the Hyatt Regency Coconut Point. Reviewed tentatives, created GIS screen and produced several PowerPoint Presentations on the project for the NSF. Vendo remarked it was the most activity ever generated for a pre-opening Hyatt resort.

6. Exhibited leadership and team building in relationships with hotels that were the recipients of the business I provided. Maintained excellent peer and corporate relationships by enhancing my sales techniques, product knowledge of 121 hotels, Envision capabilities and communication.

7. Consistently demonstrated financial responsibility throughout 2000 by being under budget.

8. Entering my 22nd year with Hyatt, I have continued to demonstrate dedication, drive, and determination in achieving the goals the company has set forth. Exceeded quota for the past five years. It is a sense of accomplishment to have satisfied customers, produce excellent results, and have good relationships with peers and the people I report to.

PLAINTIFF'S EXHIBIT
11ea

BH 000107

## MANAGEMENT SKILLS

<u>Strongest Skills</u>

- Sales ability
- Planning: Successful in providing client information, contracts, etc. in a timely fashion
- Problem solving
- Closing the business

<u>Skills in Need of Development</u>

- Computer skills

## PROFESSIONAL GOALS

- Increase revenue by 10% over 2000 revenue, as this is the increase the company will try to obtain.

- Add to my customer base within my region (Ohio, Indiana, Kentucky, and Tennessee).

- Provide up to date information to all clients on opportunity dates, openings, renovations, etc. via e-mail. Increase sales calls to all clients.

## PERSONAL GOAL

- Being married on May 19th

## FOCUS 2000

- Participation in Pro Kids and participate in Freestore Program during the holidays.

BH 000108