# HYATT HOTELS AND HYATT CORPORATION
## PERFORMANCE REVIEW AND GOAL SETTING PROGRAM
*Management Personnel*

**Employee Name:** Barb Loder     **Original Hire Date:** 10/1/79

**Position:** Dir Natl Accounts     **Department:** Natl Sales     **In Present Position Since:** 1/95

**Reviewed By:** Bruce Small     **Position:** Dir of Sales     **Review Date:** February 2000

| | |
|---|---|
| **Employee Goal Setting** | **EMPLOYEE SELF ASSESSMENT**<br>• No more than two pages written and submitted to the manager as scheduled prior to the review session.<br>• Brief description of no more than 10 key accomplishments including special projects or assignments completed during the review period.<br>• Accomplishments prioritized and numbered, giving top ranking to assignments that had the most direct impact on company and division business objectives.<br>• Should include comments, reasons, explanations for goals not accomplished from prior year.<br><br>**Management Skills**<br>• Review the 16 management skills listed below. Identify and comment on your strongest skills and those in need of most development.<br><br>**Proposed Goals**<br>• A half page document that describes the employee's top three business goals, in priority order. Should include each goal's impact on the company and division's success and how this will be measured.<br>• Each employee should submit an additional goal relating to personal growth and/or professional development.<br>• Each employee should also include a goal which supports Hyatt's Focus 2000 objectives through (a) a personal commitment to volunteerism or community outreach, (b) recruitment and development of a direct report, or (c) development of a non-traditional business opportunity. |
| **MANAGER'S REVIEW** | With the submission of the Self-Assessment and Proposed Goals, the manager and the employee should have a brief discussion. This conversation is to ensure that the manager has all the information necessary to make a full performance assessment. The manager should not provide an assessment or rating to the employee at this point or reach final agreement on the proposed goals. |
| **PERFORMANCE REVIEW DISCUSSION** | • After final approval of OVERALL performance rating and merit increase, the manager meets with the employee.<br>• Employee and manager work together to finalize goals for the next performance review period.<br>• Employee and manager also set schedule for performance and goals update sessions. At a minimum, a goals update session should be scheduled at the mid-year mark or if significant adjustments to the original goals become necessary (e.g. job change, business conditions, etc.)<br>• If the employee's overall performance rating is "Improvement Needed" or "Marginal", a work improvement plan must be agreed upon in this discussion. |

PLAINTIFF'S EXHIBIT 17

BH 000118

**MANAGER'S ASSESSMENT**

Accomplishments

For each accomplishment listed by the employee in the self-assessment, and for any additional ones not identified by the employee, provide written feedback regarding the accomplishment, including comments on <u>quality of work</u>, <u>timeliness</u>, and <u>budget vs. actual cost</u>.

Do not make changes to the employee's Self-Assessment document. Use the Manager's Assessment to clarify, supplement, or challenge the Self-Assessment if necessary.

Management Skills Review

Overall Performance Rating includes both "what" gets done and "how" to work with and through others to get it done. Provide skill-specific feedback by rating each on of the sixteen individual Management Skills. Assign an overall rating for each of the four major Management Skills categories.

For reference of applicable ratings, please see rating definitions below.

EE — TASK MANAGEMENT-Defining work activities, providing the task structure necessary for results.
- EE  Informing-Assuring a consistent, timely flow of information to team members.
- EE  Efficiency-Using time and resources efficiently on priorities; staying goal oriented and structuring work productively.
- RM  Planning-Organizing the work and setting priorities so that everyone knows what to do.
- EE  Problem Solving-Assessing problems and finding solutions.

EE — BUSINESS PRACTICES-Maximizing sales revenues through application and performance of core strategies and guidelines.
- EE  Production – Achievement of production goals set forth by DOS
- ME  Penetration – Penetrating account base to maximize Hyatt's market share.
- ME  Consistency – Providing customers and hotels with accurate and timely updates; continuous updates on account profiles and plans; booking updates and strategy to grow accounts.
- EE  Synergy – Creating a partnership with customers and hotels to exceed business objectives of both.

