# Barbara Loder
## Self Assessment and Goal Setting

**ACCOMPLISHMENTS**

1. Exceeded budgeted yearly quota in 1999 by $744,245. Achieved 109% of quota by contributing approximately $5,023,060 in Group Rooms revenue and $3,724,214 in Transient revenue. 101% first half; 116% second half of the year.

2. Produced outstanding Customer relationships in all aspects of market development with 44 accounts.

3. Booked and managed 102 definite groups effectively and accurately. Average Group Booking was $49,245.69. 69.8% was Book Direct, a high percentage in view of the fact that most of my groups are Meeting Connection size. Cancellations and slippage on bookings amounted to a low 8%.

4. Exhibited leadership and team building in relationships with hotels that were the recipients of the business I provided.

5. Managed Procter & Gamble's, Bank One and Federated Department Store's transient program, producing exceptional results. Achieved 207% of Transient quota for 1999. Procter & Gamble exceeded $1,000,000 and Bank One totally exceeded expectations.

6. Acquired three new clients in 1999, American Association Lab Animal Science, Bellwether Group, and Smith & Nephew Healthcare.

7. Consistently demonstrated financial responsibility throughout 1999 by being the budget granted to each National Sales manager.

8. Entering my 21st year with Hyatt, I have continued to demonstrate dedication, drive and determination in achieving the goals the company has set forth. It is a sense of accomplishment to have satisfied customers, produce excellent results and have good relationships with peers and the people I report to.



PLAINTIFF'S EXHIBIT 18

2

BH 000121

## ASSESSMENT OF SKILLS

### STRENGTHS

- Informing
- Efficiency
- Planning
- Problem Solving
- Production
- Consistency
- Synergy
- Quality Improvement
- Customer Focus
- Accountability
- Influence
- Mission Skills
- Empowerment

### WEAKNESSES

- Penetration
- Promoting Innovation
- Networking
- Computer Skills

BH 000122

## PROPOSED GOAL FOR 2000

- Return to achieving 130% of quota
- Add 3 to 4 new, producing accounts
- Completely update client profiles, account plans and account profiles within Envision
- Become more proficient with Envision capabilities and communication with client and hotels via internet and e-mail
- Maintain excellent peer and corporate relationships by enhancing my sales techniques and product knowledge of 105 hotels.
- Continue good relationship with assistant Karla and Executive Committee of the Hyatt Regency Cincinnati

## FOCUS GOALS FOR 2000

- Community involvement with Free Store, National Parkinson Foundation
- Development of Assistant and younger members of Hyatt Regency Cincinnati Sales Department
- Run annual Mini Heart Marathon and maybe Cincinnati Marathon
- Obtain outside training on internet/computer knowledge

4

BH 000123