# HYATT HOTELS AND HYATT CORPORATION
## PERFORMANCE REVIEW AND GOAL SETTING PROGRAM
*Management Personnel National Sales Organization*

**Employee Name:** Barb Loder  **Original Hire Date:** 10/1/79
**Position:** Director Natl Accounts  **Department:** National Sales  **In Present Position Since:** 11/94
**Reviewed By:** Bruce Small  **Position:** Director of Sales  **Review Date:** 2/18/99

| | |
|---|---|
| **EMPLOYEE SELF ASSESSMENT AND GOAL SETTING** | **Accomplishments**<br>- No more than two pages written and submitted to the manager as scheduled prior to the review session.<br>- Brief description of no more than 10 key accomplishments including special projects or assignments completed during the review period.<br>- Accomplishments prioritized and numbered, giving top ranking to assignments that had the most direct impact on company and division business objectives.<br>- Should include comments, reasons, explanations for goals not accomplished from prior year.<br><br>**Management Skills**<br>- Review the 16 management skills listed below. Identify and comment on your strongest skills and those in need of most development.<br><br>**Proposed Goals**<br>- A half page document that describes the employee's top three business goals, in priority order. Should include each goal's impact on the company and division's success and how this will be measured.<br>- Each employee should submit an additional goal relating to personal growth and/or professional development.<br>- Each employee should also include a goal which supports Hyatt's Focus 2000 objectives through (a) a personal commitment to volunteerism or community outreach, (b) recruitment and development of a direct report, or (c) development of a non-traditional business opportunity. |
| **MANAGER'S REVIEW** | With the submission of the Self-Assessment and Proposed Goals, the manager and the employee should have a brief discussion. This conversation is to ensure that the manager has all the information necessary to make a full performance assessment. The manager should not provide an assessment or rating to the employee at this point or reach final agreement on the proposed goals. |
| **PERFORMANCE REVIEW DISCUSSION** | - After final approval of OVERALL performance rating and merit increase, the manager meets with the employee.<br>- Employee and manager work together to finalize goals for the next performance review period.<br>- Employee and manager also set schedule for performance and goals update sessions. At a minimum, a goals update session should be scheduled at the mid-year mark or if significant adjustments to the original goals become necessary (e.g. job change, business conditions, etc.)<br>- If the employee's overall performance rating is "Improvement Needed" or "Marginal", a work improvement plan must be agreed upon in this discussion. |

PLAINTIFF'S EXHIBIT 19

BH 000124

**MANAGER'S ASSESSMENT**

For each accomplishment listed by the employee in the self-assessment, and for any additional ones not identified by the employee, provide written feedback regarding the accomplishment, including comments on <u>quality of work</u>, <u>timeliness</u>, and <u>budget vs. actual cost</u>.

Do not make changes to the employee's Self-Assessment document. Use the Manager's Assessment to clarify, supplement, or challenge the Self-Assessment if necessary.

<u>Management Skills Review</u>

Overall Performance Rating includes both "what" gets done and "how" to work with and through others to get it done. Provide skill-specific feedback by rating each on of the sixteen individual Management Skills. Assign an overall rating for each of the four major Management Skills categories.

For reference of applicable ratings, please see rating definitions below.

__EE__ **TASK MANAGEMENT**-Defining work activities, providing the task structure necessary for results.
__EE__ Informing-Assuring a consistent, timely flow of information to team members, including hotel partners.
__EE__ Efficiency-Using time and resources efficiently on priorities; staying goal oriented and structuring work productively.
__RM__ Planning-Organizing the work and setting priorities so that everyone knows what to do.
__EE__ Problem Solving-Assessing problems and finding solutions.

__EE__ **BUSINESS PRACTICES**-Maximizing sales revenues through application and performance of core strategies and guidelines.
__EE__ Production-Achievement of production goals set forth by DOS.
__EE__ Penetration-Penetrating account base to maximize Hyatt's market share.
__EE__ Consistency-Providing customers and hotels with accurate and timely updates; continuous updates on account profiles & plans; booking updates and strategy to grow accounts.
__EE__ Synergy-Creating a partnership with customers and hotels to exceed business objectives of both.

__EE__ **BUSINESS VALUES**-Implementing broad strategic choices that managers make in the values and business operations they promote.
__EE__ Quality Improvement-Emphasizing high quality and taking action to improve it.
__EE__ Customer Satisfaction-Staying in tune with customers' expectations about quality and service; seeking input from customers.
__EE__ Promoting Innovation-Showing foresight and encouraging new ideas; helping others see new possibilities.

__EE__ **LEADERSHIP**-Demonstrating the personal skills which enhance a manager's ability to motivate and direct the action of others.
__EE__ Accountability-Personally exemplifying responsible and honest behavior; practicing what is preached, "walking the talk".
__EE__ Relationship Skills-Developing and maintaining relationships with customers, hotel partners, team members and corporate staff.
__EE__ Influence-Persuading others; expressing ideas in ways which lead others to share your perspective and agree.
__EE__ Mission Skills-Creating a compelling picture of the organizations values and purpose.
__EE__ Networking-Cultivating useful contacts with a broad range of people in a variety of strategic position.

<u>Proposed Goal Review</u>

Review the employee's Proposed Goals and draft any amendments, additions or changes.

**OVERALL RATING**

_____ Role Model (RM)
Reserved for the few individuals who demonstrate exceptional accomplishments in all areas of responsibility; show dynamic leadership within and beyond the scope of their assignments and add value by going beyond job expectations.

__EE__ Exceeds Expectations (EE)
Quantity and quality of output regularly exceed expectations. Adds value by advancing Hyatt culture and business objectives.

_____ Meets Expectations (ME)
Meets the performance expectations of the position; performs in a reliable and professional manner.

_____ Improvement Needed (IN)
Meets job requirements in some, but not all, areas of responsibility. Further development and improvement is necessary to meet all job expectations.

_____ Marginal (M)
Performance noticeably below job requirements, even with close supervision. Inconsistent in completing many assignments. Must significantly improve in reasonable period to remain in position.

**APPROVAL PROCESS**

The recommended performance rating, merit increase and goal priorities have been discussed and approved by the manager's supervisor.

Manager Signature: _[signature]_   Next Level Signature: _____

**EMPLOYEE ACKNOWLEDGMENT**

I have read, discussed and understand the performance review and goals. I understand I may attach additional comments if I wish to do so.

Employee signature: _____   Date: _____

BH 000125