

AT HYATT-SAKS FIFTH AVENUE CENTER

DATE: February 8, 1999

TO: Bruce Small

COMPANY: Hyatt Hotels & Resorts

FAX #: 312-750-8599

FROM: Barbara Loder
COMPANY: Hyatt Hotels & Resorts
FAX #: 513/352-0280

TOTAL PAGES SENT (Including the Cover Sheet) - ___3___

MESSAGE:

Attached is my Performance Review and Goal Setting.
Also attached is a copy of the 1998 Sales Manager Production for the Hyatt Regency Cincinnati. In 1998, I produced $354,765 for the hotel which included Procter & Gamble/GEOP/Planners Network, Western Southern, and Longaberger, etc. The planners for all of these groups have said they will not return to the Hyatt Regency Cincinnati until it is renovated. As you are aware, there is still no date set for beginning the renovation. Please take this into account when setting my 1999 quota.

Call (513) 579-1234 extension 6100 if fax is incomplete. Thank You!



PLAINTIFF'S EXHIBIT 20

BH 000126

Barbara Loder
Director of National Accounts
Central National Sales/Hyatt Regency Cincinnati

Performance Review and Goal Setting
February 8, 1999

Accomplishments:

1. Achieved 130% of quota . . . exceeded quota by $1,500,000.
2. Produced outstanding customer relationships in all aspects of market development with 36 accounts. 65% of accounts obtained revenue growth over 1997. Over 53% of all accounts grew in volume.
3. Booked 111 meetings and to my knowledge all my customers were/are happy with the way I handled their business.
4. Exhibited leadership and team building in relationships with hotels that were the recipients of the business I provided. Maintained excellent peer and corporate relationships by enhancing my sales techniques, product knowledge of 105 hotels, Envision capabilities and communication.
5. Acquired three new clients in 1998: International Oxygen Manufacturers, American Board of Veterinary Practitioners, and International Anesthesia Research
6. Developed and maintained excellent relationship with assistant Linda Godek, Jean-Marc Dizard, general manager and Executive Committee of the Hyatt Regency Cincinnati where my office is located.
7. 85% of the total revenue my accounts generated were through my book directs or referrals
8. Adhered to established target rate variance ranges and group ceilings
9. Transient quota came in at 119% or $161,749 over quota, $986,749 for Procter & Gamble
10. Account plans for 1999 were reviewed and determined to have good content & vision

Management Skills:

- Strongest Skills:
    - Sales Ability
    - Planning: successful in providing client information, contracts .etc. in a timely fashion
    - Problem Solving: Worked through double booking at HR Albuquerque and other smaller problems were easily rectified.
    - Closing the business

- Skills in Need of Development:
    - Computer Skills
    - Sometimes I'm bothered by "little things" (I don't know if this is always a bad thing.)

Goals:

1. Increase revenue by 15% over 1998 revenue
2. Maintain excellent client, peer & corporate relationships
3. Increase customer base within my region (Ohio, Indiana, Kentucky and Tennesseee).
4. Focus 2000: participate in Freestore Program during holidays

5

BH 000127

SALES MANAGER PRODUCTION

1/5/99

| MANAGER | QUOTA | ACTUAL | % OF MTD QUOTA | YEAR TO DATE QUOTA | YEAR TO DATE ACTUAL | % OF YTD QUOTA |
|---|---|---|---|---|---|---|
| DAVID GAUTHIER | $ - | ($141,406) | #DIV/0! | $ 48,234 | ($186,770) | 0% |
| Michael Bryden | $ 365,000 | $318,500 | 87% | $ 3,550,000 | $1,647,840 | 46% |
| Margot Grubb | $ 130,000 | $93,179 | 72% | $ 1,248,000 | $620,611 | 50% |
| Angie McHale | $ - | $0 | 0% | $ 300,000 | $26,760 | 9% |
| Kendra Fischvogt | $ 180,000 | $60,692 | 34% | $ 1,548,000 | $1,156,511 | 75% |
| Stacey Fitzpatrick | $ 130,000 | $4,383 | 3% | $ 1,248,000 | $667,506 | 53% |
| Mark Garner | $ - | $0 | 0% | $ 187,500 | $180,321 | 96% |
| Kirsten Braun | $ 135,000 | $15,664 | 12% | $ 673,500 | $217,421 | 32% |
| Unallocated Pride | $ - | $0 | 0% | $ 821,003 | $0 | 0% |
| NATIONAL SALES | $ 33,922 | $251,584 | 742% | $ 365,543 | $828,009 | 227% |
| Barb Loder | | $0 | | | $354,765 | |
| J Johnson | | $0 | | | $11,517 | |
| R Morrow | | $0 | | | ($30,122) | |
| T Deconinck | | $0 | | | $153,870 | |
| B Greenspan | | $251,584 | | | $251,584 | |
| B Bost | | $0 | | | $86,395 | |
| Office Total | $ 973,922 | $ 602,596 | 61.87% | $ 9,989,780 | $ 5,158,209 | 51.63% |
| TOTAL W/O NSF | $ 940,000 | $ 351,012 | 37.34% | $ 9,624,237 | 4,330,200 | 44.99% |

PRIDE TO DATE REPORT
July - December 1998

| MANAGER | 6 MONTH QUOTA | 6 MONTH ACTUAL | % OF PRIDE QUOTA | NEED TO BOOK REACH 100% | QUOTA THRU DECEMBER | ACTUAL |
|---|---|---|---|---|---|---|
| Michael Bryden | $ 2,190,000 | $1,263,085 | 58% | $ 926,915 | $ 2,190,000 | $1,263,085 |
| Kendra Fischvogt | $ 1,080,000 | $669,991 | 62% | $ 410,009 | $ 1,080,000 | $669,991 |
| David Gauthier | $ - | ($110,434) | #DIV/0! | $ 110,434 | $ - | ($110,434) |
| Margot Grubb | $ 780,000 | $361,657 | 46% | $ 418,343 | $ 780,000 | $361,657 |
| Stacey Fitzpatrick | $ 780,000 | $171,281 | 22% | $ 608,719 | $ 780,000 | $171,281 |
| Kirsten Braun | $ 673,500 | $217,421 | 32% | $ 456,079 | $ 673,500 | $217,421 |
| Nat'l Sales | $ 203,538 | $361,216 | 177% | $ (157,678) | $ 203,538 | $361,216 |
| Unallocated | $ 136,501 | $0 | 0% | $ 136,501 | 136,501 | $0 |
| TOTAL | $5,843,539 | $2,934,217 | 50% | $ 2,909,322 | $5,843,539 | $2,934,217 |

PRODUCTION