# HYATT HOTELS AND HYATT CORPORATION
## Performance Review and Goal Setting Program
## Management Personnel National Sales Organization

| | |
|---|---|
| Employee Name: | Barbara Loder |
| Original Hire Date: | October 1, 1979 |
| Position: | Director of National Accounts |
| Department: | Chicago National Sales |
| In Present Position Since: | November 1, 1994 |
| | |
| Reviewed By: | Bruce Small |
| Position: | Director of Sales/Chicago National Sales |

REVIEW DATE

_____

PREPARED
January 23, 1998

PLAINTIFF'S EXHIBIT 22

# Barbara Loder
## Self Assessment and Goal Setting

ACCOMPLISHMENTS:

1. Exceeded budgeted yearly quota in 1997 by $654,018. Achieved 115% of quota by contributing approximately $5,000,000 in group rooms revenue.

2. Produced outstanding customer relationships in all aspects of market development with 39 accounts. 36% of accounts obtained revenue growth over 1996. 13 additional accounts needed less than $25,000 to exceed 1996 production.

3. Booked and managed 103 definite groups effectively and accurately. Average group booking was $48,000, 62% was book direct, a high percentage in view of the fact that most of my groups are meeting connection size. Cancellations and slippage on bookings amounted to a low 2.2% or $110,000 on $5,000,000.

4. Exhibited leadership and team building in relationships with hotels that were the recipients of the business I provided.

5. Managed Procter & Gamble's transient program producing exceptional results. I am confident that in 1997 they exceeded the $1,000,000 quota (results are not in as of this date) that I set for them. This is an increase of 18% over 1996. Revenue from Procter & Gamble transients at the Hyatt Regency Cincinnati was $606,444. In late 1997 we secured the Procter & Gamble transient account for 1998 at the Hyatt Regency Cincinnati, a coup considering the hotel has not been renovated in 10 years. This decision on Procter & Gamble's part was based on loyalty and excellent customer service.

6. Acquired four new clients in 1997; Banc One Corporation, Excellence in Motivation, Nuvera Group and United Commercial Travelers.

7. Consistently demonstrated financial responsibility throughout 1997 by being under the $10,000 budget granted to each National Sales Manager. Submitted $3,907 in expense accounts and approximately $4,000 in airline travel. On "more than a few occasions" I drove to Louisville, Kentucky to save on airline fares. Was able to produce a stellar, profitable performance against budget constraints.

8. Entering my 19th year with Hyatt, I have continued to demonstrate dedication, drive and determination in achieving the goals the company has set forth. It is a sense of accomplishment to have satisfied customers, produce excellent results and have good relationships with peers and the people I report to (Fred, Christie and Bruce).

BH 000133

# Barbara Loder
## Self Assessment and Goal Setting

**MANAGEMENT SKILLS:**

RM — **TASK MANAGEMENT** - Defining work activities, providing the task structure necessary for results.

EE — Informing - Assuring a consistent, timely flow of information to team members, including hotel partners.

RM — Efficiency - Using time and resources efficiently on priorities; staying goal oriented and structuring work productively.

RM — Planning - Organizing the work and setting priorities so that everyone knows what to do.

RM — Problem Solving - Assessing problems and finding solutions.

EE — **BUSINESS PRACTICES** - Maximizing sales revenues through application and performance of core strategies and guidelines.

EE — Production - Achievement of production goals set forth by DOS.

ME — Penetration - Penetrating account base to maximize Hyatt's market share.

EE — Consistency - Providing customers and hotels with accurate and timely updates; continuous updates on account profiles and plans; booking updates and strategy to grow accounts.

RM — Synergy - Creating a partnership with customers and hotels to exceed business objectives of both.

- EE    BUSINESS VALUES - Implementing broad strategic choices that managers make in the values and business operations they promote.

- EE    Quality Improvement - Emphasizing high quality and taking action to improve it.

- EE    Customer Satisfaction - Staying in tune with customers' expectations about quality and service; seeking input from customers.

- EE    Promoting Innovation - Showing foresight and encouraging new ideas; helping others see new possibilities.

- EE    LEADERSHIP - Demonstrating the personal skills which enhance a manager's ability to motivate and direct the action of others.

- EE    Accountability - Personally exemplifying responsible and honest behavior; practicing what is preached, "walking the talk".

- EE    Relationship Skills - Developing and maintaining relationships with customers, hotel partners, team members and corporate staff.

- EE    Influence - Persuading others; expressing ideas in ways which lead others to share your perspective and agree.

- EE    Mission Skills - Creating a compelling picture of the organizations values and purpose.

- EE    Networking - Cultivating useful contacts with a broad range of people in a variety of strategic position.

BH 000135

# Barbara Loder
## Self Assessment and Goal Setting

PROPOSED GOALS FOR 1998

Professional Goals:
1. Continue to exceed revenue goals established by the company by providing new sales volume in excess of 15% over 1997 goal.

2. Maintain excellent client, peer and corporate relationships by enhancing my sales techniques, product knowledge of 105 hotels, Envision capabilities and communication.

3. Increase customer base with new customers from within my region (Ohio, Indiana, Kentucky and Tennessee). Eliminate accounts that are non-productive.

Personal Goals:
1. Improve computer knowledge.
2. Get married.

Hyatt Focus 2000 Objective:
1. Volunteer at Freestore during the holidays.

BH 000136