Barbara Loder
Chicago National Sales

**Self Assessment**
(Please follow this guideline for your self assessment and attach to Performance Review form)

I. List at least 5 major accomplishments in 1996

1. Exceeded quota by 140% + ($1,300,000)
2. Over 75% of all business booked was "Book Direct"
3. Over half of all accounts grew in revenue
4. Achieved high level of client satisfaction
5. Transient quota exceeded expectations

II. Financial Responsibilities (areas to address/only those which apply)

-1996 revenue quota         $3,250,000   group
-1996 revenue production    $4,550,000   group
-Number of sales people    n/a
-Number of turnover        n/a
-Number of people who made quota   n/a
-Number of people who did not make quota   n/a

III. Strengths

1. Sales ability
2. Dedication/persistance
3. Organizational skills
4. Analytical skills
5. "Closing the business"

IV. Weaknesses

1. Envision capabilities
2. Presentation
3. Need to be more forceful
4. Account penetration
5. Sometimes bothered by "little things"

VI. Areas that were not completed or need more attention in 1997

1. Need more attention to profiling
2. Account acquisition
3. Envision training
4. Participation with clients on site inspections
5. Upselling


PLAINTIFF'S EXHIBIT 24

BH 000139

Barbara Loder
Chicago National Sales

VI. Skills acquired or knowledge gained in 1996

1. Legal knowledge/contracts
2. Ability to work better with hotels
3. Customer loyalty

VII. Your overall self assessment of your 1996 performance (Circle one)

Role Model      Exceed Expectations      Meets Expectations

Marginal        Needs Improvement

VIII. Goals for your discipline for 1997

1. Achieve 135% + of quota
2. Improve account growth
3. Leadership skills and team player (sales office involvement)
4. Career advancement
5. Personal growth/volunteer work

IX. Other comments

1996 was a great year for me. I am confident that in 1997 I will exceed expectations for the company. Thanks for all of your support and direction.

BH 000140