

Memorandum

Hyatt Hotels & Resorts
National Sales Office
333 Thornall Street
Edison, NJ 08837 USA

Telephone: 908.603.8800
FAX: 908.494.5723

MARCH 11, 1996

TO: BARB LODER

FROM: CHRISTIE HICKS

RE: 1995 EVALUATION

WITH BARB HAVING SPENT THE MAJORITY OF THE YEAR ASSOCIATED WITH THE CHICAGO NATIONAL SALES OFFICE, THIS EVALUATION IS A COMBINATION OF INPUT FROM FRED SHEA AND CHRISTIE HICKS.

BARB ACHIEVED 92.3% OF HER 1995 QUOTA WITH 59% OF HER BOOKINGS BEING BOOK DIRECT. SHE CONTINUED TO FOCUS ON THE ACCOUNT DEVELOPMENT ASPECT OF HER JOB AND WAS ABLE TO MAKE ADDITIONAL HEADWAY WITH MANY OF HER NATIONAL ACCOUNTS.

SHE HAS DEVELOPED AN EXCELLENT TEAM WITH HER ASSISTANT, GEORGIA, AND HAS CREATED A WORK ENVIRONMENT THAT ALLOWS WORK TO FLOW WHEN BARB IS OUT OF THE OFFICE ON BUSINESS.

AS WE APPROACH 1996, I WOULD LIKE TO SEE BARB CONCENTRATE ON THE FOLLOWING:

**BOOK DIRECT** - BARB'S PERSONAL GOAL IS TO REACH A BOOK DIRECT LEVEL OF 70%. WITH HER ACCOUNT BASE, SHE SHOULD BE ABLE TO ACHIEVE THIS.

**CONSISTENCY** - I WOULD LIKE TO SEE BARB APPROACH BUSINESS IN A MORE CONSISTENT FASHION - DOING THE BUSINESS EVALUATION UP FRONT AND MAKING RECOMMENDATIONS TO A HOTEL ON THE BUSINESS RATHER THAN ASKING A DOS WHAT HE/SHE THINKS. THERE HAS BEEN SOME CONVERSATION REGARDING THIS WITH SOME DIRECTORS. SO, I BELIEVE THIS SHOULD BE A GOAL FOR 1996.

**MORE AGGRESSIVE APPROACH** - I WOULD ALSO LIKE BARB TO CONCENTRATE ON A MORE AGGRESSIVE, STRATEGIC APPROACH TO HER MEGA ACCOUNT SUCH AS PROCTOR AND GAMBLE. I WOULD LIKE TO SEE MORE DETAILED ACCOUNT PLANS AND MORE WELL DEFINED STRATEGY, ETC.

ALL IN ALL, 1995 WAS A GOOD YEAR FOR BARB WHO ACHIEVED AN AVERALL RATING OF EXCEEDS EXPECTATIONS.



PLAINTIFF'S EXHIBIT 25

BH 000141

| Manager's Assessment | Accomplishments Review |
|---|---|
| | For each accomplishment listed by the employee in the Self-Assessment, and for any additional ones not identified by the employee, provide written feedback regarding the accomplishment, including comments on <u>quality of work</u>, <u>timeliness</u> and <u>budget vs. actual cost</u>. |
| | Do not make changes to the employee's Self-Assessment document. Use the Manager's Assessment to clarify, supplement or challenge the Self-Assessment, if necessary. |

**Management Skills Review**

Overall Performance Rating includes both "what" gets done and "how" to work with and through others to get it done. Provide skill-specific feedback by rating each of the sixteen individual Management Skills. Assign an overall rating for each of the four major Management Skill categories.

*Productive*
*92.37%*

__EE__ **TASK MANAGEMENT** - Defining work activities, providing the task structure necessary for results.

   __ME__ Informing - Assuring a consistent, timely flow of information to team members.
   __EE__ Efficiency - Using time and resources efficiently on priorities; staying goal oriented and structuring work productively.
   __EE__ Planning - Organizing the work and setting priorities so that everyone knows what to do.
   __EE__ Problem Solving - Assessing problems and finding solutions.

*Both Direct*
*59.38*

__EE__ **TEAM DEVELOPMENT** - Providing people with the motivation and supportive social climate required for long-term high levels of performance and satisfaction.

   __ME__ Performance Feedback - Giving useful, informal feedback to team members to let them know how they are doing.
   __ME__ Relationship Skills - Creating warm and friendly relationships around work.
   __EE__ Staff Development - Training team members, improving their skills, and addressing their career development needs.
   __EE__ Team Motivation - Making it rewarding to work hard; mobilizing and inspiring others to be very productive.

