

Brian J. Booth
Director, Sales & Marketing

Hyatt Hotels & Resorts
200 West Madison
Chicago, IL 60606 USA

Telephone: 312.750.8003
FAX: 312.750.8599

May 18, 2001

To: CNSO Directors of National Accounts
From: Brian Booth

Re: 2001 Performance Review and Goal Setting Program

Attached is the revised Performance Review for National Sales Force Management. This is the same information that we went over verbally at our Sales meeting @ HR Pittsburgh.

I believe this new format provides a forum in which all aspects of your accomplishments and contributions can be evaluated. As you can see that Financial Management section carries the vast majority of weighting (60%). The weighting system was established to reflect the fact "we are in our positions to generate revenues". This new review format will require each of us to place a great deal of thought, as the comment section is critical to the success of this process.

I will be meeting with each of you individually in July. At hat time I will use this format to evaluate your mid year performance and provide feedback for your development for the remainder of 2001.

Please bring a copy of this from to the next sales meeting on June 6th so we can discuss and answer any questions you may have.



PLAINTIFF'S EXHIBIT 26

BH 000112

**Managers Assessment**

Accomplishments
For each accomplishment by the employee is the self assessment and for the any additional ones not identified by the employee, provide written feedback regarding the accomplishment, including comments on quality of work, timeliness and budget vs. actual cost.

Do not make changes to the employee's Self Assessment document. Use the Manager's Assessment to clarify, supplement or challenge the Self-Assessment if necessary.

Management Skills Review

Overall Performance Rating including "what" gets done and "how" to work with and through others to get it done. Provide specific feedback by rating each on the Management Skills.

**FINANCIAL MANAGEMENT (60%)**
\_\_\_\_ Production achievement versus quota
\_\_\_\_ Account Penetration, Sales activity
\_\_\_\_ Fiscal responsibility/budgets
\_\_\_\_ Understanding and knowledge of Future Group Revenue Targets

   Percentage Earned _____
   Rating _____

**Comments:**



**BUSINESS RELATIONSHIPS (20%)**
\_\_\_\_ Customer Relationships
\_\_\_\_ Field Relationships / All levels
\_\_\_\_ NSO Relationships/Employee Relationships
\_\_\_\_ Customer event participation
\_\_\_\_ Conflict resolution

   Percentage Earned _____
   Rating _____

**Comments:**

BH 000113

**ADMINISTRATIVE (10%)**
____ Timeliness of projects and/or reports
____ Accuracy/updating of Organizations and comments
____ Efficient use of time and resources
____ Booking updates

Percentage Earned _____
Rating Earned _____

**Comments:**


**PROFESSIONAL/PERSONAL DEVELOPMENT (10%)**
____ Industry/community Networking
____ Involvement in Industry and/or Hyatt Events
____ Personal and Professional Education/Training
____ Mentorship/Leadership

Percentage Earned _____
Rating _____

**Comments:**


**DIRECTOR'S DISCRETION (BONUS 10%)**
(I.e. team player, ethics, loyalty, initiative, book direct, etc)

Percentage Earned _____

**Comments:**


**Proposed Goal Review**
Review the employee's goals for upcoming year.

Overall Rating_____

BH 000114