Barbara Loder 

**FINANCIAL MANAGEMENT (60%)**
- IN    Production achievement versus quota
- ME    Account Penetration, Sales activity
- EE    Fiscal responsibility/budgets
- ME    Understanding and knowledge of Future Group Revenue Targets

    Percentage Earned: 40%
    Rating: **Improvement Needed**

**Comments:**
Production for the first half of 2001 at 78.8% or $3.2 million in-group revenues. Second half of year need to increase sales activities with existing accounts and develop new business. Need to be creative in executing sales plan, as budget restrictions will remain in place.

**BUSINESS RELATIONSHIPS (20%)**
- EE    Customer Relationships
- ME    Field Relationships/All levels
- EE    NSO Relationships/Employee Relationships
- ME    Customer event participation
- ME    Conflict resolution

    Percentage Earned: 16%
    Rating: **Exceeds Expectations**

**Comments:**
Barb it is evident that you have solid relationships with your customer base. With new staff coming to NSF be receptive to them as they look to the established players for guidance. With the slow down in the economy, do not get caught up with negative tones about being able to do one's job.

010671

PLAINTIFF'S EXHIBIT
27a

**ADMINISTRATIVE (10%)**
EE    Timeliness of projects and/or reports
ME   Accuracy/updating of Organizations and comments
EE    Efficient use of time and resources
ME   Booking updates

    Percentage Earned: 8%
    Rating Earned: **Exceeds Expectations**

**Comments:**
Good job with your monthly reports. Do not be "light" with details of what is taking place with your accounts. Focus will be on discovering new business. Further work is needed on keeping contract profiles are updated.

**PROFESSIONAL/PERSONAL DEVELOPMENT (10%)**
IN    Industry/community Networking
ME   Involvement in Industry and/or Hyatt Events
ME   Personal and Professional Education/Training
ME   Mentors/Leadership

    Percentage Earned: 6%
    Rating: **Meets Expectations**

**Comments:**
Second half of year focus will be to get your customers to the scheduled Hyatt events. Did not see any mention of industry events in your month end reports. Need to increase level of visibility at appropriate industry events. Look forward to hearing how your mentor program is going (be sure to include in month end report).

**DIRECTOR'S DISCRETION (BONUS 10%)**
(I.e. team player, ethics, loyalty, initiative, book direct, etc.)

Percentage Earned: 8%

**Comments:**
Barb you have the reputation as a team player, hard working and ethical. Great job with book direct business at 86% for the first half of 2001. When you have issues, be sure and bring them to my attention so I can deploy the proper resources.

010672

**Proposed Goal Review**

Barbara, for the second half of 2001 I want you to focus on the following:

- Achievement of Quota
- Increase amount of sales activities. Focus on prospecting/profiling of accounts.
- Continue to update and maintain accurate profiles in Envision for your "Key Contacts" and Organizations.
- Get more of your customers to Hyatt Events

Overall Rating: **Meets Expectations**

010673