**HYATT HOTELS AND HYATT CORPORATION**
**PERFORMANCE REVIEW AND GOAL SETTING PROGRAM**
*Management Personnel*

COPY

Employee Name: _Brian Booth_   Original Hire Date: _____

Position: _Dir of Central Nat'l Sales Office_   Department: _Sales_   In Present Position Since: _12/60_

Reviewed By: _Jack_   Position: _AVP-Nat'l Sales_   Review Date: _____

| | |
|---|---|
| **Employee Goal Setting** | **EMPLOYEE SELF ASSESSMENT**<br>• No more than two pages written and submitted to the manager as scheduled prior to the review session.<br>• Brief description of no more than 10 key accomplishments including special projects or assignments completed during the review period.<br>• Accomplishments prioritized and numbered, giving top ranking to assignments that had the most direct impact on company and division business objectives.<br>• Should include comments, reasons, explanations for goals not accomplished from prior year.<br><br>**Management Skills**<br>• Review the 16 management skills listed below. Identify and comment on your strongest skills and those in need of most development.<br><br>**Proposed Goals**<br>• A half page document that describes the employee's top three business goals, in priority order. Should include each goal's impact on the company and division's success and how this will be measured.<br>• Each employee should submit an additional goal relating to personal growth and/or professional development.<br>• Each employee should also include a goal which supports Hyatt's Focus 2000 objectives through (a) a personal commitment to volunteerism or community outreach, (b) recruitment and development of a direct report, or (c) development of a non-traditional business opportunity. |
| **MANAGER'S REVIEW** | With the submission of the Self-Assessment and Proposed Goals, the manager and the employee should have a brief discussion. This conversation is to ensure that the manager has all the information necessary to make a full performance assessment. The manager should not provide an assessment or rating to the employee at this point or reach final agreement on the proposed goals. |
| **PERFORMANCE REVIEW DISCUSSION** | • After final approval of OVERALL performance rating and merit increase, the manager meets with the employee.<br>• Employee and manager work together to finalize goals for the next performance review period.<br>• Employee and manager also set schedule for performance and goals update sessions. At a minimum, a goals update session should be scheduled at the mid-year mark or if significant adjustments to the original goals become necessary (e.g. job change, business conditions, etc.)<br>• If the employee's overall performance rating is "Improvement Needed" or "Marginal", a work improvement plan must be agreed upon in this discussion. |

010347

PLAINTIFF'S EXHIBIT 30a

CONFIDENTIAL

**MANAGER'S ASSESSMENT**

Accomplishments Rev...
For each accomplishm... ...ted by the employee in the self-assessment, and fo... y additional ones not identified by the employee, provide written feedback regarding the accomplishment, including comments on quality of work, timeliness, and budget vs. actual cost.

Do not make changes to the employee's Self-Assessment document. Use the Manager's Assessment to clarify, supplement, or challenge the Self-Assessment if necessary.

Management Skills Review

Overall Performance Rating includes both "what" gets done and "how" to work with and through others to get it done. Provide skill-specific feedback by rating each on of the sixteen individual Management Skills. Assign an overall rating for each of the four major Management Skills categories.

For reference of applicable ratings, please see rating definitions below.

- EE — TASK MANAGEMENT-Defining work activities, providing the task structure necessary for results.
- EE — Informing-Assuring a consistent, timely flow of information to team members.
- EE — Efficiency-Using time and resources efficiently on priorities; staying goal oriented and structuring work productively.
- EE — Planning-Organizing the work and setting priorities so that everyone knows what to do.
- EE — Problem Solving-Assessing problems and finding solutions.

- ME — TEAM DEVELOPMENT-Providing people with the motivation and supportive social climate required for long-term high levels of performance satisfaction.
- ME — Performance Feedback-Giving useful, informal feedback to team members to let them know how they are doing.
- ME — Relationship Skills-Creating warm and friendly relationships around work.
- ME — Staff Development-Training team members, improving their skills, and addressing their career development needs.
- ME — Team Motivation-Making it rewarding to work hard; motivating and inspiring others to be very productive.

- ME — BUSINESS VALUES-Implementing broad strategic choices that managers make in the values and business operations they promote.
- ME — Quality Improvement-Emphasizing high quality and taking action to improve it.
- ME — Customer Focus-Staying in tune with customers' expectations about quality and service; seeking input from customers.
- ME — Promoting Innovation-Showing foresight and encouraging new ideas; helping others see new possibilities.

- ME — LEADERSHIP-Demonstrating the personal skills which enhance a manager's ability to motivate and direct the action of others.
- ME — Accountability-Personally exemplifying responsible and honest behavior; practicing what is preached, "walking the talk".
- ME — Empowerment-Pushing decision making authority/responsibility downward; giving team members "ownership" of their work.
- ME — Influence-Persuading others; expressing ideas in ways which lead others to share your perspective and agree.
- ME — Mission Skills-Creating a compelling picture of the organizations values and purpose.
- ME — Networking-Cultivating useful contacts with a broad range of people in a variety of strategic position.

Proposed Goal Review

Review the employee's Proposed Goals and draft any amendments, additions or changes.

**OVERALL RATING**

____ Role Model (RM)
Reserved for the few individuals who demonstrate exceptional accomplishments in all areas of responsibility; show dynamic leadership within and beyond the scope of their assignments and add value by going beyond job expectations.

____ Exceeds Expectations (EE)
Quantity and quality of output regularly exceed expectations. Adds value by advancing Hyatt culture and business objectives.

✓ Meets Expectations (ME)
Meets the performance expectations of the position; performs in a reliable and professional manner.

____ Improvement Needed (IN)
Meets job requirements in some, but not all, areas of responsibility. Further development and improvement is necessary to meet all job expectations.

____ Marginal (M)
Performance noticeably below job requirements, even with close supervision. Inconsistent in completing many assignments. Must significantly improve in reasonable period to remain in position.

**APPROVAL PROCESS**

The recommended performance rating, merit increase and goal priorities have been discussed and approved by the manager's supervisor.

Manager Signature: _____[signature]_____   Next Level Signature: _____

**EMPLOYEE ACKNOWLEDGMENT**

I have read, discussed and understand the performance review and goals. I understand I may attach additional comments if I wish to do so.

Employee signature: _____   Date: _____

010348

CONFIDENTIAL