# Memorandum



Hyatt Regency DFW
Inside Dallas/Fort Worth Airport
P.O. Box 619014
DFW Airport, TX 75261-9014 USA

Telephone: 214.453.1234
Telex: 9102503191
FAX: 214.456.8668

To: Brian Booth's Personnel File

From: Steve Trent

Date: February 13, 1999

Re: <u>Interpersonal Skills</u>

I discussed with Brian my concern over his management style and interpersonal skills. I was not sure what was going on with Brian. He seemed frustrated with the hotel. His staff was not comfortable in approaching him and he seemed preoccupied with his career.

Brian listened then asked me if I had confidence in his ability to do his job. I responded that I felt if he had his head in the game, I thought he was the best person for the job. He has had the responsibility long enough he should be able to meet the challenges of the market place.

I concluded he was focussed on this important issue. However, I was privately concerned he would not stay with us after he received his incentive compensation check.



PLAINTIFF'S EXHIBIT 306

010354

CONFIDENTIAL