

# Memorandum

Hyatt Regency DFW
Inside Dallas/Fort Worth Airport
P.O. Box 619014
DFW Airport, TX 75261-9014 USA

Telephone: 214.453.1234
Telex: 9102503191
FAX: 214.456.8668

To:     Brian Booth's Personnel File

From:   Steve Trent

Date:   January 6, 2000

Re:     Inappropriate Behavior

After our management committee retreat, I reviewed with Brian concerns I have with the direction he was leading our sales effort. The perception is Brian is not supportive of the hotel and the operation in general. His vision of our future ability to be successful is negative. The managing committee has addressed their concerns to me about his ability to lead the sales team to meet our forecast in 2000.

I told Brian I was not going to experience another year of his negativism and attitude of being victimized by the company, the money the owners would not spend or the new competition in the market place. I reminded him of our conversation last February. I recommended that if he was not happy he should find a job while he still had one for the sake of his family.

Brian appeared surprised by my comments, especially when I told him I did not believe I had his support and that I believed he would abruptly leave us soon. He stated he appreciated the candor and that he would show the managing committee and me that he was the right person for this job. He also stated he was not looking for another job. He further expressed he was very encouraged with the direction the hotel was going as communicated at our retreat before he left. He conveyed to me he does believe in our product.

We agreed to the following skills needing immediate improvement.

> Improve communication with me and decisions that affect the sales direction
> A "can do" attitude
> Share successes with managing committee and mid-managers at weekly meetings
> Turn off cell phone when meeting with peers
> Show support for hotel issues, i.e., employee cafeteria

I concluded our meeting by stating I needed to see immediate results that Brian was doing all he could to be successful as our Director of Sales.

PLAINTIFF'S
EXHIBIT
30c

010355

CONFIDENTIAL