**HYATT HOTELS AND RESORTS**
*MANAGEMENT PERFORMANCE REVIEW*

12/97 Ed.

CONFIDENTIAL WHEN COMPLETED

| | | | |
|---|---|---|---|
| Name: | Brian Booth | Position: | Director of Sales & Marketing |
| Location | DFW | Review Period | 1/1/99 to 12/31/99 |
| Review Conducted By | Steve Trent | Position | General Manager |

---

### PERFORMANCE REVIEW PROCESS STEPS

**Employee Completes Self-Assessment**
- Accountabilities Review
- MBO Accomplishments
- Management Skills
- Career Interests

**Employee Submits Packet to Manager**

**Manager Completes Employee Assessment**
- Reviews employee packet and considers all performance factors
- Rates the employee on Performance Review Form, documenting as necessary
- Assesses MBO accomplishments

**Level-Up Review and Approval**
- Overall performance rating and promotability status
- Merit/equity increase recommendations

**Performance/MBO Review and Career Development Discussion**
- Takes place after final increase approvals
- Plan to improve performance agreed upon, if necessary

---

### SELF-ASSESSMENT

To complete your Self-Assessment, use the Management Self-Assessment Form or submit a typewritten Self-Assessment of no more than two typed pages.

Label the top of the page(s) "SELF-ASSESSMENT" and include your name, position, location, dates covered by this review and the current date. Include the following:

1. Comment on accomplishments and challenges for each Accountability area listed on the reverse side of this page. Quantify when possible.

2. Briefly recap your MBO accomplishments for the review period. For any goal(s) you may not have attained, comment on the difficulties you had in meeting the goal(s). If you have a separate Management MBO Form, record your results there. Do not indicate ratings/points on the form.

3. Review the 16 Management Skills described in this form. Identify and comment on your strongest skills and those skills in need of most development.

4. Indicate your career development interests, geographic preferences and self-assessment of promotability.

NOTE: Attach to this form your Self-Assessment and the Management MBO Form completed for this review period (if applicable). Submit this packet to your manager.

010356

Have a brief discussion to ensure your manager has all the information necessary to make a full performance assessment. The manager will **not** provide an assessment or rating to you at this point.

PLAINTIFF'S EXHIBIT 30d

CONFIDENTIAL

## MANAGER'S ASSESSMENT

Rate the employee on Accountabilities, Management Skills and Overall Performance Rating. Use the space provided on this form to add additional comments in which you describe any detail that supports your rating. You may also attach a separate sheet if necessary. Pay particular attention to areas where the employee's Self-Assessment and your ratings significantly differ. Rate the MBO accomplishments and document points/ratings on the Management MBO Form or attached sheet.

### RATING SCALE

**RM = Role Model:** Reserved for the few individuals who demonstrate exceptional accomplishments in all areas of responsibility; show dynamic leadership within and beyond the scope of their assignment and add value by going beyond job expectations.

**EE = Exceeds Expectations:** Quantity and quality of output regularly exceeds expectations. Adds value by advancing Hyatt culture and business objectives.

**ME = Meets Expectations:** Meets the performance expectations of the position; performs in a reliable and professional manner.

**IN = Improvement Needed:** Meets job requirements in some, but not all, areas of responsibility. Further development and improvement are necessary to meet all job expectations.

**M = Marginal:** Performance noticeably below job requirements, even with close supervision. Inconsistent in completing many assignments. Must significantly improve within a reasonable period to remain in position.

