# HYATT HOTELS AND RESORTS
## *MANAGEMENT SELF-ASSESSMENT*

Name: __Brian Booth_____   Review Period: ____/____/ to ____/____

Position: ___Dir, Sales & Marketing_____   Location: ___DFW

_____Today's Date: _1/11/99_____

---

This Self-Assessment covers the three key performance areas of accountabilities, management skills and MBOs and provides you with the opportunity to comment on career interests. the completed form should be submitted to your manager along with your Management Performance Review Form and your last year's Management Committee MBO form (if applicable). once submitted, have a brief discussion to ensure that your manager has all the information necessary to make a full performance assessment. Your manager will not provide an assessment or a rating to you at this point.

---

## ACCOUNTABILITIES
Comment on your accomplishments and challenges for each Accountability area listed below. Quantify when possible.

## CUSTOMER SATISFACTION
Generate positive response from internal and external customers you directly/indirectly assist. Indicators include comment cards, letters, internal communications, opinion survey data and other feedback sources.

*This past year the Sales division achieved a 95% favorable rating on internal group comment cards. The Bear Creek Sales team achieved a 99% favorable rating from their customers. I am working to better the hotel to improve customer service and increase revenues. My current project is to get the Exhibit Halls renovated into more usable and profitable meeting space.*

## EMPLOYEE RELATIONS
Create and maintain open lines of communication and problem-solving; treat all employees with dignity and respect; proactively contribute to the positive morale of the workforce. Demonstrate the key principles: to maintain or enhance employee self-esteem, listen and respond with empathy, and ask for ideas and/or off suggestions.

*In the 1998 Employee Opinion Survey, received a 64% favorable rating by managers and 73% favorable rating by the assistants. This while replacing six sales positions in the last three quarters of the year.*

*I have a strong relationship with my "key" reports of ADOS, Public Relations and Bear Creek Sales. I look to improve the Employee Opinion Survey results in 1999.*

CONFIDENTIAL

010368


PLAINTIFF'S EXHIBIT 30e

**FINANCIAL MANAGEMENT**
Proactively mange the specific financial objectives in your area(s) of responsibility. These objectives directly relate/contribute to the hotel's financial objectives of the review period.

*Hotel Sales Team Production increased by 9.8% over 1997.*
*Group revenues increased by $790,000 over 1997.*
*Group attrition collected jumped to $1,100,000. Average year is approx. $300,000*
*Bear Creek Tournament Sales achieved 102% of quota.*
*Group average exceeded forecast by 2.2% and over 1997 by 4.14%.*
*Marketing & Sales Budget came in under forecast by $99,818.*

**FOCUS 2000/COMMUNITY INVOLVEMENT**
Exhibit commitment to equal access for employment and promotional opportunities; proactive efforts promote the positive and competitive advantages of a diverse workforce. Involved in the local community in ways that reflect Hyatt's spirit of volunteerism and local outreach.

*Sales division mangers participated in two FORCE Projects each. I have worked to bring together a diverse Sales team that represents the hotel's customer base. I am involved with TSAE, MPI and PCMA to a lessor extent.*

*I am constantly interviewing potential candidates to bring into the Hyatt Sales Force. This past year I brought four people in from outside the company.*

**STAFF DEVELOPMENT AND PROMOTION**
Value and fully utilize direct reports by providing each with direction, support, advice and counsel. Make opportunities available for professional and personal development, including preparing and exporting talent to outside of your scope of responsibility. Support Hyatt University efforts by participating in training, visibly practice and reinforce the key learning points, and consistently model the behaviors with peers and subordinates.

*Have taken on six (6) trainees for the company in 1998. Promoted four managers into the field at Denver, New Orleans, Chicago and Austin.*

*This past year the division has had turnover in some "key" positions. While turnover is not what we work for, I can say that we are better off as a team than we were entering 1998. Goal for this year is to get a Office Quota that can be achieved given the market we work within.*

*I expect in 1999 to promote one ADOS, and two Sales Managers into other positions within the company.*

**STANDARDS, SELF-AUDIT AND LEGAL COMPLIANCE**

CONFIDENTIAL

010369

Maintain established Hyatt guidelines for products, services, policies and legal compliance. Maintain product service and performance levels within the property, thereby providing high quality and consistency across the chain.

*In 1998, the Sales division at HR DFW has continued to adhere to policies and procedures set up by the corporate office as it relates to the execution of contracts. In light of our volatile group business, I have made sure that the hotel has the appropriate attrition clauses in place to recover any canceled revenues.*

*All areas within the sales division are current as it relates to Y2K. Envision and Function Book space is "clean" and available for maximum sales.*

### OTHER EMPLOYEE ACCOUNTABILITIES
If you and your manager had determined additional, specific objectives for this performance review cycle, list those and your self-assessment in this area.

*Handled Bear Creek Golf Club sales and marketing efforts. Enjoyed significant gains in revenues over previous years in: Annual Pass Program and Food & Beverage Revenues. Took on retail buying program to develop relationships with vendors and develop a consistent upscale "look" at Bear Creek. Worked with Peggy Riveria, Sales Manager for Experience Center to get contracts with Performa Solutions and Doors, Inc.*

### MBO ACCOMPLISHMENTS
Describe the results achieved for each management MBO. Also comment on any goals you did not attain. (If you have a separate Management MBO form, record your results there. Do not indicate ratings/points on the form.)

*Note: Steve, please review my MBO's under separate cover.*

010370

CONFIDENTIAL

**MANAGEMENT SKILLS**
Review the listed skills. For definitions, see the inside of the Management Performance Review form.

| | |
|---|---|
| TASK MANAGEMENT | Informing, Efficiency, Planning, Problem Solving |
| TEAM DEVELOPMENT | Performance Feedback, Relationship Skills, Staff Development, Team Motivation |
| BUSINESS VALUES | Quality improvement, Customer Focus, Promoting Innovation |
| LEADERSHIP | Accountability, Empowerment, Influence, Mission Skills, Networking |

Considering your accountabilities and MBO accomplishments, identify and comment on those you consider to be:

Strongest Skills:
*I feel that I do all skills well, with Business Values and Leadership being my strongest.*
*In 1999, I look to strengthen all of my management skills by receiving additional training via an Executive Training Seminar @ University of Chicago Business School.*

Skills in need of Development:

---

**CAREER INTERESTS**
Indicate your career development interests, geographic preferences and a self-assessment of promotability.

Career Development Interests - What do you think might be the next appropriate job opportunity for you to consider? What are your career objectives with Hyatt?

*I feel I am ready to take on more responsibility within Hyatt. What that position would at this point in time is uncertain. I am not interested in taking another Director, Sales & Marketing position on property.*

Geographic Preferences - would you relocate beyond the local area for a promotion opportunity? Do you have any restrictions or consideration that may impact your relocatability? What are your geographic preferences?

*I am open to relocation with the Southeast, Midwest and Rocky Mountain areas being a foremost interest.*

Self-Assessment of Promotability - How well prepared do you feel for your next assignment? When do you feel you will be ready for consideration for promotion? What can you and your manager do to assist you in promotion opportunities?

*Having been in my current position for almost 36 months, I feel I am ready to move at any time.*

010371
CONFIDENTIAL