Reviewer Comments:

Jack has done an excellent job in his first full year as head of our National Sales effort.

2000 was a record setting year for Hyatt Sales and our contributions from the NSF truly helped solidify our future.

Strengths: attitude, desire, work ethic, field mentality, customer relationships, strategic thinking, concern for NSF staff, and budget control. The NSF credibility is very strong at this time.

Jack is the first in many years to be truly holding his team accountable for their role in our revenue growth, while still maintaining an excellent managerial relationship with his team. He is not afraid to make the tough decisions or handle difficult customer/staff issues as they arise. Jack has a great understanding of our business and is truly an asset to our company.

Improvement areas: proactive strategies, proactive communication (internal – without "smoke" but letting staff and stake holders know what we are doing) and visibility within Hyatt.

In tough economic times, it is even more critical to be "boastfully modest"…we need to make sure everyone in Hyatt, from the pot washer to the Pritzkers, knows we have our eye on the ball…are concerned…and are doing everything to improve our position. Strategically we should always be looking to capitalize on revenue opportunities and communicate our actions.

Throughout 2001 we will be positioning Jack for a promotion to Vice President. During that time it will be critical to give Jack extra exposure internally to allow him the opportunity to show what he can bring to the company.

Jack is truly an excellent Assistant Vice President, has great respect and has proven himself to be a leader. I would want no other on my team and really appreciate his hard work and dedication to Hyatt.

His rating for 2000 is Exceeds Expectations and we are excited about his future with the company.





PLAINTIFF'S EXHIBIT 31a

010446

CONFIDENTIAL