## I.T. Restructure Plan

- We will dedicate eight managers to handle I.T. Business only, with a direct report to Rob Sarmiento:
  (4) National Corporate Account Managers
  (2) Wholesale Managers
  (1) Park Hyatt Brand Manager
  (1) Consortia / Travel Agency Manager

- Seven National Sales Managers currently handling both Group / I.T. will shift 100% focus to Group only. Their National Corporate Accounts (I.T.) will be handled by the four I.T. only National Corporate Account Managers.

- We will redistribute the Group Accounts left behind by the reduction in force to these seven Group only National Sales Managers, and increase their quotas appropriately.

- We believe a separate Group and I.T. strategy will allow us to target and handle our customer's needs more effectively, thus producing higher room revenues.

## Total National Sales Force Savings

- In addition to above assumptions, the process in which the National Sales Force books business is transitioning away from "Book Direct" in favor of referrals. Consequently, we have less administrative responsibilities and more time to sell.

- We will realize a $50,000 savings in annual SOHO costs.

- We will reduce expenses in travel and entertainment by roughly $75,000-$100,000.

Total Annual Expense Reduction:   $1,224,000         CONFIDENTIAL

010692


PLAINTIFF'S EXHIBIT 38e