

### Central National Sales Office

- Barbara Hale, out of Dearborn would pick up accounts handled by Barbara Loder. Barbara Hale is weighted too heavily in the corporate market so the diversity into the association market would be helpful and strategic.
- Mary Patton's accounts would be distributed to Molly, Mark, and Donna. Donna already has strong relationships with many of these accounts and Mark will be losing American Hardware and PGA, and is able to handle additional accounts.
- Loretta Venezia's account base will be handled by Wanda Wallace and other I.T.-only managers under the new I.T. restructure.
- Additionally, we can reduce our assistants' pool by two due to the above scenario.

Loretta Venezia [REDACTED]
Barbara Loder [REDACTED]
Mary Patton [REDACTED]
Nicole Ashlock [REDACTED]
Beth Belanski [REDACTED]

Annual Labor Savings:    $327,000 + PTEB

— Cincinnati SOHO
— Most jr with Hyatt
— IT Chicago

REDACTED

CONFIDENTIAL

010693


PLAINTIFF'S EXHIBIT 38F