

## Northeastern National Sales Office

- Wendy Jensen will lose I.T. accounts under the proposed I.T. restructure. Her group account production is the lowest in the office and can be redistributed between Diane Smith and Jim Van Devender.
- Dean D'Anna's primary source of revenue is through one account, Reed Exhibition. This account can be handed back to the field. We would be challenged with a lack of coverage in the Boston area.
- We would appropriately down size our administrative assistants' pool by two assistants. Donna Rosenhouse can work with one other manager in addition to the director.

Wendy Jensen
Dean D'Anna
Jessica Laskodi
Karen Stewart

Annual Labor Savings:   $215,000 + PTEB
Annual SOHO Savings:   $20,000

— Connecticut SOHO
— Connecticut SOHO

**REDACTED**

CONFIDENTIAL

010694



PLAINTIFF'S EXHIBIT 38 g