

### Omaha National Sales Office

- Cardella Gills, Herve Roussell, and Gail Smith combine for a monthly quota of about $1.0 million. If we take the current ADOS role and create a revenue producing ADOS position, we will offset about $600-$650K of this quota. The remainder will be spread among the team.
- Linda Neubauer works as part of our group desk. With demand down, we do not see the need to maintain the present day roster.

Cardella Gills ▬
Herve Roussell ▬
Gail Smith ▬
Linda Neubauer

Annual Labor Savings:   $143,000 + PTEB
Annual SOHO Savings:   $10,000

**REDACTED**

CONFIDENTIAL

010695

PLAINTIFF'S EXHIBIT 38h