

### Western National Sales Office

- Given the volatility of the high tech market in northern California, Dawn's accounts will be redistributed between Karina Mirkin (L.A.), Trina Camacho-London, and Jim Davis. This will allow us to better balance our market segments among managers. Jim Davis will need additional group accounts under the proposed I.T. restructure.
- Jane Johnson's accounts can be handled by Julie Green in Kansas City and Mark Henry/Conferon. There is no real need for a dedicated National Account Manager in the Denver area.
- We would eliminate one half of a Denver assistant.

Dawn Beagle
Jane Johnson 
Sandy Barlau

Annual Labor Savings:   $183,000 + PTEB
Annual SOHO Savings:   $10,000

— SOUTHERN CALIF SOHO
— DENVER SOHO

**REDACTED**

CONFIDENTIAL

010696


PLAINTIFF'S EXHIBIT
38 i