

**Eastern National Sales Office**

- Mary Rocereto's accounts would be distributed to Marilyn Braumbaugh and other managers within the same location as the accounts. The insurance market no longer needs coverage by two managers and can be consolidated.
- Joe Koch's accounts will be re-distributed among Rich, Andy, Dan, Faye, and Carolyn in the D.C. Office.
- We would reduce our assistants' pool appropriately with the loss of these managers.

Joe Koch
Mary Rocereto
Syidea Beal
Pam Lonon

Annual Labor Savings:   $206,000 + PTEB
Annual SOHO Savings:   $10,000

Joe Koch — OFFICE
Mary Rocereto — Florida S. Ho

**REDACTED**

CONFIDENTIAL

010697



PLAINTIFF'S EXHIBIT 381