'98 '99 00 01

| Account Name | Org # | Manager | Revenue |
|---|---|---|---|
| AAA Destination Success | 23629 | Inge Spindola | |
| AEC Management Resources Inc. | 30414 | Barb Hale | |
| American Association of Lab Animal Science | 23928 | Barb Hale | |
| American Board of Family Practice | 4296 | Barb Hale | |
| American Board of Veterinary Practitioners | 203252 | Barb Hale | |
| American Ceramic Society | 4318 | Barb Hale | |
| American Contract Bridge League | 6386 | Molly Crompton | |
| Association Management Resources | 181746 | Barb Hale | |
| Bank One Corporation | 21025 | Barb Hale | |
| Brown Forman Corporation | 17597 | Molly Crompton | |
| Chief Officers State Library Association | 109320 | Barb Hale | |
| Council of State Government | 4776 | Barb Hale | |
| Excellence in Motivation | 181065 | Inge Spindola | |
| F&W Publishing Corporation | 142205 | Barb Hale | |
| GE Aircraft Engines | 32343 | Barb Hale | |
| Heritage Group | 16876 | Inge Spindola | |
| International Anesthesia Research Society | 117723 | Barb Hale | |
| International Association of Culinary Professionals | 7638 | Jennifer | |
| Lenscrafters | 18026 | Barb Hale | |
| Longaberger Company | 8231 | Molly Crompton | |
| National Association of Government Deferred | 116731 | Barb Hale | |
| National Association of State Information Resource Executives | 205215 | Barb Hale | |
| National Association of State Purchasing Offices | 9587 | Barb Hale | |
| National Cotton Council of America | 10334 | Molly Crompton | |
| National Council of Churches in Christ | 205221 | Fred Reichelt | |
| National Middle School Association | 9989 | Barb Hale | |
| Nuvera Group | 203791 | Inge Spindola | |
| Planners Network | 92843 | Inge Spindola | |
| Presbyterian Church USA | 12263 | Fred Reichelt | |
| Procter & Gamble Headquarters | 1106 | Barb Hale | |
| Procter & Gamble Corporate Sales | 126990 | Barb Hale | |
| Procter & Gamble Group Travel | 168544 | Barb Hale | |
| Remember Data Services | 195739 | Molly Crompton | |
| Self Storage Association | 18789 | Molly Crompton | |

CONFIDENTIAL

010700

PLAINTIFF'S EXHIBIT 39

| Account Name | Org # | Manager | Revenue |
|---|---|---|---|
| Smith & Nephew Healthcare | 68843 | Molly Crompton | |
| Society of Food Service Management | 3140 | Molly Crompton | |
| Spectra Precision Incorporated | 73801 | Molly Crompton | |
| Thomas Associates, Inc. | 5997 | Molly Crompton | |
| Travel Link | 222172 | Molly Crompton | |
| United Commercial Travelers of America | 5836 | Molly Crompton | |
| Universal Tech Corporation | 22732 | Molly Crompton | |
| U.S. Cutting Tool Institute | 64839 | Barb Hale | |
| Wendy's International, Inc. | 17113 | Barb Hale | |
| Western-Southern Life Insurance Corporation | 12841 | Molly Crompton | |
| Foodservice Associates | 68817 | Jennifer Roman | |
| Foodservice Consultants International | 150815 | Jennifer Roman | |
| Inflight Foodservice Association | 70646 | Jennifer Roman | |

CONFIDENTIAL

010701