**PLAINTIFF'S EXHIBIT 41**

## Percent of Achievement to Yearly Quota

| MANAGER | 1998 Quota | 1998 Production | Percent of Achievement | 1999 Quota | 1999 Production | Percent of Achievement | 2000 Quota | 2000 Production | Percent of Achievement | 2001 Quota | 2001 Production | Percent of Achievement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maria Andriola | $14,060,150 | $19,659,443 | 139.82% | $16,702,500 | $20,965,827 | 125.53% | $14,451,154 | $16,552,240 | 114.54% | $5,800,000 | $4,699,316 | 81.02% |
| Jan Bansfield | $8,425,000 | $13,518,518 | 160.46% | $7,383,332 | $3,562,365 | 48.25% | $8,611,153 | $12,666,225 | 147.09% | $10,600,000 | $6,056,950 | 57.14% |
| Donna Bongiovanni | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $8,800,000 | $8,424,306 | 95.73% |
| Brian Booth | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $0 | $8,160 | 0.00% | $8,740,000 | $1,431,354 | 16.38% |
| Carol Buseman | $10,425,000 | $10,391,339 | 99.68% | $10,250,000 | $13,400,811 | 130.74% | $8,291,154 | $7,976,683 | 96.21% | $10,100,000 | $5,367,561 | 53.14% |
| Brian Cassidy | $6,700,000 | $8,499,720 | 126.86% | $6,494,057 | $4,274,070 | 65.82% | $10,097,308 | $12,491,329 | 123.71% | $3,666,667 | $890,111 | 24.28% |
| Denise Cmiel | N/A | N/A | 0.00% | $2,250,000 | $2,300,197 | 102.23% | $6,111,154 | $9,098,020 | 148.85% | $10,170,000 | $8,659,430 | 85.25% |
| Molly Crompton | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $5,493,333 | $8,866,364 | 161.77% |
| Melissa Daniels | $10,658,000 | $13,567,135 | 134.86% | $4,750,000 | $2,182,505 | 45.95% | $10,097,308 | $12,702,770 | 125.80% | $7,000,000 | $5,841,009 | 83.44% |
| Armon Haagen | $8,650,000 | $15,989,321 | 184.85% | $11,275,000 | $5,434,804 | 48.20% | $10,211,153 | $9,411,238 | 92.17% | N/A | N/A | 0.00% |
| Barbara Hale | N/A | N/A | 0.00% | $11,575,000 | $19,459,440 | 168.46% | $12,700,654 | $17,462,685 | 137.49% | $11,090,000 | $5,112,618 | 46.10% |
| Mark Henry | $12,135,000 | $20,801,076 | 171.41% | $14,600,000 | $14,872,436 | 101.87% | $11,451,154 | $11,598,875 | 101.29% | $10,800,000 | $10,242,527 | 94.84% |
| Barbara Loder | $5,800,000 | $7,616,393 | 131.32% | $7,893,179 | $8,061,150 | 102.13% | $7,701,154 | $9,630,212 | 125.05% | $7,827,450 | $2,516,642 | 32.15% |
| Mary Patton | $7,550,000 | $9,053,343 | 119.91% | $9,675,000 | $6,088,011 | 62.93% | $8,261,154 | $11,656,988 | 141.11% | $10,700,000 | $4,067,593 | 38.01% |
| Fred Reichelt | $6,200,000 | $7,305,540 | 117.83% | $8,168,000 | $5,916,995 | 72.44% | $7,411,154 | $8,384,139 | 113.13% | $8,200,000 | $6,772,545 | 82.59% |
| Bruce Small | $3,182,000 | -$13,788 | -0.43% | $1,894,864 | -$160,210 | -8.45% | $0 | -$86,709 | 0.00% | N/A | N/A | 0.00% |
| Ingo Spindola | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $5,000,000 | $247,765 | 4.96% |
| Loretta Venezia | N/A | N/A | 0.00% | $14,479,575 | $16,127,345 | 111.38% | $15,817,745 | $17,954,936 | 113.57% | $32,305,000 | $24,398,444 | 75.53% |
| Terri Williams | N/A | N/A | 0.00% | $7,510,000 | $4,119,632 | 54.86% | $7,186,154 | $8,040,413 | 111.89% | N/A | N/A | 0.00% |
| CHISO TOTAL | $93,185,150 | $126,388,040 | 135.63% | $134,900,507 | $126,646,398 | 93.88% | $138,409,553 | $165,558,204 | 119.61% | $156,292,450 | $103,624,555 | 66.30% |
| Dawn Beagle | $6,400,000 | $6,792,987 | 106.14% | $6,200,000 | $6,376,749 | 102.85% | $6,200,000 | $7,193,210 | 116.02% | $7,500,000 | $3,888,007 | 51.16% |
