☐ ORIGINAL REQUISITION    ☐ REVISED REQUISITION

FOR: (check one)
☐ Hyatt Corporation          ☐ Roser ...t Purchasing
☐ Hyatt Hotels Corporation   ☐ Regency Productions by Hyatt
☐ Regency Systems Solutions  ☐ National Sales Office

**PERSONNEL REQUISITION/ STATUS CHANGE**

Date Received by HR _____

## PERSONNEL REQUISITION

POSITION/DEPT: Eastern National Sales _____ EST. START DATE: _____

☐ Regular Full Time    ☐ Regular Part Time _____ # Hours per week

Check the appropriate box and complete the required information.

[X] REPLACEMENT:

For Whom? Barbara Best ___ Date of Term 1/06 Budgeted Salary 7320.0 Salary Range _____
REQUIRED JOB RELATED SKILLS/CRITERIA: _____

☐ RECLASSIFICATION: (A complete Position Description with justification must accompany this request)

☐ Unbudgeted  ☐ Budgeted  Budgeted Amount _____ Replaces what position ? _____
Salary Range _____ New Salary Range _____ New Job Title _____

☐ NEW POSITION: (A complete Position Description with justification must accompany this request)

☐ Unbudgeted  ☐ Budgeted  Budgeted Amount _____ Salary Range _____ Job Title _____

## STATUS CHANGE

| Name | | Social Security Number | Original Hire Date |
|---|---|---|---|
| Holly Crompton | | | |

| PRESENT STATUS | | PROPOSED CHANGE | |
|---|---|---|---|
| Position Sales Manager | Date in Position 10, 19, 98 | Position Mgr. National Accts. | Effective Date 25 3 / 1 / 00 |
| Location/Dept. McCormick Place | Data Control # | Location/Dept. ENSO-DC | Data Control # 0695 |
| Annual or Hourly Pay 53.5, 500 | Pay Range 31,400-57,100 | Annual or Hourly Pay 48,000 | Pay Range 56,000-77,500 |
| Amt. % & type of last increase Annul equity | Date of Last increase 10, 19, 99 | Amt. % & type of this increase 4% merit | Next Review Date 3, 1 /c 2 |
| | | Last day on payroll 7.5% promo | First day on receiving payroll |

| RELOCATION DATA | | Dept: 2060    Job Code: 9785 | |
|---|---|---|---|
| Covered under Relocation Policy Yes ☐  No ☐ | Estimated Cost of Household Goods | Currently Receiving MIHD Yes ☐  No ☐ | If yes, date first received |
| Own Home  Rent Yes ☐  No ☐  Yes ☐  No ☐ | If yes, estimated reimburseable closing lease termination costs $ | Mode of Travel: Driving ☐ Flying ☐  Shipping car ☐ | Costs: |
| SEPARATION     VOLUNTARY ☐ | INVOLUNTARY ☐ | Separation reason code _____ | (See reverse for list of codes) |
| Position/Department | | Earned Vacation | Accrued Vacation |
| Annual or Hourly Pay | | Severance/Other | |
| Last Day worked  /  /  Term Date  /  / | | Exit interview conducted by | |
| Recommended for rehire     Yes ☐  No ☐ | | | |

COMMENT SECTION

X 1 week Relo pay

Confidential
27537

### APPROVALS

| | | |
|---|---|---|
| L. West | 2/3/00 | C. Floy. |
| Initiated by: Name | Date | Human Resources Director    Date |
| Berens | | L. Babun |
| Authorized by: Name | Date | Finance Authorization    Date |
| T. Helms | | |
| Function Head | Date | President    Date |
| | Tom Pritzker | Date |

PLAINTIFF'S EXHIBIT
stobler
89

PERSONNEL REQUISITION/STATUS CHANGE PROCEDURES

*PERSONNEL RE_ _ISITION SECTION: (Must be completed for _._ open positions)*

* For <u>BUDGETED</u> Replacements and/or Reclassifications:

Directors and below: Approved by: Manager, Department Head, HRD
AVP's and above:    Approved by:  Function Head, HRD, President, Tom Pritzker

* For <u>UNBUDGETED</u> Replacements and/or New Positions:

All levels: Approved by: Function Head, HRD, President

*Positions will not be posted or recruited for until Human Resources receives an
approved Personnel Requisiton.*

*STATUS CHANGE SECTION: (Will be completed by HR Department)*

* For <u>NEW HIRES</u>: (For offers <u>matching</u> the pre-approved personnel requisition)

All levels: Approved by: HRD

* For <u>NEW HIRES</u>: (For offers <u>above</u> the pre-approved personnel requisition)

All levels: Approved by: Function Head, HRD, President

*All approvals must be obtained prior to the job offer being made. All job offers must
be made by the Human Resources department.*

* For <u>TERMINATIONS</u>:

Directors and below: Approved by: HRD
AVP's and above:    Approved by:  HRD, President, Tom Pritzker
10+ years of service: Approved by: HRD, President

* For <u>BUDGETED</u> TRANSFERS, PROMOTIONS, SALARY ADJUSTMENTS:

Directors & Below: Approved by: Manager, Department Head, Function Head, HRD
AVP's and above: Approved by: Function Head, HRD, President, Tom Pritzker

* For <u>UNBUDGETED</u> TRANSFERS, PROMOTIONS, SALARY ADJUSTMENTS:

All levels: Approved by: Function Head, HRD, President
AVP's and above: Also approved by Tom Pritzker

### ADP PAYROLL/TERMINATION CODES

| CODE | REASON | DESCRIPTION | CODE | REASON | DESCRIPTION |
|------|--------|-------------|------|--------|-------------|
| A | Chronic absence | Excessive absenteeism/tardiness resulting in discharge | M | Moved away | Relocation, not with Hyatt |
| B | | | N | | |
| C | Compensation | More money/more benefits at another job | O | Other job | "Better" job |
| D | Deceased | Death | P | Progressive discipline | Repeated disciplinary action for misconduct in work |
| E | Education | Return to school full-time | Q | | |
| F | Family Issues | Maternity, child/parental care | R | Retirement | Only for real retirees |
| G | Gross misconduct | Theft, assault, other significant single act | S | Military leave | Military service, reserve duty |
| H | Health/personal | Illness, personal concerns which cause resignation | T | Transfer to another Hyatt | Inter-Hyatt transfer, separated from Corporate office |
| I | Incompetent | Poor performance, inability, not misconduct | U | LOA-Maternity | Did not return from maternity L.O.A. |
| J | Resign in lieu of termination | Resign in lieu of termination | V | LOA-Medical | Did not return from medical L.O.A. |
| K | Separation Agreement | Separation Agreement | W | Adjustment Period | Did not pass adjustment period |
| L | Lack of work | Reduction in force, layoff, permanent in nature | | | |

Confidential
27538