

Hyatt Hotels Corporation
200 West Madison
Chicago, IL 60606 USA

Telephone: 312.750.1234

February 21, 2000

Molly Crompton
Hyatt Regency McCormick Place
Sales Manager

Dear Molly:

It is with great pleasure that we confirm our offer of promotion with Hyatt Hotels. For your information, the specific terms of the offer are as follows:

Your position will be Manager of National Accounts in our Eastern National Sales Office in Washington D.C. and you will report directly to John Hyland. Your base salary will be paid at an annualized rate of $48,000. You will also continue to be eligible to receive incentive compensation through our sales Pride Program. Pride payout will be determined based on performance and will range between 0-30%. Your start date is to be determined.

As you have experienced in your previous position, it is our policy to formally review all employees at least once each year. These reviews determine your annual salary increase, promotability and employment status. You can expect the first review to occur in 90 days and your first annual prorated increase on March 1, 2001.

You and your eligible dependents will be eligible to elect medical and dental insurance coverage effective immediately. Your personal life insurance and disability coverage will become effective at the same time.

As before, you will be able to contribute a portion of your compensation to our 401(K) Plan on a before tax basis effective immediately. In addition, you will continue to be eligible for our companies annual 3% contribution in the Hyatt Retirement Savings Plan (RSP).

This offer is contingent upon your ability to provide proof of identity and work authorization, as required by law. A list of acceptable documents for employment eligibility and identity is attached. Please be prepared to provide a document from **List A** **or** a document from **List B and C** on your first day of employment. Your employment is

Confidential
27542



PLAINTIFF'S
EXHIBIT

92

subject to revocation in the event that you have provided fraudulent information during the hiring process.

We sincerely hope that our relationship will continue to be a long and mutually rewarding one, but you should keep in mind that our company does not offer employment for a fixed term. Thus, our offer of employment should not be construed as a proposed contract for any fixed term.

Molly, these details can be explained in more detail should you desire. Please feel free to contact me with any questions you may have (312) 750-8083.

Sincerely,

Eve West
Director Human Resources


CC:    John Hyland

Confidential
27543