# RELOCATION SUMMARY

Name: Molly Crompton

From: _____   To: _____
Position: _____   Positon: _____

Standard Relocation Benefit: _____   Special Arrangments: _____

Cost Summary:                                         Total:

Household Goods
Mover:                                                2504.69

Tansportation of Vehicle:

Temporary Housing:
Location:                         766.93
                                  2974.90

Transportation:

F&B/Miscellanious:

Final Total: 624.7

Confidential 27572



PLAINTIFF'S EXHIBIT 96