VENDOR NAME: Molly Crompton          VENDOR #: _____

ADDRESS (If not on invoice): _____

| | PAYING ENTITY | KSL CO # | RWC # |
|---|---|---|---|
| ☐ | HYATT CORPORATION | 2100 | N/A |
| ☒ | CALIFORNIA HYATT CORPORATION | 2110 | N/A |
| ☐ | HG, INC. | 1000 | 300 |
| ☐ | ROSEMONT PURCHASING | 2231 | N/A |
| ☐ | GOLD PASSPORT | 9100 | N/A |
| ☐ | | | |

☐ GL/ACCT Approval
☐ GL/ACCT Approval

| ACCT. # | ACCT. DESCRIPTION | CENTER # | AMOUNT |
|---|---|---|---|
| 5555 6300 | Relocation Expences | 2060 | 766.98 |
| | | | |
| | | | |
| | | TOTAL | 766.98 |

SPECIAL REQUESTS:
☐ EXPLANATION TO APPEAR ON CHECK, (16 CHARACTER LIMIT) _____
☒ RETURN CHECK TO  Eve West     EXT #  8093
☐ PAYMENT MUST BE RECEIVED BY VENDOR BEFORE _____
☐ FEDERAL EXPRESS (COMPLETED FEDERAL EXPRESS FORM MUST BE ATTACHED)
☐ BILL BACK (COMPLETED FORM MUST BE ATTACHED)

CODED BY: [signature]           DATE: _____
APPROVALS: [signature]          DATE: 5/26/00
                                 DATE: _____
A/P AUDIT: _____               DATE: _____

Confidential
27575

PLAINTIFF'S EXHIBIT 97