VENDOR NAME: Park Hyatt Washington   VENDOR #: _____

ADDRESS (If not on invoice): _____

| | PAYING ENTITY | KEA CO # | RMC # |
|---|---|---|---|
| ☐ | HYATT CORPORATION | 3100 | N/A |
| ☒ | CALIFORNIA HYATT CORPORATION | 3110 | N/A |
| ☐ | MG, INC. | 3000 | 300 |
| ☐ | ROSEMONT PURCHASING | 2221 | N/A |
| ☐ | GOLD PASSPORT | 9100 | N/A |
| ☐ | | | |

GL/ACCT Approval ☐

GL/ACCT Approval ☐

| ACCT. # | ACCT. DESCRIPTION | CENTER # | AMOUNT |
|---|---|---|---|
| 5565 6300 | Relocation Expences | 2060 | 2974.90 |
| | | | |
| | | | |
| | | TOTAL | 2,974.90 |

SPECIAL REQUESTS:
☐ EXPLANATION TO APPEAR ON CHECK, (16 CHARACTER LIMIT) _____
☒ RETURN CHECK TO  Eve West  EXT # 8083
☐ PAYMENT MUST BE RECEIVED BY VENDOR BEFORE _____
☐ FEDERAL EXPRESS (COMPLETED FEDERAL EXPRESS FORM MUST BE ATTACHED)
☐ BILL BACK (COMPLETED FORM MUST BE ATTACHED)

CODED BY: [signature]   DATE: _____
APPROVALS: _____   DATE: 5/26/00
_____   DATE: _____
A/P AUDIT: _____   DATE: _____

Confidential
27576


PLAINTIFF'S EXHIBIT 98