VENDOR NAME: North American Hantines   VENDOR #: ____

ADDRESS (If not on invoice): ____

| | PAYING ENTITY | MEA CO # | INC # |
|---|---|---|---|
| ☐ | HYATT CORPORATION | 3100 | N/A |
| ☒ | CALIFORNIA HYATT CORPORATION | 3110 | N/A |
| ☐ | HG, INC. | 3000 | 300 |
| ☐ | ROSEMONT PURCHASING | 3331 | N/A |
| ☐ | GOLD PASSPORT | 9100 | N/A |
| ☐ | | | |

☐ GL/ACCT Approval
☐ GL/ACCT Approval

| ACCT. # | ACCT. DESCRIPTION | CENTER # | AMOUNT |
|---|---|---|---|
| 5555.6300 | Relocation Expences | | 2504.69 |
| | | | |
| | | | |
| | | TOTAL | 2504.69 |

SPECIAL REQUESTS:
☐ EXPLANATION TO APPEAR ON CHECK, (16 CHARACTER LIMIT) __M. Crompton__
☒ RETURN CHECK TO ~~Gretta~~ __Kelly Cuman__   EXT # __8083__
☐ PAYMENT MUST BE RECEIVED BY VENDOR BEFORE ____
☐ FEDERAL EXPRESS (COMPLETED FEDERAL EXPRESS FORM MUST BE ATTACHED)
☐ BILL BACK (COMPLETED FORM MUST BE ATTACHED)

CODED BY: __[signature]__   DATE: ____
APPROVALS: __[signature]__   DATE: ____
                             DATE: ____
A/P AUDIT: ____   DATE: ____

Confidential
27583

PLAINTIFF'S EXHIBIT
102