# Memorandum

**HYATT HOTELS & RESORTS**

Hyatt Hotels Corporation
200 W. Madison
Chicago, IL 60606

Telephone : 312.750.1234
Fax : 312.750.8579
Telex : 6871520

Date: October 5, 2001

Copy: Ty Helms
Fred Shea
Rob Sarmiento

To: Daren Snow
DOS-All Hotels
Gerri Mueller
GM-All Hotels
Mark McGehee
Mike Costello
Mike Daley
NSO-DOS
Stephen D'Agostino
Vendo Toming

From: Jack Horne

Subject: NSF Account Redeployment

**CONFIDENTIAL**

Good afternoon,

As discussed earlier this week, please find attached a list of our national accounts along with the newly assigned managers for each account. I thought it would be easier to communicate these changes by organization name and number. Please remember that we have limited contacts secured in each organization. Any unsecured contacts within these organizations are open for your solicitation.

Also, please take time to review the accounts that are marked "Back to Field". We plan on releasing these accounts for your solicitation. Gerri Mueller in Omaha is back from vacation on Monday, October 8. She will begin the process of redistributing these accounts in Envision, hopefully by the end of next week depending on her workload.

We have been able to communicate the changes in each office to most customers with the exception of our Chicago and Ohio clients. We will finish this process early next week. Needless to say, there has been some anxiety among different customers, but for the most part people understand. I feel very good about our new coverage, and confident about our future relationships and business with these accounts.

I thank you for your patience through this process. My directors have done a great job notifying our clients and helping them through this tough transition. Please call me with any questions or concerns.

Jack

32341



PLAINTIFF'S EXHIBIT 183

### Dean D'Anna Account

| Org Number | Organization Name | New Manager |
|---|---|---|
| Omaha: | | |
| 4286 | AM BOARD ANESTHESIOLOGY | Jennifer Roman |
| Northeastern: | | |
| 6549 | AM PET PRODUCTS MFG ASSN  Bill Schoolman | M. Williams / Jim Vandevander |
| 107898 | LINKAGE INC | Michael Williamson |
| 9520 | MAJOR LEAGUE BASEBALL | Back to Field |
| 107902 | MAX CONSULTANTS | Michael Williamson |
| 24009 | MIS TRAINING INST INC | Michael Williamson |
| 448 | NATIONAL ASSOCIATION OF PROFESSIONAL BASEBALL LEAGUES | Back to Field |
| 8487 | NATL FIRE PROTECTION ASSN | Michael Williamson |
| 2901 | REED EXHIB GRP | Back to Field |
| Eastern: | | |
| 94152 | ASSN WORK PROCESS IMPROVEMENT | Dan Jones |
| 25985 | CONFERON | Dan Jones |
| 25985 | CONFERON - BOSTON | Dan Jones |
| 210 | INFUSION NURSES SOCIETY | Dan Jones |
| 4922 | N AM SOC PACING & ELECTROPHYSI | Dan Jones |
| 15237 | PROFESSIONAL RELATIONS & RESEA | Dan Jones |

