# Jennifer Roman Account

| Org Number | Organization Name | New Manager |
|---|---|---|
| Omaha: | | |
| 10736 | American Inst Architects | Andrew Karpowicz |

(remaining rows redacted)

CONFIDENTIAL

32347

## Dawn Beagle Account

| Org Number | Organization Name | New Manager |
|---|---|---|
| Western: | | |
| 277073 | 101 Communications | Karina Mirkin |
| 41527 | Adler Droz Inc | Karina Mirkin |
| 7298 | Am Assn Critical Care Nurses | Karina Mirkin |
| 37082 | Am College of Trust & Estate Counsel | Karina Mirkin |
| 10826 | Am Society for Aesthetic Plastic Surgery | Karina Mirkin |
| 118720 | American Urological Association | Karina Mirkin |
| 72494 | Ca Republican Party | Karina Mirkin |
| 88012 | Ca Water Environment Association | Kim Harrington |
| 159231 | Canon Communications | Karina Mirkin |
| 4781 | CEFPI | Trina Camach-London |
| 12964 | CME Inc | Karina Mirkin |
| 23250 | Diversified Consultants Inc | Green |
| 16920 | Financial Network Investment Corp. | Karina Mirkin |
| 187303 | Gateway | Karina Mirkin |
| 7298 | Innovision Management Services | Karina Mirkin |
| 2741 | Intertec Exhibitions | Karina Mirkin |
| 11408 | Int'l Association Fitness Professionals | Karina Mirkin |
| 11276 | Int'l Institute of Municipal Clerks | Karina Mirkin |
| 12930 | Jems Communications | Karina Mirkin |
| 21494 | Kawasaki Motors Corp USA | Karina Mirkin |
| 30241 | Kinkos Service Corp. | Karina Mirkin |
| 20659 | League for Innovation Comm Colleges | Trina Camach-London |
| 98589 | Management Plus Ltd | Trina Camach-London |
| 4356 | Mattel Inc | Karina Mirkin |
| 12430 | Pacific Life Insurance Co | Karina Mirkin |
| 148680 | QAD Inc. | Karina Mirkin |
| 156872 | Raytheon Company | Donna Palmer |
| 220854 | Shorecliff Communications | Karina Mirkin |
| 99263 | Soc. of Amer. Gastrointestinal Endosc. | Karina Mirkin |
| 95072 | Specialty Coffee Association of America | Karina Mirkin |
| 78388 | The Chair Academy | Trina Camach-London |
| 33970 | Usenix Association | Kim Harrington |
| 8792 | Western Economic Association | Karina Mirkin |
| 776 | Western Growers Association | Karina Mirkin |
| 4534 | Xplor International | Karina Mirkin |
| Omaha: | | |
| 72228 | Hamilton Group | Amy Anderson |
| 234192 | Premiere Productions International | TBD |

CONFIDENTIAL

## Mary Rocereto Account

| Org Number | Organization Name | New Manager |
|---|---|---|
| Central: | | |
| 93704 | Benny Hinn Ministries | Back to Field |
| 4637 | Conference Consulting Acturaries | Back to Field |
| 3284 | CUNA Mutual Group | Inge Spindola |
| 3412 | Society of Actuaries | Back to Field |
| Northeastern: | | |
| 74473 | Aid Association to Lutherans | Marilyn Brumbaugh |
| 11768 | American Family Insurance | Marilyn Brumbaugh |
| 2419 | AMERUS | Marilyn Brumbaugh |
| 20277 | Horace Mann | Marilyn Brumbaugh |
| 91677 | Humana | Marilyn Brumbaugh |
| 2498 | Lutheran Brotherhood | Marilyn Brumbaugh |
| 2971 | Nationville NAtionwide | Marilyn Brumbaugh |
| 19272 | National Association of Insurance Women | Marilyn Brumbaugh |
| 106202 | NCCI | Marilyn Brumbaugh |
| 94565 | Northwestern Northeastern Mutual | Marilyn Brumbaugh |
| 22253 | Principal Life | Marilyn Brumbaugh |
| 1143 | Sentry Insurance | Marilyn Brumbaugh |
| 6272 | Shelten Insurance | Marilyn Brumbaugh |
| Omaha: | | |
| 9836 | Timco | Jennifer Roman |
| 14671 | American General Agency Building | Jennifer Roman |
| 12451 | American General Financial Advisory | Jennifer Roman |
| 11606 | Convention Planning Inc. | Erin Moriarty |
| Eastern: | | |
| 4074 | American Accounting Association | Gary Schneeberg |
| 7959 | AAA | Gary Schneeberg |
| 16254 | Financial Management Association | Gary Schneeberg |

