HYATT HOTELS CORPORATION
POLICY MANUAL

| | | | |
|---|---|---|---|
| SUBJECT: | Recruitsoft Management Openings | LAST REVISED: | September 2001 |
| POLICY: | 109 | PAGE: | 1 of 2 |

All Management/Supervisory Openings below Managing Committee are to be posted via Recruitsoft. As positions are vacated, or a new position is created, the requisition is to be created and sourced utilizing the Recruitsoft system. This must occur irregardless of internal candidates.

- All Supervisors and Management positions must be posted at the corporate web site, careers.hyatt.com.
- All Managing Committee positions must be posted at www.hyattcareernetwork.com and may be posted at careers.hyatt.com. The only other positions posted at the internal website, www.hyattcareernetwork.com will be new hotel opening positions and promotability templates.

I. Passwords and login names
    A. It is the responsibility of the Human Resource Director to ensure the update of login names and passwords. Upon transfer/termination the departing employee information must be communicated immediately to Corporate Staffing Manager for updates and deletions.

II. Applicant Flow Log - www.discoviewer.com
    A. It is your responsibility to run your Applicant Flow Log from Discover Viewer at least monthly to ensure completeness and correctness.
    B. It is also your responsibility to ensure a hard copy as well as a copy saved on a disk is placed with your applications upon the end of your Plan Year.

III. Promotability
    A. All Directors of Human Resources, with the approval of the General Manager, shall review and determine the managers who are ready for promotion. These employees shall complete their profile at www.hyattcareernetwork.com, under their current hotel name. Upon the completion of this profile and the approval of the appropriate Division Head, General Manager and Director of Human Resources, these managers shall be deemed promotable and identified as such in recruiter comments.

As stipulated in the Employment Resource User Guide, mark the appropriate manager in the tracking section of their profile. (Promo/function code/position desired).



PLAINTIFF'S EXHIBIT 190

CONFIDENTIAL

32267

HYATT HOTELS CORPORATION
POLICY MANUAL

| | | | |
|---|---|---|---|
| SUBJECT: | Recruitsoft Management Openings | LAST REVISED: | September 2001 |
| POLICY: | 109 | PAGE: | 2 of 2 |

By pulling reports from the Candidate Search icon of Recruitsoft, you will identify Hyatt employees who are promotable, thus running your Hyatt Career Network profiles. (Previously known as the MMI.)

IV. Matching and Notifying
    A. It is the responsibility of the Human Resource Director to Match and Notify internal candidates for their desired position.
    B. A current Hyatt employee MUST be matched to a requisition to be considered a viable candidate for the position
    C. It is also the responsibility of the Human Resource Director to check the box "Request More Information" in the Match box. This generates an email that will instruct your manager to complete the job specific questionnaire.

CONFIDENTIAL       32268

*HYATT HOTELS CORPORATION*
*POLICY MANUAL*

| | | | |
|---|---|---|---|
| SUBJECT: | Recruitsoft Management Openings | LAST REVISED: | September 2001 |
| POLICY: | 109 | PAGE: | 1 of 2 |

All Management/Supervisory Openings below Managing Committee are to be posted via Recruitsoft. As positions are vacated, or a new position is created, the requisition is to be created and sourced utilizing the Recruitsoft system. This must occur irregardless of internal candidates.

- All Supervisors and Management positions must be posted at the corporate web site, careers.hyatt.com.
- All Managing Committee positions must be posted at www.hyattcareernetwork.com and may be posted at careers.hyatt.com. The only other positions posted at the internal website, www.hyattcareernetwork.com will be new hotel opening positions and promotability templates.

I. Passwords and login names
   A. It is the responsibility of the Human Resource Director to ensure the update of login names and passwords. Upon transfer/termination the departing employee information must be communicated immediately to Corporate Staffing Manager for updates and deletions.

II. Applicant Flow Log - www.discoviewer.com
   A. It is your responsibility to run your Applicant Flow Log from Discover Viewer at least monthly to ensure completeness and correctness.
   B. It is also your responsibility to ensure a hard copy as well as a copy saved on a disk is placed with your applications upon the end of your Plan Year.

III. Promotability
   A. All Directors of Human Resources, with the approval of the General Manager, shall review and determine the managers who are ready for promotion. These employees shall complete their profile at www.hyattcareernetwork.com, under their current hotel name. Upon the completion of this profile and the approval of the appropriate Division Head, General Manager and Director of Human Resources, these managers shall be deemed promotable and identified as such in recruiter comments.

As stipulated in the Employment Resource User Guide, mark the appropriate manager in the tracking section of their profile. (Promo/function code/position desired).


PLAINTIFF'S EXHIBIT 190

CONFIDENTIAL

32267

HYATT HOTELS CORPORATION
POLICY MANUAL

SUBJECT: Recruitsoft Management Openings          LAST REVISED: September 2001

POLICY: 109          PAGE: 2 of 2

By pulling reports from the Candidate Search icon of Recruitsoft, you will identify Hyatt employees who are promotable, thus running your Hyatt Career Network profiles. (Previously known as the MMI.)

IV. Matching and Notifying
  A. It is the responsibility of the Human Resource Director to Match and Notify internal candidates for their desired position.
  B. A current Hyatt employee MUST be matched to a requisition to be considered a viable candidate for the position
  C. It is also the responsibility of the Human Resource Director to check the box "Request More Information" in the Match box. This generates an email that will instruct your manager to complete the job specific questionnaire.

CONFIDENTIAL          32268