RECEIVED APR 1 5 2003

# FISHER & PHILLIPS LLP
## ATTORNEYS AT LAW

www.laborlawyers.com

# 34107 – 34129

**Orlando**
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801
(407) 541-0888 Tel
(407) 541-0887 Fax

Natalie J. Storch
Direct Dial (407) 541-0883
nstorch@laborlawyers.com

April 14, 2003



**VIA OVERNIGHT MAIL**
Robert A. Steinberg, Esq.
Waite, Schneider, Bayless,
& Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202

Re: *Barbara Loder Hildebrandt v. Hyatt Hotels Corp., et al.* Case No. C-1-02-003

Dear Bob:

Enclosed are documents relating to PRIDE Payout Scales for the National Sales Force, Bates stamped numbers 34107-34129.

We will forward additional documents to you in the coming days. Please note that the information enclosed with this correspondence has also been designated CONFIDENTIAL, in accordance with our confidentiality stipulation. Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Natalie J. Storch
For FISHER & PHILLIPS LLP

NJS/dsp
Enclosures

Atlanta · Chicago · Fort Lauderdale · Irvine · New Orleans · Oakland · San Diego

PLAINTIFF'S EXHIBIT 198

## NSF Group and Individual Travel
## PRIDE Payout Scales

| Part I - NSF Group | | Part I - NSF Individual Travel | | Part II - Group NSF Manager | |
|---|---|---|---|---|---|
| % Achievement to Total Quota | % of Base Salary | % Achievement to Forecast | % of Base Salary | # of Future Year Targets Achvd | % of Base Earnings |
| Below 90% | 0.00% | Below 90% | 0.00% | 0 | 0% |
| 90% | 1.50% | 90% | 1.50% | 1 | 1% |
| 91% | 2.10% | 91% | 3.10% | 2 | 2% |
| 92% | 2.70% | 92% | 4.70% | 3 | 3% |
| 93% | 3.30% | 93% | 6.30% | 4 | 4% |
| 94% | 3.90% | 94% | 7.90% | 5 | 5% |
| 95% | 4.50% | 95% | 9.50% | | |
| 96% | 5.10% | 96% | 11.10% | | |
| 97% | 5.70% | 97% | 12.70% | | |
| 98% | 6.30% | 98% | 14.30% | | |
| 99% | 6.90% | 99% | 15.90% | | |
| 100% | 7.50% | 100% | 17.50% | | |
| 101% | 8.00% | 101% | 19.10% | | |
| 102% | 8.50% | 102% | 20.70% | | |
| 103% | 9.00% | 103% | 22.30% | | |
| 104% | 9.50% | 104% | 23.90% | | |
| 105% | 10.00% | 105% | 25.50% | | |
| 106% | 10.50% | 106% | 27.10% | | |
| 107% | 11.00% | 107% | 28.70% | | |
| 108% | 11.50% | 108% | 30.30% | | |
| 109% | 12.00% | 109% | 31.90% | | |
| 110% | 12.50% | 110% | 33.50% | | |
| 111% | 13.00% | 111% | 35.10% | | |
| 112% | 13.50% | 112% | 36.70% | | |
| 113% | 14.00% | 113% | 38.30% | | |
| 114% | 14.50% | 114% | 39.90% | | |
| 115% | 15.00% | 115% | 41.50% | | |
| 116% | 15.50% | 116% | 43.10% | | |
| 117% | 16.00% | 117% | 44.70% | | |
| 118% | 16.50% | 118% | 46.30% | | |
| 119% | 17.00% | 119% | 47.90% | | |
| 120% | 17.50% | 120% | 49.50% | | |
| 121% | 18.00% | 121% | 51.10% | | |
| 122% | 18.50% | 122% | 52.70% | | |
| 123% | 19.00% | 123% | 54.30% | | |
| 124% | 19.50% | 124% | 55.90% | | |
| 125% | 20.00% | 125% | 57.50% | | |
| 126% | 20.50% | 126% | 59.10% | | |
| 127% | 21.00% | 127% | 60.70% | | |
| 128% | 21.50% | 128% | 62.30% | | |
| 129% | 22.00% | 129% | 63.90% | | |
| 130% | 22.50% | 130% | 65.50% | | |
| 131% | 23.00% | 131% | 67.10% | | |
| 132% | 23.50% | 132% | 68.70% | | |
| 133% | 24.00% | 133% | 70.30% | | |
| 134% | 24.50% | 134% | 71.90% | | |
| 135% | 25.00% | 135% | 73.50% | | |
| 136% | 25.50% | 136% | 75.10% | | |
| 137% | 26.00% | 137% | 76.70% | | |

