NSF Group and Individual Travel
PRIDE Payout Scales

| | |
|---|---|
| 190% | 52.50% |
| 191% | 53.00% |
| 192% | 53.50% |
| 193% | 54.00% |
| 194% | 54.50% |
| 195% | 55.00% |
| 196% | 55.50% |
| 197% | 56.00% |
| 198% | 56.50% |
| 199% | 57.00% |
| 200% | 57.50% |
| 201% | 58.00% |
| 202% | 58.50% |
| 203% | 59.00% |
| 204% | 59.50% |
| 205% | 60.00% |
| 206% | 60.50% |
| 207% | 61.00% |
| 208% | 61.50% |
| 209% | 62.00% |
| 210% | 62.50% |
| 211% | 63.00% |
| 212% | 63.50% |
| 213% | 64.00% |
| 214% | 64.50% |
| 215% | 65.00% |
| 216% | 65.50% |
| 217% | 66.00% |
| 218% | 66.50% |
| 219% | 67.00% |
| 220% | 67.50% |
| 221% | 68.00% |
| 222% | 68.50% |
| 223% | 69.00% |
| 224% | 69.50% |
| 225% | 70.00% |
| 226% | 70.50% |
| 227% | 71.00% |
| 228% | 71.50% |
| 229% | 72.00% |
| 230% | 72.50% |
| 231% | 73.00% |
| 232% | 73.50% |
| 233% | 74.00% |
| 234% | 74.50% |
| 235% | 75.00% |
| 236% | 75.50% |
| 237% | 76.00% |
| 238% | 76.50% |
| 239% | 77.00% |
| 240% | 77.50% |
| 241% | 78.00% |

CONFIDENTIAL

34114

## NSF Group
## PRIDE Payout Scales

### Part I - NSF Group

| % Achievement to Total Quota | % of Base Salary |
|---|---|
| Below 90% | 0.00% |
| 90% | 1.50% |
| 91% | 2.10% |
| 92% | 2.70% |
| 93% | 3.30% |
| 94% | 3.90% |
| 95% | 4.50% |
| 96% | 5.10% |
| 97% | 5.70% |
| 98% | 6.30% |
| 99% | 6.90% |
| 100% | 7.50% |
| 101% | 8.00% |
| 102% | 8.50% |
| 103% | 9.00% |
| 104% | 9.50% |
| 105% | 10.00% |
| 106% | 10.50% |
| 107% | 11.00% |
| 108% | 11.50% |
| 109% | 12.00% |
| 110% | 12.50% |
| 111% | 13.00% |
| 112% | 13.50% |
| 113% | 14.00% |
| 114% | 14.50% |
| 115% | 15.00% |
| 116% | 15.50% |
| 117% | 16.00% |
| 118% | 16.50% |
| 119% | 17.00% |
| 120% | 17.50% |
| 121% | 18.00% |
| 122% | 18.50% |
| 123% | 19.00% |
| 124% | 19.50% |
| 125% | 20.00% |
| 126% | 20.50% |
| 127% | 21.00% |
| 128% | 21.50% |
| 129% | 22.00% |
| 130% | 22.50% |
| 131% | 23.00% |

### Part II

| % of Individual Quota Achieved | % of Base salary |
|---|---|
| Less than 100% | 0.00% |
| 100% | 7.00% |
| 105% | 10.00% |

CONFIDENTIAL

34115

1/24/2003

## NSF Group
## PRIDE Payout Scales

| Part I - NSF Group | | Part II | |
|---|---|---|---|
| % Achievement to Total Quota | % of Base Salary | % of Individual Quota Achieved | % of Base salary |
| 132% | 23.50% | | |
| 133% | 24.00% | | |
| 134% | 24.50% | | |
| 135% | 25.00% | | |
| 136% | 25.50% | | |
| 137% | 26.00% | | |
| 138% | 26.50% | | |
| 139% | 27.00% | | |
| 140% | 27.50% | | |
| 141% | 28.00% | | |
| 142% | 28.50% | | |
| 143% | 29.00% | | |
| 144% | 29.50% | | |
| 145% | 30.00% | | |
| 146% | 30.50% | | |
| 147% | 31.00% | | |
| 148% | 31.50% | | |
| 149% | 32.00% | | |
| 150% | 32.50% | | |
| 151% | 33.00% | | |
| 152% | 33.50% | | |
| 153% | 34.00% | | |
| 154% | 34.50% | | |
| 155% | 35.00% | | |
| 156% | 35.50% | | |
| 157% | 36.00% | | |
| 158% | 36.50% | | |
| 159% | 37.00% | | |
| 160% | 37.50% | | |
| 161% | 38.00% | | |
| 162% | 38.50% | | |
| 163% | 39.00% | | |
| 164% | 39.50% | | |
| 165% | 40.00% | | |
| 166% | 40.50% | | |
| 167% | 41.00% | | |
| 168% | 41.50% | | |
| 169% | 42.00% | | |
| 170% | 42.50% | | |
| 171% | 43.00% | | |
| 172% | 43.50% | | |
| 173% | 44.00% | | |
| 174% | 44.50% | | |
| 175% | 45.00% | | |

