NSF Group and Individual Travel
PRIDE Payout Scales

| | |
|---|---|
| 168% | 41.50% |
| 169% | 42.00% |
| 170% | 42.50% |
| 171% | 43.00% |
| 172% | 43.50% |
| 173% | 44.00% |
| 174% | 44.50% |
| 175% | 45.00% |
| 176% | 45.50% |
| 177% | 46.00% |
| 178% | 46.50% |
| 179% | 47.00% |
| 180% | 47.50% |
| 181% | 48.00% |
| 182% | 48.50% |
| 183% | 49.00% |
| 184% | 49.50% |
| 185% | 50.00% |
| 186% | 50.50% |
| 187% | 51.00% |
| 188% | 51.50% |
| 189% | 52.00% |
| 190% | 52.50% |
| 191% | 53.00% |
| 192% | 53.50% |
| 193% | 54.00% |
| 194% | 54.50% |
| 195% | 55.00% |
| 196% | 55.50% |
| 197% | 56.00% |
| 198% | 56.50% |
| 199% | 57.00% |
| 200% | 57.50% |
| 201% | 58.00% |
| 202% | 58.50% |
| 203% | 59.00% |
| 204% | 59.50% |
| 205% | 60.00% |
| 206% | 60.50% |
| 207% | 61.00% |
| 208% | 61.50% |

CONFIDENTIAL

34122

2/3/2003

# National Sales Force PRIDE Program Structure
## (Group)
### Effective July 1, 2002
#### Maximum Potential PRIDE Payout - Uncapped

### Part I: Achievement of Total Net Revenue Production Quota - Uncapped
This program is for individuals whose transient quota is less than 70% of their overall quota.
- Individual Revenue Quotas have been established for each Sales Manager.
- Sales Manager revenue production will be monitored continuously throughout the period.
- At the end of the PRIDE period, the manager's percent of achievement to quota via booking method will be calculated.
- If a manager carries both a group and transient quota, they will be added together for a total quota; production will be calculated the same.
- A manager must achieve a minimum of 90% of his/her total quota to be eligible for a payout.
- A payout scale exists which specifies a percentage of the manager's base salary that he/she is eligible to receive based upon his/her achievement to quota.
- This portion will be calculated and paid out semi-annually.
- The transferred manager, with the approval of the Director of Sales may elect to carry a full quota. If the transferred manager carries a full quota, then he/she is eligible to participate in the uncapped PRIDE program. If the transferred manager carries a graduated quota the manager will be eligible for a capped PRIDE payout. See below under New Managers.
- New managers are not eligible for the uncapped PRIDE program within the period(s) he/she carries a graduated quota. **A new manager will be assigned a graduated quota.** The manager will receive a payout based upon his/her own achievement with a cap of 40% maximum payout. See policy: PRIDE PAYOUT: NEW HIRES/TRANSFERS for more information.

### Part II: Achievement of Individual Quotas – 10% Maximum
- At the end of the PRIDE period, the manager's percent of achievement to quota will be calculated.
- A payout scale exists which specifies a percentage of the manager's base salary that he/she is eligible to receive based upon his/her achievement to quota.
- A manager is only eligible to receive this bonus if he/she qualified for a PRIDE payout in Part I.

**CONFIDENTIAL**

34123

## NSF PRIDE Payout Scale - Part I (Group)
### Effective July 1, 2002

| % Achievement to Quota | % of Base Salary | % Achievement to Quota | % of Base Salary | % Achievement to Quota | % of Base Salary |
|---|---|---|---|---|---|
| Below 90% | 0.00% | 131% | 23.00% | 173% | 44.00% |
| 90% | 1.50% | 132% | 23.50% | 174% | 44.50% |
| 91% | 2.10% | 133% | 24.00% | 175% | 45.00% |
| 92% | 2.70% | 134% | 24.50% | 176% | 45.50% |
| 93% | 3.30% | 135% | 25.00% | 177% | 46.00% |
| 94% | 3.90% | 136% | 25.50% | 178% | 46.50% |
| 95% | 4.50% | 137% | 26.00% | 179% | 47.00% |
| 96% | 5.10% | 138% | 26.50% | 180% | 47.50% |
| 97% | 5.70% | 139% | 27.00% | 181% | 48.00% |
| 98% | 6.30% | 140% | 27.50% | 182% | 48.50% |
| 99% | 6.90% | 141% | 28.00% | 183% | 49.00% |
| 100% | 7.50% | 142% | 28.50% | 184% | 49.50% |
| 101% | 8.00% | 143% | 29.00% | 185% | 50.00% |
| 102% | 8.50% | 144% | 29.50% | 186% | 50.50% |
| 103% | 9.00% | 145% | 30.00% | 187% | 51.00% |
| 104% | 9.50% | 146% | 30.50% | 188% | 51.50% |
| 105% | 10.00% | 147% | 31.00% | 189% | 52.00% |
| 106% | 10.50% | 148% | 31.50% | 190% | 52.50% |
| 107% | 11.00% | 149% | 32.00% | 191% | 53.00% |
| 108% | 11.50% | 150% | 32.50% | 192% | 53.50% |
| 109% | 12.00% | 151% | 33.00% | 193% | 54.00% |
| 110% | 12.50% | 152% | 33.50% | 194% | 54.50% |
| 111% | 13.00% | 153% | 34.00% | 195% | 55.00% |
| 112% | 13.50% | 154% | 34.50% | 196% | 55.50% |
| 113% | 14.00% | 155% | 35.00% | 197% | 56.00% |
| 114% | 14.50% | 156% | 35.50% | 198% | 56.50% |
| 115% | 15.00% | 157% | 36.00% | 199% | 57.00% |
| 116% | 15.50% | 158% | 36.50% | 200% | 57.50% |
| 117% | 16.00% | 159% | 37.00% | | |
| 118% | 16.50% | 160% | 37.50% | | |
| 119% | 17.00% | 161% | 38.00% | | |
| 120% | 17.50% | 162% | 38.50% | | |
| 121% | 18.00% | 163% | 39.00% | | |
| 122% | 18.50% | 164% | 39.50% | | |
| 123% | 19.00% | 165% | 40.00% | | |
| 124% | 19.50% | 166% | 40.50% | | |
| 125% | 20.00% | 167% | 41.00% | | |
| 126% | 20.50% | 168% | 41.50% | | |
| 127% | 21.00% | 169% | 42.00% | | |
| 128% | 21.50% | 170% | 42.50% | | |
| 129% | 22.00% | 171% | 43.00% | | |

