



BH 001852



BH 001854



# Barbara Loder

Outstanding Production Achievement Award

2000



BH 001857

# HYATT

## Barb Loder

Outstanding Production Achievement Award

1999



*Signatures:*
David Loder, President
Chuck Floyd, Vice President – Sales
Fred Marx, Vice President – Sales Operations

BH 001858