# HYATT

## Barb Loder

Outstanding Production Achievement Award

1998



BH 001859

# HYATT

## Barb Loder

Outstanding Production Achievement Award

1997



BH 001860



# Barb Loder

Outstanding
Production Achievement
Award
1996



BH 001861



BH 001862