From the Desk of:

Wendy Jensen
Director, National Accounts
HYATT HOTELS & RESORTS
13 Timberline Rd
Norwalk, CT 06854
Phone: 203.852.1402
Fax: 203.831.8451
Email: wjensen@cnsopo.hyatt.com



HYATT
HOTELS & RESORTS

Date:   13 April 2001                         No. of Pages: 2

To:     Linda Wilcox (via fax#610-489-2380)
        (for inclusion in the Wendy Jensen Aylward HR file)

Re:     Response to My Annual Performance Review of 3/13/01

With the announcement of your upcoming departure, I wanted to clarify the concerns I voiced during my review session. In this way, I hope to prevent any inaccurate interpretations of our discussions that could occur in your absence.

The concerns I expressed about my review were due specifically to the omission of any reference to my struggle with a chronic illness. I am not disputing the contents of the review, nor am I asking for any revisions to the review other than an acknowledgement that I have MS.

As my own Self-Appraisal attests, I agree with the strengths & weaknesses listed in your review. However, to any other Supervisor or "reader" of this review who is not informed of my MS and it's implications, my lack of achievement in some areas could be subject to very different interpretations.

A few specific examples in the review document which could be unfairly misconstrued:

- While my travel & entertainment was less than previous years, this reduction was required to maintain a balanced schedule of work/rest critical to preventing new "attacks" (a particular challenge during the side effects of the first six months of my new drug regimen.) You and I often discussed these challenges & you were very supportive — even to the point of often asking if it was a "shot night" before confirming meeting times. I did in fact travel a fair amount in 2000, but did have to prioritize events & often spread out my agenda within those trips as a way of managing these challenges.
- For the same reason of prioritization, I did not enroll in computer training even though we both agree that I am lacking in technological efficiencies. Allocating 3-5 days for training seemed a poor choice when struggling to incorporate more time for revenue producing items like customer entertainment, contracts & the like. With the successes of last year, however, I can commit to tackling this training in the next 3 months.

PLAINTIFF'S EXHIBIT 207

- Upgrading my telephone system is also an item easily misconstrued. As you know, this has been a concern to me, since, with the new hardware, I would lose my ability to "screen calls" which has proven to be a real productivity booster. My present system allows me to "pick up on" customer calls, (unbeknownst to the customer & without "call backs") while gathering other, non-urgent calls in voicemail so that interruptions are minimized when I am completing detailed tasks/projects.

I am not asking that any of the above "background" information be added to my review. I am merely trying to illustrate some reasons for my surprise & concern at the absence of even a reference to my illness in the critique of the very issues we explored many times because of my illness.

While I realize that my performance is now somewhat less than what it was prior to the onset of my illness, I have continued to improve & expand upon my work load as I have learned to better manage my disease. I worked to learn ways to better manage my personal & professional schedules and to maximize available resources to improve productivity. Coming to terms with my diagnosis, it's trigger points, drug regimens & limitations did not happen instantly. Learning to manage my career & daily workload without compromising these trigger points has been a process which, although there are marked improvements & continued successes, is ongoing nonetheless. It is also a process subject to continuous refinements based upon changes outside of my control or prediction: changes in workload like the loss of a secretary, a computer crash or even heavy vs slow selling cycles, much less a severe change in medication or a decline in my condition. I have appreciated your support in this process during the past year.

I am proud to work for Hyatt and for more than 12 years, I have enjoyed numerous promotions, awards & accolades. My belief in the company and desire to continue in my position is evidenced by my excellent record, my own self-appraisal and many comments in your review referencing my work ethic, customer/hotel loyalty & pride in our company.

I have never asked for any special treatment or exceptions, nor am I asking for any now. I hope that my illness does not progress to the point where I would have to ask for any changes in the future. I do not wish to be defined by my illness. However, it is misleading to critique my behavior without acknowledgement of it's influence.

I regret our disagreement concerning my review, as I have greatly appreciated your support in the past and am disappointed that with your departure I may not have this support in the future. I wish every success in your new endeavors.
Thank you –