NEUROLOGY ASSOCIATES OF NORWALK, P.C.
MEDICAL CENTER OF SOUTHERN CONNECTICUT
40 CROSS STREET
NORWALK, CONNECTICUT, 06851
203-845-2233

ROBERT A. LEVINE, M.D.
STEVEN A. JERRETT, M.D.
LOUIS J. CUZZONE, M.D.
AMIRAM KATZ, M.D.
IRINA TARABAN, M.D
AMY M. KNORR, M.D. PH.D.
JONATHAN PEARLSTEIN, MD
LIDIA A. DOMITROVIC, PH.D

NEUROLOGY
ELECTROMYOGRAPHY
ELECTROENCEPHALOGRAPHY
NEUROPSYCHOLOGY

September 19, 2001

To whom it may concern

Re: Wendy Jensen Aylward

Dear Madame/Sir:

Ms. Jensen Aylward has been under my care for the last two years after she was diagnosed with relapsing remitting multiple sclerosis and a seizure disorder. Her diagnosis is supported by her clinical history and repeated MRI studies.

She is currently being treated with a variety of medications for both conditions and has been tolerating the treatment with favorable response.

Although she currently has no strict physical limitations, several factors have an adverse effect on her condition and should take into account when planning her work environment in the future:

1. Fatigue. Sleep deprivation as well as working over time can worsen her condition. The patient should try as much as possible to work during normal hours and if needs to travel for her work, should not have frequent travels. The ability to take a rest break when fatigue sets in, is crucial.
2. Heat intolerance is a known problem in patients with multiple sclerosis. Elevation of body temperature due to environmental factor or disease, will exacerbate her symptoms. Heat exposure is therefore strongly recommended, and appropriate measures to prevent it should taken (this should include for example, avoiding being outside exposed to the sun or heat, avoid spending time in non air-conditioned rooms, avoid hot baths or saunas).
3. Stress can cause exacerbation of illness and as much as possible the patient should avoid stressful conditions.
4. Due to mild cognitive difficulties that the patient has secondary to her illness, her ability to handle simultaneously several tasks has been markedly diminished. She should concentrate and complete one task at a time.

Lastly, in the course of last two years, I was impressed by Ms. Jensen Aylward unsurpassed dedication to her work in spite of her disability. I'm sure she will continue to be an asset to her employer in the future.

Please let me know if you need any additional information.

Sincerely

Amiram Katz, M.D.

PLAINTIFF'S
EXHIBIT
tabbies
208

WA 000022