*e file*

CONTACT: Carrie Reckert
K.C Kavanagh
(312) 750-8108/8377

## HYATT OPENS FIRST NATIONAL SALES OFFICE IN FLORIDA

### Mary Rocereto To Head Office

CHICAGO, IL--August 9, 1995--Hyatt Hotels Corporation announced today the opening of the company's first national sales office in Florida. Mary Rocereto, a 17-year Hyatt veteran who serves as director of national accounts and insurance industry sales, will head the office, which will be located in the Hyatt Regency Tampa.

"Although we have penetrated the Florida market to a degree from Hyatt's sales offices in Atlanta and Dallas, we believe there is tremendous potential for increased business from this market," said Cody Plott, Hyatt's vice president of sales. "Having a dedicated sales presence in-state will allow us to more aggressively develop and grow our share of corporate and group business from Florida."

In her new position, Rocereto, will direct the day-to-day operations of the Florida national sales office, overseeing management of existing accounts and developing new national accounts in Florida. She will also continue to supervise Hyatt's largest insurance accounts in the Midwest and Canada.

Most recently, Rocereto was director of insurance industry sales, based in Hyatt's Chicago national sales office. During her tenure with Hyatt, Rocereto has served in many different sales positions including director of sales at Hyatt Grand Champions (Palm Springs, CA), Hyatt Regency Lexington and Grand Hyatt San Francisco and sales manager at Hyatt


PLAINTIFF'S EXHIBIT 209

Regency Kansas City and Hyatt Regency Grand Cypress (Orlando, FL). Rocereto joined Hyatt in 1978 as assistant hotel manager and corporate trainee.

Hyatt's Florida national sales office is located at the following address:

Hyatt Hotels and Resorts

Hyatt Regency Tampa

Two Tampa City Center

Tampa, FL 33602

phone: (813) 222-4939/ fax: (813) 223-4353

There are 170 Hyatt hotels and resorts around the world. Hyatt Hotels Corporation operates or licenses the operation of 103 hotels and resorts in the U.S., Canada and the Caribbean. Hyatt International, through its subsidiaries, operates 67 hotels and resorts in 32 countries. In the U.S., Hyatt Worldwide Reservations for individuals and groups can be reached at 800-233-1234. Outside the U.S., contact the local Hyatt sales office or representative. For more information about Hyatt hotels and resorts, consult Hyatt through CompuServe (GO:Hyatt) or on the Internet at http://www.travelweb.com/hyat.html.