# HYATT REGENCY ⊛ GRAND CYPRESS

AT ORLANDO

ONE GRAND CYPRESS BOULEVARD
ORLANDO, FL 32819
305 239-1234

MARTIN ASTENGO
HOTEL MANAGER

8/9

Mary Roceleto

Congratulations on your nomination for the S.M. of the year award. I can't think of a more deserving candidate or more appropriate recognition for your tremendous contribution to this hotel's success.

cc: BS/LD

LA.

LD —
Let's do an announcement on this —

LA
8/13

CONFIDENTIAL
12567

PLAINTIFF'S EXHIBIT 210



DEPARTMENT OF INSURANCE
P.O. Box 517
FRANKFORT, KENTUCKY 40602
(502) 564-3630

GIL McCARTY
COMMISSIONER

MARTHA LAYNE COLLINS
GOVERNOR

May 7, 1987

Mr. Darryl Hartley Leonard
President
Hyatt Corporation
200 W. Madison Street
Chicago, Illinois 60606

Dear Mr. Leonard:

April 11-15, 1987, the National Association of Insurance Commissioners held their Southeastern Zone Meeting in Lexington, Kentucky. The Hyatt Regency and the Radisson Plaza Hotels served as co-headquarters for this meeting. We wanted you to know that the service and courtesy extended to the attendees was outstanding. The doormen, the bellmen, the front desk, the sales office, the manager; their service was excellent.

We received letters from many of the Commissioners stating that it was one of the best meetings they had attended. I think Dale Garvin, Mary Rocereto, Denise Cmiel, Cathy Towe, Phil Gray, and their staffs, are to be commended for the fine job they did.

As I told Bill Rhodes in February, the Hyatt Regency in Lexington must be one of the best in the country. You can be very proud of the staff at this hotel.

Sincerely,

Dale Creech
Dale Creech
Deputy Commissioner

CONFIDENTIAL
12758

HYATT REGENCY GRAND CYPRESS
AT ORLANDO
ONE GRAND CYPRESS BOULEVARD
ORLANDO, FLORIDA 32819 USA

305 239 1234  TELEX. 529324

MARTIN ASTENGO
HOTEL MANAGER

August 22, 1985

Mr. Jim Register
Director - Education and Training
State Farm Insurance Companies
8001 Baymeadows Way
Jacksonville, Florida    32296

Dear Mr. Register:

Thank you for taking the time to write after your recent meeting at Hyatt Regency Grand Cypress.

We appreciate our guests taking the time to provide us with feedback about our hotel, and find it especially rewarding when we learn that the quality of our facilities and service met with their expectations.

Jim, we recognize that our people are our most valuable asset, and we were particularly pleased to know that Jan Baker, Mary Rocereto, Gary Boshart and Wendy Oliver made such a positive impression on you. It will be my pleasure to share your kind words with them.

Thanks again for allowing us to host your meeting. We hope your travels will bring you back to this area in the near future, and we look forward to again having you as our guest at Hyatt Regency Grand Cypress.

Sincerely,

[signature]

MA/csa

cc:  Jan Baker
     Mary Rocereto
     Gary Boshart
     Wendy Oliver

CONFIDENTIAL
12810

**State Farm Insurance Companies**

Southeastern Office
8001 Baymeadows Way
Jacksonville, Florida
32296

James F. Register
Director-Education & Training

August 19, 1985

Martin Astengo
Hotel Manager
Hyatt Regency Grand Cypress
1 Grand Cypress Boulevard
Orlando, Florida   32830

Dear Martin:

My most sincere thanks and compliments are extended to you and your staff for your participation in our 1985 State Farm Southeastern Regional Convention last week.

In my fifteen years as a meeting planner, I have never had more cooperation and support than was provided by you and your people. My major contacts were with Jan Baker and Mary Rocereto, however, _every_ person in the hotel was sincerely interested in the success of our convention. I hesitate to mention names, because so many people helped, but certainly Gary and Wendy deserve special thanks for eliminating many potential problems.

My early feedback from the participants indicates that Convention '85 may well be our best ever, and credits for a most successful meeting belong to your property and to your staff.

Our entire convention team extends a heart-felt "thank-you" to the great folks at Hyatt Regency Grand Cypress.

