

*Hisy Exxn U.*

# TEXAS INSTRUMENTS
INCORPORATED

June 15, 1984

Mr. Al Kelly, Regional Manager
Hyatt Hotel Corporation
One Grand Cypress Boulevard
Orlando, Florida  32830

Dear Mr. Kelly:

It was nice meeting you in Hemingway's before the FUSE meeting started. I am enclosing a copy of a letter I sent to Pat Foley, but I wanted to tell you also that I was very happy with the way our meeting went.

I consider both Hyatt and FUSE to be fortunate to have Mary Rocereto, Susan Maher and Kathy Dougher involved with the meeting.

I will recommend that the Texas Instruments Users Group (TIMIX) meet at your hotel. Also, I plan to bring a FUSE meeting back in the future.

Thanks again for Hyatt's hospitality.

Best Regards

Bart Benne
Texas Instruments
P.O. Box 220064, M/S 340
Dallas, TX  75222

BLB/js
Enclosure

CONFIDENTIAL
12823

# Cadillac

MOTOR CAR DIVISION GENERAL MOTORS CORPORATION
DETROIT, MICHIGAN 48232

AN AMERICAN
STANDARD FOR THE WORLD

June 11, 1984

RECEIVED

JUN 15 1984

EXEC. OFFICE

Mr. Albert Kelly, Jr.
Hyatt Regency Grand Cypress at Orlando
One Grand Cypress Boulevard
Orlando, Florida    32819

Dear Mr. Kelly:

As I told you the evening of Friday, May 16 at Guida's,
the Cadillac Dealer Council members, as well as Cadillac
management were most pleased and complimentary about
the way you and your staff handled our 1984 National
Dealer Council Meeting.  It was truly an outstanding
meeting and a great deal of gratitude is due to the
fact that your hotel staff performed in a highly,
friendly and yet, most effective manner in accomplishing
its task of making sure that the meeting was a success.
I know there were several people that I want to mention
to you -- especially, Jan Baker, Convention Manager and
Kathy Dougher, Catering Manager, as well as
Mary Rocerrato, Sales Manager because these three ladies
were delightful to work with and were efficient and
extremely capable of handling the details of this
function.  All the folks at Cadillac, as well as the
Dealer Council ladies and gentlemen agreed that this
was an experience that everyone would certainly want to
enjoy again.

Again, my congratulations to you and your staff and my
sincerest thanks for making this Cadillac function the
success that it was.

Very truly yours,

J. P. Connelly
Director of Dealer Development

JPC:rb

CONFIDENTIAL
12825

HYATT REGENC ,ɔKANSAS CITY

AT CROWN CENTER

2345 McGEE STREET
KANSAS CITY, MISSOURI 64108  USA
816 421 1234

# Memorandum

TO:     Executive Committee

FROM:   Rich Casale

RE:     RECOGNITION PROGRAM
        Department Head/Supervisor of the Quarter

I would like to recommend Mary Rocereto from the sales department for
supervisor of the quarter highlighted by the following:

- The last three months she has booked a total of 77 groups
  and 7695 definite room nights. Mary has exceeded her quota
  by an average of 600 room nights per month which is consid-
  erable noting that she works primarily the local corporate
  market and most of her groups are 75 rooms or less.

- She has reacted well to the challenge of filling our down
  periods and has booked one large piece of business for
  next January and two for next February.

- Her follow up with clients is outstanding and she is very
  well liked and respected by those who work with her.  She
  rebooks a lot of business for that reason alone!

- She has been extremely accurate in forecasting group pickups
  and is almost always on top of the groups for their rooming
  lists.

Overall, Mary has done an outstanding job in all areas with regard to the
criteria set up in the sales area.

CONFIDENTIAL
12845

HYATT REGENCY GRAND CYPRESS
AT ORLANDO
ONE GRAND CYPRE    BULEVARD
ORLANDO, FLORIDA 32819 USA

305 239 1234 TELEX: 529324

*Mary Rocereto*

RECEIVED APR 16 1985

ALBERT J. KELLY, JR.
REGIONAL VICE-PRESIDENT
AND MANAGING DIRECTOR

April 11, 1985

Mr. Warren R. Nash, CLU
Assistant Vice President
National Life of Vermont
National Life Insurance Company
Montpelier, Vermont   05604

Dear Warren:

I can always tell a professional by the way my staff
reacts to them...

...Everyone enjoyed hosting National Life and look
forward to doing so again in the not too distant
future.

Warren, it is letters such as yours that make my job
so much easier as they very clearly reinforce with my
staff the fact that extra effort is really noticed
and appreciated.  It will be my pleasure to pass along
your kind comments.

