| | |
|---|---|
| **Manager's Assessment** | **Accomplishments Review**<br>For each accomplishment by the employee in the Self-Assessment, and for any additional ones not identified by the employee, provide written feedback regarding the accomplishment, including comments on quality of work, timeliness and budget vs. actual cost.<br><br>Do not make changes to the employee's Self-Assessment document. Use the Manager's Assessment to clarify, supplement or challenge the Self-Assessment, if necessary.<br><br>**Management Skills Review**<br>Overall Performance Rating includes both "what" gets done and "how" to work with and through others to get it done. Provide skill-specific feedback by rating each of the sixteen individual Management Skills. Assign an overall rating for each of the four major Management Skill categories.<br><br>**EE+** TASK MANAGEMENT - Defining work activities, providing the task structure necessary for results.<br>  **RM** Informing - Assuring a consistent, timely flow of information to team members.<br>  **RM** Efficiency - Using time and resources efficiently on priorities; staying goal oriented and structuring work productively.<br>  **EE** Planning - Organizing the work and setting priorities so that everyone knows what to do.<br>  **ME** Problem Solving - Assessing problems and finding solutions.<br><br>**EE** TEAM DEVELOPMENT - Providing people with the motivation and supportive social climate required for long-term high levels of performance and satisfaction.<br>  **ME** Performance Feedback - Giving useful, informal feedback to team members to let them know how they are doing.<br>  **EE** Relationship Skills - Creating warm and friendly relationships around work.<br>  **RM** Staff Development - Training team members, improving their skills, and addressing their career development needs.<br>  **ME** Team Motivation - Making it rewarding to work hard; mobilizing and inspiring others to be very productive.<br><br>**EE** BUSINESS VALUES - Implementing broad strategic choices that managers make in the values and business operations they promote.<br>  **EE** Quality Improvement - Emphasizing high quality and taking action to improve it.<br>  **EE** Customer Focus - Staying in tune with customers' expectations about quality and service; seeking input from customers.<br>  **EE** Promoting Innovation - Showing foresight and encouraging new ideas; helping others see new possibilities.<br><br>**EE** LEADERSHIP - Demonstrating the personal skills which enhance a manager's ability to motivate and direct the action of others.<br>  **EE** Accountability - Personally exemplifying responsible and honest behavior; practicing what is preached, "walking the talk."<br>  **ME** Empowerment - Pushing decision-making authority/responsibility downward; giving team members "ownership" of their work.<br>  **EE** Influence - Persuading others; expressing ideas in ways which lead others to share your perspective and agree.<br>  **ME** Mission Skills - Creating a compelling picture of the organization's values and purpose.<br>  **EE** Networking - Cultivating useful contacts with a broad range of people in a variety of strategic positions.<br><br>**Proposed Goals Review**<br>Review the employee's Proposed Goals and draft any amendments, additions or changes. |
| **Overall Rating** | ____ ROLE MODEL (RM)<br>Reserved for the few individuals who demonstrate exceptional accomplishments in all areas of responsibility; show dynamic leadership within and beyond the scope of their assignment and add value by going beyond job expectations.<br><br>✓ EXCEEDS EXPECTATIONS (EE)<br>Quantity and quality of output regularly exceeds expectations. Adds value by advancing Hyatt culture and business objectives.<br><br>____ MEETS EXPECTATIONS (ME)<br>Meets the performance expectations of the position; performs in a reliable and professional manner.<br><br>____ IMPROVEMENT NEEDED (IN)<br>Meets job requirements in some, but not all, areas of responsibility. Further development and improvement is necessary to meet all job expectations.<br><br>____ MARGINAL (M)<br>Performance noticeably below job requirements, even with close supervision. Inconsistent in completing many assignments. Must significantly improve in reasonable period to remain in position. |
| **Approval Process** | The recommended performance rating, merit increase and goal priorities have been discussed and approved by the manager's supervisor.<br><br>Manager Signature: _Karen Gray_   Next Level Signature: _____ |
| **Employee Acknowledgment** | I have read, discussed and understand the performance review and goals. I understand I may attach additional comments if I wish to do so.<br><br>Employee Signature: _Dawn Beagle_   Date: _3/5/96_ |

PLAINTIFF'S EXHIBIT 2/2

CONFIDENTIAL
11310