HYATT HOTEL AND HYATT CORPORATION
PERFORMACE REVIEW AND GOAL SETTING PROGRAM
MANAGEMENT PERSONNEL



## EMPLOYEE DATA

Employee Name: Dawn Beagle      Position/Title: National Account Manager
Original Hire Date: 12/05/88     In Present Position Since: 10/01/92
Reviewed By: KAREN GRAY     Title: DOS/LAX50     Review Date: 2/18/94

### ACCOMPLISHMENTS: LOOKING BACK

**Step 1: Employee Self-Assessment**
____ Attach: Employee Accomplishments and Self-Assessment

- A one page document written and submitted to the manager prior to the scheduled review session.
- This Self-assessment should include brief descriptions of no more than 10 key accomplishments including special projects or assignments completed during the review period. No "ratings" should be assigned.
- Accomplishments should be prioritized and numbered, giving top ranking to those assignments that had most direct impact on the company's and division's business objectives.

### GOALS: LOOKING FORWARD

**Step 2: Establishing Goals for the Next Performance Period**
____ Attach: Employee Goals Proposal

- A half page document that describes the employee's top three business goals, in priority order. Should include each goal's impact on the company and division's profit or revenue-related objectives and how this will be measured.
- Each employee should submit an additional goal relating to personal growth and/or professional development.
- Employees with supervisory responsibility should also include a goal which supports Hyatt Focus 2000 objectives through the recruiting and development of direct reports (see back for examples).

With the submission of the Self-Assessment and Goals Proposal the manager and employee should have a brief discussion. This conversation is to ensure that the manager has all the information necessary to make a full performance assessment. The manager should not provide an assessment or rating to the employee at this point.

**Step 3: Performance Review and Assessment**
____ Attach: Manager's Assessment and Comments

- For each priority listed by the employee in Step 1, and for any additional priorities not identified by the employee, the manager should provide feedback regarding the accomplishment, including comments on the following:
  - Quality of work
  - Timeliness
  - Budget versus actual cost

- The manager should also comment on the leadership competencies exhibited by the employee while working on these assignments. These traits include:
  - Performance coaching abilities
  - Team player approach
  - Flexibility
  - Innovativeness
  - Risk tolerance
  - Stress tolerance

(see back for definitions/explanations).

- Make overall rating assessment below.

**Step 4: Goals**
____ Attach: Agreed Upon Goals

- For each goal listed by the employee in Step 2, the manager should review the proposed language with the employee. Together they agree to:
  - Accept, amend, add and/or reprioritize the goals.
  - Plan for continuous assessment and evaluation of progress towards goals. (e.g. monthly written status reports, quarterly conference, etc.).

- This discussion should also include a personal/professional development plan based on identified leadership competencies and functional/technical skill needs.

- Employee and manager should understand, agree and commit to these goals as the basis for the next performance review discussion.

| OVERALL PERFORMANCE RATING (See back for rating definitions). | Role Model | Exceeds Expectations | Meets Expectations | Improvement Needed | Marginal | Too New to Evaluate |
|---|---|---|---|---|---|---|
| | | | ✓ | | | |

**Step 5: Review and Goal Acknowledgement**

Employee Signature: Dawn Beagle        Date: 02/18/94
Manager Signature: Karen Gray          Date: 2/18/94
Approved Salary Increase: $ 1482.00    Increase Percentage: 3.2 %   Effective Date: _____

PLAINTIFF'S EXHIBIT 215

CONFIDENTIAL
11301

## 1994 PERFORMANCE DEFINITIONS

**ROLE MODEL (RM)**
Extremely rare; reserved for those who clearly and consistently demonstrate exceptional accomplishments in all major areas of responsibility; shows positive leadership and adds value by going above and beyond job expectations.

**EXCEEDS EXPECTATIONS (EE)**
Level of accomplishment goes well beyond reasonable but demanding expectations especially in key major areas of responsibility; quality and quantity of output is consistently truly outstanding; shows positive people leadership and team-building.

**MEETS EXPECTATIONS (ME)**
Clearly meets the expectations of performance of the position; effectively performs in a reliable and professional manner.

**IMPROVEMENT NEEDED (IN)**
Demonstrates ability to complete most assignments, but needs development and improvement to meet all performance expectations and standards. Meets job requirements in some, but not all, areas of responsibility.

**MARGINAL (M)**
Lowest category. Performance noticeably below minimum job requirements, even with close supervision. Must significantly improve in a reasonable period to remain in position.

**TOO NEW TO EVALUATE (TN)**
Only for employees with four months or less in position.

## LEADERSHIP COMPETENCIES

**PERFORMANCE COACHING**
In every interaction with each direct report, does the employee:
- maintain or enhance self-esteem?
- listen and respond with empathy?
- ask for help and encourage involvement?

Has the employee made the transition from controller to coach?
Does the employee support and coach the team's personal and professional development?

**TEAM PLAYER APPROACH**
As a member of various work teams (project/divisional/company), does the employee:
- contribute individual talents and perspectives?
- recognize diversity as a team advantage?
- back up others who need help?
- help drive discipline into the group?
- help create a climate of communication and trust?
- commit personally to the objectives of the team?

**FLEXIBILITY**
How comfortable and supportive is the employee with the many aspects of change?
Does the employee have a high tolerance for ambiguity?
Can the employee improvise, when necessary?
Is the employee comfortable with "visionary" thinking?

**INNOVATION**
Does the employee display creativity, imagination and abstract thinking skills?
Does the employee contribute creative ideas or solutions?
Does the employee think strategically and function as a "visionary"?

**RISK TOLERANCE**
Does the employee function as a change agent?
Is the employee open to new ideas and a willingness to change?
Is the employee willing to challenge ideas and/or current processes?

**STRESS TOLERANCE**
How does the employee respond in high stress situations?
Does the employee recognize personal stress indicators, and how to manage them?
Is the employee's "sense of urgency" balanced with a tolerance of others' needs?
Does the employee's level of intensity have a positive or negative influence on the stress levels of other team members?

## FOCUS 2000

Focus 2000 is Hyatt's name for the recruiting, retention and employee development initiatives and interventions which support the management of a diverse work force. Key elements of our Focus 2000 directives include:

- Training to value and manage a diverse workforce.
- Equal access to employment and promotional opportunities.
- Community involvement through Hyatt F.O.R.C.E. and individual community involvement efforts.

Focus 2000 – Related Goal examples.

1. Identify a pool of qualified female and minority candidates for new hire or internal promotion to managing committee positions in our functional discipline.
   GOAL: 25% of the year's placements in our functional area will be non-traditional candidates (ie: females and minorities).

2. Create and deliver high quality mentor relationships for two high potential administrative support people in our functional area.
   GOAL: The stated professional objectives of the two named individuals will be satisfied as a result of mentoring efforts.

3. Functional internships and cooperative educational programs will be explored for opportunity to increase the flow of non-traditional (ie: females and minorities) entry level management candidates in this division.
   GOAL: 30 functional college internships will be established in cooperation with our functional counterparts in the hotels. Furthermore, the demographics mix of these internships will be 50% female (15), and 20% minority (6).

4. Identify Hyatt F.O.R.C.E. (community involvement) partner for our division for fiscal 1995.
   GOAL: All employees in our functional area will fully meet the corporate directive of company-sponsored community involvement.

CONFIDENTIAL
11302