**MANAGER'S ASSESSMENT**

For each accomplishment listed by the employee in the self-assessment, and for any additional ones not identified by the employee, provide written feedback regarding the accomplishment, including comments on quality of work, timeliness, and budget vs. actual cost.

Do not make changes to the employee's Self-Assessment document. Use the Manager's Assessment to clarify, supplement, or challenge the Self-Assessment if necessary.

Management Skills Review

Overall Performance Rating includes both "what" gets done and "how" to work with and through others to get it done. Provide skill-specific feedback by rating each on of the sixteen individual Management Skills. Assign an overall rating for each of the four major Management Skills categories.

For reference of applicable ratings, please see rating definitions below.

- ME  TASK MANAGEMENT-Defining work activities, providing the task structure necessary for results.
- ME  Informing-Assuring a consistent, timely flow of information to team members, including hotel partners.
- IN  Efficiency-Using time and resources efficiently on priorities; staying goal oriented and structuring work productively.
- IN  Planning-Organizing the work and setting priorities so that everyone knows what to do.
- EE  Problem Solving-Assessing problems and finding solutions.

- ME  BUSINESS PRACTICES-Maximizing sales revenues through application and performance of core strategies and guidelines.
- IN  Production-Achievement of production goals set forth by DOS.
- ME  Penetration-Penetrating account base to maximize Hyatt's market share.
- IN  Consistency-Providing customers and hotels with accurate and timely updates; continuous updates on account profiles & plans; booking updates and strategy to grow accounts.
- ME  Synergy-Creating a partnership with customers and hotels to exceed business objectives of both.

- EE  BUSINESS VALUES-Implementing broad strategic choices that managers make in the values and business operations they promote.
- EE  Quality Improvement-Emphasizing high quality and taking action to improve it.
- EE  Customer Satisfaction-Staying in tune with customers' expectations about quality and service; seeking input from customers.
- ME  Promoting Innovation-Showing foresight and encouraging new ideas; helping others see new possibilities.

- ME  LEADERSHIP-Demonstrating the personal skills which enhance a manager's ability to motivate and direct the action of
- EE  others.
- ME  Accountability-Personally exemplifying responsible and honest behavior; practicing what is preached, "walking the talk".
- EE  Relationship Skills-Developing and maintaining relationships with customers, hotel partners, team members and corporate staff.
- ME  Influence-Persuading others; expressing ideas in ways which lead others to share your perspective and agree.
- ME  Mission Skills-Creating a compelling picture of the organizations values and purpose.
- ___  Networking-Cultivating useful contacts with a broad range of people in a variety of strategic position.

Proposed Goal Review

Review the employee's Proposed Goals and draft any amendments, additions or changes.

**OVERALL RATING**

___ Role Model (RM)
Reserved for the few individuals who demonstrate exceptional accomplishments in all areas of responsibility; show dynamic leadership within and beyond the scope of their assignments and add value by going beyond job expectations.

___ Exceeds Expectations (EE)
Quantity and quality of output regularly exceed expectations. Adds value to advancing Hyatt culture and business objectives.

ME  Meets Expectations (ME)
Meets the performance expectations of the position; performs in a reliable and professional manner.

___ Improvement Needed (IN)
Meets job requirements in some, but not all, areas of responsibility. Further development and improvement is necessary to meet all job expectations.

___ Marginal (M)
Performance noticeably below job requirements, even with close supervision. Inconsistent in completing many assignments. Must significantly improve in reasonable period to remain in position.

**APPROVAL PROCESS**

The recommended performance rating, merit increase and goal priorities have been discussed and approved by the manager's supervisor.

Manager Signature: _[signature]_  Next Level Signature: _____
4/23/01

**EMPLOYEE ACKNOWLEDGMENT**

I have read, discussed and understand the performance review and goals. I understand I may attach additional comments if I wish to do so.

_[signature]_ 4/25/01

PLAINTIFF'S EXHIBIT 216

CONFIDENTIAL
10762