UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARBARA LODER HILDEBRANDT,

    Plaintiff

vs.

HYATT CORPORATION, et al.,

    Defendants

CASE NO. C-1-02-0003

Judge Beckwith
Magistrate Judge

**AFFIDAVIT OF PEGGY POTTHOFF CHAMPAGNE**

STATE OF OHIO    )
                     ) ss:
COUNTY OF HAMILTON )

Peggy Potthoff Champagne, being first duly cautioned and sworn, hereby states as follows:

1. I am presently a paralegal working for Waite, Schneider, Bayless & Chesley, Co., L.P.A., 1513 Fourth and Vine Tower, One West Fourth Street, Cincinnati, OH 45202.

2. Exhibit 199 is an accurate summary of voluminous documents I reviewed, which were produced by Defendants. The information was contained in the personnel files of each of the named individuals, and all of the documents are available to Defendants, since they are Hyatt documents.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Peggy Potthoff Champagne

Sworn to and subscribed to before me this _11_ day of May 2004.

_____
Notary Public
My Commission Expires:

JAMES L. GEORGE
NOTARY PUBLIC, STATE OF OHIO
Commission Expires 09-18-08