UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARBARA LODER HILDEBRANDT,  :
                            :
       Plaintiff            :
                            :    CASE NO. C-1-02-0003
vs.                         :
                            :    Judge Beckwith
HYATT CORPORATION, et al.,  :
                            :
       Defendants           :
                            :

AFFIDAVIT OF LORETTA VENEZIA

STATE OF NEW ~~YORK~~ Jersey )
                             ) ss:
COUNTY OF ~~P~~ Passaic      )

Loretta Venezia, being first duly cautioned and sworn, hereby states as follows:

1. My date of birth is August 1, 1959.

2. I was employed by Hyatt Corporation in 1991 as a Sales Manager in the National Sales Force. My title was changed to National Account Manager shortly thereafter. In 1995, my title was changed to Director of National Accounts in the National Sales Force. I received no increase in pay when my title changed. I resigned from Hyatt Corporation on September 28, 2001 because I could not obtain a promotion.

3. Since 1998, I operated from Hyatt Corporation's Central Sales Office in Chicago, to which Barbara Loder Hildebrandt was also assigned. I

Loretta Venezia Affidavit
Page 2

managed an 18 million dollar account base. My performance has always been excellent.

4. In early 2000, Ty Helms was promoted from his position as Assistant Vice President of International Sales to Vice President of Sales. Shortly thereafter, I met with him and requested a promotion to Assistant Vice President of International Sales, the position that Helms had recently vacated. I had experience in handling the international sales segment when I worked for Hilton Hotels. Helms sat back in his chair and laughed at me. He said, "we already know who we want and it has nothing to do with experience. We're looking at Rob Sarmiento." At that time, Sarmiento was under 40 years of age. I had been with Hyatt Corporation for ten years and was over 40 years of age. I spoke to my supervisor, Bruce Small, who was also over 40 years of age. He said he would support me, but I told him that Helms laughed me out of his office. I knew at that time that I would never receive a promotion at Hyatt because I was female and too old.

5. During 2000, Helms and Jack Horne, Assistant Vice President of National Sales, removed Bruce Small from his position as Director of Sales and Marketing for the Central Region and, in December 2000, they promoted Brian Booth, about 38 years old, to the position as my supervisor. The job was not posted or advertised and no employees were given a chance to compete for it. I do not believe Booth was qualified for this job. He had never been in the National Sales Force and he was not a good manager. Helms and Horne knew I

was interested in a promotion, but overlooked me to promote Booth. I was far more qualified than Brian Booth, due to my experience in the National Sales Force.

6. Shortly after Booth's promotion, I requested a meeting with Helms and Horne to talk about my future with Hyatt Corporation. Their comments to me in that meeting, together with their promotion of Brian Booth, convinced me I had no future with the company. During 2001, I began searching for another job. I located and accepted a job with another company. On Friday morning, September 28, 2001, I went to work and gave Brian Booth my letter of resignation. He sent me to the Human Resources Department. There I met with Catherine Petz, who said she was not prepared for my resignation. I later learned that Hyatt Corporation was terminating a number of Directors of National Sales on September 28, 2001. My resignation became effective October 12, 2001.

FURTHER AFFIANT SAYETH NAUGHT.

X *Loretta Venezia*

Loretta L. Venezia

[Name]

Sworn to and subscribed to before me this 8th day of May 2004.

EDNA R. PORTELLI
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 3, 2007

*Edna R Portelli*

Notary Public

My Commission Expires: 5/3/07