FILED
JAMES BONINI
CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 MAY 12 PM 1:46

| | | |
|---|---|---|
| BARBARA LODER HILDEBRANDT, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. C1-02-0003 |
| HYATT CORPORATION, *et al.*, | : | JUDGE BECKWITH |
| Defendants. | : | MAGISTRATE JUDGE SHERMAN |

## NOTICE OF APPEARANCE OF COUNSEL

John S. Marshall and Edward R. Forman hereby give notice of their appearance as counsel for plaintiff in the above-referenced matter.

Respectfully submitted,

*/s/ John S. Marshall*

John S. Marshall (0015160) (*marshall@ee.net*)
Edward R. Forman (0076651) (*eforman@ee.net*)
MARSHALL AND MORROW LLC
111 West Rich Street, Suite 430
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780

Stanley M. Chesley (0000852)(*stanchesley@wsbclaw.cc*)
Robert A. Steinberg (0032932)(*bobsteinberg@wsbclaw.cc*)
WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267

Michael J. O'Hara (0014966) (*mohara@ortlaw.com*)
O'HARA RUBERG TAYLOR SLOAN & SERGENT
25 Crestview Hills Mall Road, Suite 201
Crestview Hills, Kentucky 41017-0411
(859) 331-2000
Fax (859) 578-3365
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by regular U.S. Mail this ___11___ day of May 2004:

Jeffrey Joseph Harmon
Cors & Bassett
1881 Dixie Highway, Suite 350
Ft. Wright, KY 41011-2660

Nadine C. Abrahams
Fisher & Phillips LLP
140 South Dearborn Street, Suite 420
Chicago, IL 60603

Theresa M. Gallion
Natalie J. Storch
Fisher & Phillips LLP
Lincoln Plaza, Suite 1250
300 South Orange Avenue
Orlando, FL 32801-3392

_____
John S. Marshall

B0511HIL