UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BARBARA LODER HILDEBRANDT, | : |
| Plaintiff | : |
| | : CASE NO. C-1-02-0003 |
| vs. | : |
| | : Judge Beckwith |
| HYATT CORPORATION, *et al*., | : Magistrate Judge Sherman |
| | : |
| Defendants | : |
| | : |

## NOTICE OF FILING OF EXHIBITS

NOTICE is hereby given that redacted versions of Plaintiff's Exhibits 15, 86, 87, 88, 155, 156, 197, 199, 202, 203, 204, 221 have been filed in the above-captioned matter.

Respectfully submitted,

s/Robert A. Steinberg
Stanley M. Chesley (0000852)
Robert A. Steinberg (0032932) (Trial Attorney)
**WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.**
1513 Fourth and Vine Tower
Cincinnati, OH  45202
513-621-0267
bobsteinberg@wsbclaw.cc

and

        Michael J. O'Hara (0014966)
**O'HARA, RUBERG, TAYLOR, SLOAN**
 **& SERGENT**
209 Thomas More Park, Suite C
P.O. Box 17411
Covington, Kentucky 41017-0411
(606) 331-2000
mohara@ortlaw.com

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Notice was served by electronic filing via the CM/ECF System to Theresa M. Gallion, Esq. and Natalie J. Storch, Esq. this 17th day of May, 2004.

        s/Robert A. Steinberg
        Robert A. Steinberg