## Employee Data Sheet

**Employee Name:** Barbara Loder
**Social Security #:** 5494
**Telephone #:** (513) 871-7591
**Old/New Name:**
**Address:** 3549 Grandin Road
                Cincinnati, OH 45226
**Original Hire Date:** 10/1/79
**Corporate Hire Date:** 2/1/96
**New Address:**
**Rehire Date:**
**Adjusted Hire Date:**

BD: '52

### Employment History:

| Date | Title | | Reason for Change | Amount | Salary |
|---|---|---|---|---|---|
| 10/1/79 | Sales Manager | HR Phoenix | New hire | | |
| 1/82 | Sales Manager | " | | 2,000 | 18,500 |
| 7/15/82 | " | " | | 3,000 | 21,500 |
| 7/3/83 | " | " | merit | 1,500 | 23,000 |
| 8/27/83 | " | HR Tampa | | 3,500 | 26,500 |
| 4/1/84 | " | " | merit | 2,000 | 28,500 |
| 4/20/84 | Director, Sales | HR Savannah | promo | 3,000 | 31,500 |
| 1/1/85 | " | " | merit | 2,000 | 33,500 |
| 1/1/86 | " | " | merit | 2,000 | 35,500 |
| 6/4/86 | " | HR Cincinnati | | 5,000 | 40,500 |
| 2/25/95 | Dir. Nat'l Accts | " | merit 5% | 3,250 | 68,250 |
| 2/1/96 | " | Corporate | location chg. | — | 68,250 |
| 3/1/96 | " | | | 2,700 | 70,100 |
| 3/1/97 | | | | 2,700 | 73,900 |
| 3/1/98 | | | | 3,800 | 77,700 |
| 3/1/99 | | | | 3,100 | 80,800 |
| 3/1/00 | " | | EE merit 4.7% | 3,800 | 84,600 |
| 3/1/01 | " | | merit | 3,800 | 88,400 |
| 10/1/01 | TERM | | Job Elimin | | |

REDACTED

PLAINTIFF'S EXHIBIT 15

BH 000048

# Employee Data Sheet

**Employee Name:** Molly Crompton
**Social Security #:** 7922

**Telehpone #:** _____
**Old/New Name:** _____

**Address:** 913 W. Sheridan #20
Chicago, IL 60613
**New Address:** _____

**Original Hire Date:** 11/8/93
**Corporate Hire Date:** 3/25/00
**Rehire Date:** 10/9/98
**Adjusted Hire Date:** 6/8/94
BD '68

## Employment History:

| Date: | Title: | Reason for Change: | Amount: | Salary: |
|---|---|---|---|---|
| 11/8/93 | Director of Outlets - HR Woodfield | New hire | — | 26,000 |
| 3/1/94 | " " " | merit | 500 | 26,500 |
| 2/26/95 | Executive Steward - Grand Cypress | transfer/promo | 2500 | 29,000 |
| 9/17/95 | Account Executive " | lateral | — | 29,000 |
| | " " | merit | 1200 | 30,200 |
| 10/12/96 | Meeting Connection Mgr. - O'Hare | promo 8% | 2300 | 32,500 |
| 3/2/97 | " " | merit/equity 5.8% | 1900 | 34,400 |
| 7/20/97 | Sales Manager - McCormick | promo | 1700 | 36,100 |
| 2/25/98 | TERM | | | |
| 10/9/98 | Sales Mgr. - HR McCormick | Rehire | | 36,100 |
| 10/3/99 | " | equity | 3400 | 39,500 |
| 3/25/00 | Mgr. Nat'l Accounts CORPORATE | merit/promo | 8500 | 48,000 |
| 9/1/00 | " " | equity | 3000 | 51,000 |
| 3/1/01 | Director National Accounts - CNSD | equity/promo/merit | 9,000 | 60,000 |

Confidential
27534

**REDACTED**

PLAINTIFF'S EXHIBIT 86

## PERSONAL REQUISITION/STATUS CHANGE

**POSITION/DEPT:** Director Nat'l Accounts - CNSO

| | | | | |
|---|---|---|---|---|
| ☒ | REPLACEMENT | | | |
| | For Whom? Terri Williams | Budgeted Salary: 67.6K | | Salary Range: |
| ☐ | RECLASSIFICATION | | | |
| | ☐ Unbudgeted   ☐ Budgeted | Budgeted Salary: | | Salary Range: |
| ☐ | NEW POSITION | | | |
| | ☐ Unbudgeted   ☐ Budgeted | Budgeted Salary: | | Salary Range: |

