SUMMARY OF INFORMATION CONTAINED IN EXHIBITS
38f, 38g, 38h, 38i, AND 38j, BASED ON THE CONTENTS
OF THE PERSONNEL FILES OF NAMED INDIVIDUALS

**CENTRAL NATIONAL SALES OFFICE, CHICAGO, ILLINOIS (38f)**

Brian Booth
  DOB:   /62           Director of Sales: 12/4/00

**Level A**

Donna Bongiovanni
  DOB:   /60                                DNA: 1/2/01*
Molly Crompton
  DOB:   68            NAM: 3/25/00**       DNA: 3/1/01
Barbara Hale
  DOB:   /67           NAM: 9/21/98         DNA: 3/1/00
Melissa Daniels
  DOB:   /66           NAM: 3/1/95          DNA: 3/1/96
Inge Spindola
  DOB:   /58                                DNA: 7/30/01

**Level B**

Maria Andriola Pigg
  DOB:   65                                 DNA: 12/30/96
Mark Henry
  DOB:   /49                                DNA: 12/2/91
Carol Buseman Roper
  DOB:   /51                                DNA: 4/21/92
Fred Reichelt
  DOB:   /56           NSM: 5/1/91 ***      DNA: 2/1/92
Jan Bansfield
  DOB:   /59                                DNA: 2/1/96

**Level C**

Barbara Loder
  DOB:   52                                 DNA: 2/96
Mary Patton
  DOB:   /64           NAM: 5/3/94          DNA: 3/1/97
Loretta Venezia
  DOB:   59            NAM: 11/11/91        DNA: 4/1/95

*. The acronym DNA stands for the date an employee was hired as Director of National Accounts, the highest sales manager position.
** The acronym NAM stands for the date an employee was hired as National Accounts Manager, the second highest sales manager position.
*** The acronym NSM stands for the date an employee was hired as National Sales Manager, the third highest sales manager position.

**REDACTED**



PLAINTIFF'S EXHIBIT 199

NORTHEASTERN NATIONAL SALES OFFICE, WASHINGTON, D.C. (Ex. 38g)

Debbie Rodriguez
    DOB:    53           Director of Sales: 10/8/01
**Level A**
Bonnie Weiss
    DOB:    '50          DWS: 5/1/85 ****    DNA: 3/1/99
**Level B**
Michael Williamson
    DOB:    54                                 DNA: 5/22/00
Jim VanDevender
    DOB:    /65                                  DNA: 3/10/99
Diane Smith
    DOB:    '60          NAM: 9/8/87       DNA: 10/1/90
Marilyn Braumbaugh
    DOB:    45                                 DNA: 3/1/01
Richard Wood
    DOB:    '60                                 DNA: 7/10/00
Joanne Rumsey
    DOB:    68          NAM: 8/7/00       DNA: 3/1/02
Kathy Murphy
    DOB:    68          NAM: 2/7/00       DNA: 3/1/01
Michelle Nicoletti
    DOB:    '57                                 DNA: 6/19/95
Michelle Bondanelli
    DOB:    60                                 DNA: 12/1/93
**Level C**
Wendy Jensen
    DOB:    '59         NAM: 7/1/93       DNA: 2/22/95
Dean D'Anna
    DOB:    '60         NAM: 2/10/92     DNA: 10/1/93

**** The acronym DWS stands for the date an employee was hired as Director of Worldwide Sales.

REDACTED

**OMAHA NATIONAL SALES OFFICE, OMAHA, NEBRASKA (Ex. 38h)**

Gus Vonderheide
    DOB: '61    Director Of Sales: 9/13/00

<u>Level A</u>

Sam Canova
    DOB: '72        DNA: 1/1/01

Jennifer Roman
    DOB: '68        DNA: 5/23/01

Michelle Russell
    DOB: '72    NSM: 11/29/99    NAM: 1/1/01

Tonja Towne
    DOB: '70        DNA: 1/1/01

Shawn Anderson
    DOB: '73    NAM: 1/1/01

<u>Level B</u>

Tina Nebuloni
    DOB: '59    NSM: 6/11/96    NAM: 1/1/01 DNA:

