UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BARBARA LODER HILDEBRANDT, | : |
| Plaintiff | : |
| | : CASE NO. C-1-02-0003 |
| vs. | : |
| | : Judge Beckwith |
| HYATT CORPORATION, *et al.*, | : Magistrate Judge Sherman |
| | : |
| Defendants | : |
| | : |

## NOTICE OF FILING OF SEALED EXHIBIT

NOTICE is hereby given of the manual filing of Plaintiff's sealed Exhibit 199 pursuant to the Protective Order (Doc. 59) in the above-captioned matter, because it contains dates of birth.

Respectfully submitted,

s/Robert A. Steinberg
Stanley M. Chesley (0000852)
Robert A. Steinberg (0032932) (Trial Attorney)
**WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.**
1513 Fourth and Vine Tower
Cincinnati, OH  45202
513-621-0267
bobsteinberg@wsbclaw.cc

and

      Michael J. O'Hara (0014966)
      **O'HARA, RUBERG, TAYLOR, SLOAN**
       **& SERGENT**
      209 Thomas More Park, Suite C
      P.O. Box 17411
      Covington, Kentucky 41017-0411
      (606) 331-2000
      mohara@ortlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was served by electronic filing via the CM/ECF System and regular mail to Theresa M. Gallion, Esq., Natalie J. Storch, Esq., and Nadine Abrahams, Esq. this 20th day of May, 2004.

      <u>s/Robert A. Steinberg</u>
      Robert A. Steinberg