# George E. Parsons, Ph.D.
## RESUME

| | |
|---|---|
| Office: | 8450 Susann Lane<br>Cincinnati, Ohio 45215<br>(513) 351-3334<br>(513) 236-4269 cellular |
| Wife:<br>Children: | Sherry Feitz-Parsons<br>Courtney Anne Parsons |

### Employment

| | |
|---|---|
| 2003 – present | Adjunct Professor, Cincinnati State College |
| 2002 – present | Consultant and transitional coach<br>President of Guidance Processes Associates |
| 1988 – 2002 | Director of Behavioral Medicine<br>(a) University of Cincinnati Pain Physicians, 1998 – 2002<br>(b) Associate to UC Pain Center, 1988 – 1996 |
| 1978 – 2002 | President of A.P.R. |
| 1974 – present | Vocational Expert: Bureau of Hearings & Appeals |
| 1971 – 1978 | Assistant Professor of Counselor Education, University of Cincinnati<br>Visiting Professor, Xavier University and Northern Kentucky University |
| 1969 – 1971 | Research Associate in Teacher Education and Occupational Psychology - The Center for Vocational Education, The Ohio State University, Columbus, Ohio |
| 1969 | Counselor and Job Developer, National Alliance of Business, Columbus, Ohio |
| 1968 | Hammond Public Schools |

### Education

| | |
|---|---|
| 1969 – 1971 | The Ohio State University, Columbus, Ohio<br>Ph.D., Counseling Psychology<br>City Planning, Counselor Education |
| 1969 | NDEA Institute on Disadvantaged Counseling<br>The Ohio State University, Columbus, Ohio |



EXHIBIT C

| | |
|---|---|
| 1967 - 1968 | Indiana University, Bloomington, Indiana<br>M.S., Counseling and Guidance<br>Student Personnel |
| 1964 - 1967 | Indiana University, Bloomington, Indiana<br>B.S., History and Economics |

Employment Highlights

| | |
|---|---|
| 2003 – present | College Instructor undergraduate education |
| 2002 – present | Consultant to corporations in hiring and assessment. Transitional coach for individuals moving from work to retirement. Seminars and workshop presentations. |
| 1998 – 3/2002 | Assessment and treatment of pain patients |
| 1974 – present | Vocational assessment |
| 1972 – 2002 | President of a four member firm engaged in personal counseling and assessment of children and adults. Worked in the evaluation of individuals in the area of career assessment, rehabilitation, personal and social placement.<br><br>Supervised various interns doing psychological case work. Developed assessment and counseling contracts with veterans' organizations and private business. Employment testing and placement. Forensic psychologist in employment, disability determination and sexual harassment claims. |
| 1971 - 1978 | During this time, my primary focus was on teaching graduate level courses in counseling psychology with emphasis in career development and theory, counselor supervision, practica and internship.<br><br>Set up and directed numerous seminars for career and vocational guidance; eight for the State, two for General Electric's Education-In-Industry program.<br><br>Advised and worked with some eighty master's degree and fifteen doctoral degree recipients. |
| 1969 - 1971 | Produced two manuscripts: one on differentiated staffing, and a second on a systems approach to vocational guidance.<br><br>Developed a career counseling service for disadvantaged youth. |
| 1967 - 1969 | Primary effort was directed toward teaching history and counseling junior high school youth. |

Publications

1968 - present — A list of publications includes:

| | |
|---|---|
| Campbell, et al. | The Systems Approach: An Emerging Behavioral Model for Vocational Guidance. A summary report. Research and Development Series, No. 45. Center for Vocational and Technical Education. The Ohio State University, Columbus, Ohio, 1971. |
| Parsons, G.E. & Rice, A. | The Insight Program: One Year After Graduation. Indiana University Education Bulletin, Indiana University, Bloomington, Indiana. |
| Campbell, et al. | "Operation Guidance", Personnel and Guidance Journal, November, 1970. |
| Parsons, G.E. & Wigtil, J.V. | "Occupational Mobility as Measured by Holland's Theory of Career Selection", Journal of Vocational Behavior, November, 1974. |
| Parsons, G.E. | An Application of John Holland's Vocational Theory to an Empirical study of Occupational Mobility of Men Age 45-59. Unpublished Dissertation, November, 1974. |
| Parsons, G.E. | Differentiated Staffing. A comprehensive look at a two-year and four-year counselor education program. University of Cincinnati, May, 1975. |
| Parsons, G.E. & Keiser, E. | "Career Dynamics Counseling for Veterans", National Association of Student Personnel Administrators. Volume 15, Fall, 1977. |
| Parsons, G.E. | Personality Characteristics of Occupationally Mobile Persons. Monograph printed by the Center for Vocational Education under contract from the National Institute of Education, 1976. |
| Parsons, G.E. | "Mainstreaming: Concept and Counselor Strategies", School Counselor, 1 1978. |
| Parsons, G.E. & Robinson, W.T. | "Preparation and Presentation of Medical Evidence", Practical Management of Pain, Second Edition, Mosby-Kear Books, Inc., 1992, pp. 947-962. |
| Parsons, G.E. & Hathaway, K. | "Behavioral Evaluation Management of TMD" 2002 Test in print. |

Seminars/Lectures

"Update in Headache & Pain Management: A Review Course for Clinicians", sponsored by Michigan State University, College of Human Medicine, May 23, 2001.

"Masterful Coaching with Carl Kaestner", sponsored by the New England Educational Institute, July 31-August 4, 2000.

"The Journey from Psychotherapy to Coach", sponsored by The Ohio Psychological Association, June 30, 2000.

"Breast Cancer Prevention", sponsored by the Barrett Cancer Center, January 20, 2000.

"Essential Psychopharmacology, 1999: Practice and Update", sponsored by Harvard Medical School, August 16-20, 1999.

"Bahamas Clinical Update '98", sponsored by CME, Inc., February 12-15, 1998.

"Psychological and Vocational Evidence", Kentucky Workers' Compensation Class, March 6, 1997 Greenbaum, Doll & McDonald, PLLC

"National Expert Witness and Litigation Seminar", co-sponsored by South Florida Bible College and Theological Seminary, June 18-21, 1997.

Seminar on Assessing Personal Injury from a medical, vocational and economic standpoint (emphasizing loss of quality of life), Legal Education Workshop, April 19, 1996, Toledo, Ohio.

"By the Numbers: A Vocational Expert's View of Employment", Annual Social Security Seminar, May 3, 1996, Cincinnati Bar Association.

"Independent Mental/Behavioral Examinations", presented by The Industrial Commission of Ohio, November 22, 1996.

