UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BARBARA LODER HILDEBRANDT, | : | |
| | : | |
| Plaintiff | : | |
| | : | CASE NO.  C-1-02-0003 |
| vs. | : | |
| | : | Judge Beckwith |
| HYATT CORPORATION, *et al*., | : | Magistrate Judge Sherman |
| | : | |
| Defendants | : | |
| | : | |

**PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS IN LIMINE TO EXCLUDE EXPERT WITNESSES**

Plaintiff respectfully requests a two-week extension of time to respond to Defendants' motions in limine to exclude the expert opinion and report of Harvey S. Rosen and Plaintiff's vocational expert witness' testimony and report, pursuant to Fed. R. Civ. P. 56(f).  Plaintiff's counsel, Robert A. Steinberg, was on a noticed vacation from June 7-16, 2004 (Doc. 72) when Defendants' served their motions. Mr. Steinberg has returned to the office today.

Respectfully submitted,

s/Robert A. Steinberg
Stanley M. Chesley (0000852)
Robert A. Steinberg (0032932) (Trial Attorney)
**WAITE, SCHNEIDER, BAYLESS**
 **& CHESLEY CO., L.P.A.**
1513 Fourth and Vine Tower
Cincinnati, OH  45202
513-621-0267
bobsteinberg@wsbclaw.cc

and

        Michael J. O'Hara (0014966)
        **O'HARA, RUBERG, TAYLOR, SLOAN**
         **& SERGENT**
        209 Thomas More Park, Suite C
        P.O. Box 17411
        Covington, Kentucky 41017-0411
        (606) 331-2000
        mohara@ortlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing Motion was served by electronic filing via the CM/ECF System and regular mail to Theresa M. Gallion, Esq., Natalie J. Storch, Esq., and Nadine Abrahams, Esq. this 17th day of June, 2004.

                                <u>s/Robert A. Steinberg</u>
                                Robert A. Steinberg