UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BARBARA LODER HILDEBRANDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. C-1-02 0003 |
| ) | |
| HYATT CORPORATION, et al. ) | Judge Sandra Beckwith |
| ) | Magistrate Judge Timothy S. Black |
| Defendants. ) | |

**DEFENDANTS' MOTION TO REMOVE EXHIBITS AND
FOR LEAVE TO FILE REDACTED EXHIBITS**

Defendants Hyatt Corporation ("Hyatt"), Ty Helms, Brian J. Booth and Jack Horne (collectively "Defendants"), hereby submit this Motion requesting that the Court (1) remove from the record Exhibits A through C to Defendants' Motion in Limine to Exclude Expert Opinion and Report of Harvey S. Rosen (Doc. 79), which Exhibits are filed as part two (2) to Document No. 79, and (2) grant leave to the Defendants to file redacted Exhibits A through C in this action. The grounds for this Motion are set forth in the attached supporting memorandum.

DATED this 23rd day of June, 2004.

Respectfully submitted,

FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, Florida 32801
Telephone:    (407) 541-0888
Facsimile:    (407) 541-0887

Chicago 46479.1

By: s/Theresa M. Gallion by
s/Jeffrey J. Harmon per telephone
authorization of 6/23/04
Theresa M. Gallion, Esq.
Florida Bar No. 726801
E-mail: TGallion@LaborLawyers.com

Natalie J. Storch, Esq.
Florida Bar No. 0269920
E-mail: NStorch@LaborLawyers.com

Nadine C. Abrahams. Esq.
Illinois Bar No. 6209382
FISHER & PHILLIPS LLP
140 S. Dearborn, Suite 420
Chicago, Illinois 60603
Telephone:   (312) 580-7811
Facsimile:   (312) 346-3179
E-mail: nabrahams@LaborLawyers.com

s/Jeffrey J. Harmon
Jeffrey J. Harmon
Ohio Bar No. 0032848
CORS & BASSETT, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202-3578
Telephone:   (513) 852-8201
Facsimile:   (513) 852-8222
E-mail: jjh@corsbassett.com

TRIAL ATTORNEYS FOR
DEFENDANTS

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO REMOVE EXHIBITS AND FOR LEAVE TO FILE REDACTED EXHIBITS

Defendants Hyatt Corporation ("Hyatt"), Ty Helms, Brian J. Booth and Jack Horne (collectively "Defendants"), submit this Memorandum in Support of Defendants' Motion to Remove Exhibits and for Leave to File Redacted Exhibits, and state as follows:

On June 8, 2004, Defendants filed Defendants' Motion in Limine to Exclude Expert Opinion and Report of Harvey S. Rosen which includes Exhibits A through C (Doc. 79). Exhibits A through C are filed as part two (2) to Document No. 79 in the Court's Electronic Filing System.

On June 9, 2004, Ms. Tempann Thomas, Docket Deputy, advised the undersigned counsel for Defendants, Jeffrey J. Harmon, that an exhibit in Document No. 79 contained privacy information. Defendants have filed this Defendants' Motion to Remove Exhibits and for Leave to File Redacted Exhibits after consulting with Ms. Thomas regarding the appropriate procedure for addressing this matter.

Therefore, Defendants respectfully request that the Court grant Defendants' Motion to Remove Exhibits and for Leave to File Redacted Exhibits.

DATED this 23rd day of June 2004.

        Respectfully submitted,

        FISHER & PHILLIPS LLP
        1250 Lincoln Plaza
        300 South Orange Avenue
        Orlando, Florida 32801
        Telephone:  (407) 541-0888
        Facsimile:  (407) 541-0887

By:   s/Theresa M. Gallion by
<u>s/Jeffrey J. Harmon per telephone
authorization of 6/23/04</u>
Theresa M. Gallion, Esq.
Florida Bar No. 726801
E-mail: TGallion@LaborLawyers.com

Natalie J. Storch, Esq.
Florida Bar No. 0269920
E-mail: <u>NStorch@LaborLawyers.com</u>

Nadine C. Abrahams. Esq.
Illinois Bar No. 6209382
FISHER & PHILLIPS LLP
140 S. Dearborn, Suite 420
Chicago, Illinois 60603
Telephone:   (312) 580-7811
Facsímile:   (312) 346-3179
E-mail: nabrahams@LaborLawyers.com

<u>s/Jeffrey J. Harmon</u>
Jeffrey J. Harmon
Ohio Bar No. 0032848
CORS & BASSETT, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202-3578
Telephone:   (513) 852-8200
Facsimile:   (513) 852-8222
E-mail: jjh@corsbassett.com

TRIAL ATTORNEYS FOR
DEFENDANTS

4

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 23, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Stanley M. Chesley, Esq. and Robert Steinberg, Esq., Waite, Schneider, Bayless, & Chesley Co., L.P.A., 1513 Central Trust Tower, Cincinnati, Ohio, 45202, Michael J. O'Hara, Esq., O'Hara, Ruberg, Taylor, Sloan & Sergent, 209 Thomas More Park, Suite C, P.O. Box 17411, Covington, Kentucky 41017-0411, and John S. Marshall, Esq. and Edward R. Forman, Esq., Marshall and Morrow LLC, 111 West Rich Street, Suite 430, Columbus, Ohio 43215-5296.

                                  s/Jeffrey J. Harmon
                                  Jeffrey J. Harmon