✎AO 133     (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

SOUTHERN | District of | OHIO, WESTERN DIVISION

BARBARA LODER HILDEBRANDT

## BILL OF COSTS

V.

HYATT CORPORATION, et al.

Case Number:  C-1-02 0003

Judgment having been entered in the above entitled action on ___6/28/04___ against Plaintiff in favor of Defendant Brian Booth ,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,825.92 |
| Fees and disbursements for printing  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,811.55 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case  . . . . . . . . . . | 1,619.68 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | _____ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |

TOTAL   $ 9,257.15

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to: _____.

Signature of Attorney:   See attached Affidavit of Theresa M. Gallion

Name of Attorney: _____

For: _____                                    Date: _____
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____                    By: _____          _____
Clerk of Court                           Deputy Clerk                      Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BARBARA LODER HILDEBRANDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. C-1-02 0003 |
| | ) | |
| HYATT CORPORATION, et al. | ) | Judge Sandra Beckwith |
| | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF THERESA M. GALLION

I, Theresa M. Gallion, being first duly sworn on oath, state as follows:

1.    I am a partner in the law firm of Fisher & Phillips LLP, counsel for Defendants in the above-captioned lawsuit.

2.    On June 28, 2004, this Court granted in part Defendants' Motion for Summary Judgment pursuant to a Memorandum Opinion of the same date, and dismissed with prejudice all of Plaintiff's claims against Defendant Brian Booth.

3.    I have knowledge of the discovery taken in this case and verify that each item set forth in the Itemization of Bill of Costs attached hereto is correct and has been necessarily incurred in this case, and that the services identified in the attached Itemization were actually and necessarily performed. Additionally, the exhibits to the attached Itemization are true and correct copies of invoices issued in this case.

4.    Booth's one-fourth allocated share of the total costs incurred by Defendants incident to the taking of depositions in this case is $2,821.79. Such costs were incurred for the

Chicago 47239.1

court reporter attendance time, videography, and/or for obtaining the deposition transcripts in this case. All of the deposition costs set forth in the Itemization attached hereto were reasonably necessary for use in this case. See Itemization, Section I. The following persons have been deposed in this lawsuit: Doug Patrick, Cathy Petz, Jeanne Pearson, Bruce Small, Jack Horne, Ty Helms, Brian Booth, Molly Crompton, Ed Rabin, George Parsons, Harvey Rosen, Dawn Beagle, Lee Hildebrandt, Wendy Aylward, Dean D'Anna, Mary Rocereto, and Barbara Hildebrandt. Booth, Horne, Helms and Ms. Hildebrandt are or were parties to the case, and Lee Hildebrandt is Plaintiff's husband. George Parsons and Harvey Rosen were identified by Plaintiff as expert witnesses. Aylward, Beagle and Rocereto are plaintiffs in another suit filed against Hyatt in Chicago, and were identified by Plaintiff as having knowledge of her allegations in this case. The remaining listed deponents were defense witnesses deposed by Plaintiff. Excerpts from the depositions of several of the above-listed individuals were used in the summary judgment motion filed by Defendants.

5.    Defendants also incurred the cost of obtaining the official court transcript of a hearing on sanctions before Magistrate Judge Sherman. The transcript was necessary as a record in this case as Magistrate Judge Sherman made his ruling in favor of Defendants' counsel orally, and made additional comments at the hearing that were relevant to a potential appeal or other additional proceedings in this matter. The total cost of the hearing transcript is $16.50, and Defendant Booth's one-fourth allocated share is $4.13. See Itemization, Section II.

6.    Defendants also incurred $6,478.72 in costs associated with outside copying of document productions necessary for use in this case. Defendant Booth's allocated share of these costs is $1,619.68. See Itemization, Section IV.

7.    Defendants likewise incurred expert witness fees in this case in the amount of $19,246.19, of which Booth's one-fourth allocated share is $4,811.55. See Itemization, Section III.


THIS ENDS MY AFFIDAVIT

_____
Theresa M. Gallion


Subscribed and sworn to
before me this _12th_ day of July, 2004

_____
Notary Public



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **BARBARA LODER HILDEBRANDT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | **Case No. C-1-02 0003** |
| | ) | |
| **HYATT CORPORATION, et al.** | ) | **Judge Sandra Beckwith** |
| | ) | **Magistrate Judge Timothy S. Black** |
| | ) | |
| Defendants. | ) | |

## ITEMIZATION OF BILL OF COSTS

### I.  Deposition Materials (Please see Exhibits A-N)

### A.  Court Reporter Appearance/Transcription Fees

| No. | Date of Invoice | Deposition Date | Deponent | Exhibit | Cost |
|---|---|---|---|---|---|
| 1. | 4/25/02 | 4/16/02 | Catherine A. Pety | A | $140.00 |
| 2. | 4/25/02 | 4/16/02 | Douglas A. Patrick | A | $277.50 |
| 3. | 4/25/02 | 4/16/02 | Bruce Small | A | $160.00 |
| 4. | 4/25/02 | 4/16/02 | Jeanne Pearson (includes exhibits) | A | $117.40 |
| 5. | 4/25/02 | 4/17/02 | Tyson W. Helms | B | $807.00 |
| 6. | 4/26/02 | 3/19/02 | B. Hildebrandt | C | $1,692.20 |
| 7. | 10/01/02 | 3/20/02 | Brian Booth | D | $386.80 |
| 8. | 10/01/02 | 3/21/02 | Jack Horne | E | $400.80 |
| 9. | 10/17/02 | 9/23/02 | Dean D'Anna | F | $854.50 |
| 10. | 10/17/02 | 9/23/02 | Mary Rocereto | F | $1,295.75 |
| 11. | 10/17/02 | 9/24/02 | Dean D'Anna/Vol. 2 | G | $1,293.75 |

| 12. | 10/17/02 | 9/24/02 | Wendy Aylward | G | $877.50 |
| 13. | 10/17/02 | 9/25/02 | Dawn Beagle | H | $1,226.50 |
| 14. | 3/18/03 | 2/20/03 | Leo Hildebrandt, Jr. | I | $144.50 |
| 15. | 1/6/04 | 12/18/03 | B. Hildebrandt | J | $158.76 |
| 16. | 4/14/04 | 3/22/04 | George E. Parsons, Ph.D. | K | $390.00 |
| 17. | 5/3/04 | 4/7/04 | Harvey S. Rosen, Ph.D. | L | $425.40 |
| 18. | 5/12/04 | 4/22/04 | Robert Schnitz | M | $129.80 |
| 19. | 5/12/04 | 4/22/04 | Molly Crompton | M | $264.00 |

**B. Videography**

| No. | Date of Invoice | Date of Deposition | Deponent | Exhibit | Cost |
| --- | --- | --- | --- | --- | --- |
| 1. | 3/26/02 | 3/19/02 | B. Hildebrandt | N | $105.00 |
| 2. | 3/26/02 | 3/20/02 | Brian Booth | N | $70.00 |
| 3. | 3/26/02 | 3/21/02 | Jack Horne | N | $70.00 |

