IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BARBARA LODER HILDEBRANDT, | : |
| Plaintiff, | : |
| vs. | : Case No. C1-02-0003 |
| HYATT CORPORATION, *et al.*, | : JUDGE BECKWITH |
| Defendants. | : MAGISTRATE JUDGE SHERMAN |

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff hereby gives notice of the withdrawal of counsel, Edward R. Forman (associate of plaintiff's co-counsel, John S. Marshall), who was inadvertently named as "Co-Counsel" for plaintiff in an earlier pleading in the above-captioned case due to a clerical error. (Lead counsel for the plaintiff is Robert A. Steinberg of Waite Schneider Bayless & Chesley.)

Respectfully submitted,

/s/ Edward R. Forman
Edward R. Forman (0076651) (*eforman@ee.net*)
MARSHALL AND MORROW LLC
111 West Rich Street, Suite 430
Columbus, Ohio  43215-5296
(614) 463-9790
Fax (614) 463-9780

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing has been served upon the following by e-mail/ECF this 14th day of July 2004:

Jeffrey Joseph Harmon
Cors & Bassett
1881 Dixie Highway, Suite 350
Ft. Wright, KY 41011-2660

Nadine C. Abrahams
Fisher & Phillips LLP
140 South Dearborn Street, Suite 420
Chicago, IL 60603

Theresa M. Gallion
Natalie J. Storch
Fisher & Phillips LLP
Lincoln Plaza, Suite 1250
300 South Orange Avenue
Orlando, FL 32801-3392

                                                /s/ Edward R. Forman
                                                Edward R. Forman (0076651) (*eforman@ee.net*)

B0714HIL