United States District Court
Southern District of Ohio
Western Division

Barbara Loder Hildebrandt,
    Plaintiff

vs.

Hyatt Corporation, et al.,
    Defendants

No. C-1-02-003

Beckwith, J.; Black, MJ

**ORDER**

    This matter is before the Court on Defendants' Motion to Remove Exhibits and for Leave to File Redacted Exhibits (Doc. 83). The Court being sufficiently advised, Defendants' motion is GRANTED. The Clerk is ordered to REMOVE Exhibits A through C to Defendants' Motion in Limine to Exclude Expert Opinion and Report (Doc. 79). Defendants are granted leave to file redacted Exhibits A through C thereafter.

Date: 7/26/04

s/Timothy S. Black
Timothy S. Black
United States Magistrate Judge