UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARBARA LODER HILDEBRANDT, :
:
    Plaintiff :
: CASE NO. C-1-02-0003
vs. :
: Judge Beckwith
HYATT CORPORATION, *et al*., : Magistrate Judge Sherman
:
    Defendants :
:

## NOTICE OF FILING OF DEPOSITIONS

NOTICE is hereby given that copies of the depositions of David A. Berins, Volume 1 (May 18, 2004); Catherine A. Petz (April 16, 2002); and Douglas A. Patrick (April 16, 2002), have been manually filed with the Court in the above-captioned matter.

    Respectfully submitted,

    s/Robert A. Steinberg
    Stanley M. Chesley (0000852)
    Robert A. Steinberg (0032932) (Trial Attorney)
    **WAITE, SCHNEIDER, BAYLESS**
     **& CHESLEY CO., L.P.A.**
    1513 Fourth and Vine Tower
    Cincinnati, OH 45202
    513-621-0267
    bobsteinberg@wsbclaw.cc

    and

    Michael J. O'Hara (0014966)
    **O'HARA, RUBERG, TAYLOR, SLOAN**

   **& SERGENT**
209 Thomas More Park, Suite C
P.O. Box 17411
Covington, Kentucky 41017-0411
(606) 331-2000
mohara@ortlaw.com

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a copy of the foregoing Notice was served by electronic filing via the CM/ECF System to Theresa M. Gallion, Esq. and Natalie J. Storch, Esq. this 29th day of July, 2004.

                <u>s/Robert A. Steinberg</u>
                Robert A. Steinberg