UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BARBARA LODER HILDEBRANDT, | : | |
| | : | |
| Plaintiff | : | |
| | : | CASE NO. C-1-02-0003 |
| vs. | : | |
| | : | Judge Beckwith |
| HYATT CORPORATION, et al., | : | Magistrate Judge Sherman |
| | : | |
| Defendants | : | |

## SUPPLEMENT TO NOTICE OF FILING OF DEPOSITION OF DAVID A. BERINS

NOTICE is hereby given that a copy of the court reporter's Certificate for the Oral Deposition of David A. Berins, Volume 1 (May 18, 2004), has been manually filed with the Court in the above-captioned matter.

Respectfully submitted,

s/Robert A. Steinberg
Stanley M. Chesley (0000852)
Robert A. Steinberg (0032932) (Trial Attorney)
**WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.**
1513 Fourth and Vine Tower
Cincinnati, OH 45202
513-621-0267
bobsteinberg@wsbclaw.cc

and

Michael J. O'Hara (0014966)
**O'HARA, RUBERG, TAYLOR, SLOAN
 & SERGENT**
209 Thomas More Park, Suite C
P.O. Box 17411
Covington, Kentucky 41017-0411
(606) 331-2000
mohara@ortlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was served by electronic filing via the CM/ECF System to Theresa M. Gallion, Esq. and Natalie J. Storch, Esq. this 2nd day of August, 2004.

s/Robert A. Steinberg
Robert A. Steinberg

DAVID BERINS, MAY 18, 2004

```
                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION

BARBARA LODER HILDEBRANDT,      )
        Plaintiff               )
                                )
VS.                             ) CAUSE NO. C-1-02 003
                                )
HYATT HOTELS CORPORATION,       )
ET AL,                          )
                                )
        Defendant               )
```

REPORTER'S CERTIFICATION
DEPOSITION OF DAVID A. BERINS
MAY 18, 2004

I, Stephanie Barry, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, DAVID A. BERINS, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on _July 1_, _2004_ to the witness or to the attorney for the witness for examination, signature and return to me by _August 1_, _2004_;

That the amount of time used by each party at the deposition is as follows:
Mr. John Marshall  0:58
Ms. Nadine Abrahams  0:0

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes all parties of record:

Mr. John Marshall, Attorney for Plaintiff, Barbara Loder Hildebrandt
Ms. Nadine Abrahams, Attorney for Defendant, Hyatt Hotels Corporation, et al

DAVID BERINS, MAY 18, 2004

1  I further certify that I am neither counsel for, related to,
   nor employed by any of the parties or attorneys in the action
2  in which this proceeding was taken, and further that I am not
   financially or otherwise interested in the outcome of the
3  action.
   Further certification requirements pursuant to Rule 203 of
4  TRCP will be certified to after they have occurred.
   Certified to by me this ___1___ day of ___July___,
5  2004.
              *Stephanie Barry*
6       STEPHANIE BARRY, Texas CSR 5736/FIRM. NO. 216
        Expiration Date: 12/31/05
7       2183 Buckingham Road, #331
        Richardson, Texas 75081
8       (972) 671-3376

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DAVID BERINS, MAY 18, 2004

FURTHER CERTIFICATION UNDER RULE 203 TRCP

The original deposition (was) was not returned to the deposition officer on _July 23, 2004_.
If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;
If returned, the original deposition was delivered to _Don Marshall_ Custodial Attorney;
That $_373.27_ is the deposition officer's charges to Plaintiff for preparing the original deposition transcript and any copies of exhibits;
That the deposition was delivered in accordance with Rule 203.3, and that a copy of this certificate was served on all parties shown herein on and filed with the Clerk.
Certified to by me this _23_ day of _July_, _2004_

_Stephanie Barry_
STEPHANIE BARRY, Texas CSR 5736/FIRM NO. 216
Expiration Date: 12/31/05
2183 Buckingham Road, #331
Richardson, Texas 75081
(972) 671-3376