UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

```
- - - - - - - - - - - -
BARBARA LODER                  :
HILDEBRANDT,                   :
                               :
          Plaintiff,           :
    vs.                        :   Case No. C-1-02-003
                               :   (Judge Beckwith)
HYATT CORPORATION,             :
et al.,                        :
                               :
          Defendants.          :
- - - - - - - - - - - -
```



Deposition of BRUCE W. SMALL, a witness herein, called by the plaintiff for cross-examination, pursuant to the Federal Rules of Civil Procedure, taken before me, Wendy L. Welsh, a Registered Merit Reporter and Notary Public in and for the State of Ohio, at the offices of Fisher & Phillips LLP, 420 Marquette Building, 140 South Dearborn Street, Chicago, Illinois, on Tuesday, April 16, 2002, at 1:58 p.m.

14:58:26

Merit
602 Main Street, Suite 703, Cincinnati, OH 45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com

43

```
15:43:10   1   live beta.  Full production was late October.
15:43:15   2       Q.   So it is in full production?
15:43:18   3       A.   Oh, yes.
15:43:18   4       Q.   Do you know what the investment is that
15:43:22   5   Hyatt has in that system?
15:43:24   6       A.   I don't recall the final numbers on that.
15:43:26   7            MR. STEINBERG:  I think that's all the
15:43:28   8   questions I have.  Let me just check.
15:43:33   9            Okay.  That's all I have.  Thank you.
15:43:34  10            MS. GALLION:  We'll take a short break and
15:43:34  11   we'll come back.  I'll have five or ten minutes
15:43:34  12   and we'll be done.
15:43:34  13            (Recess taken: 2:43 p.m. - 2:56 p.m.)
15:43:39  14                   REDIRECT EXAMINATION
          15   BY MS. GALLION:
15:56:17  16       Q.   I had noticed your deposition, sir, just
15:56:19  17   because I wanted to ask you a handful of questions.
15:56:21  18            Do you know the plaintiff in this case:
15:56:22  19   Mrs. Hildebrandt?
15:56:22  20       A.   Yes.
15:56:23  21       Q.   Do you know her from having worked with
15:56:25  22   her?
15:56:25  23       A.   Yes.
15:56:26  24       Q.   Was there ever a period of time when you
```

48

```
15:59:47   1   grew to know her customer base, I had concerns about
15:59:51   2   the long-term viability of that limited geographical
15:59:56   3   territory.
15:59:58   4          And we undertook some searches, we had the
16:00:02   5   team in Omaha pull a number of records for us, we
16:00:05   6   had some binders we went through and I don't
16:00:08   7   remember all of them, but over time I spent a number
16:00:11   8   of hours going through those.
16:00:13   9          We passed them on to Barb.  We made some
16:00:18  10   calls that I can remember.  It was very difficult to
16:00:21  11   find customers that fit the national sales force
16:00:23  12   criteria in that geographical area.
16:00:26  13      Q.   Did you work with her as you've just been
16:00:28  14   describing --
16:00:28  15      A.   Yes.
16:00:29  16      Q.   -- to try to locate additional
16:00:31  17   opportunities?
16:00:31  18      A.   Oh, yes.
16:00:31  19      Q.   Even at the time that you no longer
16:00:34  20   supervised her, let's just go to, say, the fall of
16:00:36  21   2000 at the time you were exiting that position to
16:00:39  22   your current position, did you continue to have some
16:00:41  23   concerns about the viability of a national sales
16:00:45  24   force presence in the person of Mrs. Hildebrandt in
```

