UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BARBARA LODER HILDEBRANDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. C-1-02 0003 |
| ) | |
| HYATT HOTELS CORPORATION ) | Judge: Sandra Beckwith |
| ) | |
| and ) | |
| ) | |
| TY HELMS ) | |
| ) | |
| and ) | |
| ) | |
| BRIAN J. BOOTH, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEPOSITION OF BRUCE SMALL

PLEASE TAKE NOTICE, that Defendants, Hyatt Hotels Corporation, Ty Helms, and Brian J. Booth, will take the deposition upon oral examination and under oath of Bruce Small, on Tuesday, April 16, 2002, commencing at 1:30 p.m. at the offices Fisher & Phillips LLP, 420 Marquette Building, 140 South Dearborn Street, Chicago, Illinois, before an office, authorized by law to administer oaths. Such oral examination will continue from day-to-day until completed.



EXHIBIT B

DATED: April 8, 2002    By: /s/

Theresa M. Gallion*
Florida Bar No. 726801
TGallion@LaborLawyers.com

Natalie J. Storch*
Florida Bar No. 0269920
NStorch@LaborLawyers.com

/s/ Jeffrey J. Harmon
Ohio Bar No. 0032848
CORS & BASSETT
1881 Dixie Highway, Suite 350
Ft. Wright, Kentucky 41011
Telephone:    859-331-6440
Facsimile:    859-331-5337

ATTORNEYS FOR DEFENDANT
HYATT CORPORATION

*Admitted pro hac vice

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Notice of Deposition of Bruce Small has been served via facsimile and U.S. mail this _____ day April 2002, on:

Stanley M. Chesley, Esq.
Robert A. Steinberg, Esq.
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, Ohio 45202

_____
Natalie J. Storch

FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 S. Orange Avenue
Orlando, FL 32801
(407) 541-0888

-3-