EE — BUSINESS VALUES-Implementing broad strategic choices that managers make in the values and business operations they promote.
- EE  Quality Improvement-Emphasizing high quality and taking action to improve it.
- EE  Customer Focus-Staying in tune with customers' expectations about quality and service; seeking input from customers.
- EE  Promoting Innovation-Showing foresight and encouraging new ideas; helping others see new possibilities.

EE — LEADERSHIP-Demonstrating the personal skills which enhance a manager's ability to motivate and direct the action of others.
- EE  Accountability-Personally exemplifying responsible and honest behavior; practicing what is preached, "walking the talk".
- EE  Empowerment-Pushing decision making authority/responsibility downward; giving team members "ownership" of their work.
- EE  Influence-Persuading others; expressing ideas in ways which lead others to share your perspective and agree.
- EE  Mission Skills-Creating a compelling picture of the organizations values and purpose.
- ME  Networking-Cultivating useful contacts with a broad range of people in a variety of strategic position.

Proposed Goal Review

Review the employee's Proposed Goals and draft any amendments, additions or changes.

**OVERALL RATING**

Role Model (RM)
Reserved for the few individuals who demonstrate exceptional accomplishments in all areas of responsibility; show dynamic leadership within and beyond the scope of their assignments and add value by going beyond job expectations.

EE — Exceeds Expectations (EE)
Quantity and quality of output regularly exceed expectations. Adds value by advancing Hyatt culture and business objectives.

Meets Expectations (ME)
Meets the performance expectations of the position; performs in a reliable and professional manner.

Improvement Needed (IN)
Meets job requirements in some, but not all, areas of responsibility. Further development and improvement is necessary to meet all job expectations.

Marginal (M)
Performance noticeably below job requirements, even with close supervision. Inconsistent in completing many assignments. Must significantly improve in reasonable period to remain in position.

**APPROVAL PROCESS**

The recommended performance rating, merit increase and goal priorities have been discussed and approved by the manager's supervisor.

Manager Signature: _[signed]_          Next Level Signature: _____

**EMPLOYEE ACKNOWLEDGMENT**

I have read, discussed and understand the performance review and goals. I understand I may attach additional comments if I wish to do so.

Employee signature: _Barbara Loder_          Date: _February 8, 2000_

_Thanks Bruce !_

BH 000119

---

### PERFORMANCE APPRAISAL NARRATIVE

---

Manager:    Barb Loder

Date:        February 2000

Barb exceeded quota in a difficult production year with a very strong performance from her IT accounts. She has continued to persevere through the highs and lows of a tumultuous Bank One / First Chicago merger which has seen resignations, and tremendous shifts within the organization. Throughout, Barb has cultivated new contacts and kept Hyatt at the fore front.

## Strengths

### Efficiency

Barb can be counted on to be on time, on target and complete with all assignments. She manages her workload well while maximizing her time with customers.

### Informing

She is consistent and timely in her communications with hotels and supervisor and despite being in a satellite office keeps me up to date and involved with her customers.

### Problem Solving

Barb's experience is a strong base for providing competent and effective solutions that create mutually beneficial experiences for her customers and hotels.

### Relationship Skill / Customer Focus

Barb continues to develop new customers while keeping up with her core client base. Her customers are fiercely loyal to her and rely on her advice and assistance.

### Synergy

Barb works in partnership with hotels to fill critical business opportunities and keeps them up to date throughout the booking process.

## Areas for Development

### Consistency

Within Envision, Barb tends to have more than an appropriate number of past due decision dates and does not use the Envision trace system to its full advantage.

### Computer Skills

In general her computer skills meet expectations but could be stronger.

### Penetration

Her corporate accounts have been a challenge in this area but, at present, much of it is related to changes within the accounts which complicates the process.

### Networking

Barb needs to continue to grow her network within the company cultivating relationships within the ranks of the New DOSs and General Managers.

BH 000120