__EE__ **BUSINESS VALUES** - Implementing broad strategic choices that managers make in the values and business operations they promote.

   __EE__ Quality Improvement - Emphasizing high quality and taking action to improve it.
   __EE__ Customer Focus - Staying in tune with customers' expectations about quality and service; seeking input from customers.
   __EE__ Promoting Innovation - Showing foresight and encouraging new ideas; helping others see new possibilities.

__EE__ **LEADERSHIP** - Demonstrating the personal skills which enhance a manager's ability to motivate and direct the action of others.

   __EE__ Accountability - Personally exemplifying responsible and honest behavior; practicing what is preached, "walking the talk."
   __EE__ Empowerment - Pushing decision-making authority/responsibility downward; giving team members "ownership" of their work.
   __ME__ Influence - Persuading others; expressing ideas in ways which lead others to share your perspective and agree.
   __ME__ Mission Skills - Creating a compelling picture of the organization's values and purpose.
   __EE__ Networking - Cultivating useful contacts with a broad range of people in a variety of strategic positions.

**Proposed Goals Review**

Review the employee's Proposed Goals and draft any amendments, additions or changes.

| Overall Rating | |
|---|---|
| | _____ **ROLE MODEL (RM)** |
| |    Reserved for the few individuals who demonstrate exceptional accomplishments in all areas of responsibility; show dynamic leadership within and beyond the scope of their assignment and add value by going beyond job expectations. |
| | __X__ **EXCEEDS EXPECTATIONS (EE)** |
| |    Quantity and quality of output regularly exceeds expectations. Adds value by advancing Hyatt culture and business objectives. |
| | _____ **MEETS EXPECTATIONS (ME)** |
| |    Meets the performance expectations of the position; performs in a reliable and professional manner. |
| | _____ **IMPROVEMENT NEEDED (IN)** |
| |    Meets job requirements in some, but not all, areas of responsibility. Further development and improvement is necessary to meet all job expectations. |
| | _____ **MARGINAL (M)** |
| |    Performance noticeably below job requirements, even with close supervision. Inconsistent in completing many assignme Must significantly improve in reasonable period to remain in position. |

| Approval Process | The recommended performance rating, merit increase and goal priorities have been discussed and approved by the manager's super |
|---|---|
| | Manager Signature: _[signature]_     Next Level Signature: _____ |

| Employee Acknowledgment | I have read, discussed and understand the performance review and goals. I understand I may attach additional comments if I wish t |
|---|---|
| | Employee Signature: _Barbara Hodu_     Date: _April 3, 1996_ |

BH 000142

**HYATT HOTELS AND HYATT CORPORATION**
**PERFORMANCE REVIEW AND GOAL SETTING PROGRAM**
*Management Personnel*

Employee Name: _Barb Loder_     Original Hire Date: _____

Position: _Director - National Acct_   Department: _NENSO_    In Present Position Since: _____

Reviewed By: _(Chick)_    Position: _DOS_    Review Date: _3/13/96_

| | |
|---|---|
| **Employee Goal Setting** | **Employee Self-Assessment**<br>• A one page document written and submitted to the manager as scheduled prior to the review session.<br>• Brief descriptions of no more than 10 key accomplishments including special projects or assignments completed during the review period.<br>• Accomplishments prioritized and numbered, giving top ranking to assignments that had the most direct impact on company and division business objectives.<br>• No "ratings" should be assigned.<br>• Should include comments, reasons, explanations for goals not accomplished.<br><br>**Management Skills**<br>• Review the 16 Management Skills on the back side of this form. Identify and comment on your strongest skills and those in need of most development.<br><br>**Proposed Goals**<br>• A half page document that describes the employee's top three business goals, in priority order. Should include each goal's impact on the company and division's success and how this will be measured.<br>• Each employee should submit an additional goal relating to personal growth and/or professional development.<br>• Each employee should also include a goal which supports Hyatt's Focus 2000 objectives through (a) a personal commitment to volunteerism or community outreach, (b) recruitment and development of a direct report, or (c) development of a non-traditional business opportunity. |
| **Manager's Review** | With the submission of the Self-Assessment and Proposed Goals, the manager and employee should have a brief discussion. This conversation is to ensure that the manager has all the information necessary to make a full performance assessment. The manager should not provide an assessment or rating to the employee at this point or reach final agreement on the proposed goals. |
| **Performance Review Discussion** | • After final approval of OVERALL performance rating and merit increase, manager meets with employee.<br>• Employee and manager work together to finalize goals for the next performance review period.<br>• Employee and manager also set schedule for performance and goals update sessions. At a minimum, a goals update session should be scheduled at the mid-year mark or if significant adjustments to the original goals become necessary (e.g., job change, business conditions, etc.).<br>• If the employee's overall performance rating is "Improvement Needed" or "Marginal", a Work Improvement Plan must be agreed upon during this discussion. |