| RATING | ACCOUNTABILITIES |
|---|---|
| | These Accountabilities are standard for all Hyatt managers and reflect the key performance behaviors that are valued. Within each Accountability, individual objectives are determined by the nature of the job. Based on the employee's current job, assign a rating for each Accountability |
| ME | **CUSTOMER SATISFACTION** — Generates positive response from <u>internal</u> and <u>external</u> customers directly/indirectly assisted by the employee. Indicators include comment cards, letters, internal communications, opinion survey data and other feedback sources |
| IN | **EMPLOYEE RELATIONS** — Creates and maintains open lines of communication and problem-solving; treats all employees with dignity and respect; proactively contributes to the positive morale of the workforce. Demonstrates Key Principles: maintain or enhance self-esteem; listen and respond to employees with empathy; ask for help and encourage involvement; share thoughts, feelings and rationale; and provide support without removing responsibility. |
| EE | **FINANCIAL MANAGEMENT** — Proactively manages specific financial objectives in the employee's area(s) of responsibility. These objectives directly relate/contribute to the hotel's financial objectives for the review period. |
| ME | **FOCUS 2000/COMMUNITY INVOLVEMENT** — Exhibits commitment to equal access for employment and promotional opportunities; proactive efforts promote the positive and competitive advantages of a diverse workforce. Involved in the local community in ways that reflect Hyatt's spirit of volunteerism and local outreach. |
| IN/ME | **STAFF DEVELOPMENT AND PROMOTION** — Values and fully utilizes direct reports by providing each with direction, support, advice and counsel. Makes opportunities available for professional and personal development, including preparing and exporting talent to outside the manager's scope of responsibility. Supports Hyatt University efforts by participating in training, visibly practices and reinforces the key learning points, and consistently models the behaviors with peers and subordinates. |
| RM | **STANDARDS, SELF-AUDIT AND LEGAL COMPLIANCE** — Maintains established Hyatt guidelines for products, services, policies and legal compliance. Maintains product service and performance levels within the property, thereby ensuring high quality and consistency across the chain. |

010357

CONFIDENTIAL

## MANAGEMENT SKILLS

Overall Performance Rating includes both *"what"* gets done and *"how"* to work with and through others to get it done. Provide skill-specific feedback by rating each of the 16 Management Skills. Assign an overall rating for each of the four major Management Skill categories.

__ME__ TASK MANAGEMENT. Defining work activities, providing the task structure necessary for results.

- __IN__ Informing: Assuring a consistent, timely flow of information to team members.
- __ME__ Efficiency: Using time and resources efficiently on priorities; staying goal oriented and structuring work productively
- __ME__ Planning: Organizing the work and setting priorities so that everyone knows what to do.
- __ME__ Problem Solving: Assessing problems and finding solutions.

__IN__ TEAM DEVELOPMENT. Providing people with the motivation and supportive social climate Required for long-term high levels of performance and satisfaction

- __ME__ Performance Feedback: Giving useful, informal feedback to team members to let them know how they are doing.
- __IN__ Relationship Skills: Creating warm and friendly relationships around work.
- __ME__ Staff Development: Training team members, improving their skills, and addressing their career development needs.
- __IN__ Team Motivation: Making it rewarding to work hard; mobilizing and inspiring others to be very productive

__EE__ BUSINESS VALUES. Implementing the broad strategic choices that managers make in the values and business operations they promote.

- __EE__ Quality Improvement: Emphasizing high quality and taking action to improve it.
- __EE__ Customer Focus: Staying in tune with customers' expectations about quality and service; seeking input from customers.
- __ME__ Promoting Innovation: Showing foresight and encouraging new ideas; helping others see new possibilities.

__ME__ LEADERSHIP. Demonstrating the personal skills which enhance a manager's ability to motivate and Direct the action of others.

- __EE__ Accountability: Personally exemplifying responsible and honest behavior; practicing what is preached; "walk the talk."
- __ME__ Empowerment: Pushing decision-making authority and responsibility downward; giving team members "ownership" of their work.
- __ME__ Influence: Persuading others; expressing ideas in ways which lead others to share your perspective and agree.
- __IN__ Mission Skills: Creating a compelling picture of the organization's values and purpose.
- __IN__ Networking: Cultivating useful contacts with a broad range of people in a variety of strategic positions.

010358
CONFIDENTIAL

### ADDITIONAL COMMENTS

Comment here on your ratings of the employee's Accountabilities and Management Skills. Pay particular attention to areas where the employee's Self-Assessment and your manager ratings significantly differ. You may also attach a separate sheet, necessary.

Make any overall performance rating comments.

### ACCOUNTABILITIES

As needed, comment on any/all Accountability rating(s). For any Accountability area(s) where the employee is rated as "Improvement Needed," indicate specific expectations for improvement.

### MANAGEMENT SKILLS

Consider the employee's Self-Assessment of Management Skills strengths and development areas, and your ratings of these skills. Comment on those skills that can have the most significant impact on the employee's professional and personal growth.