| Trina Camacho-London | $4,650,000 | $5,663,205 | 121.79% | $5,847,500 | $7,127,879 | 121.90% | $8,250,000 | $14,576,516 | 176.71% | $11,700,000 | $7,111,736 | 60.78% |
| James Davis | $9,750,000 | $12,856,762 | 131.97% | $11,520,000 | $14,742,792 | 127.98% | $15,300,000 | $17,683,683 | 115.58% | $17,798,900 | $15,128,570 | 85.00% |
| Karen Gray | $1,370,000 | $2,092,124 | 152.71% | $1,055,000 | $1,290,041 | 122.28% | $1,900,000 | $2,380,544 | 125.29% | $4,000,000 | $1,810,390 | 45.26% |
| Julie Green | $8,925,000 | $11,204,052 | 125.54% | $10,260,000 | $9,366,350 | 91.38% | $9,325,000 | $14,158,044 | 151.83% | $12,985,000 | $11,529,757 | 88.79% |
| Kim Harrington | $10,150,000 | $16,563,659 | 163.48% | $9,950,000 | $12,476,200 | 125.39% | $10,700,000 | $8,780,849 | 82.06% | $11,200,000 | $7,945,545 | 70.94% |
| Jane Johnson | $7,300,000 | $9,864,331 | 135.13% | $8,970,000 | $8,648,357 | 95.41% | $8,600,000 | $9,601,037 | 111.64% | $8,250,000 | $3,741,803 | 45.36% |
| Jane Jordan | $6,040,000 | $8,405,579 | 139.17% | $8,240,000 | $10,148,801 | 123.17% | $10,145,000 | $13,401,134 | 132.10% | $16,515,000 | $18,927,803 | 114.61% |
| Holly Keller | $1,400,000 | $916,528 | 65.47% | $3,502,500 | $4,328,823 | 123.50% | $8,315,000 | $10,243,247 | 123.19% | $9,460,000 | $9,906,818 | 104.52% |
| Karina Mirkin | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $24,475,000 | $16,661,311 | 68.69% |
| Donna Palmer | $8,605,000 | $8,317,043 | 96.65% | $20,430,000 | $24,306,174 | 118.97% | $8,315,000 | $696,584 | 174.15% | N/A | N/A | 0.00% |
| Robin Wall | $6,090,137 | $7,652,925 | 125.66% | $3,087,500 | $3,267,572 | 106.48% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Terri Williams | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $10,097,815 | $11,971,181 | 118.56% | $19,997,000 | $13,483,149 | 67.43% |
| Harumi Yoshiike | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| LAXSO TOTAL | $70,680,137 | $90,369,215 | 127.86% | $89,052,500 | $102,099,738 | 114.65% | $89,232,815 | $110,688,029 | 124.04% | $144,000,900 | $110,336,989 | 76.62% |
| Michele Bondanelli | N/A | N/A | 0.00% | $1,200,000 | $4,190,341 | 99.95% | $14,110,000 | $21,925,178 | 155.39% | $13,636,500 | $18,832,231 | 57.70% |
| Marilyn Brameaudt | $1,800,000 | $2,446,960 | 113.48% | $8,960,000 | $9,786,716 | 109.23% | $8,105,000 | $9,835,859 | 121.36% | $8,325,000 | $5,894,611 | 71.95% |
| Daniel Calabrese | $3,750,000 | $5,121,128 | 136.56% | $10,700,000 | $10,812,558 | 101.05% | $2,875,000 | $1,537,269 | 53.47% | N/A | N/A | 0.00% |
| Dean D'Anna | $11,300,000 | $12,240,231 | 108.32% | $10,500,000 | $2,617,217 | 24.93% | $7,600,000 | $7,611,189 | 100.15% | $9,650,000 | $5,772,947 | 59.82% |
| Wendy Jensen | $5,950,000 | $6,844,522 | 115.03% | $7,600,000 | $5,601,914 | 73.71% | $8,725,000 | $8,384,273 | 96.09% | $8,500,000 | $6,170,057 | 72.59% |
| Richard Lebowitz | $10,000,000 | $13,073,418 | 130.73% | $19,120,000 | $24,947,702 | 130.48% | $3,166,666 | $3,041,326 | 96.04% | N/A | N/A | 0.00% |
| Mark Luxenberger | $4,000,000 | $7,012,820 | 175.32% | $6,200,000 | $5,052,764 | 81.50% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Kathy Murphy | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $2,950,000 | $3,982,944 | 135.02% | $7,250,000 | $8,189,072 | 112.95% |
| Nico Neshat | N/A | N/A | 0.00% | $7,331,250 | $7,555,074 | 103.05% | $3,211,333 | $3,924,198 | 122.12% | N/A | N/A | 0.00% |
| Michelle Nicoletti | $6,250,000 | $11,222,403 | 179.56% | $9,000,000 | $4,994,494 | 55.49% | $7,000,000 | $8,351,815 | 119.31% | $7,700,000 | $5,847,608 | 75.94% |