Center for Business Intelligence — 248 Rooms

CONFIDENTIAL

32342

## Wendy Jensen Account

| Org Number | Organization Name | New Manager |
|---|---|---|
| **Eastern:** | | |
| ~~31068~~ | ~~ADDISON WESLEY LONGMAN CO~~ | ~~Dan Jones~~ |
| **Northeastern:** | | |
| 84996 | CMP MEDIA (FOR CT EXPO) | Jim Vandevender |
| 64636 | COMPAQ COMPUTER (DIGITAL) 14121 | Jim Vandevender  ? |
| 64635 | COMPAQ COMPUTER CORPORATION | Jim Vandevender |
| ← 54685 | DELOITTE & TOUCHE Liz Novella Jennifer | Diane Smith  Shelly wolf |
| 64636 | DIGITAL EQUIPMENT CORP | Jim Vandevender |
| ~~54685~~ | ~~ELAYNE KITCHEN & ASSOC~~ | ~~Jim Vandevender~~ or |
| 198162 | need to  ETMI  Jane Davis | Jim Vandevender  ? |
| 34868 | GE CAPITAL CORP | Diane Smith ✓ |
| 34549 | GENERAL ELECTRIC CO | Joann Rumsey ✓ |
| 20957 | need to  IDG EXPO MGMT  Linda | Jim Vandevender |
| 86223 | need to  LEHMAN BROTHERS INC Amanda/Leslie | Richard Wood |
| 50701 | need to  MCGETTIGAN WORLD CLASS - OK | Jim Vandevender  ok |
| 84996 | MILLER FREEMAN (CT EXPO) | Jim Vandevender  ok |
| 31068 | need to  PEARSON EDUCATION GRP  Esther Pondny | Jim Vandevender |
| 94639 | Manhattan Hotel Search | Jim Vandevender -GA |
| **Central:** | | |
| 6655 | MAC TOOLS | Barb Hale |
| **Western:** | | |
| 90604 | META GROUP INC | Trina Camacho-London |

← regretfully NEO - Wendy extremely
valuable
20 people in company
disruption of service

**CONFIDENTIAL**

32343

### Herve Roussel Account

| Org Number | Organization Name | New Manager |
|---|---|---|
| Omaha: | | |
| 65587 | Am Journal Health | Shawn Anderson |
| 162102 | Am Soc Law Enforcement | Tina Nebuloni |
| 4969 | Educ Credit Union Council | Jennifer Roman |
| 23354 | HD Vest | Tonja Towne |
| 19297 | Manugistics | Michelle Russell |
| 75255 | Natl. Hurricane Conf | Rose Castan |
| 42041 | Professional Conf Mgmt | Erin Moriarty |
| 5952 | Scien-Tech Assoc | Erin Moriarty |
| 45331 | Society of Vacuum Coaters | Rose Castan |

CONFIDENTIAL

32344

| Gayle Smith Account | | |
|---|---|---|
| Org Number | Organization Name | New Manager |
| Omaha: | | |
| 62337 | Am Agril Economics Assn | Shawn Anderson |
| 199766 | Ambassador Perfomance | Michelle Russell |
| 170129 | Intl Quality Productivity Center | Tina Nebuloni |
| 90303 | Marmaxx Group | Sam Canova |
| 264841 | McLeodUSA | Rose Castan |
| 93600 | Natl Inst Clinical Applic | Rose Castan |
| 10033 | Natl Pork Producers | Erin Moriarty |
| 176457 | Natl Scool Conf | Sam Canova |
| 180667 | Neax Users Group | Erin Moriarty |
| Eastern: | | |
| 12137 | African Methodist Episcopal | Ron Keith |
| 24109 | Ancient Epyptian Arabic | Ron Keith |
| 11960 | Gospel Music Workshop | Ron Keith |

CONFIDENTIAL

32345

## Cardella Gills Account

| Org Number | Organization Name | New Manager |
|---|---|---|
| Omaha: | | |
| 3577 | Aeronautical Radio | Michelle Russell |
| 50342 | Am Acad Cosmetic Dentistry | Tina Nebuloni |
| 10855 | Am Electroplaters Surface | Shawn Anderson |
| 72943 | Hachero Hills Inc | Rose Castan |
| 16587 | Hobby Indus Assn Am | Shawn Anderson |
| 11325 | Knights Peter Claver | Shawn Anderson |
| 345 | Lions Club | Michelle Russell |
| 11964 | Lott Carey Baptist Foreign Missionary | Tina Nebuloni |
| 37708 | Moose Intl Inc | Shawn Anderson |
| 153836 | Natl Assn Black Criminal | Tina Nebuloni |
| 9862 | Natl Assn Postmasters | Tina Nebuloni |
| 24333 | Natl Flute Assn. | Rose Castan |
| 21502 | Progressive Baptist | Erin Moriarty |
| 23092 | Soc Pres Barber Shop | Erin Moriarty |
| 124054 | Sweet Adelines Intl | Erin Moriarty |
| 203581 | United Transportation Union | Michelle Russell |

CONFIDENTIAL

32346