CONFIDENTIAL

**Barb Loder Account**

| Org Number | Organization Name | New Manager |
|---|---|---|
| Central: | | |
| 4296 | American Board of Family Practice | Barb Hale |
| 4318 | American Ceramic Society | Barb Hale |
| 6386 | American Contract Bridge | Barb Hale |
| 220438 | Bank One | Barb Hale |
| 4776 | Council of State Government | Barb Hale |
| 16876 | Heritage Group | Inge Spindola |
| 18026 | Lenscrafters | Barb Hale |
| 9989 | National Middle School Association | Barb Hale |
| | Nuvera Group | Inge Spindola |
| 12263 | Presbyterian Church | Fred Reichelt |
| 1106 | Procter & Gamble | Barb Hale |
| 126990 | Procter & Gamble | Barb Hale |
| 168544 | Procter & Gamble | Barb Hale |
| 68843 | Smith & Nephew Healthcare | Barb Hale |
| 5836 | United Commercial Travelers | Barb Hale |
| 12841 | Western Southern Life Insurance Corp. | Barb Hale |
| | American Board of Veterinary Practitioners | Back to Field |
| | Bellwether | Back to Field |
| | Brown Forman Corporation | Back to Field |
| | Excellence in Motivation | Back to Field |
| | F&W Publishing Corporation | Back to Field |
| | Food Service Associates | Back to Field |
| | Food Service Consultants | Back to Field |
| | General Electric Aircraft Engines | Back to Field |
| | Inflight Food Service | Back to Field |
| | International Anesthesia Research | Back to Field |
| | Longaberger | Back to Field |
| | National Association of State Purchasing Officers | Back to Field |
| | National Association State Information Res. | Back to Field |
| | National Cotton Council | Back to Field |
| | Planners Network | Back to Field |
| | Self Storage Association | Back to Field |
| | Thomas Association, Inc. | Back to Field |
| | Travel Link | Back to Field |
| | U.S. Cutting Tool Institute | Back to Field |
| | Universal Tech Corporation | Back to Field |
| | Wendys International, Inc. | Back to Field |

CONFIDENTIAL

**Mary Patton Account**

| Org Number | Organization Name | New Manager |
|---|---|---|
| Central: | | |
| 10836 | American Academy of Dermatology | Denise Cmiel |
| 19143 | American Academy of Orthopaedic Surgeons | Donna Bongiovanni |
| 12670 | American Academy of Pediatrics | Mark Henry |
| 4141 | American Association of Nurse Anesthesiologists | Denise Cmiel |
| 6370 | American College of Surgeons | Donna Bongiovanni |
| 6403 | American Dental Association | Mark Henry |
| 7258 | American Medical Association | Donna Bongiovanni |
| | American Society of Clinical Pathologists | Carol Buseman |
| 18279 | Association Management Center | Carol Buseman |
| 5633 | Council of Logistics Management | Donna Bongiovanni |
| 30468 | McDonald's Corporation | Jan Bansfield |
| 14315 | TruServ | Mark Henry |
| 4140 | American Association of Neurological Surgeons | Donna Bongiovanni |
| 19460 | American Health Information Management Association | Donna Bongiovanni |
| 4062 | American Academy of Periodontology | Carol Buseman |
| 155004 | American Academy of Pain Medicine | Carol Buseman |
| 157050 | American Association of Legal Nurse Consultants | Carol Buseman |
| 6541 | American Pain Society | Carol Buseman |
| 5450 | Association of Pediatric Oncology Nurses | Carol Buseman |
| 72963 | Association for Psychological Type | Carol Buseman |
| 3701 | Association of Rehabilitation Nurses | Carol Buseman |
| 175605 | American Society of Pediatric Hematology | Carol Buseman |
| 9553 | National Association for Healthcare Quality | Carol Buseman |
| 110718 | Refrigerating Engineers & Tech Assn | Carol Buseman |
| 6507 | American Marketing Association | Denise Cmiel |
| 109058 | Dermatology Services | Denise Cmiel |

CONFIDENTIAL

## Jane Johnson Account

| Org Number | Organization Name | New Manager |
|---|---|---|
| Central: | | |
| 6529 | Am. Numismatic Assn. | Henry |
| 157353 | Conferon, Inc | Henry |
| 4627 | Radio Advertising Bureau | Henry |
| Western: | | |
| 8997 | Am. Animal Hospital Assn. | Green |
| 10906 | Am. Society of Sugar Beet Technologists | Green |
| 8478 | Am. Water Works Association | Jordan |
| 15169 | Association of Operating Room Nurses,Inc | Jordan |
| 28363 | Cattlemen's Beef Board | Green |
| 73532 | Design Automation Conf | Green |
| 8544 | Geological Society of America | Green |
| 256123 | Insite Selection Services, Int'l | Jordan |
| 61406 | LRA, Inc. | Green |
| 8472 | Medical Group Management Assn. | Green |
| 221172 | MedStudy | Jordan |
| 115354 | MP Associates, Inc. | Green |
| 28363 | Nat'l Cattlemen's Beef Association | Green |
| 13345 | Nat'l Rural Health Assn | Green |
| 76543 | Nat'l Strength & Conditioning Assn | Jordan |
| 13688 | New Hope Natural Media | Green |
| 80716 | Primedia Business Exhibitions | Green |
| 11990 | Re/Max, International | Jordan |
| 8484 | Soc. for Mining, Metallurgy & Exploration | Jordan |
| 14952 | Storage Technology | Jordan |
| 112774 | US Fencing Assn | Jordan |
| 2517 | US Olympic Committee | Jordan |
| 95823 | Youth for Christ/USA | Jordan |
| Omaha: | | |
| 326632 | Navigant Meetings & Events | TBD |
| 300768 | Peak Creative Media | TBD |

CONFIDENTIAL