CONFIDENTIAL

34107

2/12/02

NSF Group and Individual Travel
PRIDE Payout Scales

| % | Payout | % | Payout |
|---|---|---|---|
| 138% | 26.50% | 138% | 78.30% |
| 139% | 27.00% | 139% | 79.90% |
| 140% | 27.50% | 140% | 81.50% |
| 141% | 28.00% | 141% | 83.10% |
| 142% | 28.50% | 142% | 84.70% |
| 143% | 29.00% | 143% | 86.30% |
| 144% | 29.50% | 144% | 87.90% |
| 145% | 30.00% | 145% | 89.50% |
| 146% | 30.50% | 146% | 91.10% |
| 147% | 31.00% | 147% | 92.70% |
| 148% | 31.50% | 148% | 94.30% |
| 149% | 32.00% | 149% | 95.90% |
| 150% | 32.50% | 150% | 97.50% |
| 151% | 33.00% | 151% | 99.10% |
| 152% | 33.50% | 152% | 100.70% |
| 153% | 34.00% | 153% | 102.30% |
| 154% | 34.50% | 154% | 103.90% |
| 155% | 35.00% | 155% | 105.50% |
| 156% | 35.50% | 156% | 107.10% |
| 157% | 36.00% | 157% | 108.70% |
| 158% | 36.50% | 158% | 110.30% |
| 159% | 37.00% | 159% | 111.90% |
| 160% | 37.50% | 160% | 113.50% |
| 161% | 38.00% | 161% | 115.10% |
| 162% | 38.50% | 162% | 116.70% |
| 163% | 39.00% | 163% | 118.30% |
| 164% | 39.50% | 164% | 119.90% |
| 165% | 40.00% | 165% | 121.50% |
| 166% | 40.50% | 166% | 123.10% |
| 167% | 41.00% | 167% | 124.70% |
| 168% | 41.50% | 168% | 126.30% |
| 169% | 42.00% | 169% | 127.90% |
| 170% | 42.50% | 170% | 129.50% |
| 171% | 43.00% | 171% | 131.10% |
| 172% | 43.50% | 172% | 132.70% |
| 173% | 44.00% | 173% | 134.30% |
| 174% | 44.50% | 174% | 135.90% |
| 175% | 45.00% | 175% | 137.50% |
| 176% | 45.50% | 176% | 139.10% |
| 177% | 46.00% | 177% | 140.70% |
| 178% | 46.50% | 178% | 142.30% |
| 179% | 47.00% | 179% | 143.90% |
| 180% | 47.50% | 180% | 145.50% |
| 181% | 48.00% | 181% | 147.10% |
| 182% | 48.50% | 182% | 148.70% |
| 183% | 49.00% | 183% | 150.30% |
| 184% | 49.50% | 184% | 151.90% |
| 185% | 50.00% | 185% | 153.50% |
| 186% | 50.50% | 186% | 155.10% |
| 187% | 51.00% | 187% | 156.70% |
| 188% | 51.50% | 188% | 158.30% |
| 189% | 52.00% | 189% | 159.90% |