CONFIDENTIAL

34116

1/24/2003

NSF Group
PRIDE Payout Scales

| Part I - NSF Group | | Part II | |
|---|---|---|---|
| % Achievement to Total Quota | % of Base Salary | % of Individual Quota Achieved | % of Base salary |
| 176% | 45.50% | | |
| 177% | 46.00% | | |
| 178% | 46.50% | | |
| 179% | 47.00% | | |
| 180% | 47.50% | | |
| 181% | 48.00% | | |
| 182% | 48.50% | | |
| 183% | 49.00% | | |
| 184% | 49.50% | | |
| 185% | 50.00% | | |
| 186% | 50.50% | | |
| 187% | 51.00% | | |
| 188% | 51.50% | | |
| 189% | 52.00% | | |
| 190% | 52.50% | | |
| 191% | 53.00% | | |
| 192% | 53.50% | | |
| 193% | 54.00% | | |
| 194% | 54.50% | | |
| 195% | 55.00% | | |
| 196% | 55.50% | | |
| 197% | 56.00% | | |
| 198% | 56.50% | | |
| 199% | 57.00% | | |
| 200% | 57.50% | | |
| 201% | 58.00% | | |
| 202% | 58.50% | | |
| 203% | 59.00% | | |
| 204% | 59.50% | | |
| 205% | 60.00% | | |
| 206% | 60.50% | | |
| 207% | 61.00% | | |
| 208% | 61.50% | | |
| 209% | 62.00% | | |
| 210% | 62.50% | | |
| 211% | 63.00% | | |
| 212% | 63.50% | | |
| 213% | 64.00% | | |
| 214% | 64.50% | | |
| 215% | 65.00% | | |
| 216% | 65.50% | | |
| 217% | 66.00% | | |
| 218% | 66.50% | | |
| 219% | 67.00% | | |

CONFIDENTIAL

34117

1/24/2003

NSF Group
PRIDE Payout Scales

Part I - NSF Group

| % Achievement to Total Quota | % of Base Salary |
|---|---|
| Below 90% | 0.00% |
| 90% | 1.50% |
| 91% | 2.10% |
| 92% | 2.70% |
| 93% | 3.30% |
| 94% | 3.90% |
| 95% | 4.50% |
| 96% | 5.10% |
| 97% | 5.70% |
| 98% | 6.30% |
| 99% | 6.90% |
| 100% | 7.50% |
| 101% | 8.00% |
| 102% | 8.50% |
| 103% | 9.00% |
| 104% | 9.50% |
| 105% | 10.00% |
| 106% | 10.50% |
| 107% | 11.00% |
| 108% | 11.50% |
| 109% | 12.00% |
| 110% | 12.50% |
| 111% | 13.00% |
| 112% | 13.50% |
| 113% | 14.00% |
| 114% | 14.50% |
| 115% | 15.00% |
| 116% | 15.50% |
| 117% | 16.00% |
| 118% | 16.50% |
| 119% | 17.00% |
| 120% | 17.50% |
| 121% | 18.00% |
| 122% | 18.50% |
| 123% | 19.00% |
| 124% | 19.50% |
| 125% | 20.00% |
| 126% | 20.50% |
| 127% | 21.00% |
| 128% | 21.50% |
| 129% | 22.00% |
| 130% | 22.50% |
| 131% | 23.00% |

Part II

| % of Individual Quota Achieved | % of Base salary |
|---|---|
| Less than 100% | 0.00% |
| 100% | 7.00% |
| 105% | 10.00% |