Each 1.0% achievement over 200% will provide an additional 0.5% of base salary payout.

CONFIDENTIAL

34124

## NSF PRIDE Payout Scale - Part I (Group)
## Effective July 1, 2002

| 130% | 22.50% | | 172% | 43.50% |

| 130% | 22.50% | | 172% | 43.50% |

CONFIDENTIAL

34125

## New NSF Group Sales Manager PRIDE Payout Scale - Part I
### Effective July 1, 2002
### Maximum 40%

| % Achievement to Quota | % of Base Salary | % Achievement to Quota | % of Base Salary |
|---|---|---|---|
| Below 90% | 0.00% | 128% | 21.50% |
| 90% | 1.50% | 129% | 22.00% |
| 91% | 2.10% | 130% | 22.50% |
| 92% | 2.70% | 131% | 23.00% |
| 93% | 3.30% | 132% | 23.50% |
| 94% | 3.90% | 133% | 24.00% |
| 95% | 4.50% | 134% | 24.50% |
| 96% | 5.10% | 135% | 25.00% |
| 97% | 5.70% | 136% | 25.50% |
| 98% | 6.30% | 137% | 26.00% |
| 99% | 6.90% | 138% | 26.50% |
| 100% | 7.50% | 139% | 27.00% |
| 101% | 8.00% | 140% | 27.50% |
| 102% | 8.50% | 141% | 28.00% |
| 103% | 9.00% | 142% | 28.50% |
| 104% | 9.50% | 143% | 29.00% |
| 105% | 10.00% | 144% | 29.50% |
| 106% | 10.50% | 145% | 30.00% |
| 107% | 11.00% | 146% | 30.50% |
| 108% | 11.50% | 147% | 31.00% |
| 109% | 12.00% | 148% | 31.50% |
| 110% | 12.50% | 149% | 32.00% |
| 111% | 13.00% | 150% | 32.50% |
| 112% | 13.50% | 151% | 33.00% |
| 113% | 14.00% | 152% | 33.50% |
| 114% | 14.50% | 153% | 34.00% |
| 115% | 15.00% | 154% | 34.50% |
| 116% | 15.50% | 155% | 35.00% |
| 117% | 16.00% | 156% | 35.50% |
| 118% | 16.50% | 157% | 36.00% |
| 119% | 17.00% | 158% | 36.50% |
| 120% | 17.50% | 159% | 37.00% |
| 121% | 18.00% | 160% | 37.50% |
| 122% | 18.50% | 161% | 38.00% |
| 123% | 19.00% | 162% | 38.50% |
| 124% | 19.50% | 163% | 39.00% |
| 125% | 20.00% | 164% | 39.50% |
| 126% | 20.50% | 165% | 40.00% |
| 127% | 21.00% | | |

CONFIDENTIAL

34126

# NSF PRIDE Payout Scale - Part II (Group)
### Effective July 1, 2002

Part II

| % of Individual Quota Achieved | % of Base salary |
|---|---|
| Less than 100% | 0.00% |
| 100% | 7.00% |
| 105% | 10.00% |

CONFIDENTIAL

34127

# PROPOSED National Sales Force PRIDE Program Structure
## (Group)
### Effective January 1, 2001
#### Maximum Potential PRIDE Payout - Uncapped



### Part I: Achievement of Total Net Revenue Production Quota - Uncapped
This program is for individuals whose transient quota is less than 70% of their overall quota.
- Individual Revenue Quotas have been established for each Sales Manager.
- Sales Manager revenue production will be monitored continuously throughout the period.
- At the end of the PRIDE period, the manager's percent of achievement to quota via booking method will be calculated.
- If a manager carries both a group and transient quota, they will be added together for a total quota; production will be calculated the same.
- A manager must achieve a minimum of 90% of his/her total quota to be eligible for a payout.
- A payout scale exists which specifies a percentage of the manager's base salary that he/she is eligible to receive based upon his/her achievement to quota.
- This portion will be calculated and paid out semi-annually.
- If a new (transferred) manager does not carry a full quota for the entire PRIDE period he/she will be ineligible for this payout. See Policy: PRIDE PAYOUT: NEW HIRES/TRANSFERS.