Sincerely,

Jim Register

Jim Register
Director - Education and Training

JR/mt

cc:   Jan Baker
      Mary Rocereto
      Bob Powell

State Farm Mutual Automobile Insurance Company   State Farm Life Insurance Company   State Farm Fire and Casualty Company

HOME OFFICES   BLOOMINGTON, ILLINOIS 61701

CONFIDENTIAL
12811

October 12, 1984

Dear Employee:

Congratulations! Upon reviewing your record it was noted that your years with Hyatt Hotels qualify you for service award recognition. This is very exciting and we are pleased to share our new program incentives with you.

In years past, Hyatt employees were awarded service pins for years of employment. To keep in tune with the ever changing times, Hyatt has changed their concept of awards. Enclosed you will find a booklet which will describe the new program. Please select an appropriate Lenox gift to signify your time with Hyatt Hotels.

Once you have chosen a gift, please drop off the enclosed card to the Personnel Office, so we can order what you have ordered. This needs to be done by October 31st! Your gift will be ready and waiting for you at our Awards Banquet, which will be held in January of 1985.

Again, congratulations! We look forward to a long and rewarding association with you at Hyatt Regency Grand Cypress!

Sincerely,

Leslee Moore
Director of Personnel
HYATT REGENCY GRAND CYPRESS

LM/csa

cc: Personnel File
    Awards Banquet File

encl.

CONFIDENTIAL
12815



November 2, 1984

Ms. Mary Rocereto
10051 Bellwood
Orlando, Florida

Dear Mary:

It was a pleasure to receive the complimentary letter about you from Mr. Skippy Schiff, Vice President-Sales, Transworld Exhibits, Inc., regarding the excellent job you did during their visit. It is gratifying to see someone recognizes the same qualities in you that we do.

We are pleased to have you on our team. Keep up the good work.

Gratefully,

Martin Astengo
Hotel Manager
HYATT REGENCY GRAND CYPRESS

MA/sk

cc: Personnel

CONFIDENTIAL
12819

Mary,
Thanks also for the great job you did on the insurance fam. Thx.

M.A.

PS Comm Packets are Great!

HYATT REGENCY GRAND CYPRESS
AT ORLANDO
ONE GRAND CYPRESS BOULEVARD
ORLANDO, FLORIDA 32819 USA

305 239 1234  TELEX: 529324

ALBERT J. KELLY, JR.
REGIONAL VICE-PRESIDENT
AND MANAGING DIRECTOR

July 10, 1984

Mr. Richard Murphy
Corporate Communications/Meeting Planning
United Dairy Industry ASsociation
Dairy Center
6300 North River Road
Rosemont, Illinois  60018-4289

Dear Mr. Murphy:

Thank you for taking the time to write and pass on your comments after your visit to Hyatt Regency Grand Cypress.

It is not often that a guest will write to pass on favorable experiences and I want you to know that your letter will be shared with the staff here at Grand Cypress, particularly Mary Rocereto and Janice Baker.

I hope you will find an opportunity to again visit with us and will find a truly world class resort.

Best regards,

AJK:klr

CONFIDENTIAL
12821


# United Dairy Industry Association

Dairy Center • 6300 North River Road • Rosemont, IL 60018-4289 • Telephone (312) 696-1860

AMERICAN DAIRY ASSOCIATION
DAIRY RESEARCH INC
NATIONAL DAIRY COUNCIL

July 5, 1984

Mr. Al Kelly
General Manager
Hyatt Regency Grand Cypress
P.O. Box 22156
Orlando, FL 32830

RECEIVED

JUL

EXEC. OFFICE

Dear Mr. Kelly:

Just wanted to write and say how much I appreciated being included on the recent fam trip to Orlando and the Hyatt Regency Grand Cypress. You should be proud of the job your staff performed during the four days (June 28-July 1).

Specifically, I would like to cite Mary Rocereto of your sales staff, and Janice Baker of your convention services staff. I know there were many other people involved, but these two seemed to follow through on many of the details as far as my stay was concerned.

Your hotel is magnificent. I look forward to recommending it as a future site for one of our Annual Meetings.

Again, thanks for your hospitality.

Sincerely,

Richard Murphy
Corporate Communications/Meeting Planning


cc. Janice Baker
    Mary Rocereto

CONFIDENTIAL
12822