Best personal regards,

AJK:kli

BCc: Mary Rocereto        Bruce Small
      Jan Baker            Randy McCool
      Cindy Baker          Personnel
      Chris Dullea
      Greg Miller

CONFIDENTIAL
12851

Case 1:02-cv-00003-SSB-TSB    Document 74-65    Filed 05/12/2004    Page 5 of 8



AGENCY DEPARTMENT

**National Life**
of Vermont

RECEIVED
APR 8 1985
EXEC. OFFICE

April 2, 1985

Albert Kelley
Regional Vice President & Managing Director
Hyatt Regency Grand Cypress at Orlando
One Grand Cypress Blvd.
P.O. Box 22156
Orlando, FL  32830

Dear Al:

Somehow this letter seems difficult to write. Difficult because how
does one express in mere words the deep felt appreciation towards so many
people who contributed to make this the most outstanding meeting ever,
including the interest of the General Manager. The physical property, of
course, created it's own impression of grandeur. But it was your staff,
throughout the hotel, who made our group feel wanted and comfortable.

Al, in 25 years of working with some excellent hotels I have never
experienced such interest, creativeness and cheerful willingness to make
a meeting outstanding.

My contribution was minimal — it was the efforts of Mary Rocereto,
Jan Baker, Cindy Baker, Chris Dullea, Greg Miller — my main contacts—and
their staffs,that made it so successful.

But, they are simply a reflection of the man who directs them.

Thank all of them for me, please.

Cordially,

V. Nash

Warren R. Nash, CLU
Assistant Vice President

WRN/has

CONFIDENTIAL
12852

National Life Insurance Company · Montpelier, Vermont 05604 · (802) 229-3333

STATE OF KANSAS



DEPARTMENT OF ADMINISTRATION
Division of Information Systems and Computing

JOHN CARLIN,
Governor
JERRY MAGNUSON,
Director

April 5, 1982

Room 1152-W
State Office Building
Topeka, Kansas 66612
(913) 296-3343

Mr. Tim Lindgren
General Manager
Hyatt-Regency
Crown Center
2345 McGee Street
Kansas City, MO  64108

Dear Mr. Lindgren:

The State of Kansas held its annual NASIS West/Midwest Regional conference at your hotel on March 28-30, 1982. I want to express my sincere appreciation to you and your staff for the excellent hospitality that we received during this conference. The accommodations that were arranged by Mary Rocereto were excellent and the assistance that she provided Julie Mundy of my staff was most appreciated. The conference room arrangements, luncheon on Monday, and our hotel rooms were most satisfactory.

You and your staff are to be commended for a job well done. On behalf of the conference attendees, I thank you for a most pleasant and comfortable stay.

Sincerely,

Jerry Magnuson, Director
Division of Information Systems
and Computing

JM:JM1:sls

cc:  Ms. Mary Rocereto
     Ms. Julie Mundy

CONFIDENTIAL
12863



**Great Topeka Chamber of Commerce**

JUN 8  1981

June 4, 1981

Ms. Mary Rocereto
Hyatt Regency at Crown Center
Kansas City, Missouri  64108

Dear Mary:

Forgive the time lag but I wanted to tell you that the treatment
of our group was so great that when not used to that kind of
service, it obviously stands out as superb.

Every single aspect of our meeting was excellent.  The food was
tops and beautifully served, the rooms and accommodations were
unusual, and it was obvious that the attention to detail was the
result of a very efficient Mary Rocereto.

I sure hope that we have the opportunity to come back soon.

Kindest regards,

John R. Fraker, CCE, CID
Executive Vice President

JRF:jr

cc:  Mr. Vincent Rocereto

CONFIDENTIAL
12864

722 Kansas Avenue     Topeka. Kansas 66603                          913•234•2644

CHARLES A. HOHN Jr
Chairman

DONALD F. HUNTER
Vice Chairman

RICHARD J DECKER
President

AUTOMOBILE INSURANCE PLANS SERVICE OFFICE

733 THIRD AVENUE, NEW YORK, N Y  10017

212/867-2901

ROBERT F SUTERI
Vice President
Bureau Operations

JOHN R WOOD
Vice President
Plan Operations

CLINE DI COSTANZA
Vice President
Data Services

HARRY CROSSEN
Vice President
Administrative Services

May 21, 1982

Mr. Tim Lindgren, General Manager
Hyatt Regency Kansas City
2345 McGee Street
Kansas City, Missouri 64108

Dear Mr. Lindgren:

On May 12th and 13th, we held a series of meetings at the Hyatt Regency, and I am writing to congratulate you on the smooth operation of your hotel and the excellence of your staff.

In arranging these meetings, we worked closely with Mary Rocereto and her office. Ms. Rocereto could not have been more helpful, and was consistently attentive to our special needs and efficient in seeing that they were met. Ralph Armenta provided us with a fine luncheon; and Tom Donahue helped us a great deal with other arrangements.

You can be very proud of your people, Mr. Lindgren. They made us feel at home, and all contributed a lot toward the success of our meetings. I hope we can return another time.

Very truly yours,

Harry Crossen

Harry Crossen
Vice President

HC:mc
cc: R. Decker
    M. Connolly
    M. Rocereto
    R. Armenta
    T. Donahue

CONFIDENTIAL
12865