### STATUS CHANGE

| Name | Social Security Number | Original Hire Date |
|---|---|---|
| Molly Crompton | 7922 | 10/09/98 |

| PRESENT STATUS | | PROPOSED CHANGE | |
|---|---|---|---|
| Position | Date in Position | Position | Effective Date |
| Manager Nat'l Accounts | 03/25/00 | Director Nat'l Accounts | 03/01/01 |
| Location/Dept. | Data Control # | Location/Dept. | Data Control # |
| Eastern National Sales-DC | OE95 | Central National Sales | OE96 |
| Annual or Hourly Pay | Pay Range | Annual or Hourly Pay | Pay Range |
| 51K | 51.5 - 79.8K/Grd 12 | 60K | 63.5 - 98.4K/Grd 14 |
| Amt. % & type of last increase | Date of Last Increase | Amt. % & type of this increase | Next Review Date |
| 3K/equity | 09/01/00 | 4K equity/5%promo/5%merit | 03/01/02 |
| Job Code | Department Code | Job Code | Department Code |
| 9785 | 2060 | 9895 | 2080 |

**SEPARATION**  Voluntary ☐  Involuntary ☐  Separation reason code:

| Position/Dept. | Earned Vacation | Accrued Vacation |
|---|---|---|
| Annual or Hourly Pay | Severance/Other | |
| Last Day Work:   Term Date: | Exit interview conducted by | |
| Recommended for rehire  Yes ☐  No ☐ | | |

**COMMENT SECTION**

Report to: Brian Booth

Location: 200 W. Madison, Chicago, IL 60606

### APPROVALS

| D. Wilzbach [signature] | K. Curran [signature] 2/8/01 |
|---|---|
| Initiated by: Name   Date | Human Resources Director   Date |
| J. Horne [signature] 2/8/01 | F. Borg |
| Authorized by: Name   Date | Finance Authorization   Date |
| T. Helms [signature] 2/8/01 | |
| Function Head   Date | President   Date |
| Function Head   Date | Tom Pritzker   Date |

White Copy = Payroll   Yellow = Employee File   Pink = EE Relations   Green = Benefits   Blue = Employment

PLAINTIFF'S EXHIBIT 87

**REDACTED**

Confidential
27535

# PERSONAL REQUISITION/STATUS CHANGE

## POSITION/DEPT:

| | | | |
|---|---|---|---|
| ☐ REPLACEMENT | | | |
| For Whom? | | Budgeted Salary: | Salary Range: |
| ☐ RECLASSIFICATION | | | |
| ☐ Unbudgeted ☐ Budgeted | | Budgeted Salary: | Salary Range: |
| ☐ NEW POSITION | | | |
| ☐ Unbudgeted ☐ Budgeted | | Budgeted Salary: | Salary Range: |

## STATUS CHANGE

| Name | Social Security Number | Original Hire Date |
|---|---|---|
| Molly Crompton | -7922 | 10/09/98 |

### PRESENT STATUS / PROPOSED CHANGE

| PRESENT STATUS | | PROPOSED CHANGE | |
|---|---|---|---|
| Position: Manager National Accounts | Date in Position: 03/25/00 | Position: Same | Effective Date: 09/01/00 |
| Location/Dept: ENSO - DC | Data Control #: OE95 | Location/Dept: Same | Data Control #: OE95 |
| Annual or Hourly Pay: 48K | Pay Range: -51-77.5K / Grd 12 | Annual or Hourly Pay: 51K | Pay Range: 51 - 77.5K / Grd 12 |
| 21.5% Promo/Merit | Date of Last Increase: 03/25/00 | Amt, % & type of this increase: 3K Equity | Next Review Date: 03/01/01 |
| Job Code: | Department Code: | Job Code: 9785 | Department Code: 2060 |

### SEPERATION   Voluntary ☐   Involuntary ☐   Seperation reason code:

| Position/Dept. | | Earned Vacation | Accrued Vacation |
|---|---|---|---|
| Annual or Hourly Pay | | Severance/Other | |
| Last Day Work: | Term Date: | Exit interview conducted by | |
| Recommended for rehire  Yes ☐  No ☐ | | | |

### COMMENT SECTION

---

### APPROVALS

| Initiated by: D. Wolff | 8/18/00 | K. Curran, Human Resources Director | 8/24/00 |
| Authorized by: J. Horne | 8-18-00 | F. Borg, Finance Authorization | 8-18-00 |
| Function Head: T. Helms | 8/18/00 | E. Rabl, President | |
| Function Head: C. Floyd | | Tom Pritzker | |

**PLAINTIFF'S EXHIBIT 88**

White Copy = Payroll   Yellow = Benefits   REDACTED   Green = Benefits   Blue = Employment