Erin Moriarty
    DOB: '77    NAM: 8/21/01

Cory Carlson
    DOB: '73    GSM: 7/16/01****

Nanette Bro
    DOB: Unknown    GSM: 12/7/98    NSM: 12/17/01

Amy Meyer Anderson
    DOB: '71        NSM: 1/1/01

Jennifer Uhlig
    DOB: '73    NSM: 1/1/01

Tara Bass
    DOB: '71    GSM: 1/25/99    NSM: 1/1/01

Jeannette Foxhoven Walter
    DOB: '70    NSM: 8/16/99

Judy Lee Kirchman
    DOB: '58    GSM: 6/18/01

Tim Peitzmeier
    DOB: '66    NSM: 6/18/01

Teresa Vacanti O'Connor
    DOB: '51    GSM: 12/18/00

Pat Garvey
    DOB: '51    GSM: 5/11/98

<u>Level C</u>

Cardella Gills
    DOB: '57

Herve Roussell
    DOB: '54

Gail Smith
    DOB: '62

Linda Neubauer
    DOB: '54

**REDACTED**

\*\*The acronym GSM stands for General Sales Manager, the lowest sales position.

**WESTERN NATIONAL SALES OFFICE, LOS ANGELES, CALIFORNIA (Ex. 38i)**

Karen Gray
    DOB:    '53    Director Of Sales:  2/18/91

<u>Level A</u>

Karina Mirkin
    DOB:    68    DNA: 4/5/99

Trina Camacho-London
    DOB:    '65    DNA: 10/1/97

<u>Level B</u>

Kim Harrington
    DOB:    '60    NAM: 3/1/93    DNA: 3/1/95

Jim Davis
    DOB:    '59    DNA: 3/1/96

Donna Palmer
    DOB:    '66    NAM: 8/7/00    DNA: 3/1/02

Jane Jordan
    DOB:    '63    DNA: 3/30/97

Julie Green
    DOB:    60    DNA: 3/1/96

Harumi Yoshiike
    DOB:    44    Dir. Japanese Business Accts: 2/1/92
    Dir. Int'l Sales: 11/15/93  DNA: 3/1/99

<u>Level C</u>

Dawn Beagle
    DOB:    60    NAM: 5/1/91    DNA: 3/1/95

Jane Johnson
    DOB:    55    DNA: 10/27/97

**REDACTED**

**EASTERN NATIONAL SALES OFFICE, WASHINGTON, D.C. (Ex. 38j)**

John Hyland                                Director of Sales: Unknown
    DOB:         '48

**Level A**

Rich Morrow
    DOB:         '64              NAM: 4/1/93         DNA: 2/1/96
Andy Karpowicz
    DOB:         '65              NAM: 7/12/99        DNA: 9/16/00
Dan Jones
    DOB:         '59              NAM: 4/17/00        DNA: 3/1/02
Carolyn Montrose
    DOB:         '64                                  DNA: 5/14/01

**Level B**

Faye Memoli
    DOB:         '71              NAM: 7/2/01
Ron Keith
    DOB:         '58              NAM: 1/3/00
Bonnie Greenspan
    DOB:         '60                                  DNA: 3/1/96
Gary Schneeberg
    DOB:         '57              NAM: 10/17/88       DNA: 10/10/94

**Level C**

Joe Koch
    DOB:         '64                                  DNA: 8/19/99
Mary Rocereto
    DOB:         '56                                  DNA: 4/12/93

5

REDACTED

## Employee Data Sheet

**Employee Name:** Jack Horne
**Social Security #:** -7671

**Telehpone #:** _____
**Old/New Name:** _____

**Address:** 1563 Abbotsford Dr. Naperville, IL 60563
**Original Hire Date:** 7/21/89
**Corporate Hire Date:** 10/26/97
**New Address:** _____
**Rehire Date:** _____
**Adjusted Hire Date:** _____