"How Not To Cross Examine A Vocational Expert", presented to Kentucky Bar Association - Workers' Compensation Section, February 5, 1995.

Completed seminar "Sexual Harassment", presented by Lee Hornberger, Esq., August 26, 1994.

"Vocational/Educational Assessment Tools", presented to Career Education Association, November 17, 1994.

"Use of Vocational Experts in Defense Cases", Third Annual Insurance Law Seminar, Dayton, Ohio, May 28, 1993.

Seminar on Workers' Compensation Medical/Legal Issues, Southwestern Ohio Self Insurers Association, Cincinnati, Ohio, November 17, 1993.

"Vocational Expert Testimony", Franklin County Bar Association Meeting, Columbus, Ohio, May 1, 1992.

"Measurement of Hedonic Damages", Kentucky Academy of Trial Attorneys, Covington, Kentucky, May 1, 1992.

"Economic Loss Valuation", Indiana Continuing Legal Education Forum, September 2, 1992.

"Evaluating Vocational Loss", Chase Law School, Northern Kentucky University, October 4, 1991.

Alcoholism/Law, Social Security, Cincinnati Bar Association Seminar, Cincinnati, August, 1990.

"Occupational Loss: Using the Vocational Expert", The Association of Civil Trial Lawyers, Fall Meeting, October, 1989.

"Social Security and Law of the Elderly", Northern Kentucky University, Chase College of Law, May, 1988.

"Smoking: Motivation for Change", University of Cincinnati Hospital, Cincinnati, Ohio, February 10, 1987.

"Psychological Factors Related to Chronic Pain", American Dental Society of Anesthesiology, Sanibel, Florida, June 16, 1987.

"Pain Management, Psychological Issues, Head and Neck Cancer Care, The Team Approach", November 10, 1987, Cincinnati, Ohio.

Vocational Analysis in Permanent Total Disability Claims", The Ohio Academy of Trial Lawyers, 1986 Annual Meeting.

Workers' Compensation/Social Security Seminar, April 18, 1986.

Seminar on Social Security, Ohio Academy of Trial Lawyers, "Chronic Pain Syndrome", April 27, 1984, Columbus, Ohio.

Determining Occupational Loss", seminar on medical/legal problems, Chase Law School, Northern Kentucky University, June 24, 1983.

"The Vocational Expert", Chase Law School, Workers' Compensation, Northern Kentucky University, 1982, 1984, 1985, 1987, 1988, 1989, 1990 and 1991.

"Seminar on Social Security, Ohio Academy of Trial Lawyers, "Making and Understanding the Psychiatric Listing", April, 1982, Columbus, Ohio.

Seminar on "Practice and Procedure" before Social Security Administration, April 10, 1982.

<u>Appointments</u>

1974 - present     Vocational Expert,
Bureau of Hearings and Appeals
Social Security
U.S. Government

<u>Memberships</u>

National Association of Disability Evaluating Professionals
Diplomat, American Board of Professional Disability Consultants
American Associates for Forensic Examiners

# News

United States Department of Labor

Bureau of Labor Statistics    Washington, D.C. 20212



Technical information:    (202) 691-6567
http://www.bls.gov/cewhome.htm

Media contact:    691-5902

USDL 01-295

For release: 10:00 A.M. EDT
Tuesday, September 11, 2001

## AVERAGE ANNUAL PAY BY STATE AND INDUSTRY, 2000

The average annual pay of all workers covered by state and federal unemployment insurance (UI) programs rose by 5.9 percent to $35,296 in 2000, according to preliminary data released today by the Bureau of Labor Statistics of the U.S. Department of Labor. This compares with a 4.4 percent rise in 1999. The annual pay of private industry workers, comprising 84.7 percent of the nation's employment, grew by 6.2 percent in 2000, while pay for government workers rose by 4.1 percent. In 1999, the increase in pay for private sector workers was 4.7 percent and for government workers, 2.8 percent.

Pay growth for U.S. workers in 2000, at 5.9 percent, was the highest in the 1990-2000 period. (See chart 1.) This was the largest increase in average annual pay since 1982, when pay rose by 6.7 percent. The attached tables contain pay data for the nation, each of the 50 states, the District of Columbia, Puerto Rico, and the Virgin Islands. (Data for Puerto Rico and the Virgin Islands are not included in the national averages.)



Chart 1. Percent change in U.S. average annual pay, 1990-2000

Average annual pay by industry data in this release are based on the 1987 version of the Standard Industrial Classification system. The data for 2001 will be based on the North American Industry Classification System. See page 5 for additional information.

EXHIBIT D

Table 3. Unemployed persons by reason for unemployment, age, sex, race, and Hispanic origin, Annual Average 2002 (based on CPS)—Continued

| Age | Total | Job losers and persons who completed temporary jobs | | | | | | Job leavers | Reentrants | | | New entrants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Job losers | On temporary layoff | Not on temporary layoff | Permanent job losers | Persons who completed temporary jobs | | Total | Left school | Other | Total | 12 months ago or less | More than 12 months ago | |

**Total, women**

| Total 16+ | 3,743 | 1,784 | 1,482 | 380 | 1,364 | 1,102 | 282 | 429 | 1,530 | 735 | 824 | 1,289 | 555 | 673 | 261 |
| 16-19 years | 564 | 81 | 62 | 26 | 55 | 57 | 19 | 44 | 439 | 375 | 64 | 278 | 201 | 78 | 161 |
| 20+ years | 3,179 | 1,683 | 1,420 | 354 | 1,329 | 1,066 | 263 | 385 | 1,111 | 357 | 760 | 1,011 | 454 | 557 | 100 |
| 20-24 years | 635 | 204 | 155 | 33 | 171 | 123 | 49 | 89 | 342 | 184 | 658 | 299 | 176 | 123 | 43 |
| 25-34 years | 802 | 418 | 352 | 79 | 339 | 273 | 66 | 119 | 304 | 96 | 208 | 273 | 125 | 148 | 31 |
| 35-44 years | 782 | 470 | 394 | 99 | 371 | 295 | 76 | 68 | 230 | 46 | 187 | 218 | 85 | 133 | 15 |
| 45-54 years | 580 | 371 | 322 | 81 | 290 | 242 | 49 | 53 | 148 | 27 | 124 | 133 | 44 | 94 | 7 |
| 55-64 years | 257 | 161 | 161 | 46 | 135 | 115 | 20 | 18 | 65 | 3 | 54 | 55 | 17 | 39 | 2 |
| 65+ years | 74 | 39 | 34 | 17 | 22 | 19 | 4 | 7 | 23 | 1 | 28 | 28 | 7 | 21 | 1 |