**Sub-total (for Depositions Materials):**  $11,287.16
X .25
**$2,821.79**

**II. Official Court Transcripts from Hearings before the Honorable Jack Sherman, Jr., Magistrate Judge (Please see Exhibit O)**

| No. | Date of Hearing | Pages | Cost/Page | Exhibit | Total |
| --- | --- | --- | --- | --- | --- |
| 1. | 1/28/03 | 22 | $0.75 | O | $16.50 |

**Sub-total (for Official Court Transcripts):**  $16.50
X      .25
**$4.13**

## III.  Expert Witness Fees (Please see Exhibit P-R)

| No. | Date | Description | Exhibit | Amount |
|-----|------|-------------|---------|--------|
| 1. | 1/24/03 | Berins & Co., LLC Retainer Fee | P | $15,000.00 |
| 2. | 2/03-3/03; 2/04 | D. Berins Professional Fees (12.5 hrs) D. Berins Professional Fees (29.0 hrs) | Q | $800.97 (net of retainer) |
| 3. | 5/31/04 | D. Berins Professional Fees (9.0 hrs) | R | $3,445.22 |

**Sub-total (Expert Witness Fees):**                   $19,246.19
                                                                              X .25
                                                                        **$4,811.55**

## IV.  Photocopying Fees for Document Productions (Please see Exhibits S-E)

| No. | Date | Description | Exhibit | Cost |
|-----|------|-------------|---------|------|
| 1. | 3/14/02 | CopyPLEX Invoice (documents produced by Plaintiff) | S | $145.59 |
| 2. | 3/14/02 | CopyPLEX Invoice (documents produced by Plaintiff) | T | $280.01 |
| 3. | 3/18/02 | The Presentation Group Invoice (Statistical Information on Personnel Files Produced to Plaintiff) | U | $181.10 |
| 4. | 4/18/02 | The Presentation Group Invoice (National Sales Force Personnel Files Produced to Plaintiff) | V | $256.44 |
| 5. | 4/26/02 | The Presentation Group Invoice (Documents Produced to Plaintiff) | W | $103.63 |
| 6. | 4/29/02 | The Presentation Group Invoice (Documents Produced to Plaintiff) | X | $151.45 |
| 7. | 5/2/02 | The Presentation Group Invoice | Y | $827.31 |

(Documents Produced to Plaintiff)

| | | | | |
|---|---|---|---|---|
| 8. | 5/10/02 | Loop Legal Copies Invoice<br>(National Sales Force Personnel<br>Files Produced to Plaintiff) | Z | $2,870.30 |
| 9. | 5/23/02 | Omaha Legal Copies Invoice<br>(National Sales Force Personnel<br>Files Produced to Plaintiff) | AA | $1,247.42 |
| 10. | 11/6/02 | The Presentation Group Invoice<br>(National Sales Force Personnel<br>Files Produced to Plaintiff) | BB | $222.96 |
| 11. | 11/22/02 | The Presentation Group Invoice<br>(Documents Produced to Plaintiff) | CC | $44.84 |
| 12. | 1/16/03 | Waite, Schneider Invoice<br>(Documents Produced by Plaintiff) | DD | $3.42 |
| 13. | 4/18/03 | The Presentation Group Invoice<br>(Documents Produced to Plaintiff) | EE | $144.25 |

**Sub-total (for Photocopying Fees for Document Productions):**          $6,478.72
                                                              X .25
                                                          **$1,619.68**

## V.   Totals

| | | |
|---|---|---|
| I. | Sub-total (for Deposition Materials) | **$2,821.79** |
| II. | Sub-total (for Official Court Transcripts) | **$4.13** |
| III. | Sub-total (for Expert Witness Fees) | **$4,811.55** |
| IV. | Sub-total (for Photocopying Fees for Document Productions) | **$1,619.68** |

                                              **Total: $9,257.15**

Dated: July 12, 2004

Respectfully submitted,

FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, Florida 32801
Telephone:    (407) 541-0888
Facsimile:     (407) 541-0887

By:    s/Theresa M. Gallion by
       s/Jeffrey J. Harmon per telephone
       authorization of 7/12/04
       Theresa M. Gallion, Esq.
       Florida Bar No. 726801
       E-mail: TGallion@LaborLawyers.com

       Natalie J. Storch, Esq.
       Florida Bar No. 0269920
       E-mail: NStorch@LaborLawyers.com

       Nadine C. Abrahams. Esq.
       Illinois Bar No. 6209382
       FISHER & PHILLIPS LLP
       140 S. Dearborn, Suite 420
       Chicago, Illinois 60603
       Telephone:    (312) 580-7811
       Facsímile:     (312) 346-3179
       E-mail: nabrahams@LaborLawyers.com

       s/Jeffrey J. Harmon
       Jeffrey J. Harmon
       Ohio Bar No. 0032848
       CORS & BASSETT, LLC
       537 E. Pete Rose Way, Suite 400
       Cincinnati, Ohio 45202-3578
       Telephone:    (513) 852-8201
       Facsimile:     (513) 852-8222
       E-mail: jjh@corsbassett.com

       TRIAL ATTORNEYS FOR
       DEFENDANTS

Chicago 47266.1                              5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Stanley M. Chesley, Esq. and Robert Steinberg, Esq., Waite, Schneider, Bayless, & Chesley Co., L.P.A., 1513 Central Trust Tower, Cincinnati, Ohio, 45202, Michael J. O'Hara, Esq., O'Hara, Ruberg, Taylor, Sloan & Sergent, 209 Thomas More Park, Suite C, P.O. Box 17411, Covington, Kentucky 41017-0411, and John S. Marshall, Esq. and Edward R. Forman, Esq., Marshall and Morrow LLC, 111 West Rich Street, Suite 430, Columbus, Ohio 43215-5296.

s/Jeffrey J. Harmon
Jeffrey J. Harmon

Chicago 47266.1

**merit** RECEIVED

LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-9254
(800) 578-1542

APR 29 2002

| | |
|---|---|
| Job #: | 020416WDW |
| Job Date: | 04/16/2002 |
| Order Date: | 04/16/2002 |
| DB Ref #: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Hyatt Corp |

# Invoice

| | |
|---|---|
| Invoice #: | 19321 |
| Inv.Date: | 04/25/2002 |
| Balance: | $733.15 |