49

| Time | Line | Text |
|---|---|---|
| 16:00:47 | 1 | that geographic area? |
| 16:00:48 | 2 | A. Yeah. The challenge of the number of |
| 16:00:52 | 3 | accounts hadn't changed at that point. |
| 16:00:53 | 4 | MS. GALLION: I don't have anything else. |
| 16:00:55 | 5 | Thank you, sir. Counsel may have a few. |
| 16:00:57 | 6 | MR. STEINBERG: Oh, I have a few. |
| 16:00:59 | 7 | (Recess taken: 3:01 p.m. - 3:04 p.m.) |
| 16:04:45 | 8 | RECROSS-EXAMINATION |
|  | 9 | BY MR. STEINBERG: |
| 16:04:47 | 10 | Q. Mr. Small, how long did Barb Loder |
| 16:04:57 | 11 | Hildebrandt work for you? |
| 16:04:58 | 12 | A. I think we said from roughly the late |
| 16:05:03 | 13 | summer, early fall of '95 through the end of 2000. |
| 16:05:08 | 14 | Q. And every year that she worked for you you |
| 16:05:13 | 15 | rated her, and when you weren't involved in this |
| 16:05:16 | 16 | litigation, you rated her as exceeding her |
| 16:05:19 | 17 | expectations? |
| 16:05:19 | 18 | A. Yes. |
| 16:05:20 | 19 | Q. And you knew she was an excellent person |
| 16:05:25 | 20 | in the national sales force? |
| 16:05:25 | 21 | A. Yes. |
| 16:05:25 | 22 | Q. Just as good as anyone; isn't that right? |
| 16:05:28 | 23 | A. Yes. |
| 16:05:28 | 24 | Q. And better than many in the central |

```
                                                                    51
16:06:24   1        Q.   National Cotton Council?
16:06:27   2        A.   Yep.
16:06:28   3        Q.   Food Service accounts?
16:06:30   4        A.   Uh-huh.
16:06:30   5        Q.   Are you saying that's not an adequate
16:06:33   6   account base?
16:06:33   7        A.   I'm saying that it was not at the time,
16:06:35   8   that's correct.
16:06:35   9        Q.   What did you do about it?
16:06:37  10        A.   We had -- we performed a number of studies
16:06:43  11   internally.  We pulled down data on account history
16:06:46  12   by organizations to try to identify accounts in that
16:06:49  13   geographical area, passed on what we could find that
16:06:52  14   seemed to fit the profile.  I don't remember exactly
16:06:55  15   what we found.  I believe Barb probably made some
16:06:59  16   prospecting calls on them.  But there really wasn't
16:07:02  17   a lot there that I can remember.
16:07:03  18        Q.   When was that?
16:07:03  19        A.   I don't remember.
16:07:05  20        Q.   You don't have any idea when that was?
16:07:07  21        A.   Within the five-year period?  No, I don't.
16:07:09  22        Q.   It could have been 1995?
16:07:11  23        A.   No, it wasn't 1995.  It would have been
16:07:14  24   after that, because I wasn't there a full year.
```

```
                                                                    52
16:07:16   1        Q.    '96?
16:07:17   2        A.    It could have been anywhere from '96
16:07:20   3   through '99, I would say.
16:07:22   4        Q.    How many times did you do this big study?
16:07:26   5        A.    I think once or twice.
16:07:27   6        Q.    And you don't remember when you did it?
16:07:30   7        A.    No, I don't remember the exact time.
16:07:32   8        Q.    Do you have any records that show when you
16:07:35   9   did this study?
16:07:35  10        A.    No.
16:07:35  11        Q.    Why not?
16:07:37  12              MS. GALLION:  Object.  That is so rude.
16:07:39  13              MR. STEINBERG:  I'm asking --
16:07:39  14        A.    I'm not --
16:07:39  15              MS. GALLION:  It's argumentative.
16:07:40  16              MR. STEINBERG:  Stop interrupting.
16:07:42  17              MS. GALLION:  You don't need to answer why
16:07:45  18   not.  You just don't need to answer these
16:07:45  19   questions.
16:07:45  20              MR. STEINBERG:  Are you instructing the
16:07:47  21   witness --
16:07:47  22              MS. GALLION:  I am.
16:07:47  23              MR. STEINBERG:  -- not to answer the
16:07:48  24   question "Why not"?
```

53

| time | line | |
|---|---|---|
| 16:07:48 | 1 | MS. GALLION: I am. It is so rude and |
| 16:07:50 | 2 | disrespectful and argumentative and |
| 16:07:53 | 3 | inappropriate and beneath you and the dignity |
| 16:07:56 | 4 | of everybody in this room. It's terrible. |
| 16:08:01 | 5 | BY MR. STEINBERG: |
| 16:08:01 | 6 | Q. What happened to the documents that were |
| 16:08:05 | 7 | compiled by the Omaha office in this study that |
| 16:08:08 | 8 | you're testifying about? |
| 16:08:09 | 9 | A. As far as I know, they were in a binder |
| 16:08:21 | 10 | the last I saw them. |
| 16:08:21 | 11 | Q. What happened to the binder? |
| 16:08:21 | 12 | A. I have no idea since I left. I left it |
| 16:08:21 | 13 | there. And I believe it was -- if I remember |
| 16:08:21 | 14 | correctly, it was not just her geographical area |
| 16:08:25 | 15 | that I was looking at. It was others, too. |
| 16:08:27 | 16 | Q. Were you planning to terminate her then? |
| 16:08:31 | 17 | A. No. |
| 16:08:31 | 18 | Q. Were you planning to close the Cincinnati |
| 16:08:34 | 19 | office? |
| 16:08:34 | 20 | A. Not necessarily. I was responsible for |
| 16:08:37 | 21 | growing revenue out of the Chicago national sales |
| 16:08:39 | 22 | office. |
| 16:08:39 | 23 | Q. Why didn't you assign her accounts in |
| 16:08:41 | 24 | another area? |