| | |
|---|---|
| **Manager Assessment** | For each accomplishment listed by the employee in the Self-Assessment, and for any additional ones not identified by the employee, provide written feedback regarding the accomplishment, including comments on quality of work, timeliness and budget vs. actual cost.<br><br>Do not make changes to the employee's Self-Assessment document. Use the Manager's Assessment to clarify, supplement or challenge the Self-Assessment, if necessary.<br><br>**Management Skills Review**<br>Overall Performance Rating includes both "what" gets done and "how" to work with and through others to get it done. Provide skill-specific feedback by rating each of the sixteen individual Management Skills. Assign an overall rating for each of the four major Management Skill categories.<br><br>____ **TASK MANAGEMENT** - Defining work activities, providing the task structure necessary for results.<br>    ____ Informing - Assuring a consistent, timely flow of information to team members.<br>    ____ Efficiency - Using time and resources efficiently on priorities; staying goal oriented and structuring work productively.<br>    ____ Planning - Organizing the work and setting priorities so that everyone knows what to do.<br>    ____ Problem Solving - Assessing problems and finding solutions.<br><br>____ **TEAM DEVELOPMENT** - Providing people with the motivation and supportive social climate required for long-term high levels of performance and satisfaction.<br>    ____ Performance Feedback - Giving useful, informal feedback to team members to let them know how they are doing.<br>    ____ Relationship Skills - Creating warm and friendly relationships around work.<br>    ____ Staff Development - Training team members, improving their skills, and addressing their career development needs.<br>    ____ Team Motivation - Making it rewarding to work hard; mobilizing and inspiring others to be very productive.<br><br>____ **BUSINESS VALUES** - Implementing broad strategic choices that managers make in the values and business operations they promote.<br>    ____ Quality Improvement - Emphasizing high quality and taking action to improve it.<br>    ____ Customer Focus - Staying in tune with customers' expectations about quality and service; seeking input from customers.<br>    ____ Promoting Innovation - Showing foresight and encouraging new ideas; helping others see new possibilities.<br><br>____ **LEADERSHIP** - Demonstrating the personal skills which enhance a manager's ability to motivate and direct the action of others.<br>    ____ Accountability - Personally exemplifying responsible and honest behavior; practicing what is preached, "walking the talk."<br>    ____ Empowerment - Pushing decision-making authority/responsibility downward; giving team members "ownership" of their work.<br>    ____ Influence - Persuading others; expressing ideas in ways which lead others to share your perspective and agree.<br>    ____ Mission Skills - Creating a compelling picture of the organization's values and purpose.<br>    ____ Networking - Cultivating useful contacts with a broad range of people in a variety of strategic positions.<br><br>**Proposed Goals Review**<br>Review the employee's Proposed Goals and draft any amendments, additions or changes. |
| **Overall Rating** | ____ **ROLE MODEL (RM)**<br>    Reserved for the few individuals who demonstrate exceptional accomplishments in all areas of responsibility; show dynamic leadership within and beyond the scope of their assignment and add value by going beyond job expectations.<br><br>____ **EXCEEDS EXPECTATIONS (EE)**<br>    Quantity and quality of output regularly exceeds expectations. Adds value by advancing Hyatt culture and business objectives.<br><br>____ **MEETS EXPECTATIONS (ME)**<br>    Meets the performance expectations of the position; performs in a reliable and professional manner.<br><br>____ **IMPROVEMENT NEEDED (IN)**<br>    Meets job requirements in some, but not all, areas of responsibility. Further development and improvement is necessary to meet all job expectations.<br><br>____ **MARGINAL (M)**<br>    Performance noticeably below job requirements, even with close supervision. Inconsistent in completing many assignments. Must significantly improve in reasonable period to remain in position. |
| **Approval Process** | The recommended performance rating, merit increase and goal priorities have been discussed and approved by the manager's supervisor.<br><br>Manager Signature: *Christie H[...]*    Next Level Signature: _____ |
| **Employee Acknowledgment** | I have read, discussed and understand the performance review and goals. I understand I may attach additional comments if I wish to do so.<br><br>Employee Signature: *Barbara Noda*    Date: *April 3, 1996* |

BH 000144