*Staff turnover has been an issue over Brian's tenure. To be successful in today's marketplace, Brian needs to create a compelling environment in which his sales team wants to succeed. This has not been his forte'.*

### OVERALL PERFORMANCE RATING COMMENTS

*Throughout 1999, Brian has been perceived as unsupportive / negative of the managing committee's direction to problem solving. But, more of a concern, has been the sense that he does not want to be here or that he cannot sell our hotel or services. Brian and I have addressed these perceptions twice within the last year. He has assured me he wants this position and he can be successful here. One consistent concern has been Brian's leadership skills. In 2000, marked improvement must be evident.*

__ME__  OVERALL PERFORMANCE REVIEW RATING    READINESS FOR TRANSFER/PROMOTION
If MBOs are not used for bonus payout, this overall    0 - 6 Months ☐
rating should consider results from the employee's MBOs    7 - 12 Months ☐
    Well Placed ☐

### APPROVALS

Manager Signature: _[signature]_    Next Level Signature: ____

### EMPLOYEE ACKNOWLEDGMENT

I have read, discussed and understand the Performance Review. I understand I may attach additional comments if I wish to do so.

010359

Employee Signature: _SEE ATTACHMENT_    Date Discussed: 7/17/2000

CONFIDENTIAL

March 17, 2000

Comments pertaining to my review (1999)

For the first time in my Hyatt career, I feel that the comment given to me during my review do not accurately reflect my contributions. That being said, I want to point out several areas I feel were brushed over in regard to my work.

The idea that I was unsupportive and not wanting to be at HR DFW. This statement does not even come close to representing how I have felt or goals I have worked for this past year. As we projected a change in our market mix, the managing committee decided to pursue contract business, this task was assigned to myself and I am proud to say that we acquired from our competitors three new accounts. From that point I worked very closely with the Director of Catering to ensure that the hotel was objective in reviewing catering business so as to take advantage of securing revenue for the hotel, which resulted in the catering revenues increasing by 4% over 1998. Again, I am proud to say that working with the DOC, that the hotel experienced a very solid year in regards to catering revenues. In regard to the opinion survey the General Manager rating of 100% favorable was accomplished by the sales division and in fact I was thanked for my contribution to this effort in November, but the review reflects I am was not supportive throughout the entire year.

The sales strategy change of having the entire sales team (group sales and catering) sell the Executive Conference Level was an idea that I promoted as it would benefit the entire operation from a revenue and service standpoint. Finally, the concept of the conversion of the Exhibit Halls to meeting space was another idea that I generated, in order to move the hotel to be able to attract business that currently we lose out on. In my initial discussions, the idea was received with skepticism until I kept pushing the issue until now it has been recognized as a viable project for the hotel to complete in 2001.

Looking at the JD Power Survey numbers, the Sales Division at HR DFW ended the year ahead of the company and group averages for "Overall satisfaction with the Sales Contact". In regards to the Sales staff, I think it is important to remember that HR DFW promoted four individuals to other Hyatt's (Director, 2 Sales managers and an IT Mgr). The hotel has been recognized for taking trainees and moving them into management positions. In reviewing my evaluation in 1998, I was asked to improve the relationships with my managers, the question that I focused on in the opinion survey "My supervisor listens and responds to what I have to say" increase from 59% favorable in 1998 to 73.3% favorable in 1999. This fact I believe has been completely overlooked when it comes to employee relations and creating an enjoyable working environment. In an effort to improve office morale I made the suggestion and conducted the legwork to improve the work area of the sales and catering sales team in 2001, this was also an idea that met great skepticism.

010360

CONFIDENTIAL

I take seriously my position as Director with Hyatt, and welcome comments when they are genuine in nature as to improving my performance as a professional. The substantial length of time allowed to expire before follow up comments are made make it difficult to ascertain one's performance level. In November 1999, the Senior VP of Sales thanked me for my work and in February I come to find that I am being questioned on my job performance.

In closing, I am committed to working for Hyatt and achieving the goals for HR DFW in 2000 and position the hotel to take advantage of the market conditions in the future. My desire is that Hyatt sees my value as an employee and wants me to continue with the company

Brian J. Booth    3/17/2000

010361

CONFIDENTIAL