CONFIDENTIAL

confidential / Redacted
Jay 3/2/[04]

Percent of Achievement to Yearly Quota

| MANAGER | 1998 Quota | 1998 Production | Percent of Achievement | 1999 Quota | 1999 Production | Percent of Achievement | 2000 Quota | 2000 Production | Percent of Achievement | 2001 Quota | 2001 Production | Percent of Achievement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michelle Reilecker | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $3,528,333 | $3,397,711 | 96.30% | N/A | N/A | 0.00% |
| Joann Rumsey | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $19,318,000 | $16,285,832 | 84.30% |
| Diane Smith | $12,950,000 | $14,958,423 | 115.59% | $12,240,000 | $16,155,374 | 131.99% | $13,875,000 | $18,454,174 | 133.00% | $14,560,000 | $11,630,284 | 79.19% |
| Jim Vandevender | N/A | N/A | 0.00% | $4,960,000 | $6,055,525 | 122.06% | $16,400,000 | $16,239,273 | 99.02% | $7,960,000 | $3,584,649 | 45.03% |
| Loretta Venezia | $3,034,999 | $5,333,457 | 175.73% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Bonnie Weiss | $12,000,000 | $15,511,546 | 129.26% | $13,000,000 | $16,625,395 | 128.43% | $13,800,000 | $18,548,752 | 134.41% | $15,300,000 | $15,718,327 | 102.73% |
| Michael Williamson | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $2,500,000 | $1,973,426 | 78.94% | $5,900,000 | $6,215,777 | 105.35% |
| Linda Wilcox | $3,208,336 | $48,380 | 1.51% | $1,150,000 | $20,308 | 1.77% | $2,266,668 | $268,896 | 11.86% | $2,100,000 | -$2,272 | -0.11% |
| Richard Wood | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $24,860,000 | $20,858,711 | 83.90% |
| Nancy Woods | $5,850,000 | $7,259,774 | 124.10% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| NYCSO TOTAL | $77,243,335 | $96,823,308 | 125.35% | $114,961,250 | $114,623,384 | 99.71% | $110,115,000 | $127,476,343 | 115.77% | $163,984,600 | $124,897,334 | 76.16% |
| Amy Anderson | $1,925,333 | $2,184,910 | 113.48% | $760,000 | $1,473,222 | 193.85% | $2,066,666 | $2,128,971 | 103.01% | $3,330,000 | $3,087,483 | 92.72% |
| Shawn Anderson | $1,750,000 | $2,479,609 | 141.69% | $3,795,455 | $3,907,939 | 102.96% | $3,837,500 | $3,962,038 | 103.25% | $4,530,000 | $5,071,119 | 111.95% |
| Tara Bass | N/A | N/A | 0.00% | $2,012,727 | $3,051,625 | 151.62% | $2,013,333 | $4,645,749 | 230.75% | $3,510,000 | $3,496,269 | 99.61% |
| Kelly Blizz | $0 | $30,532 | 0.00% | $0 | $21,052 | 0.00% | $1,225,000 | $49,930 | 4.08% | $4,298,000 | $101,818 | 2.37% |
| Skip Boyd | $1,196,831 | $223,725 | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Nanette Bro | N/A | N/A | 0.00% | $2,492,727 | $1,990,659 | 79.85% | $2,693,333 | $4,021,131 | 149.30% | $3,144,000 | $3,411,575 | 108.51% |
| Michelle Bucher | N/A | N/A | 0.00% | $807,955 | $1,156,473 | 143.14% | $3,125,000 | $4,320,785 | 138.27% | $1,770,000 | $1,676,865 | 94.74% |
| Sam Canova | $5,477,984 | $6,617,107 | 120.79% | $6,072,727 | $7,877,739 | 129.72% | $5,775,000 | $8,917,601 | 154.42% | $6,870,000 | $6,010,987 | 87.50% |
| Cory Carlson | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $825,000 | $469,533 | 56.91% |
| Rose Castan | $3,741,537 | $3,205,415 | 85.67% | $3,795,455 | $3,175,147 | 83.66% | $3,937,500 | $4,217,910 | 107.12% | $4,530,000 | $3,245,041 | 71.63% |