CONFIDENTIAL

34108

2/12/02

## NSF Group
## PRIDE Payout Scales

### Part I - NSF Group

| % Achievement to Total Quota | % of Base Salary |
|---|---|
| Below 90% | 0.00% |
| 90% | 1.50% |
| 91% | 2.10% |
| 92% | 2.70% |
| 93% | 3.30% |
| 94% | 3.90% |
| 95% | 4.50% |
| 96% | 5.10% |
| 97% | 5.70% |
| 98% | 6.30% |
| 99% | 6.90% |
| 100% | 7.50% |
| 101% | 8.00% |
| 102% | 8.50% |
| 103% | 9.00% |
| 104% | 9.50% |
| 105% | 10.00% |
| 106% | 10.50% |
| 107% | 11.00% |
| 108% | 11.50% |
| 109% | 12.00% |
| 110% | 12.50% |
| 111% | 13.00% |
| 112% | 13.50% |
| 113% | 14.00% |
| 114% | 14.50% |
| 115% | 15.00% |
| 116% | 15.50% |
| 117% | 16.00% |
| 118% | 16.50% |
| 119% | 17.00% |
| 120% | 17.50% |
| 121% | 18.00% |
| 122% | 18.50% |
| 123% | 19.00% |
| 124% | 19.50% |
| 125% | 20.00% |
| 126% | 20.50% |
| 127% | 21.00% |
| 128% | 21.50% |
| 129% | 22.00% |
| 130% | 22.50% |
| 131% | 23.00% |
| 132% | 23.50% |

CONFIDENTIAL

34109

## NSF Group
## PRIDE Payout Scales

### Part I - NSF Group

| % Achievement to Total Quota | % of Base Salary |
|---|---|
| 133% | 24.00% |
| 134% | 24.50% |
| 135% | 25.00% |
| 136% | 25.50% |
| 137% | 26.00% |
| 138% | 26.50% |
| 139% | 27.00% |
| 140% | 27.50% |
| 141% | 28.00% |
| 142% | 28.50% |
| 143% | 29.00% |
| 144% | 29.50% |
| 145% | 30.00% |
| 146% | 30.50% |
| 147% | 31.00% |
| 148% | 31.50% |
| 149% | 32.00% |
| 150% | 32.50% |
| 151% | 33.00% |
| 152% | 33.50% |
| 153% | 34.00% |
| 154% | 34.50% |
| 155% | 35.00% |
| 156% | 35.50% |
| 157% | 36.00% |
| 158% | 36.50% |
| 159% | 37.00% |
| 160% | 37.50% |
| 161% | 38.00% |
| 162% | 38.50% |
| 163% | 39.00% |
| 164% | 39.50% |
| 165% | 40.00% ✓ |
| 166% | 40.50% |
| 167% | 41.00% |
| 168% | 41.50% |
| 169% | 42.00% |
| 170% | 42.50% |
| 171% | 43.00% |
| 172% | 43.50% |
| 173% | 44.00% |
| 174% | 44.50% |
| 175% | 45.00% |
| 176% | 45.50% |

CONFIDENTIAL

34110

7/10/02

## NSF Group
## PRIDE Payout Scales

### Part I - NSF Group

| % Achievement to Total Quota | % of Base Salary |
|---|---|
| 177% | 46.00% |
| 178% | 46.50% |
| 179% | 47.00% |
| 180% | 47.50% |
| 181% | 48.00% |
| 182% | 48.50% |
| 183% | 49.00% |
| 184% | 49.50% |
| 185% | 50.00% |
| 186% | 50.50% |
| 187% | 51.00% |
| 188% | 51.50% |
| 189% | 52.00% |
| 190% | 52.50% |
| 191% | 53.00% |
| 192% | 53.50% |
| 193% | 54.00% |
| 194% | 54.50% |
| 195% | 55.00% |
| 196% | 55.50% |
| 197% | 56.00% |
| 198% | 56.50% |
| 199% | 57.00% |
| 200% | 57.50% |
| 201% | 58.00% |
| 202% | 58.50% |
| 203% | 59.00% |
| 204% | 59.50% |
| 205% | 60.00% |
| 206% | 60.50% |
| 207% | 61.00% |
| 208% | 61.50% |
| 209% | 62.00% |
| 210% | 62.50% |
| 211% | 63.00% |
| 212% | 63.50% |
| 213% | 64.00% |
| 214% | 64.50% |
| 215% | 65.00% |
| 216% | 65.50% |
| 217% | 66.00% |
| 218% | 66.50% |
| 219% | 67.00% |
| 220% | 67.50% |