CONFIDENTIAL

34118

1/24/2003

## NSF Group
## PRIDE Payout Scales

| Part I - NSF Group | | Part II | |
|---|---|---|---|
| % Achievement to Total Quota | % of Base Salary | % of Individual Quota Achieved | % of Base salary |
| 132% | 23.50% | | |
| 133% | 24.00% | | |
| 134% | 24.50% | | |
| 135% | 25.00% | | |
| 136% | 25.50% | | |
| 137% | 26.00% | | |
| 138% | 26.50% | | |
| 139% | 27.00% | | |
| 140% | 27.50% | | |
| 141% | 28.00% | | |
| 142% | 28.50% | | |
| 143% | 29.00% | | |
| 144% | 29.50% | | |
| 145% | 30.00% | | |
| 146% | 30.50% | | |
| 147% | 31.00% | | |
| 148% | 31.50% | | |
| 149% | 32.00% | | |
| 150% | 32.50% | | |
| 151% | 33.00% | | |
| 152% | 33.50% | | |
| 153% | 34.00% | | |
| 154% | 34.50% | | |
| 155% | 35.00% | | |
| 156% | 35.50% | | |
| 157% | 36.00% | | |
| 158% | 36.50% | | |
| 159% | 37.00% | | |
| 160% | 37.50% | | |
| 161% | 38.00% | | |
| 162% | 38.50% | | |
| 163% | 39.00% | | |
| 164% | 39.50% | | |
| 165% | 40.00% | | |

CONFIDENTIAL

34119

1/24/2003

## NSF Group and Individual Travel
## PRIDE Payout Scales

### Part I

| % Achievement to Total Quota | % of Base Salary |
|---|---|
| Below 90% | 0.00% |
| 90% | 1.50% |
| 91% | 2.10% |
| 92% | 2.70% |
| 93% | 3.30% |
| 94% | 3.90% |
| 95% | 4.50% |
| 96% | 5.10% |
| 97% | 5.70% |
| 98% | 6.30% |
| 99% | 6.90% |
| 100% | 7.50% |
| 101% | 8.00% |
| 102% | 8.50% |
| 103% | 9.00% |
| 104% | 9.50% |
| 105% | 10.00% |
| 106% | 10.50% |
| 107% | 11.00% |
| 108% | 11.50% |
| 109% | 12.00% |
| 110% | 12.50% |
| 111% | 13.00% |
| 112% | 13.50% |
| 113% | 14.00% |
| 114% | 14.50% |
| 115% | 15.00% |
| 116% | 15.50% |
| 117% | 16.00% |
| 118% | 16.50% |
| 119% | 17.00% |
| 120% | 17.50% |
| 121% | 18.00% |
| 122% | 18.50% |
| 123% | 19.00% |
| 124% | 19.50% |
| 125% | 20.00% |
| 126% | 20.50% |

### Part II

| % of Individual Quota Achieved | % of Base salary |
|---|---|
| Less than 100% | 0.00% |
| 100% | 7.00% |
| 105% | 10.00% |

CONFIDENTIAL

34120

2/3/2003

NSF Group and Individual Travel
PRIDE Payout Scales

| % | Payout |
|---|---|
| 127% | 21.00% |
| 128% | 21.50% |
| 129% | 22.00% |
| 130% | 22.50% |
| 131% | 23.00% |
| 132% | 23.50% |
| 133% | 24.00% |
| 134% | 24.50% |
| 135% | 25.00% |
| 136% | 25.50% |
| 137% | 26.00% |
| 138% | 26.50% |
| 139% | 27.00% |
| 140% | 27.50% |
| 141% | 28.00% |
| 142% | 28.50% |
| 143% | 29.00% |
| 144% | 29.50% |
| 145% | 30.00% |
| 146% | 30.50% |
| 147% | 31.00% |
| 148% | 31.50% |
| 149% | 32.00% |
| 150% | 32.50% |
| 151% | 33.00% |
| 152% | 33.50% |
| 153% | 34.00% |
| 154% | 34.50% |
| 155% | 35.00% |
| 156% | 35.50% |
| 157% | 36.00% |
| 158% | 36.50% |
| 159% | 37.00% |
| 160% | 37.50% |
| 161% | 38.00% |
| 162% | 38.50% |
| 163% | 39.00% |
| 164% | 39.50% |
| 165% | 40.00% |
| 166% | 40.50% |
| 167% | 41.00% |

CONFIDENTIAL

34121