### Part II: Achievement of Future Group Revenue Targets – 10% Maximum
- Future Group Revenue Targets are established which specify the amount of revenue the company must have on the books by the end of the PRIDE period for the current year and for next 5 years into the future.
- At the end of the PRIDE period, the company's achievement to the Current Year goal and to the Future Years' goals will be calculated via the Total Definite Group Revenue Production Report.
- If the company achieves a minimum of 100% of the Current Year goal, each manager in the office will earn an additional 5% of his/her base earnings.
- For each Future Year goal achieved, each manager in the office will earn an additional 1% of his/her base earnings, up to 5%.
- If the company achieves a minimum of 100% of all its Targets, each manager in the office will earn a total of 10% of his/her base earnings.
- A manager is only eligible to receive the office achievement bonus if he/she qualified for a PRIDE payout in Part I.

CONFIDENTIAL

34128

## NSF PRIDE Payout Scale - Part I (Group)
### Effective January 1, 2001

| % Achievement to Quota | % of Base Salary | % Achievement to Quota | % of Base Salary | % Achievement to Quota | % of Base Salary |
|---|---|---|---|---|---|
| Below 90% | 0.00% | 131% | 23.00% | 173% | 44.00% |
| 90% | 1.50% | 132% | 23.50% | 174% | 44.50% |
| 91% | 2.10% | 133% | 24.00% | 175% | 45.00% |
| 92% | 2.70% | 134% | 24.50% | 176% | 45.50% |
| 93% | 3.30% | 135% | 25.00% | 177% | 46.00% |
| 94% | 3.90% | 136% | 25.50% | 178% | 46.50% |
| 95% | 4.50% | 137% | 26.00% | 179% | 47.00% |
| 96% | 5.10% | 138% | 26.50% | 180% | 47.50% |
| 97% | 5.70% | 139% | 27.00% | 181% | 48.00% |
| 98% | 6.30% | 140% | 27.50% | 182% | 48.50% |
| 99% | 6.90% | 141% | 28.00% | 183% | 49.00% |
| 100% | 7.50% | 142% | 28.50% | 184% | 49.50% |
| 101% | 8.00% | 143% | 29.00% | 185% | 50.00% |
| 102% | 8.50% | 144% | 29.50% | 186% | 50.50% |
| 103% | 9.00% | 145% | 30.00% | 187% | 51.00% |
| 104% | 9.50% | 146% | 30.50% | 188% | 51.50% |
| 105% | 10.00% | 147% | 31.00% | 189% | 52.00% |
| 106% | 10.50% | 148% | 31.50% | 190% | 52.50% |
| 107% | 11.00% | 149% | 32.00% | 191% | 53.00% |
| 108% | 11.50% | 150% | 32.50% | 192% | 53.50% |
| 109% | 12.00% | 151% | 33.00% | 193% | 54.00% |
| 110% | 12.50% | 152% | 33.50% | 194% | 54.50% |
| 111% | 13.00% | 153% | 34.00% | 195% | 55.00% |
| 112% | 13.50% | 154% | 34.50% | 196% | 55.50% |
| 113% | 14.00% | 155% | 35.00% | 197% | 56.00% |
| 114% | 14.50% | 156% | 35.50% | 198% | 56.50% |
| 115% | 15.00% | 157% | 36.00% | 199% | 57.00% |
| 116% | 15.50% | 158% | 36.50% | 200% | 57.50% |
| 117% | 16.00% | 159% | 37.00% | | |
| 118% | 16.50% | 160% | 37.50% | | |
| 119% | 17.00% | 161% | 38.00% | | |
| 120% | 17.50% | 162% | 38.50% | | |
| 121% | 18.00% | 163% | 39.00% | | |
| 122% | 18.50% | 164% | 39.50% | | |
| 123% | 19.00% | 165% | 40.00% | | |
| 124% | 19.50% | 166% | 40.50% | | |
| 125% | 20.00% | 167% | 41.00% | | |
| 126% | 20.50% | 168% | 41.50% | | |
| 127% | 21.00% | 169% | 42.00% | | |
| 128% | 21.50% | 170% | 42.50% | | |
| 129% | 22.00% | 171% | 43.00% | | |
| 130% | 22.50% | 172% | 43.50% | | |

Each 1.0% achievement over 200% will provide an additional 0.5% of base salary payout.

CONFIDENTIAL

34129