Confidential
27536

# Employee Data Sheet

**Employee Name:** Barbara Hale

**Social Security #:** ~~50185~~

**Telephone #:** (248) 676-0876 ~~(248) 288-0150~~

**Old/New Name:** Krueger

**Address:** ~~5025 S. Fairgentra~~

~~Clawson, MI 48017~~

**Original Hire Date:** 7/15/16

**Corporate Hire Date:** 9/21/98

**New Address:** 2701 Ivy Hill Dr.
Commerce Township, MI 48382

**Rehire Date:**

**Adjusted Hire Date:** 4/14/91

## Employment History:

| Date | Title | Reason for Change | Amount | Salary |
|---|---|---|---|---|
| 11/15/90 | PM ~~Hostess~~ HR Hilton Head | New Hire | | 5.50 hr |
| 5/10/91 | Assist Mgr. Rest | Promo | | 19,000 |
| 1/5/92 | Rest. Mgr. | Promo | | 21,500 |
| 1/5/92 | " " | Equity | 600.— | 22,100 |
| 11/29/92 | Asst Rest Mgr. | 10+% | 2,300 | 24,400 |
| 2/28/93 | " | Merit | 700.— | 25,100 |
| 4/22/93 | Term | | | |
| 5/18/93 | Rest. Mgr. HR Dearborn | Rehire | | 25,100 |
| 1/24/94 | Sales Manager - meeting Conn | Promo | | 25,100 |
| ~~3/1/95~~ | " " | | | 26,000 |
| 8/5/94 | Sales Manager | Promo/Merit 7% | 2,000 | 28,000 |
| 3/1/95 | " | Merit | 2,000 | 30,000 |
| 9/1/95 | " " | 10% Equity | 3,000 | 33,000 |
| 2/16/96 | Term | | | |
| 7/1/96 | Sr. Sales Manager HR Dearborn | Rehire | | 40,000 |
| 11/4/96 | Assoc DOS | Promo | | 44,000 |
| 3/1/97 | " " | Merit | | 45,850 |
| 3/2/98 | " " | 5% Merit | 2,300 | 48,100 |
| 3/2/98 | | | | 48,500 |
| 9/21/98 | Mgr. Nat Accts Corp Office | Promo 10% | 4,900 | 53,400 |
| 3/1/99 | | | | 55,600 |
| 3/1/00 | Dir, Nat'l Accounts | Promo 5.2K/merit 2.2K | 7,400 | 63,000 |
| 3/1/01 | " " | merit | 6500 | 69,500 |

3/18/02  Term

**PLAINTIFF'S EXHIBIT 155**

REDACTED

Confidential
28399

# Employee Data Sheet

**Employee Name:** Melissa Daniels
**Social Security #:** 7144
**Telephone #:** (214) 369-8668
**Old/New Name:** Rivard
**Address:** ~~30840 Schoolcraft Road~~
~~Livonia, MI 48150~~
**New Address:** 5844 Royal Crest
Dallas, TX 75230
**Original Hire Date:** 6/13/88
**Corporate Hire Date:** 6/13/88
**Rehire Date:**
**Adjusted Hire Date:**
BD: '66

## Employment History:

| Date: | Title: | Reason for Change: | Amount: | Salary: |
|---|---|---|---|---|
| 3/1/95 | Nat'l Acct Mgr | 9% Merit | 3900 | 42,900 |
| 3/1/96 | Dir Nat'l Accts | 1000 Merit  3000 Equity | 4000 | 46,900 |
| 3/1/98 | " | 2100 Merit  4000 Equity | 6100 | 58,900 |
| 10/1/98 | Dir. Nat'l Accts in DFW | Lateral | | 58,900 |
| 3/1/99 | " | 3700 Equit  2400 Ment | 6100 | 65,000 |
| 3/1/00 | " ME | Merit 4% | 2,600 | 67,600 |
| 9/1/00 | " | equity/counter offer | 10,000 | 77,600 |
| 3/1/01 | " " | merit | 4,200 | 81,800 |

REDACTED

PLAINTIFF'S EXHIBIT 156

Confidential
26039

## Employee Data Sheet

Employee Name: Brian Booth
Social Security #: 6157
Telephone #: (312) 750-8003
Old/New Name:
Address:
Original Hire Date: 3/30/92
Corporate Hire Date: 12/4/00
New Address:
Rehire Date:
Adjusted Hire Date:

### Employment History:

| Date: | Title: | Reason for Change: | Amount: | Salary: |
|---|---|---|---|---|
| 3/30/92 | Assoc. DOS | New Hire | | 56,000 |
| 2/15/93 | Director of Sales - HR Austin | promo | 6,000 | 62,000 |
| 3/1/94 | Director of Sales " | merit 4% | 2,300 | 64,300 |
| 9/18/94 | " St. Louis | promo 10.1% | 6,500 | 70,800 |
| | " " | merit | 2,800 | 73,600 |
| 3/1/96 | " " | merit | 4,400 | 78,000 |
| 3/1/00 | Director of Sales, HR DFW | | | 106,400 |
| 12/4/00 | Director of Sales NSO - CORP | promo | 12,600 | 119,000 |
| 3/1/01 | " " | merit | 5,500 | 124,500 |

REDACTED
PLAINTIFF'S EXHIBIT 197
CONFIDENTIAL
BB  000197