BD: 61

### Employment History:

| Date | Title | Reason for Change | Amount | Salary |
|---|---|---|---|---|
| 7/17/89 | Assoc. Dir. of Sales | HR O'Hare | | 46,500 |
| 7/1/90 | " | " M | 3,300 | 49,800 |
| 9/30/90 | " | " Eq. | 5,200 | 55,000 |
| 7/1/91 | " | " M | 3,300 | 58,300 |
| 4/19/92 | Dir Sales & Marketing | Greenwich Promo | 7,700 | 66,000 |
| 3/1/97 | " | 5% Merit | 5,000 | 101,700 |
| 10/26/97 | Div. Dir. of Sales | Promo 8% | 8,300 | 110,000 |
| 3/1/98 | | Merit + Equity 5.5% | 4400/1600 | 116,000 |
| 3/1/99 | " | Merit | 9,000 | 125,000 |
| 11/1/99 | AVP National Sales | Promo 8% | 10,000 | 135,000 |
| 3/1/00 | " EE | Merit 4.1% | 5,500 | 140,500 |
| 5/1/01 | " " | merit | 7,600 | 148,100 |

JH 000316 REDACTED

PLAINTIFF'S EXHIBIT 202

CONFIDENTIAL

## Employee Data Sheet

**Employee Name:** Ty Helms
**Social Security #:** -0318

**Telehpone #:** (847) 516-0531
**Old/New Name:**

**Address:** 330 Carl Sands Drive
Cary, IL 60013

**Original Hire Date:** 3/30/92
**Corporate Hire Date:** 6/14/96
**New Address:**
**Rehire Date:**
**Adjusted Hire Date:**

BD 57

### Employment History:

| Date: | Title: | | Reason for Change: | Amount: | Salary: |
|---|---|---|---|---|---|
| 3/30/92 | Director, Marketing | HR Chicago | New Hire | | 82,000 |
| 3/1/93 | " | " | merit | 4,100 | 86,100 |
| 3/1/96 | " | " | merit | 4,800 | 100,200 |
| 6/16/96 | Div. Dir. of Sales | Corporate | promo 9.8% | 9,800 | 110,000 |
| 3/1/97 | " | " | merit 4% | 4,400 | 114,400 |
| 10/26/97 | AVP-Sales Admin. | " | promo 8% | 9,600 | 124,000 |
| 3/1/98 | " | " | merit/equity | 6,500 | 130,500 |
| 3/1/99 | Vice President-Sales-Int'l | " | $5220 $3k $4780 merit/equity, promo | 13,000 | 143,500 |
| 2/1/00 | VP-Sales | | promo/merit | 16,500 | 160,000 |
| 5/1/01 | " " | | merit | 21,100 | 181,100 |

PLAINTIFF'S EXHIBIT 203
TH 000119   REDACTED   CONFIDENTIAL

| | Agency | Charge Number |
|---|---|---|
| **CHARGE OF DISCRIMINATION** | ☐ FEPA | |
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☒ EEOC | 221A200350 |

_____ and EEOC
*State or local Agency, if any*

| Barbara Loder Hildebrandt | Home Telephone (Include Area Code) 513-871-4595 |
|---|---|

| Street Address | City, State and Zip Code | Date of Birth |
|---|---|---|
| 688 Totten Way | Cincinnati, Ohio 45226 | '52 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one, list below)*

| Name | Number of Employees, Members | Telephone (Include Area Code) |
|---|---|---|
| Hyatt Corporation | more than 500 | 312-750-1234 |

| Street Address | City, State and Zip Code | County |
|---|---|---|
| 200 W. Madison Street | Chicago, Illinois 60606-3414 | Cook |

| Name | Telephone Number (Include Area Code) |
|---|---|
| | |

| Street Address | City, State and Zip Code | County |
|---|---|---|
| | | |

Cause of Discrimination Based on *(Check appropriate box (es))*
☐ Race ☐ Color ☒ Sex ☐ Religion ☐ National Origin
☐ Retaliation ☒ Age ☐ Disability ☐ Other *(Specify)*

Date Discrimination Took Place
Earliest 2/01   Latest 10/01
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s))*:

1. I am a white female, 49 years of age.

2. I was employed by the Hyatt Corporation for 22 years. In January 1994, I was named Director of National Accounts for Central National Sales. My office was located in Cincinnati, Ohio. My performance has always been superior, as evidenced by my excellent evaluations and performance numbers.