**White, both sexes**

| Total 16+ | 8,058 | 3,025 | 2,894 | 850 | 2,525 | 1,995 | 531 | 680 | 1,953 | 1,031 | 922 | 1,511 | 802 | 710 | 342 |
| 16-19 years | 943 | 162 | 118 | 55 | 107 | 63 | 44 | 81 | 700 | 579 | 91 | 447 | 323 | 124 | 253 |
| 20+ years | 5,115 | 3,263 | 2,776 | 845 | 2,418 | 1,932 | 487 | 599 | 1,253 | 422 | 831 | 1,185 | 578 | 596 | 89 |
| 20-24 years | 972 | 411 | 323 | 108 | 373 | 215 | 87 | 153 | 409 | 245 | 164 | 362 | 236 | 126 | 47 |
| 25-34 years | 1,272 | 789 | 670 | 187 | 611 | 472 | 129 | 158 | 315 | 103 | 212 | 231 | 147 | 144 | 23 |
| 35-44 years | 1,237 | 877 | 746 | 228 | 661 | 520 | 131 | 130 | 230 | 45 | 185 | 218 | 94 | 175 | 11 |
| 45-54 years | 893 | 715 | 630 | 171 | 545 | 459 | 86 | 107 | 170 | 25 | 144 | 166 | 62 | 104 | 4 |
| 55-64 years | 507 | 381 | 336 | 109 | 272 | 227 | 45 | 41 | 85 | 9 | 82 | 93 | 39 | 54 | 2 |
| 65+ years | 134 | 79 | 71 | 35 | 46 | 35 | 9 | 13 | 45 | 0 | 45 | 45 | 10 | 34 | 0 |

Table A-5. Life and worklife expectancies for women by race, 1979-80

(Average years remaining)

| Age | White women | | | | Black and other women | | | |
|---|---|---|---|---|---|---|---|---|
| | Life expectancy [1] | Expectation of active life by labor force status | | | Life expectancy [1] | Expectation of active life by labor force status | | |
| | | Total | Currently active | Currently inactive | | Total | Currently active | Currently inactive |
| $x$ | $\overset{\circ}{e}_x$ | $\overset{\circ}{e}_x^a$ | $\overset{a}{e}_x^a$ | $\overset{i}{e}_x^a$ | $\overset{\circ}{e}_x$ | $\overset{\circ}{e}_x^a$ | $\overset{a}{e}_x^a$ | $\overset{i}{e}_x^a$ |
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| 16 | 63.4 | 27.6 | 30.3 | 26.0 | 59.7 | 27.9 | 29.6 | 27.5 |
| 17 | 62.5 | 28.1 | 29.8 | 25.2 | 58.7 | 27.5 | 28.4 | 27.0 |
| 18 | 61.5 | 28.5 | 29.2 | 27.6 | 57.7 | 27.1 | 28.0 | 26.5 |
| 19 | 60.5 | 27.9 | 28.6 | 27.0 | 56.8 | 26.7 | 27.8 | 26.1 |
| 20 | 59.6 | 27.3 | 28.0 | 26.3 | 55.8 | 26.3 | 27.1 | 25.6 |
| 21 | 58.6 | 26.7 | 27.4 | 25.5 | 54.8 | 25.8 | 26.6 | 25.0 |
| 22 | 57.6 | 26.0 | 26.7 | 24.8 | 53.9 | 25.2 | 26.1 | 24.3 |
| 23 | 56.7 | 25.4 | 26.1 | 24.1 | 52.9 | 24.7 | 25.6 | 23.7 |
| 24 | 55.7 | 24.7 | 25.5 | 23.3 | 52.0 | 24.2 | 25.1 | 23.0 |
| 25 | 54.7 | 24.1 | 24.9 | 22.5 | 51.0 | 23.5 | 24.5 | 22.3 |
| 26 | 53.8 | 23.4 | 24.3 | 21.8 | 50.1 | 23.0 | 23.7 | 21.6 |
| 27 | 52.8 | 22.8 | 23.7 | 21.2 | 49.2 | 22.8 | 23.1 | 20.9 |
| 28 | 51.8 | 22.1 | 23.0 | 20.4 | 48.2 | 21.8 | 22.6 | 20.2 |
| 29 | 50.9 | 21.5 | 22.4 | 19.9 | 47.3 | 21.0 | 21.8 | 19.4 |
| 30 | 49.9 | 20.8 | 21.8 | 19.2 | 46.3 | 20.3 | 21.2 | 18.7 |
| 31 | 48.9 | 20.2 | 21.0 | 18.6 | 45.4 | 19.7 | 20.5 | 17.9 |
| 32 | 48.0 | 19.6 | 20.6 | 17.9 | 44.5 | 19.0 | 19.8 | 17.3 |
| 33 | 47.0 | 19.0 | 20.6 | 17.2 | 43.6 | 18.3 | 19.3 | 16.6 |
| 34 | 46.0 | 18.3 | 19.4 | 16.6 | 42.6 | 17.7 | 18.6 | 15.7 |
| 35 | 45.1 | 17.7 | 18.7 | 15.9 | 41.7 | 17.0 | 16.8 | 12.0 |
| 36 | 44.1 | 17.0 | 18.1 | 15.2 | 40.7 | 16.3 | 17.4 | 14.2 |
| 37 | 43.1 | 16.4 | 17.5 | 14.4 | 39.8 | 15.7 | 16.6 | 13.5 |
| 38 | 42.2 | 15.8 | 16.8 | 13.7 | 38.9 | 15.0 | 16.2 | 12.8 |
| 39 | 41.2 | 15.1 | 16.2 | 12.9 | 38.0 | 14.4 | 15.6 | 12.1 |
| 40 | 40.3 | 14.5 | 15.5 | 12.2 | 37.1 | 13.8 | 15.0 | 11.4 |
| 41 | 39.3 | 13.8 | 15.0 | 11.4 | 36.2 | 13.1 | 14.5 | 10.7 |
| 42 | 38.4 | 13.1 | 14.4 | 10.6 | 35.3 | 12.5 | 13.8 | 10.1 |
| 43 | 37.5 | 12.4 | 13.7 | 9.9 | 34.5 | 11.8 | 13.0 | 9.3 |
| 44 | 36.5 | 11.8 | 13.1 | 9.2 | 33.6 | 11.3 | 12.5 | 8.6 |
| 45 | 35.6 | 11.1 | 12.5 | 8.4 | 32.7 | 10.8 | 12.3 | 8.0 |
| 46 | 34.7 | 10.5 | 12.0 | 7.8 | 31.9 | 10.2 | 11.7 | 7.7 |
| 47 | 33.8 | 9.9 | 11.4 | 7.1 | 31.1 | 9.5 | 11.2 | 7.1 |
| 48 | 32.9 | 9.2 | 10.9 | 6.5 | 30.2 | 9.0 | 10.6 | 6.5 |
| 49 | 32.0 | 8.6 | 10.3 | 5.9 | 29.4 | 8.5 | 10.1 | 6.0 |
| 50 | 31.1 | 8.0 | 9.8 | 5.3 | 28.6 | 7.9 | 9.6 | 5.5 |
| 51 | 30.2 | 7.4 | 9.3 | 4.7 | 27.8 | 7.4 | 9.0 | 4.9 |
| 52 | 29.3 | 6.8 | 8.8 | 4.2 | 27.0 | 6.8 | 8.5 | 4.4 |
| 53 | 28.4 | 6.3 | 8.3 | 3.7 | 26.2 | 6.3 | 8.0 | 3.9 |
| 54 | 27.5 | 5.8 | 7.8 | 3.3 | 25.5 | 5.9 | 7.5 | 3.5 |
| 55 | 26.7 | 5.3 | 7.3 | 2.9 | 24.7 | 5.5 | 7.0 | 3.0 |
| 56 | 25.8 | 4.7 | 6.8 | 2.5 | 23.9 | 4.7 | 6.5 | 2.7 |
| 57 | 25.0 | 4.3 | 6.3 | 2.2 | 23.2 | 4.2 | 6.1 | 2.3 |
| 58 | 24.2 | 3.8 | 5.9 | 1.9 | 22.4 | 3.8 | 5.6 | 2.0 |
| 59 | 23.4 | 3.4 | 5.4 | 1.7 | 21.7 | 3.4 | 5.2 | 1.8 |
| 60 | 22.6 | 3.0 | 5.1 | 1.5 | 21.0 | 3.0 | 4.8 | 1.5 |
| 61 | 21.8 | 2.6 | 4.7 | 1.3 | 20.3 | 2.6 | 4.5 | 1.3 |
| 62 | 21.0 | 2.3 | 4.4 | 1.2 | 19.6 | 2.3 | 4.2 | 1.1 |
| 63 | 20.2 | 2.0 | 4.2 | 1.0 | 19.0 | 2.0 | 3.9 | 1.0 |
| 64 | 19.4 | 1.8 | 4.0 | .8 | 18.3 | 1.7 | 3.7 | .8 |
| 65 | 18.7 | 1.5 | 3.8 | .7 | 17.7 | 1.5 | 3.4 | .7 |
| 66 | 17.9 | 1.3 | 3.6 | .6 | 17.0 | 1.3 | 3.2 | .6 |
| 67 | 17.2 | 1.1 | 3.5 | .5 | 16.4 | 1.1 | 3.0 | .5 |
| 68 | 16.4 | 1.0 | 3.3 | .4 | 15.7 | .9 | 2.9 | .4 |
| 69 | 15.7 | .9 | 3.2 | .4 | 15.1 | .8 | 2.8 | .3 |
| 70 | 15.0 | .8 | 3.0 | .3 | 14.5 | .7 | 2.7 | .3 |
| 71 | 14.3 | .7 | 2.8 | .3 | 13.9 | .6 | 2.6 | .2 |
| 72 | 13.6 | .6 | 2.7 | .2 | 13.4 | .6 | 2.6 | .1 |
| 73 | 13.0 | .5 | 2.3 | .2 | 12.8 | .5 | 2.0 | .1 |
| 74 | 12.3 | .4 | 2.1 | .1 | 12.3 | .4 | 1.9 | .1 |
| 75 | 11.7 | .3 | 1.9 | .1 | 11.8 | .4 | 1.4 | .0 |