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**Action:** Hildebrandt, Barbara Loder
vs
Hyatt Corporation, et al.
**Action #:** C-1-02-0003
**Rep:** Wendy D. Welsh
**Cert:**

| Proceeding/Witness | Description | Disc Amt | Amount |
|---|---|---|---|
| Catherine A. Pety | Copy of Transcript | $0.00 | $140.00 |
| Catherine A. Pety | Condensed Transcript | $0.00 | $0.00 |
| Douglas A. Patrick | Copy of Transcript | $0.00 | $277.50 |
| Douglas A. Patrick | Condensed Transcript | $0.00 | $0.00 |
| Bruce W. Small | Copy of Transcript | $0.00 | $160.00 |
| Bruce W. Small | Condensed Transcript | $0.00 | $0.00 |
| Jeanne Pearson | Copy of Transcript | $0.00 | $105.00 |
| Jeanne Pearson | Condensed Transcript | $0.00 | $0.00 |
| | ASCII Diskette - 3.5". | $0.00 | $10.00 |
| | Photocopy of exhibits | $0.00 | $12.40 |
| | Express Delivery | $0.00 | $28.25 |

**Comments:**

Balances over 15 days may be subject to Finance Chg. @ 1.5%

| | |
|---|---|
| Sub Total | $733.15 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $733.15 |
| Payment | $0.00 |
| Balance Due | $733.15 |

Federal Tax I.D.: 31-1469133

**Terms:** Net 15 Days.

Please KEEP THIS PART for your RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**Deliver To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**EXHIBIT**

tabbies

A

# Invoice

Merit Litigation Support Services
602 Main Street Suite 703
Cincinnati, OH 45202

Phone: (513) 381-8228
Fax: (513) 381-8254

| | |
|---|---|
| Invoice #: | 19321 |
| Inv.Date: | 04/25/2002 |
| Balance: | $733.15 |
| Job #: | 020416WDW |
| Job Date: | 04/16/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |



**Merit**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542

RECEIVED
APR 2 9 2002



Job #: 020417WDW
Job Date: 04/17/2002
Order Date: 04/17/2002
DB Ref.#:
Date of Loss:  / /
Your File #:

Your Client: Hyatt Corp

# Invoice

| Invoice #: | 19317 |
| Inv. Date: | 04/25/2002 |
| Balance: | $817.00 |

| Bill To: | Action: Hildebrandt, Barbara Loder |
|---|---|
| Theresa M. Gallion, ESQ | vs |
| Fisher & Phillips, LLP | Hyatt Corporation, et al. |
| 1250 Lincoln Plaza | Action #: C-1-02-0003 |
| 300 S. Orange Ave. | Rep: Wendy D. Welsh |
| Orlando, FL 32801 | Cert: |

| Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|
| Tyson W. Helms | Copy of Transcript | $0.00 | $772.90 |
| Tyson W. Helms | Condensed Transcript | $0.00 | $0.00 |
| Tyson W. Helms | ASCII Diskette - 3.5" | $0.00 | $10.00 |
| Tyson W. Helms | Photocopy of exhibits | $0.00 | $5.60 |
| Statement on the Record | Original Transcript | $0.00 | $28.50 |

**Comments:**

Balances over 15 days may be subject to Finance Chg. @ 1.5%

| | |
|---|---|
| Sub Total | $817.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $817.00 |
| Payment | $0.00 |
| Balance Due | $817.00 |

Federal Tax I.D.: 31-1469133      Terms: Net 15 Days.

*Please keep this part for your records.*

---

| Bill To: | Deliver To: |
|---|---|
| Theresa M. Gallion, ESQ | Theresa M. Gallion, ESQ |
| Fisher & Phillips, LLP | Fisher & Phillips, LLP |
| 1250 Lincoln Plaza | 1250 Lincoln Plaza |
| 300 S. Orange Ave. | 300 S. Orange Ave. |
| Orlando, FL 32801 | Orlando, FL 32801 |

**EXHIBIT**

tabbies

B

# Invoice

Merit Litigation Support Services
602 Main Street Suite 703
Cincinnati, OH 45202

Phone: (513) 381-8228
Fax: (513) 381-8254

| Invoice #: | 19317 |
| Inv. Date: | 04/25/2002 |
| Balance: | $817.00 |
| Job #: | 020417WDW |
| Job Date: | 04/17/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |

ESQ   RE DEPOSITION SERVICES (O

Tax ID # 22-3779684          390465    ACE   01
A Hobart West Company
PO BOX 460070   FT. LAUDERDALE, FL 33346
(954) 331-4459

FISHER & PHILLIPS
300 SOUTH ORANGE AVENUE                306691EFL 04/26/02
SUITE 1250
ORLANDO, FL 32801

ATTN : THERESA M GALLION, ESQUIRE


HILDEBRANDT VS. HYATT HOTELS

SERVICES PROVIDED ON 03/19/02:
BARBARA L. HILDEBRANDT        1- 284   284 PGS @ $4.25    1,207.00  O+1

APPEARANCE FEE                                    330.00
SHIPPING AND HANDLING                              15.00
JOB SITE: CINCINNATI, OH
*THIS REPLACES INV# 303082
CHANGED PAGE RATE FROM $4.50,
APPEARANCE FROM $340.00 AND
REMOVED INDEXING. SORRY FOR
ANY INCONVIECE.*
THANK YOU
ACCOUNT SERVICE FEE ***                           155.20


                     BALANCE DUE                  1,707.20
(We accept VISA, MasterCard & American Express cards)
***SAVE 155.20                          Collection questions
AMOUNT DUE IF PAID BEFORE  05/26/02   1,552.00      contact us at
AMOUNT DUE IF PAID AFTER   05/26/02   1,707.20     (800) 584-3500
                                            Fax (954) 331-4432
        Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        ESQUIRE DEPOSITION SERVICES LLC    JOB: 390465  TOT: $1707.20
        HOBART DEPOSITION SERVICES         INVOICE #: 306691EFL
        P.O. BOX 460070                    DATE: 04/26/02
        FORT LAUDERDALE, FL 33346
        Tax ID # 22-3779684


        FISHER & PHILLIPS
        Attn: THERESA M GALLION, ESQUIRE
        300 SOUTH ORANGE AVENUE
        SUITE 1250
        ORLANDO, FL 32801

**EXHIBIT**

C



**LITIGATION SUPPORT SERVICES,**
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542

| | |
|---|---|
| Job Date: | 03/20/2002 |
| Order Date: | 03/20/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# Invoice

| | |
|---|---|
| Invoice #: | 20065 |
| Inv.Date: | 10/01/2002 |
| Balance: | $392.80 |

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**Action:** Hildebrandt, Barbara Loder
vs
Hyatt Corporation, et al.