| Suzie Dallan | $1,520,000 | $1,612,380 | 106.08% | $1,915,909 | $2,587,840 | 135.07% | $3,025,000 | $2,916,046 | 96.40% | $1,770,000 | $967,807 | 56.01% |
| Bobby Demby | $950,000 | $1,148,004 | 120.84% | $3,115,909 | $2,309,714 | 74.13% | $3,425,000 | $5,320,274 | 155.34% | $1,675,000 | $1,733,720 | 103.51% |
| Patricia Garvey | $1,045,000 | $1,217,728 | 116.53% | $2,732,727 | $3,280,341 | 120.04% | $2,693,333 | $4,233,077 | 157.17% | $3,144,000 | $3,153,593 | 100.31% |
| Cardella Gills | $3,401,397 | $5,841,988 | 171.75% | $4,934,091 | $3,941,397 | 79.88% | $3,975,000 | $2,447,771 | 61.58% | $4,062,000 | $2,426,984 | 59.75% |
| Matt Golwitzer | $1,867,493 | $1,522,022 | 81.50% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Janet Hansen | N/A | N/A | 0.00% | $1,292,727 | $1,030,640 | 79.73% | $2,693,333 | $2,992,838 | 111.12% | $1,494,000 | $1,912,151 | 127.99% |
| Karen Kelly | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $550,000 | $405,650 | 73.75% |
| Shawn Kirkle | $380,000 | $395,667 | 104.12% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Carrie Korenoski | $2,129,592 | $2,745,306 | 128.91% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Judy Lee-Kirchmann | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $825,000 | $699,302 | 83.55% |
| Jennifer Liebsack | $570,000 | $1,143,378 | 200.59% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Erin Moriarty | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $400,000 | $1,562,399 | 390.59% |
| Pamela Morris | $6,628,361 | $5,365,271 | 80.94% | $4,853,692 | $6,698,323 | 142.13% | $5,175,000 | $5,375,497 | 103.87% | $5,478,000 | $7,178,126 | 131.04% |
| Tina Nebutoni | $4,115,691 | $5,956,296 | 144.72% | $5,582,955 | $5,939,440 | 100.96% | $2,693,333 | $2,591,799 | 96.23% | $3,144,000 | $1,950,362 | 62.03% |
| Linda Neubauer | N/A | N/A | 0.00% | $861,818 | $1,182,000 | 137.15% | N/A | N/A | 0.00% | $2,646,000 | $2,784,015 | 105.22% |
| Teresa O'Connor | $380,000 | $1,151,921 | 303.14% | $2,086,362 | $2,979,561 | 142.81% | N/A | N/A | 0.00% | $747,000 | -$119,040 | 0.00% |
| Elaine Payton | $2,212,580 | $4,185,457 | 189.17% | $1,772,727 | $4,144,981 | 233.82% | $2,693,333 | $4,158,956 | 154.42% | $2,349,000 | $4,905,173 | 170.51% |
| Tim Peitzmeier | N/A | N/A | 0.00% | $215,454 | $217,594 | 100.99% | $2,693,333 | $4,756,152 | 176.59% | N/A | N/A | 0.00% |
| Lorenzo Penn | $1,140,000 | $680,180 | 59.66% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $1,950,000 | $1,586,555 | 81.36% |
| Jennifer Roman | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Herve Roussel | N/A | N/A | 0.00% | $1,196,909 | $969,085 | 80.96% | $3,025,000 | $1,843,608 | 60.95% | $3,660,000 | $1,653,922 | 45.19% |
| Michelle Russell | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $3,208,334 | $3,490,627 | 108.80% | $4,530,000 | $4,830,661 | 106.64% |
| Velton Stowell | $5,757,713 | $1,815,900 | 31.54% | $13,495,517 | $273,399 | 2.03% | $888,693 | -$36,550 | -4.11% | N/A | N/A | 0.00% |
| Gayle Smith | $3,750,000 | $3,732,097 | 99.52% | $4,080,114 | $2,409,459 | 59.05% | $3,175,000 | $1,785,908 | 56.28% | $3,020,000 | $2,981,944 | 98.74% |