CONFIDENTIAL

34111

7/10/02

NSF Group and Individual Travel
PRIDE Payout Scales

## Part I

| % Achievement to Total Quota | % of Base Salary |
|---|---|
| Below 90% | 0.00% |
| 90% | 1.50% |
| 91% | 2.10% |
| 92% | 2.70% |
| 93% | 3.30% |
| 94% | 3.90% |
| 95% | 4.50% |
| 96% | 5.10% |
| 97% | 5.70% |
| 98% | 6.30% |
| 99% | 6.90% |
| 100% | 7.50% |
| 101% | 8.00% |
| 102% | 8.50% |
| 103% | 9.00% |
| 104% | 9.50% |
| 105% | 10.00% |
| 106% | 10.50% |
| 107% | 11.00% |
| 108% | 11.50% |
| 109% | 12.00% |
| 110% | 12.50% |
| 111% | 13.00% |
| 112% | 13.50% |
| 113% | 14.00% |
| 114% | 14.50% |
| 115% | 15.00% |
| 116% | 15.50% |
| 117% | 16.00% |
| 118% | 16.50% |
| 119% | 17.00% |
| 120% | 17.50% |
| 121% | 18.00% |
| 122% | 18.50% |
| 123% | 19.00% |
| 124% | 19.50% |
| 125% | 20.00% |
| 126% | 20.50% |
| 127% | 21.00% |
| 128% | 21.50% |
| 129% | 22.00% |
| 130% | 22.50% |
| 131% | 23.00% |
| 132% | 23.50% |
| 133% | 24.00% |
| 134% | 24.50% |
| 135% | 25.00% |
| 136% | 25.50% |
| 137% | 26.00% |

CONFIDENTIAL

34112

7/8/02

NSF Group and Individual Travel
PRIDE Payout Scales

| % | Payout |
|---|---|
| 138% | 26.50% |
| 139% | 27.00% |
| 140% | 27.50% |
| 141% | 28.00% |
| 142% | 28.50% |
| 143% | 29.00% |
| 144% | 29.50% |
| 145% | 30.00% |
| 146% | 30.50% |
| 147% | 31.00% |
| 148% | 31.50% |
| 149% | 32.00% |
| 150% | 32.50% |
| 151% | 33.00% |
| 152% | 33.50% |
| 153% | 34.00% |
| 154% | 34.50% |
| 155% | 35.00% |
| 156% | 35.50% |
| 157% | 36.00% |
| 158% | 36.50% |
| 159% | 37.00% |
| 160% | 37.50% |
| 161% | 38.00% |
| 162% | 38.50% |
| 163% | 39.00% |
| 164% | 39.50% |
| 165% | 40.00% |
| 166% | 40.50% |
| 167% | 41.00% |
| 168% | 41.50% |
| 169% | 42.00% |
| 170% | 42.50% |
| 171% | 43.00% |
| 172% | 43.50% |
| 173% | 44.00% |
| 174% | 44.50% |
| 175% | 45.00% |
| 176% | 45.50% |
| 177% | 46.00% |
| 178% | 46.50% |
| 179% | 47.00% |
| 180% | 47.50% |
| 181% | 48.00% |
| 182% | 48.50% |
| 183% | 49.00% |
| 184% | 49.50% |
| 185% | 50.00% |
| 186% | 50.50% |
| 187% | 51.00% |
| 188% | 51.50% |
| 189% | 52.00% |

CONFIDENTIAL

34113

7/8/02