3. In December 2000, Brian Booth, who is 38 years old, became the Director of Sales & Marketing for Hyatt. He had no prior national sales experience with the Company. The Director of Sales & Marketing position was never posted or advertised. I was not given an opportunity to apply for the position.

4. In February, 2001, Booth, who became my supervisor, increased my sales quota by 40% to $5 million in 6 months, an unreasonable goal. I expressed my dismay but Booth only lowered the quota to $4 million. My normal sales goal was $3 million.

(Continued on separate page)

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

Notary *(When necessary for State and Local Requirements)*

[signature] SCT # 0055961

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

Signature of Complainant
*Barbara Hildebrandt*

I declare under the penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this date (Day, month, and year)
February 13, 2002

Date _____ Charging Party (Signature)

EEOC Form 5 (Rev 06/92)

[Stamp: FEB 2002 RECEIVED CINCINNATI A.O.]

**REDACTED**

PLAINTIFF'S EXHIBIT 204

Barbara Loder Hildebrandt
Continuation Page

5. In July 2001, I was given a mid-year review by Booth. This was the first mid-year review I had ever received since joining the Company. Booth rated me as "meeting expectations", the lowest rating I had ever received. In all my prior evaluations as Director of National Accounts, I was rated as "exceeds expectations." Booth's basis for my review was that I had only achieved 78% of my sales goal, which he artificially inflated in February. In fact, I had actually exceeded my normal sales goal of $3 million.

6. During this July meeting, Booth commented on my recent marriage and asked me if I was going to stay home and enjoy being married. I was offended by the remark and asked Booth if he asked this of his male employees. I informed him that I had no intention of giving up my career and that I intended to remain in my job for many years to come.

7. On September 28, 2001, I received a call from Booth who informed me that my employment was being terminated for "economic reasons" effective October 1, 2001. I was never provided an explanation as to what economic reasons required my termination. I was never offered an alternative position.

8. My accounts were then divided between two Directors of National Accounts, Barbara Hale, who is in her mid-30's, and Molly Crompton, who is in her early 30's. Hale had only worked in national sales for 3 years. Crompton had only worked in national sales for two years. Crompton had only been in the position of Director of National Accounts for 2 months when she was given my accounts. I have far more experience in national sales than either Hale or Crompton.

9. I believe that I was not promoted and was terminated because of my age and gender.

# Employee Data Sheet

**Employee Name:** Jensen Aylward, Wendy

**Social Security #:** 

**Telephone #:** (203) 855-3059

**Old/New Name:** Jensen

**Address:** 13 Timberline Rd
Norwalk, CT 06854

**Original Hire Date:** 11/28/88

**Corporate Hire Date:** 2/1/96

**New Address:** 

**Rehire Date:** 

**Adjusted Hire Date:** 

**Employment History:**   DOB ., 59

| Date: | Title: | Reason for Change: | Amount: | Salary: |
|---|---|---|---|---|
|  | Transfer File |  |  |  |
| 11/28/88 | Sales Manager HR DFW | New Hire |  | 27,000 |
| 6/30/91 | Sr. Sales Manager HR DFW | Promo |  | 35,000 – 38,107 |
| 3/29/92 | Sr. Sales Manager HR Greenwich | Trans |  | 40,000 |
| 7/1/93 | National Sales Manager HR Greenwich |  |  | 52,000 ~~56,550~~ |
|  | Transf. to Corp |  |  |  |
| 2/22/95 | Dir. ♀ Nat. Accts | Promo | 4%M ~~590~~ 74,680 | 56,680 |
| 2/1/96 | ~~Mgr~~ Nat Acct's | Transf. |  | 56,680 |
| ~~2/1/98~~ |  |  |  |  |
| 3/1/97 | " | " | 3.6% Merit | 2100 | 61,100 |
| 3/1/98 | " | " | 8.9 Merit/equity | & 3900 m 2444 ~~1544~~ | 66,544 |
| 3/1/99 | " | " | 4% merit | 2700 | 69,200 |
| 3/1/00 | " |  | merit | 2,700 | 71,900 |
| 3/1/01 | " |  | merit | 2,900 | 74,800 |
| 10/4/01 | TERM | JOB Elimin |  |  |

REDACTED

PLAINTIFF'S EXHIBIT 221

CONFIDENTIAL 10708