[1] Mortality rates used reflect racial differentials in survival.

19

# News

United States Department of Labor

Bureau of Labor Statistics    Washington, D.C. 20212



Technical information: (202) 691-6378
http://www.bls.gov/cps/

Media contact: 691-5902

USDL 02-673

For release: 10:00 A.M. EST
Tuesday, December 10, 2002

## WORK EXPERIENCE OF THE POPULATION IN 2001

A total of 150.3 million persons worked at some point during 2001, somewhat fewer than in the previous year, the Bureau of Labor Statistics of the U.S. Department of Labor reported today. The number of individuals who experienced unemployment during the year rose to 15.8 million in 2001, an increase of 2.8 million from 2000.

These data are from the annual work experience supplement to the Current Population Survey (CPS). The CPS is a monthly survey conducted by the U.S. Census Bureau for the Bureau of Labor Statistics. Additional information about the CPS and this annual supplement, including concepts and definitions, is provided in the Technical Note.

Highlights from the 2001 data include:

- The proportion of the civilian noninstitutional population 16 years old and over that worked at some point during the year was 69.3 percent, down from 70.4 percent in 2000.

- The proportion of workers employed full time, year round fell by 0.4 percentage point from 2000 to 66.3 percent in 2001, but remained high by historical standards.

- The "work-experience unemployment rate"—unemployment as a proportion of the persons who worked or looked for work during the year—rose by 1.8 percentage points to 10.4 percent. The rate rose for all of the major demographic groups.

### Persons with Employment

From 2000 to 2001, the proportion of the civilian noninstitutional population 16 years and over that worked at some point during the year fell from 70.4 percent to 69.3 percent. Among those with work

---

**Changes in Work Experience Estimates**

Estimates shown in this release for calendar years 2000 and 2001 are based on Census 2000 population controls and an expanded sample. For these reasons, the estimates for 2000 appearing in this release may differ from those published earlier, which were based on population controls derived from the 1990 census and a smaller sample. Estimates for 2000 and 2001 are not strictly comparable with estimates for earlier years. For further information on these changes, see the Technical Note.

2

experience during 2001, 75.6 percent were employed year round (either full or part time), down from 76.0 percent in 2000. The percentage of men employed year round fell to 78.6 percent in 2001 from 79.7 percent in 2000. Continuing a long-term growth trend, full-year employment among women increased to 72.3 percent from 71.8 percent in 2000.

Overall, about 4 out of 5 of those who were employed at some time during the year worked full time, the same as in the prior year. There also was little or no change in the proportions of men or women with work experience who worked full time. (See table 1.)

Persons with Unemployment

Overall, 152.3 million persons worked or looked for work at some time in 2001. Of these, 15.8 million experienced some unemployment during the year, 2.8 million more than the year before. Men accounted for about three-fifths of the rise.

The "work-experience unemployment rate" in 2001 was 10.4 percent, 1.8 percentage points higher than in 2000. The rate for blacks, 15.4 percent, was higher than the rate for either Hispanics (12.7 percent) or whites (9.6 percent). As in 2000, men continued to have higher rates than women, both overall and in each of the three groups. (See tables 3 and 4.)