**Action #:** C-1-02-0003

**Rep:** Wendy D. Welsh

**Cert:**

| Item | Proceeding/Witness | Description | Disc. Amt | Amount |
|---|---|---|---|---|
| 1 | Brian J. Booth | Copy of Transcript | $0.00 | $372.00 |
| 2 | Brian J. Booth | Condensed Transcript | $0.00 | $0.00 |
| 3 | Brian J. Booth | ASCII Diskette - 3.5" (Complimentary) | $0.00 | $0.00 |
| 4 | Brian J. Booth | Photocopy of exhibits | $0.00 | $14.80 |
| | | Postage | $0.00 | $6.00 |

OCT 4 - 2002
RECEIVED

**Comments:**

Balances over 15 days may be subject to Finance Chg. @ 1.5%

| | |
|---|---|
| Sub Total | $392.80 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $392.80 |
| Payment | $0.00 |
| Balance Due | $392.80 |

**Federal Tax I.D.:** 31-1469133      **Terms:** Net 15 Days.

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**Deliver To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801



**EXHIBIT**

tabbies

D

# Invoice

Merit Litigation Support Services
602 Main Street Suite 703
Cincinnati, OH 45202

Phone: (513) 381-8228
Fax: (513) 381-8254

| | |
|---|---|
| Invoice #: | 20065 |
| Inv.Date: | 10/01/2002 |
| Balance: | $392.80 |
| Job #: | 020320WDW |
| Job Date: | 03/20/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |




# Merit.

LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542

VISA



# INVOICE

| | |
|---|---|
| **Job Date:** | 03/21/2002 |
| **Order Date:** | 03/21/2002 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |

| | |
|---|---|
| **Invoice #:** | 20067 |
| **Inv.Date:** | 10/01/2002 |
| **Balance:** | $400.80 |

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**Action:** Hildebrandt, Barbara Loder
vs
Hyatt Corporation, et al.

**Action #:** C-1-02-0003
**Rep:** Wendy D. Welsh
**Cert:**

| Item | Proceeding/Witness | Description | Disc.Amt. | Amount |
|---|---|---|---|---|
| 1 | John M. Home | Copy of Transcript | $0.00 | $394.00 |
| 2 | John M. Home | Condensed Transcript | $0.00 | $0.00 |
| 3 | John M. Home | ASCII Diskette - 3.5" (Complimentary) | $0.00 | $0.00 |
| 4 | John M. Home | Photocopy of exhibits | $0.00 | $6.80 |

OCT 4 - 2002
RECEIVED

**Comments:**

Balances over 15 days may be subject to Finance Chg. @ 1.5%

| | |
|---|---|
| **Sub Total** | $400.80 |
| **Shipping** | $0.00 |
| **Tax** | N/A |
| **Total Invoice** | $400.80 |
| **Payment** | $0.00 |
| **Balance Due** | $400.80 |

**Federal Tax I.D.:** 31-1469133    **Terms:** Net 15 Days.

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**Deliver To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801



## EXHIBIT

tabbies

E



Merit Litigation Support Services
602 Main Street Suite 703
Cincinnati, OH 45202

**Phone:** (513) 381-8228
**Fax:** (513) 381-8254

| | |
|---|---|
| **Invoice #:** | 20067 |
| **Inv.Date:** | 10/01/2002 |
| **Balance:** | $400.80 |
| **Job #:** | 020321WDW |
| **Job Date:** | 03/21/2002 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |

# INVOICE

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136716 | 10/17/2002 | 01-65916 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/23/2002 | BURNNA | C1020003 |

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 SOuth Orange Avenue
Orlando, FL 32801

| CASE CAPTION |
|---|
| Barbara Loder Hildebrandt vs. Hyatt Hotels Corp |

| TERMS |
|---|
| Due upon receipt |

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | 727.50 |
| Dean D'Anna | | | |
| | CONCORDANCE INDEXING | 21.00 Pages | 21.00 |
| | ROUGH DRAFT | 106.00 Pages | 106.00 |
| (TAXABLE   $   727.50) | | | |
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | 993.75 |
| Mary Rocereto | | | |
| | CONCORDANCE INDEXING | 37.00 Pages | 37.00 |
| | ROUGH DRAFT | 265.00 Pages | 265.00 |
| (TAXABLE   $   993.75) | | | |
| | | TOTAL DUE >>>> | 2,150.25 |
| 30 DAY SIG LTR THROUGH MR. STEINBERG'S OFFICE | | | |

TAX ID NO. : 31-0725254

*Please detach bottom portion and return with payment.*

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 SOuth Orange Avenue
Orlando, FL 32801

Job No.    :  01-65916
Case No.   :  C1020003
Barbara Loder Hildebrandt vs. Hyatt

Invoice No.:  136716
Date       :  10/17/2002
**TOTAL DUE** :   2,150.25

Remit To:   Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____ Phone _____
Billing Address: _____
Amount to Charge: _____
Cardholder's Signature: _____

**EXHIBIT**

F

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136718 | 10/17/2002 | 01-65917 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/24/2002 | BURNNA | C1020003 |

| CASE CAPTION |
|---|
| Barbara Loder Hildebrandt vs. Hyatt Hotels Corp |

| TERMS |
|---|
| Due upon receipt |

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 SOuth Orange Avenue
Orlando, FL 32801

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:                        1,078.75
   Dean D'Anna/Vol 2
            ROUGH DRAFT              197.00 Pages              197.00
            CONCORDANCE INDEXING      18.00 Pages               18.00
(TAXABLE  $1,078.75)
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:                          667.50
   Wendy Aylward
            CONCORDANCE INDEXING      32.00 Pages               32.00
            ROUGH DRAFT              178.00 Pages              178.00
(TAXABLE  $  667.50)

                                     TOTAL DUE >>>>           2,171.25

30 DAY SIG THROUGH MR. STEINBERG'S OFFICE.
```

TAX ID NO.: 31-0725254

*Please detach bottom portion and return with payment.*

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 SOuth Orange Avenue
Orlando, FL 32801

```
Job No.    : 01-65917
Case No.   : C1020003
Barbara Loder Hildebrandt vs. Hyatt

Invoice No.: 136718
Date       : 10/17/2002
TOTAL DUE  :  2,171.25
```

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Amount to Charge: _____
Cardholder's Signature: _____

**EXHIBIT**

G

Remit To:   **Ace Reporting Services**
            **30 Garfield Place**
            **Suite 620**
            **Cincinnati, OH 45202-4364**

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136720 | 10/17/2002 | 01-65918 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/25/2002 | BURNNA | C1020003 |

| CASE CAPTION |
|---|
| Barbara Loder Hildebrandt vs. Hyatt Hotels Corp |

| TERMS |
|---|
| Due upon receipt |

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 SOuth Orange Avenue
Orlando, FL 32801

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF                                1,012.50
   Dawn Beagle
                     CONCORDANCE INDEXING        32.00 Pages          32.00
                     ROUGH DRAFT                182.00 Pages         182.00
                     DELIVERY                                         36.50
   (TAXABLE   $1,012.50)

                                           TOTAL DUE >>>>          1,263.00

30 DAY SIG THROUGH MR. STEINBERG'S OFFICE
```

TAX ID NO.: 31-0725254

*Please detach bottom portion and return with payment.*

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 SOuth Orange Avenue
Orlando, FL 32801

```
Job No.      :  01-65918
Case No.     :  C1020003
Barbara Loder Hildebrandt vs. Hyatt

Invoice No.:  136720
Date         :  10/17/2002
TOTAL DUE    :   1,263.00
```