CONFIDENTIAL

Confidential / Redacted
July 3/20/02

## Percent of Achievement to Yearly Quota

| MANAGER | 1998 Quota | 1998 Production | Percent of Achievement | 1999 Quota | 1999 Production | Percent of Achievement | 2000 Quota | 2000 Production | Percent of Achievement | 2001 Quota | 2001 Production | Percent of Achievement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ginger Smith | $1,750,000 | $1,520,724 | 86.90% | $1,666,666 | $1,548,547 | 92.91% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Jennifer Thiessen | $250,000 | $1,061,500 | 424.60% | $2,000,000 | $1,208,845 | 60.44% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Tonja Towne | $6,628,361 | $10,311,462 | 155.57% | $8,387,955 | $7,674,842 | 91.50% | $7,525,000 | $14,699,212 | 195.34% | $8,820,000 | $10,864,400 | 123.18% |
| Jennifer Uhlig | $950,000 | $1,388,382 | 146.15% | $2,732,727 | $4,187,795 | 153.25% | $2,246,110 | $1,695,883 | 75.50% | $3,330,000 | $2,558,666 | 76.84% |
| Gus Vonderheide | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $666,666 | $0 | 0.00% | $5,712,667 | $4,065,748 | 71.17% |
| Jeanette Walter | $2,132,903 | $4,063,441 | 190.51% | $269,319 | $1,056,587 | 392.32% | $3,025,000 | $4,758,935 | 157.32% | $2,625,000 | $4,071,485 | 155.10% |
| Dana Wenstrand | $4,115,691 | $3,852,958 | 93.62% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| David Zweifel | $5,665,886 | $7,963,184 | 140.55% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| **OMASO TOTAL** | **$71,431,353** | **$83,416,554** | **116.78%** | **$83,230,684** | **$76,494,246** | **91.91%** | **$77,500,000** | **$95,295,388** | **122.96%** | **$94,678,667** | **$87,824,325** | **92.76%** |
| Barbara Best | $12,300,000 | $15,300,962 | 124.40% | $6,750,000 | $7,187,900 | 106.49% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Molly Crompton | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $6,310,000 | $11,357,893 | 180.00% | $2,000,000 | $687,751 | 34.39% |
| Theresa DeConinck | $13,200,000 | $10,234,103 | 77.53% | $6,600,000 | $5,146,242 | 77.97% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Brenda Dismond | $8,500,000 | $4,805,602 | 56.54% | $6,750,000 | $5,091,343 | 75.43% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Andrea Dollens | $12,100,000 | $13,502,251 | 111.59% | $12,733,000 | $8,256,821 | 64.86% | $11,210,000 | $16,139,747 | 143.98% | $6,000,000 | $13,420,219 | 223.67% |