Among those who were unemployed in 2001, the median number of weeks unemployed (time spent looking for work) was 13.7, up from 12.4 weeks the year before. About 2 million of those who had looked for a job in 2001 did not work at all during the year. Of the 13.8 million persons who had worked during the year and also had experienced unemployment, 24.7 percent had two or more spells of joblessness.

# Technical Note

The data presented in this release were collected through the Current Population Survey (CPS) in an annual supplement on work experience. The CPS is a monthly sample survey conducted by the U.S. Census Bureau for the Bureau of Labor Statistics. Data from the CPS are used to obtain the monthly estimates of the nation's employment and unemployment levels. Beginning in 2001, the annual work experience supplement has been asked of part of the CPS samples for February and April and the entire sample for March. Previously, the supplement was asked of the March sample only. The supplement includes questions about work activity during the prior calendar year. For instance, data collected in 2002 refer to the 2001 calendar year. Because the reference period is a full year, the number of persons with some employment or unemployment greatly exceeds the average levels for any given month, which are based on a 1-week reference period, and the corresponding annual average of the monthly estimates.

In addition, estimates from the supplement differ from those obtained in the basic CPS because the questions used to classify workers as either employed or unemployed are different. More important, perhaps, is that fewer questions by which to categorize respondents are asked in the supplement. In regard to unemployment in particular, the supplement has no questions on the type of job search activity or on the respondent's availability to work. Also, individuals can be counted as both employed and unemployed in the work experience data, whereas, for a specific reference week, each person is only counted in one category and employment activity takes precedence over job search activity.

The estimates for calendar years 2000 and 2001 shown in this release incorporate two major changes. As a consequence, the estimates for 2000 shown here may differ from those previously published, and the estimates for 2000 and 2001 are not strictly comparable with estimates for earlier years.

First, the estimates for 2000 and 2001 are based on an expanded sample. Beginning in 2001 (with the collection of data for 2000), the sample for the work experience supplement to the CPS was expanded to 78,000 households from its original 50,000 households. The additional 28,000 households were added in order to improve estimates of children's health insurance coverage by state. Work experience estimates previously published for calendar year 2000 were based on the 50,000-household sample. The additional 28,000 sample households were not used until their effect on the estimates had been fully assessed.

The second change was the use of Census 2000-based population controls in the estimation process for both calendar years 2000 and 2001. Sample results from the CPS are weighted up to independent estimates of the population by sex, age, race, and Hispanic/non-Hispanic origin. The weights, or population controls, are developed using counts of the civilian noninstitutional population derived from the decennial census and are updated using information from administrative records. Previously published estimates of work experience in 2000 were based on population controls from the 1990 census.

Information in this release will be made available to sensory impaired individuals upon request. Voice phone: 202-691-5200; TDD message referral phone: 1-800-877-8339.

### Reliability of the estimates

Statistics based on the CPS are subject to both sampling and nonsampling error. When a sample, rather than the entire population, is surveyed, there is a chance that the sample estimates may differ from the "true" population values they represent. The exact difference, or *sampling error*, varies depending on the particular sample selected, and this variability is measured by the standard error of the estimate. There is about a 90-percent chance, or level of confidence, that an estimate based on a sample will differ by no more than 1.6 standard errors from the "true" population value because of sampling error. BLS analyses are generally conducted at the 90-percent level of confidence.

The CPS data also are affected by *nonsampling error*. Nonsampling error can occur for many reasons, including the failure to sample a segment of the population, inability to obtain information for all respondents in the sample, inability or unwillingness of respondents to provide correct information, and errors made in the collection or processing of the data.

For a full discussion of the reliability of data from the CPS and information on estimating standard errors, see the "Explanatory Notes and Estimates of Error" section of *Employment and Earnings*.

### Concepts and definitions

*Persons who worked.* In the March 2002 supplement, persons are considered to have worked if they responded "yes" to either the question "Did you work at a job or business at any time during 2001?" or "Did you do any temporary, part-time, or seasonal work even for a few days during 2001?"

*Unemployed persons.* Persons who worked during the year but not in every week are counted as unemployed if they also reported looking for work or being on layoff from a job during the year. Those who reported no work activity during the year are considered unemployed if they responded "yes" to the question "Even though you did not work in 2001, did you spend any time trying to find a job or on layoff?"

*Labor force participants.* Persons who either worked or were unemployed during the year.

*Usual full- and part-time employment.* These data refer to the number of hours a worker typically works during most weeks of the year. Workers are classified as full time if they usually worked 35 hours or more in a week; part-time employment refers to workers whose typical workweek was between 1 and 34 hours.

*Year-round and part-year employment.* Workers are classified as year round if they worked 50 to 52 weeks. Part-year employment refers to workers who worked fewer than 50 weeks.

Table 1. Work experience of the population during the year by sex and extent of employment, 2000-01