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:    Ace Reporting Services
             30 Garfield Place
             Suite 620
             Cincinnati, OH 45202-4364

**EXHIBIT**

H

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138739 | 03/18/2003 | 01-67203 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/20/2003 | BURNNA | C102003 |

RECEIVED
MAR 21 2003

**CASE CAPTION**

Barbara Loder Hildebrandt vs. Hyatt Corporation

Natalie J. Storch
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801

**TERMS**

Due upon receipt

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:                                          137.50
    Leo H. Hildebrandt, Jr.
        CONCORDANCE INDEXING          7.00 Pages                    7.00
        POSTAGE                                                   2.90

(TAXABLE    $    97.50)

                                 TOTAL   DUE   >>>>          147.40

                                 AFTER 4/17/2003 PAY        149.61

30 DAY SIG THROUGH MR. STEINBERG'S COPY, ORIG/COPY MAILED 3/18/03

---

TAX ID NO.: 31-0725254                                          (407) 541-0888

*Please detach bottom portion and return with payment.*

Natalie J. Storch
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801

Job No.    :  01-67203
Case No.   :  C102003
Barbara Loder Hildebrandt vs. Hyatt C

Invoice No.:  138739
Date       :  03/18/2003
TOTAL DUE  :      147.40
AFTER 4/17/2003 PAY : 149.61

## PAYMENT WITH CREDIT CARD

Card Holder's Name: . . . . . . .
VISA/MC #: . . . . . . .
Exp. Date: . . . . . .          Phone #:
Billing Address: . . . . . . .
Amount to Charge: . . . .
Cardholder's Signature: . . . . . .

Remit To:   **Ace Reporting Services**
            **30 Garfield Place**
            **Suite 620**
            **Cincinnati, OH 45202-4364**

**EXHIBIT**

I

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| FISHOR02 | 04/01/2004 |

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | .00 | 158.76 |

| 90 DAYS | 120 DAYS & OVER | TOTAL DUE |
|---|---|---|
| .00 | .00 | 158.76 |

PAGE 1 OF 1

| INV. DATE | INV. NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 01/06/2004 | 142410 | 158.76 | 12/18/2003 | Barbara Loder Hildeb | Barbara Loder Hildebrandt vs. |

1½% PER MONTH
ADDED AFTER 30 DAYS

## PAST DUE

TAX ID NO.:   31-0725254

*Please detach bottom portion and return with payment.*

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801

Account No.:  FISHOR02
Date          :  04/01/2004

TOTAL DUE  :  158.76

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____ Phone _____
Billing Address: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364

**EXHIBIT**

J

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200    Fax  (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 143389 | 04/14/2004 | 01-72456 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/22/2004 | GEE SU | C102003 |

| CASE CAPTION |
|---|
| Barbara Hildebrandt vs. Hyatt Hotels Corporation |

| TERMS |
|---|
| Due upon receipt |

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801

ORIGINAL OF TRANSCRIPT OF
GEORGE PERSON, JR.
POSTAGE
(TAXABLE)

TOTAL DUE  >>>    393.85
AFTER 05/14/2004 PAY    399.76

30 DAY S/C THROUGH MR. STEINBERG'S COPY
ORIGINAL MAILED 4/14/04

1.5% PER MONTH
ADDED AFTER 30 DAYS

TAX ID NO. :  31-0725254                                            (407) 541-0888

*Please detach bottom portion and return with payment.*

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801

Job No.    : 01-72456
Case No.   : C102003
Barbara Hildebrandt vs. Hyatt Hotels

Invoice No.: 143389
Date       : 04/14/2004
TOTAL DUE  :    393.85
AFTER 5/14/2004 PAY : 399.76

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:    Ace Reporting Services
             30 Garfield Place
             Suite 620
             Cincinnati, OH 45202-4364

**EXHIBIT**

K

*Tackla & Associates*
1801 E. 9th St., STE 1020
Cleveland, Ohio 44114
Phone #: (216)241-3918  Fax #: (216)241-3935

To:

Theresa Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801

Employer I.D. No.31-1497781

| Invoice Date: |
|---|
| 5/03/2004 |

| Invoice No. |
|---|
| 169 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

RE:  Barbara Loder Hildebrandt vs. Hyatt Hotels Corporation, et al.

Deposition Date:  4/07/2004    Case No.  C-1-02 003    County:

Taken By:  Angie Shane    CSR# 108

| Description | Charges |
|---|---|
| Original and one copy of transcript for: - Harvey S Rosen, Ph.D. | 315.40 |
| Attendance of Reporter | 110.00 |
| Postage | 10.00 |

| | |
|---|---|
| TERMS: NET 30 DAYS<br>To insure proper credit, please enclose a<br>copy of this invoice with payment. | **Total:** 435.40 |

TOTAL BALANCE DUE    435.40


# Tackla
# & Associates
Court Reporting & Videotaping

| EXHIBIT |
|---|
| L |



LegaLink Chicago      tel (312) 263-3524
230 W. Monroe Street   tel (800) 868-0061
Suite 1500             fax (312) 263-3544
Chicago, IL 60606      www.legalink.com
LEGALINK
A WORDWAVE COMPANY   GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14025886 | 05/12/2004 | 1401-113261 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/22/2004 | SHALKA | C-1-02-0003 |

| CASE CAPTION |
|---|
| Barbara Loder Hildebrandt vs. Hyatt Corporation |

| TERMS |
|---|
| Due upon receipt |

Theresa Gallion
Fisher & Phillips
1250 Lincoln Plaza
Orlando, FL 32801

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Robert Schnitz | 59 Pages @ | 2.20/Page | | 129.80 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Molly Crompton | 120 Pages @ | 2.20/Page | | 264.00 |
| FedEx - Std Overnight | | | | 35.00 |

TOTAL DUE >>>>      428.80

AFTER 6/11/2004 PAY      450.24

LegaLink can now send your invoices and statements via email in PDF format! If you
would like to receive your invoices and/or statements via email, please contact the
local Billing Coordinator at LegaLink Chicago, 312-263-3524. Thank you for your
business.

TAX ID NO. : 36-3080362                                    (407) 541-0888

*Please detach bottom portion and return with payment.*

Theresa Gallion
Fisher & Phillips
1250 Lincoln Plaza
Orlando, FL 32801

Invoice No.: 14025886
Date      : 05/12/2004
TOTAL DUE :     428.80
AFTER 6/11/2004 PAY : 450.24

Job No.   : 1401-113261
Case No.  : C-1-02-0003
Barbara Loder Hildebrandt vs. Hyatt

Remit To:    LegaLink Chicago
             230 W. Monroe Street, Suite 1500
             Chicago, IL 60606



EXHIBIT

M



**INVOICE**

LITIGATION SUPPORT SERVICES,
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542

| | |
|---|---|
| Order Date: | 03/19/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Hyatt Corp. |

| | |
|---|---|
| **Invoice #:** | 19162 |
| **Inv.Date:** | 03/26/2002 |
| **Balance:** | $257.00 |

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**Action:** Hildebrandt, Barbara Loder
vs
Hyatt Corporation, et al.