| Bonnie Greenspan | $11,300,000 | $14,939,104 | 132.20% | $11,000,000 | $12,362,276 | 112.38% | $11,410,000 | $7,124,090 | 62.44% | $12,700,000 | $11,758,527 | 92.59% |
| John Hyland | $0 | -$205,852 | 0.00% | $4,450,000 | -$480,466 | -10.80% | $10,000,000 | -$403,410 | -4.03% | $8,750,000 | -$891,215 | -10.19% |
| Dan Jones | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $5,660,000 | $8,286,495 | 146.40% | $12,500,000 | $15,986,326 | 127.89% |
| Andrew Karpowicz | N/A | N/A | 0.00% | $3,250,000 | $5,510,114 | 169.54% | $9,160,000 | $17,783,001 | 194.14% | $12,700,000 | $17,695,493 | 139.33% |
| Ron Keith | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $6,020,000 | $8,412,004 | 139.73% | $9,800,000 | $10,667,347 | 108.85% |
| Joe Koch | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $9,950,000 | $11,262,629 | 113.19% | $12,500,000 | $13,123,153 | 104.99% |
| Jodi Leblanc | $11,000,000 | $5,510,108 | 50.09% | $6,416,652 | $3,292,842 | 51.32% | N/A | N/A | 0.00% | N/A | N/A | 0.00% |
| Faye Memoli | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $5,500,000 | $4,725,645 | 85.92% |
| Carolyn Montrose | N/A | N/A | 0.00% | N/A | N/A | 0.00% | N/A | N/A | 0.00% | $5,600,000 | $6,178,865 | 110.34% |
| Richard Morrow | $16,100,000 | $19,260,038 | 119.63% | $16,932,000 | $15,822,113 | 93.45% | $15,360,000 | $22,993,522 | 149.70% | $14,700,000 | $24,476,851 | 166.51% |
| Mary Rocereto | $4,600,000 | $8,403,753 | 182.69% | $6,516,000 | $6,310,336 | 96.84% | $5,960,000 | $6,554,852 | 109.98% | $7,250,000 | $4,732,933 | 65.28% |
| Gary Schneeberg | $9,900,000 | $10,881,710 | 109.92% | $9,990,000 | $9,867,469 | 98.77% | $9,160,000 | $8,303,260 | 90.65% | $10,000,000 | $6,064,060 | 60.64% |
| Gail Swift | $13,300,000 | $20,415,337 | 153.50% | $16,000,000 | $15,399,020 | 96.24% | $4,000,000 | $2,082,403 | 52.06% | N/A | N/A | 0.00% |
| **WASSO TOTAL** | **$112,300,000** | **$123,047,116** | **109.57%** | **$107,387,662** | **$93,768,010** | **87.32%** | **$104,200,000** | **$119,896,506** | **115.06%** | **$120,000,000** | **$128,625,955** | **107.19%** |
| **GRAND TOTAL** | **$424,839,975** | **$520,044,233** | **122.41%** | **$529,532,603** | **$513,631,776** | **97.00%** | **$519,457,368** | **$618,914,470** | **119.15%** | **$678,956,617** | **$555,309,158** | **81.79%** |

CONFIDENTIAL

Confidential/
Redacted  Img 3/26/02