| Extent of employment | Total | | Men | | Women | |
|---|---|---|---|---|---|---|
| | 2000r | 2001 | 2000r | 2001 | 2000r | 2001 |
| | Numbers (in thousands) | | | | | |
| Civilian noninstitutional population | 214,202 | 216,788 | 102,853 | 104,162 | 111,440 | 112,626 |
| Total who worked or looked for work | 152,417 | 152,300 | 80,287 | 80,304 | 72,130 | 71,996 |
| Percent of the population | 71.1 | 70.3 | 78.1 | 77.1 | 64.7 | 63.9 |
| Total who worked during the year[1] | 150,787 | 150,286 | 79,446 | 79,300 | 71,341 | 70,986 |
| Percent of the population | 70.4 | 69.3 | 77.2 | 76.1 | 64.0 | 63.0 |
| Full time[2] | 121,427 | 121,182 | 69,443 | 69,414 | 51,984 | 51,760 |
| 50 to 52 weeks | 100,580 | 99,644 | 58,934 | 58,076 | 41,652 | 41,568 |
| 48 to 49 weeks | 2,243 | 2,323 | 1,278 | 1,373 | 965 | 950 |
| 40 to 47 weeks | 5,647 | 5,827 | 2,936 | 3,087 | 2,810 | 2,759 |
| 27 to 39 weeks | 4,549 | 5,002 | 2,224 | 2,631 | 2,325 | 2,370 |
| 14 to 26 weeks | 4,891 | 4,850 | 2,363 | 2,488 | 2,528 | 2,362 |
| 1 to 13 weeks | 3,512 | 3,536 | 1,807 | 1,779 | 1,705 | 1,757 |
| Part time[3] | 29,360 | 29,103 | 10,003 | 9,885 | 19,357 | 10,218 |
| 50 to 52 weeks | 13,974 | 14,025 | 4,397 | 4,298 | 9,578 | 9,727 |
| 48 to 49 weeks | 876 | 828 | 303 | 262 | 573 | 566 |
| 40 to 47 weeks | 2,677 | 2,662 | 843 | 901 | 1,833 | 1,761 |
| 27 to 39 weeks | 2,723 | 2,747 | 894 | 924 | 1,829 | 1,823 |
| 14 to 26 weeks | 4,364 | 4,188 | 1,693 | 1,672 | 2,671 | 2,516 |
| 1 to 13 weeks | 4,746 | 4,753 | 1,873 | 1,928 | 2,873 | 2,825 |
| | Percent distribution | | | | | |
| Total who worked during the year[1] | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Full time[2] | 80.5 | 80.6 | 87.4 | 87.5 | 72.9 | 72.9 |
| 50 to 52 weeks | 66.7 | 66.3 | 74.2 | 73.2 | 58.4 | 58.6 |
| 48 to 49 weeks | 1.5 | 1.5 | 1.6 | 1.7 | 1.4 | 1.3 |
| 40 to 47 weeks | 3.7 | 3.9 | 3.6 | 3.9 | 3.9 | 3.9 |
| 27 to 39 weeks | 3.0 | 3.3 | 2.8 | 3.3 | 3.3 | 3.3 |
| 14 to 26 weeks | 3.2 | 3.2 | 3.0 | 3.1 | 3.5 | 3.3 |
| 1 to 13 weeks | 2.3 | 2.4 | 2.3 | 2.2 | 2.4 | 2.5 |
| Part time[3] | 19.5 | 19.4 | 12.6 | 12.5 | 27.1 | 27.1 |
| 50 to 52 weeks | 9.3 | 9.3 | 5.5 | 5.4 | 13.4 | 13.7 |
| 48 to 49 weeks | .6 | .6 | .4 | .3 | .8 | .8 |
| 40 to 47 weeks | 1.8 | 1.7 | 1.1 | 1.0 | 2.6 | 2.5 |
| 27 to 39 weeks | 1.8 | 1.8 | 1.1 | 1.2 | 2.6 | 2.6 |
| 14 to 26 weeks | 2.9 | 2.8 | 2.1 | 2.1 | 3.7 | 3.5 |
| 1 to 13 weeks | 3.1 | 3.2 | 2.4 | 2.4 | 4.0 | 4.0 |

[1] Time worked includes paid vacation and sick leave.
[2] Usually worked 35 hours or more per week.
[3] Usually worked 1 to 34 hours per week.
r = revised. Estimates for 2000 have been revised to reflect the use of Census 2000-based population controls and the inclusion of data collected from an expanded sample. Estimates for 2000 and 2001 are not strictly comparable with estimates for earlier years. See the Technical Note for additional information.

NOTE: Data refer to persons 16 years and over.

Table 2. Work experience of the population during the year by race, Hispanic origin, and sex, 2000-01

(Numbers in thousands)

| Extent of employment, race, and Hispanic origin | Total | | Men | | Women | |
|---|---|---|---|---|---|---|
| | 2000r | 2001 | 2000r | 2001 | 2000r | 2001 |
| **WHITE** | | | | | | |
| Civilian noninstitutional population | 177,468 | 179,203 | 86,053 | 87,105 | 91,415 | 92,188 |
| Total who worked or looked for work | 126,954 | 126,353 | 67,776 | 67,703 | 58,778 | 58,650 |
| Percent of the population | 71.3 | 70.5 | 78.8 | 77.7 | 64.3 | 63.6 |
| Total who worked during the year¹ | 125,540 | 125,097 | 67,253 | 67,076 | 58,287 | 58,021 |
| Percent of the population | 70.7 | 69.8 | 78.2 | 77.0 | 63.8 | 62.9 |
| Percent who worked during the year¹ | | | | | | |
| Full time² | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 50 to 52 weeks | 80.0 | 80.2 | 87.5 | 87.8 | 71.3 | 71.5 |
| 27 to 49 weeks | 66.4 | 66.3 | 74.8 | 73.8 | 57.0 | 57.5 |
| 1 to 26 weeks | 9.2 | 9.6 | 7.9 | 8.9 | 8.6 | 8.4 |
| Part time³ | 5.3 | 5.3 | 5.0 | 5.1 | 5.7 | 5.6 |
| 50 to 52 weeks | 20.0 | 19.8 | 12.5 | 12.2 | 28.7 | 28.5 |
| 27 to 49 weeks | 9.7 | 9.7 | 5.6 | 5.4 | 14.4 | 14.7 |
| 1 to 26 weeks | 4.3 | 4.2 | 2.6 | 2.5 | 6.3 | 6.2 |
| | 6.0 | 6.8 | 4.3 | 4.3 | 8.0 | 7.6 |
| **BLACK** | | | | | | |
| Civilian noninstitutional population | 24,997 | 25,445 | 11,100 | 11,325 | 13,897 | 14,119 |
| Total who worked or looked for work | 17,473 | 17,493 | 8,008 | 8,097 | 9,465 | 9,397 |
| Percent of the population | 69.9 | 68.8 | 72.1 | 71.5 | 68.1 | 66.8 |
| Total who worked during the year¹ | 16,986 | 16,876 | 7,764 | 7,787 | 9,222 | 9,089 |
| Percent of the population | 68.0 | 66.3 | 69.9 | 68.8 | 66.4 | 64.4 |
| Percent who worked during the year¹ | | | | | | |
| Full time² | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 50 to 52 weeks | 83.5 | 83.0 | 88.5 | 86.0 | 81.0 | 80.4 |
| 27 to 49 weeks | 68.0 | 66.6 | 70.2 | 69.5 | 66.1 | 64.2 |
| 1 to 26 weeks | 8.5 | 9.2 | 9.1 | 9.2 | 8.0 | 9.3 |
| Part time³ | 7.0 | 7.1 | 7.2 | 7.3 | 6.8 | 6.9 |
| 50 to 52 weeks | 16.5 | 17.0 | 13.5 | 14.0 | 19.0 | 19.6 |
| 27 to 49 weeks | 6.6 | 6.9 | 4.8 | 5.1 | 8.1 | 8.4 |
| 1 to 26 weeks | 3.3 | 3.4 | 2.4 | 2.7 | 4.2 | 4.1 |
| | 6.5 | 6.7 | 6.3 | 6.2 | 6.7 | 7.1 |
| **HISPANIC ORIGIN** | | | | | | |
| Civilian noninstitutional population | 24,634 | 25,642 | 12,536 | 13,051 | 12,098 | 12,591 |
| Total who worked or looked for work | 17,653 | 18,093 | 10,234 | 10,484 | 7,419 | 7,609 |
| Percent of the population | 71.7 | 70.6 | 81.6 | 80.3 | 61.3 | 60.4 |
| Total who worked during the year¹ | 17,395 | 17,799 | 10,097 | 10,356 | 7,297 | 7,443 |
| Percent of the population | 70.6 | 69.4 | 80.5 | 79.3 | 60.3 | 59.1 |
| Percent who worked during the year¹ | | | | | | |
| Full time² | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 50 to 52 weeks | 84.9 | 84.2 | 90.1 | 90.0 | 77.7 | 76.2 |
| 27 to 49 weeks | 67.7 | 67.1 | 74.5 | 73.3 | 58.4 | 58.5 |
| 1 to 26 weeks | 9.5 | 9.9 | 9.4 | 10.2 | 9.6 | 9.5 |
| Part time³ | 7.7 | 7.2 | 6.2 | 6.5 | 9.8 | 8.2 |
| 50 to 52 weeks | 15.1 | 15.8 | 9.9 | 10.0 | 22.3 | 23.8 |
| 27 to 49 weeks | 7.3 | 8.1 | 4.8 | 4.7 | 10.7 | 12.9 |
| 1 to 26 weeks | 2.9 | 2.8 | 1.5 | 1.8 | 4.7 | 4.1 |
| | 4.9 | 4.9 | 3.4 | 3.5 | 6.8 | 6.8 |