**Action #:** C-1-02-0003

**Rep:** Marlene Dori

**Cert:** CLVS

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Barbara L. Hildebrandt (03/19/02) | Copy of Videotape | $0.00 | $105.00 |
| 2 | Brian Booth (3/20/02) | Copy of Videotape | $0.00 | $70.00 |
| 3 | Jack Horne (3/21/02) | Copy of Videotape | $0.00 | $70.00 |
| | | Delivery of Tape | $0.00 | $12.00 |

**Comments:**

Balances over 15 days may be subject to Finance Chg. @ 1.5%

| | |
|---|---|
| Sub Total | $257.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $257.00 |
| Payment | $0.00 |
| Balance Due | $257.00 |

*Federal Tax I.D.:* 31-1469133     **Terms:** Net 15 Days.

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**Deliver To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**EXHIBIT**
tabbies
N

**Invoice**

Merit Litigation Support Services
602 Main Street Suite 703
Cincinnati, OH 45202

*Phone:* (513) 381-8228
*Fax:* (513) 381-8254

| | |
|---|---|
| **Invoice #:** | 19162 |
| **Inv.Date:** | 03/26/2002 |
| **Balance:** | $257.00 |
| Job #: | 020319MD |
| Job Date: | 03/19/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |

RECEIVED

FEB 10 2003

PAYMENT DUE UPON
RECEIPT OF INVOICE

I N V O I C E

MARY ANN RANZ
Official Court Reporter
Room 838
Potter Stewart U.S. Courthouse Building
100 East Fifth Street
Cincinnati, Ohio    45202
PH: (513) 564-7626

February 4, 2003

TO:     Theresa M. Gallion, Esq.
        Fisher & Phillips, LLP
        1250 Lincoln Plaza
        300 S. Orange Avenue
        Orlando, Florida    32801

RE:     Barbara Loder Hildebrandt, plaintiff -v- Hyatt
        Corporation, et al., defendants, Civil Action No. C-1-02-03,
        Telephone Conference, heard before The Honorable Jack
        Sherman, Jr., Magistrate Judge of the United States District
        Court for the Southern District of Ohio, Western Division,
        on Tuesday, January 28, 2003.

22 copy pages at .75 per page...............$ 16.50

Thank you,

Mary Ann Ranz

EXHIBIT

O

 Berins & Co., LLC

Taxpayer ID 75-2830258

Fisher & Phillips LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL  32801
Attn:  Theresa M. Gallion

## INVOICE

For services in connection with Hildebrandt v. Hyatt

Retainer due on execution of Engagement Agreement
dated January 24, 2003                                          **$15,000.00**

### Terms:  DUE UPON RECEIPT

-Thank You-



**EXHIBIT**

tabbies'

P

1402 Exeter Court
Southlake, Texas 76092
t 817.442.0833
f 817.442.1283
dberins@berinsco.com

www.berinsco.com

 Berins & Co., LLC

Taxpayer ID 75-2830258

February 29, 2004

Fisher & Phillips LLP
1250 Lincoln Plaza
300 S. Orange Avenue
Orlando, FL  32801
attn:  Theresa M. Gallion

## INVOICE

For services in connection with Hildebrand v. Hyatt

**Professional Fees**

Feb-Mar 2003
D. Berins          12.5 hrs (see attached)          $  4,687.50

February 2004
D. Berins          29.0 hrs (see attached)          10,875.00

**Total Professional Fees – This Invoice**          **$15,562.50**

**Out-of-pocket Expenses Incurred:**

FedEx                              $   26.50
Long distance phone                    211.97

**Total out-of-pocket expenses**          **$   238.47**

**Total Fees & Expenses Incurred**          **$15,800.97**

Less:  Retainer on account          (15,000.00)

**TOTAL DUE THIS INVOICE**          **$800.97**

EXHIBIT
Q

1402 Exeter Court
Southlake, Texas 76092
t 817.442.0833
f 817.442.1281
dberins@berinsco.com

www.berinsco.com

# Berins & Co., LLC

Taxpayer ID 75-2830258

May 31, 2004

Fisher & Phillips LLP
1250 Lincoln Plaza
300 S. Orange Avenue
Orlando, FL  32801
attn:  Theresa M. Gallion

## INVOICE

---

For services in connection with Hildebrand v. Hyatt

**Professional Fees**

<u>May 2004</u>
D. Berins          9.0 hrs (see attached)          $ 3,375.00

**Total Professional Fees – This Invoice**          **$3,375.00**

**Out-of-pocket Expenses Incurred:**

FedEx                          $   23.72
Long distance phone                46.50

**Total out-of-pocket expenses**                   **$   70.22**

**Total Fees & Expenses Incurred**                 **$3,445.22**

**TOTAL DUE THIS INVOICE**                         **$3,445.22**

> **EXHIBIT**
>
> tabbies®
>
> R

7402 Exeter Court
Southlake, Texas 76092
t 817.442.0833
f 817.442.1283
dberins@berinsco.com

www.berinsco.com

# CopyPLEX

400 Tri-State Building
432 Walnut Street
CINCINNATI, OHIO 45202

513-381-COPY (2679)

## Invoice

Invoice Number:
CP02031002

Invoice Date:
Mar 14, 2002

Page:
1

Sold To:
Waite, Schneider, et al
1513 Central Trust Tower
Fourth & Vine Streets
Cincinnati, OH 45202

Ship to:
Bob S.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Waite01 | 22007-04 | Net Due; 1.5% per mo > 30 | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| AMS100 | | 3/14/02 | 3/14/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 865.00 | | Level II Copies | 0.14 | 121.10 |
| 13.00 | | Sq. Ft. Oversize | 1.25 | 16.25 |

Received by: _____

Check No:

Federal Tax ID Number: 31-1422582

| | |
|---|---|
| Subtotal | 137.35 |
| Sales Tax | 8.24 |
| Total Invoice Amount | 145.59 |
| Payment Received | |
| **TOTAL** | 145.59 |

**EXHIBIT**

S

# CopyPLEX

400 Tri-State Building
432 Walnut Street
CINCINNATI, OHIO 45202

513-381-COPY (2679)

**Invoice**

Invoice Number:
CF02030999

Invoice Date:
Mar 14, 2002

Page:
1

Sold To:
Waite, Schneider, et al
1513 Central Trust Tower
Fourth & Vine Streets
Cincinnati, OH  45202

Ship to:
Bob S.