¹ Time worked includes paid vacation and sick leave.
² Usually worked 35 hours or more per week.
³ Usually worked 1 to 34 hours per week.
r = revised. Estimates for 2000 have been revised to reflect the use of Census 2000-based population controls and the inclusion of data collected from an expanded sample. Estimates for 2000 and 2001 are not strictly comparable with estimates for earlier years. See the Technical Note for additional information.

NOTE: Detail for the above race and Hispanic origin groups will not sum to totals because data for the "other races" group are not presented and Hispanics are included in both the white and black population groups. Data refer to persons 16 years and over.

Table 3. Extent of unemployment during the year by sex, 2000-01

| Extent of unemployment | Total 2000r | Total 2001 | Men 2000r | Men 2001 | Women 2000r | Women 2001 |
|---|---|---|---|---|---|---|
| | Numbers (in thousands) | | | | | |
| Total who worked or looked for work | 152,417 | 152,300 | 80,287 | 80,304 | 72,130 | 71,996 |
| Percent with unemployment | 8.5 | 10.4 | 9.0 | 11.1 | 8.1 | 9.6 |
| Total with unemployment | 13,041 | 15,834 | 7,199 | 8,919 | 5,842 | 6,915 |
| Did not work but looked for work | 1,630 | 2,014 | 841 | 1,004 | 789 | 1,010 |
| 1 to 14 weeks | 732 | 939 | 340 | 419 | 392 | 520 |
| 15 weeks or more | 898 | 1,075 | 501 | 585 | 397 | 490 |
| Worked during the year | 11,411 | 13,820 | 6,358 | 7,915 | 5,053 | 5,905 |
| Year-round workers[1] with 1 or 2 weeks of unemployment | 575 | 602 | 363 | 421 | 212 | 180 |
| Part-year workers[2] with unemployment | 10,836 | 13,218 | 5,995 | 7,493 | 4,841 | 5,725 |
| 1 to 4 weeks | 2,394 | 2,365 | 1,150 | 1,244 | 1,244 | 1,121 |
| 5 to 10 weeks | 2,180 | 2,556 | 1,214 | 1,445 | 966 | 1,111 |
| 11 to 14 weeks | 1,575 | 2,038 | 920 | 1,207 | 655 | 831 |
| 15 to 26 weeks | 2,757 | 3,681 | 1,674 | 2,189 | 1,083 | 1,492 |
| 27 weeks or more | 1,930 | 2,579 | 1,037 | 1,409 | 893 | 1,170 |
| Median weeks of unemployment for all workers | 12.4 | 13.7 | 13.0 | 13.8 | 11.6 | 13.6 |
| With 2 spells or more of unemployment | 3,157 | 3,420 | 1,890 | 2,099 | 1,267 | 1,321 |
| 2 spells | 1,412 | 1,642 | 810 | 1,001 | 602 | 641 |
| 3 spells or more | 1,745 | 1,778 | 1,080 | 1,098 | 665 | 680 |
| | Percent distribution | | | | | |
| Did not work but looked for work | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 1 to 14 weeks | 44.9 | 46.6 | 40.4 | 41.7 | 49.7 | 51.5 |
| 15 weeks or more | 55.1 | 53.4 | 59.6 | 58.3 | 50.3 | 48.5 |
| Worked during the year | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Year-round workers[1] with 1 or 2 weeks of unemployment | 5.0 | 4.4 | 5.7 | 5.3 | 4.2 | 3.1 |
| Part-year workers[2] with unemployment | 95.0 | 95.6 | 94.3 | 94.7 | 95.8 | 96.9 |
| 1 to 4 weeks | 21.0 | 17.1 | 18.1 | 15.7 | 24.6 | 19.0 |
| 5 to 10 weeks | 19.1 | 18.5 | 19.1 | 18.3 | 19.1 | 18.8 |
| 11 to 14 weeks | 13.8 | 14.7 | 14.5 | 15.2 | 13.0 | 14.1 |
| 15 to 26 weeks | 24.2 | 26.6 | 26.3 | 27.6 | 21.4 | 25.3 |
| 27 weeks or more | 16.9 | 18.7 | 16.3 | 17.8 | 17.7 | 19.8 |
| With 2 spells or more of unemployment | 27.7 | 24.7 | 29.7 | 26.5 | 25.1 | 22.4 |
| 2 spells | 12.4 | 11.8 | 12.7 | 12.6 | 11.9 | 10.9 |
| 3 spells or more | 15.3 | 12.9 | 17.0 | 13.9 | 13.2 | 11.5 |

[1] Worked 50 or 51 weeks.
[2] Worked less than 50 weeks.
r = revised. Estimates for 2000 have been revised to reflect the use of Census 2000-based population controls and the inclusion of data collected from an expanded sample. Estimates for 2000 and 2001 are not strictly comparable with estimates for earlier years. See the Technical Note for additional information.

NOTE: Data refer to persons 16 years and over.