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Waite01 | | 22007-04 | | Net Due; 1.5% per mo > 30 | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| AMS100 | | | | 3/14/02 | 3/14/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,016.00 | | Level II Copies | 0.14 | 142.24 |
| 1,016.00 | | One Additional Set Of Above | 0.12 | 121.92 |

*OK P 3-19-02*

Received by: _____

Check No: _____

Federal Tax ID Number: 31-1422582

| | |
|---|---|
| Subtotal | 264.16 |
| Sales Tax | 15.85 |
| Total Invoice Amount | 280.01 |
| Payment Received | - |
| **TOTAL** | 280.01 |

**EXHIBIT**

T



**Litigation Graphics**
**Medical Illustrations**
**Animations**
**Litigation Copies**

Federal Tax ID 59-3249956

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/18/2002 | 53053 |

**BILL TO**

Fisher & Phillips
300 S. Orange
Suite 1250
Orlando FL 32801
Attn: Jacki Lyle

**SHIP TO**

Same

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Jacki L | Due On Receipt | FL3 | 3/15/2002 | Our Driver | 3-416 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CS | Case Name/#: Hildebrandt v. Hyatt | | 0.00 | 0.00 |
| L1 | B/W Copies 8.5 x 11-Litigation Level | 1,765 | 0.09 | 158.85 |
| C1 | Color Copies 8.5 x 11-Quantity 1-50 | .12 | 1.00 | 12.00 |
| | Subtotal | | | 170.85 |
| | Sales Tax | | 6.00% | 10.25 |

Ask about our Photo Enlargements

**Total**    $181.10

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida

**EXHIBIT**

U

**Corporate Office:**  6220 South Orange Blossom Trail, Suite 200  Orlando, Florida 32809
(407) 859-3099   fax (407) 859-3099   (800) 589-2688   www.presentationgroup....

# THE PRESENTATION GROUP
## LITIGATION SUPPORT

*Litigation Graphics*
*Medical Illustrations*
*Animations*
*Litigation Copies*

Federal Tax ID 59-3249956

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/18/2002 | 55166 |

| BILL TO |
|---------|
| Fisher & Phillips<br>300 S. Orange<br>Suite 1250<br>Orlando, FL 32801<br>Attn: Deborah Potts |

| SHIP TO |
|---------|
| Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Deborah P | Due On Receipt | FL3 | 4/17/2002 | Our Driver | 4-555 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CS | Case Name/#: Hyatt/Hildebrandt//13292-0007 | | 0.00 | 0.00 |
| L1 | B/W Copies 8.5 x 11-Litigation Level 1<br>Sales Tax | 2,688 | 0.09<br>6.00% | 241.92<br>14.52 |

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS!

| Total | $256.44 |
|-------|---------|

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

**EXHIBIT**

V

# THE PRESENTATION GROUP
## Litigation Support

**Main Office:**
6220 S. Orange Blossom Trail
Suite 200
Orlando, FL 32809

### INVOICE

email: tpg@presentationgroup.com

Phone:    407-859-3099
Fax:      407-649-4716

| | |
|---|---|
| Customer: | Fisher & Phillips LLP |
| Address: | 300 S. Orange Ave. |
| Suite No: | 1250 |
| City, St., Zip: | Orlando, FL 32801 |
| Attn: | Deborah Potts |
| Phone: | 407-541-0888 |

| | |
|---|---|
| Pickup Date: | 04/24/02 |
| Case Name: | Hyatt / Hildebrandt |
| Case Number: | n/a |
| Job No: | 4-833a scb |
| Delv Date: | 04/26/02 |
| Ship Via: | Our Driver |
| CAP 1: | ACC |
| CAP 2: | ACC |
| CAP 3: | ACC |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Litigation Copies - Level 2 | 752 | 0.130 | 97.76 |

DESCRIPTION :

| | |
|---|---|
| Subtotal | 97.76 |
| Sales Tax | 5.87 |
| Total | 103.63 |

Customer Signature:

Date:

**EXHIBIT**

tabbies'

W

### INVOICE

# THE PRESENTATION GROUP
## LITIGATION SUPPORT

Litigation Graphics
Medical Illustrations
Animations
Litigation Copies

Federal Tax ID 59-3249956

## Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/29/2002 | 55836 |

**BILL TO**

Fisher & Phillips
300 S. Orange
Suite 1250
Orlando, FL 32801
Attn: Deborah Potts

**SHIP TO**

Same

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Deborah P | Due On Receipt | FL3 | 4/26/2002 | Our Driver | 4-833b |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | | | 0.00 | 0.00 |
| CS | Case Name/#: Hyatt/Hildebrandt | | | |
| L2 | B/W Copies 8.5 x 11-Litigation Level 2 | 752 | 0.13 | 97.76 |
| BATES | Bates Labeling-Print & Affix | 752 | 0.06 | 45.12 |
| | | | | 142.88 |
| | Subtotal | | 6.00% | |
| | Sales Tax | | | 8.57 |

Document Imaging Now Available!

**Total**  $151.45

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

**EXHIBIT**

tabbies

X

**Corporate Office:**   6220 South Orange Blossom Trail. Suite 200  Orlando, Florida 32~
(407) 859-3099    fax (407) 859-3089    (800) 589-2688    www.presentationgroup.c~

## THE PRESENTATION GROUP
### Litigation Support

**Main Office:**
6220 S. Orange Blossom Trail
Suite 200
Orlando, FL 32809

email: tpg@presentationgroup.com

Phone:    407-859-3099
Fax:       407-649-4716

*INVOICE*

| | | |
|---|---|---|
| Customer: | Fisher & Phillips LLP | |
| Address: | 300 S. Orange Ave. | |
| Suite No: | 1250 | |
| City, St., Zip: | Orlando, FL 32801 | |
| Attn: | Deborah Potts | |
| Phone: | 407-541-0888 | |

| | |
|---|---|
| Pickup Date: | 05/01/02 |
| Case Name: | Hyatt/Hildebrandt |
| Case Number: | 13292-0007 |
| Job No: | 5-042rsh |
| Delv Date: | 05/02/02 |
| Ship Via: | Our Driver |
| CAP 1: | 25 |
| CAP 2: | 0 |
| CAP 3: | 0 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Litigation Copies - Level 1 | 8672 | 0.090 | 780.48 |