Table 4. Extent of unemployment during the year by race, Hispanic origin, and sex, 2000-01

(Numbers in thousands)

| Extent of unemployment, race, and Hispanic origin | Total | | Men | | Women | |
|---|---|---|---|---|---|---|
| | 2000r | 2001 | 2000r | 2001 | 2000r | 2001 |
| **WHITE** | | | | | | |
| Total who worked or looked for work | 126,554 | 126,353 | 67,776 | 67,703 | 58,778 | 58,650 |
| Percent with unemployment | 7.9 | 8.6 | 8.3 | 10.4 | 7.5 | 8.8 |
| Total with unemployment | 10,004 | 12,157 | 5,617 | 7,010 | 4,387 | 5,147 |
| Did not work but looked for work | 1,013 | 1,256 | 523 | 627 | 491 | 629 |
| Worked during the year | 8,991 | 10,900 | 5,094 | 6,383 | 3,896 | 4,517 |
| Median weeks of unemployment for all workers | 11.9 | 13.1 | 12.5 | 13.2 | 11.0 | 13.0 |
| Percent who worked during the year[1] | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Year-round workers[2] with 1 or 2 weeks of unemployment | 5.4 | 4.8 | 6.1 | 5.9 | 4.5 | 3.2 |
| Part-year workers[3] with unemployment | 94.6 | 95.2 | 93.9 | 94.1 | 95.5 | 96.8 |
| 1 to 4 weeks | 21.6 | 17.7 | 18.6 | 16.1 | 25.5 | 19.9 |
| 5 to 14 weeks | 34.2 | 34.5 | 34.3 | 34.7 | 33.9 | 34.2 |
| 15 weeks or more | 38.8 | 43.0 | 41.0 | 43.2 | 36.0 | 42.7 |
| With 2 spells or more of unemployment | 28.0 | 24.6 | 30.1 | 26.7 | 25.3 | 21.6 |
| **BLACK** | | | | | | |
| Total who worked or looked for work | 17,473 | 17,493 | 8,009 | 8,097 | 9,466 | 9,397 |
| Percent with unemployment | 12.9 | 15.4 | 14.6 | 16.9 | 11.4 | 14.0 |
| Total with unemployment | 2,248 | 2,689 | 1,171 | 1,372 | 1,077 | 1,317 |
| Did not work but looked for work | 487 | 617 | 244 | 309 | 244 | 307 |
| Worked during the year | 1,761 | 2,072 | 928 | 1,062 | 833 | 1,010 |
| Median weeks of unemployment for all workers | 16.1 | 17.8 | 16.0 | 17.5 | 16.2 | 18.0 |
| Percent who worked during the year[1] | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Year-round workers[2] with 1 or 2 weeks of unemployment | 3.6 | 2.2 | 4.3 | 2.5 | 2.9 | 1.9 |
| Part-year workers[3] with unemployment | 96.4 | 97.8 | 95.7 | 97.5 | 97.1 | 98.2 |
| 1 to 4 weeks | 17.2 | 14.2 | 14.9 | 13.9 | 19.8 | 14.5 |
| 5 to 14 weeks | 26.8 | 27.0 | 26.6 | 27.1 | 24.8 | 26.8 |
| 15 weeks or more | 52.4 | 56.7 | 52.3 | 56.4 | 52.5 | 56.9 |
| With 2 spells or more of unemployment | 26.6 | 25.4 | 27.0 | 25.1 | 25.8 | 25.8 |
| **HISPANIC ORIGIN** | | | | | | |
| Total who worked or looked for work | 17,653 | 18,093 | 10,234 | 10,484 | 7,419 | 7,609 |
| Percent with unemployment | 10.7 | 12.7 | 10.9 | 13.1 | 10.6 | 12.2 |
| Total with unemployment | 1,895 | 2,304 | 1,112 | 1,373 | 784 | 930 |
| Did not work but looked for work | 269 | 294 | 147 | 128 | 122 | 166 |
| Worked during the year | 1,627 | 2,010 | 965 | 1,245 | 662 | 764 |
| Median weeks of unemployment for all workers | 14.8 | 14.9 | 15.5 | 14.3 | 14.1 | 15.6 |
| Percent who worked during the year[1] | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Year-round workers[2] with 1 or 2 weeks of unemployment | 3.1 | 3.9 | 3.4 | 4.3 | 2.6 | 3.3 |
| Part-year workers[3] with unemployment | 96.9 | 96.1 | 96.6 | 95.7 | 97.4 | 96.7 |
| 1 to 4 weeks | 18.3 | 13.4 | 16.1 | 13.0 | 21.5 | 14.0 |
| 5 to 14 weeks | 29.1 | 32.9 | 29.6 | 35.3 | 28.5 | 29.9 |
| 15 weeks or more | 49.4 | 49.8 | 50.9 | 47.3 | 47.4 | 53.7 |
| With 2 spells or more of unemployment | 28.9 | 26.4 | 28.6 | 27.3 | 29.3 | 25.1 |

[1] Time worked includes paid vacation and sick leave.
[2] Worked 50 or 51 weeks.
[3] Worked less than 50 weeks.
r = revised. Estimates for 2000 have been revised to reflect the use of Census 2000-based population controls and the inclusion of data collected from an expanded sample. Estimates for 2000 and 2001 are not strictly comparable with estimates for earlier years. See the Technical Note for additional information.

NOTE: Detail for the above race and Hispanic origin groups will not sum to totals because data for the "other races" group are not presented and Hispanics are included in both the white and black population groups. Data refer to persons 16 years and over.

# FISHER & PHILLIPS LLP
### ATTORNEYS AT LAW

www.laborlawyers.com

Orlando
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801
(407) 541-0288 Tel
(407) 541-0887 Fax

Writer's Direct Dial:
(407) 541-0833

Writer's E-mail:
nstorch@laborlawyers.com

March 30, 2004

VIA FACSIMILE
VIA UNITED STATES MAIL

Robert Steinberg
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202

Re: Hildebrandt v. Hyatt Corp., et. al Case No. C-1-02-0003

Dear Bob:

We are writing to follow up with you regarding the additional information Plaintiff's expert, George E. Parsons agreed to provide during his telephonic deposition. Specifically, Dr. Parsons agreed to provide the following information, on which his opinions are based:

- BLS Reports, including, but not limited to the BLS reports listed in Dr. Parsons' report relating to statistics reported in 2001;

- The Work Life Expectancy tables upon which Dr. Parsons relied in preparing his report; and

- Any other documents on which Dr. Parsons based his opinions and/or report which were not attached to his report.

Please forward those reports to us as soon as possible. Should you have any questions, please do not hesitate to contact Theresa or me.

Very truly yours,

Natalie J. Storch
For FISHER & PHILLIPS LLP

NJS:tmg
cc: Theresa M. Gallion, Esquire

Atlanta · Chicago · Fort Lauderdale · Irvine · New Orleans · Oakland · San Diego

EXHIBIT E