**DESCRIPTION :**

| | |
|---|---|
| Subtotal | 780.48 |
| Sales Tax | 46.83 |
| Total | 827.31 |

Customer Signature: _____

Date: _____

*INVOICE*

**EXHIBIT**

Y

**Loop Legal Copies**

318 West Adams Suite 404
Chicago, IL 60606
EIN-36-4248571
(312) 726-COPY

Hyatt: 13292
Hildebrandt 0007

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/10/02 | 14817 |

---

**BILL TO**

Fisher & Phillips LLP
140 S. Dearborn Street Suite 420
Chicago, IL 60603

---

| TERMS | REP | CLIENT# | ORDERED BY |
|-------|-----|---------|------------|
| Net 10 | BBC | Hyatt | Leann |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| **** ONE SET **** | | | |
| Staple/Clip as Originals | | | |
| Restaple/Reclip Originals | | | |
| Rubberband Copies | | | |
| Remove/Replace Post-Its | | | |
| Some/All 2 sided Copies | | | |
| Letter/Legal/11x17 Size Copies Mixed | | | |
| Z/Book/Tri Fold | | | |
| Handglass Work | | | |
| Constant Variable Contrast Adjustment | | | |
| Labor Intensive Project | | | |
| Copy Folders On White | 13,134 | 0.2175 | 2,856.65 |
| Handglass Copies | 39 | 0.35 | 13.65 |
| 11x17 Copies | | | |

| | | | |
|--|--|--|--|
| Thank You<br>Signature | | **Total** | $2,870.30 |

Your signature above is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days. Interest at the rate of 1.5% per month will be charged on invoices not paid within 30 days. Customer agrees to pay all fees incured in the collection of past due accounts.

**EXHIBIT**

tabbies

Z



## OMAHA LEGAL COPIES

1299 FARNAM STREET, SUITE 120
OMAHA, NE 68102
PHONE: 402-344-COPY (2679)
FAX: 402-344-8168

# INVOICE



| Bill To |
| --- |
| Fisher & Phillips LLP |
| 1250 Lincoln Plaza |
| 300 South Orange Ave. |
| Orlando, FL 32801 |
| phone: 407-541-0867 |
| contact:   Debora Potts |

| | |
| --- | --- |
| Invoice #: | 15917 |
| Date: | 05/23/2002 |
| Sales Rep: | Dave |
| Client Matter: | 132920007 |
| Billing Number: | |

| Qty | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 5,088 | "E" work | full service copies | 0.23 | 1,170.24T |
| 3 | 11 x 17 | 11 x 17 copies | 0.35 | 1.05T |

| | |
| --- | --- |
| Subtotal: | $1,171.29 |
| Sales Tax: (6.5%) | $76.13 |
| Total: | $1,247.42 |

please sign: _____     delivery... _____

*Thank you for allowing us to serve you!! — EIN 47-0832599*

*LITIGATION SPECIALISTS*

**EXHIBIT**

tabbies

AA

## THE PRESENTATION GROUP
### Litigation Support

**DELIVERY RECEIPT ONLY-INVOICE TO FOLLOW**

**Main Office:**
6220 S. Orange Blossom Trail
Suite 200
Orlando, FL 32809

email: tpg@presentationgroup.com

Phone:    407-859-3099
Fax:       407-649-4716

| | |
|---|---|
| Customer: | Fisher & Phillips LLP |
| Address: | 300 S. Orange Ave. |
| Suite No: | 1250 |
| City, St., Zip: | Orlando, FL 32801 |
| Attn: | Deborah Potts |
| Phone: | 407-541-0888 |

| | |
|---|---|
| Pickup Date: | 11/05/02 |
| Case Name: | Hyatt/ Hilderbrandt |
| Case Number: | 13292-0007 |
| Job No: | 11-093el |
| Delv Date: | 11/06/02 |
| Ship Via: | Our Driver |
| CAP 1: | 10 |
| CAP 2: | 10 |
| CAP 3: | 10 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| *Litigation Copies - Level 2* | 1618 | 0.130 | 210.34 |

| | |
|---|---|
| Subtotal | 210.34 |
| Sales Tax | 12.62 |
| Total | 222.96 |

Customer Signature: _____

Date: _____

*THIS FORM IS USED ONLY TO ACKNOWLEDGE OUR CLIENT'S RECEIPT OF T*
*PRODUCT. THE INVOICE WILL BE MAILED.*

**EXHIBIT**

tabbies®

BB

# THE PRESENTATION GROUP
## LITIGATION SUPPORT

Litigation Graphics
Medical Illustrations
Animations
Litigation Copies

Federal Tax ID 59-3249956

## Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 11/22/2002 | 68348 |

| BILL TO | SHIP TO |
|---------|---------|
| Fisher & Phillips<br>300 S. Orange<br>Suite 1250<br>Orlando, FL 32801<br>Attn: Deborah Potts | Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Deborah P | Due On Receipt | FL3 | 11/18/2002 | Our Driver | 11-446a |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CS | Case Name/#: Hyatt/Hildebrandt/13292-0007 | | 0.00 | 0.00 |
| BATES | Bates Labeling-Print & Affix | 705 | 0.06 | 42.30 |
| | Sales Tax | | 6.00% | 2.54 |

Ask about our Color Enlargements and Timelines!

**Total**    $44.84

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

**Corporate Office:**    6220 South Orange Blossom Trail, Suite 200  Orlando, Florida 3280
(407) 859-3099    fax (407) 859-3089    (800) 589-2688    www.presentationgroup.co

EXHIBIT

CC

*In account with* **Waite, Schneider, Bayless & Chesley**

*Attorneys and Counsellors at Law*
*1513 Central Trust Tower*
*Cincinnati, Ohio 45202*

*Telephone: 513-621-0267*

DOCUMENTS PRODUCED TO DEFENDANTS
Copying Charges

*Hildebrandt v. Hyatt Hotels Corp., Case No. C-1-02-0003, S.D. Ohio*

January 16, 2003

| Date Sent | Bates Nos. | # of Pages | Charge | Total Charge |
|-----------|------------|------------|--------|--------------|
| 6/18/02 | BH 001864-1868 | 5 | 19¢ | .95 |
| 9/19/02 | BH 001869-1881 | 13 | 19¢ | 2.47 |
| | | | Total Due | $3.42 |

**EXHIBIT**

tabbies

DD



6220 South Orange ... som Trail · Suite 200
Orlando, Florida 32809
(407) 859-3099 · (800) 589-2688
fax (407) 859-3089
www.presentationgroup.com

Federal Tax ID 59-3249956

| DATE |
|------|
| 4/18/2003 |

# Invoice

| INVOICE NO. |
|-------------|
| 77436 |

| BILL TO | SHIP TO |
|---------|---------|
| Fisher & Phillips<br>300 S. Orange<br>Suite 1250<br>Orlando, FL 32801<br>Attn: Deborah Potts | Same |

| P.O. NO. | TERMS | REP. | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|------|-----------|----------|--------|
| Deborah Potts | Due On Receipt | FL3 | 4/17/2003 | Our Driver | 4-488 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CS | Case Name/#: Hyatt/Hildebrandt/13292-0007 | | 0.00 | 0.00 |
| L1 | B/W Copies 8.5 x 11-Litigation Level 1<br>Sales Tax | 1,505 | 0.09<br>6.50% | 135.45<br>8.80 |

| Ask about our Color Highlighted Documents! | Total | $144.25 |
|---|---|---|

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

EXHIBIT

tabbies

EE