UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARBARA LODER HILDEBRANDT, )
)
Plaintiff, )
)
vs. ) Case No. C-1-02 0003
)
HYATT CORPORATION, et al., ) Judge Sandra Beckwith
)
Defendants. )

### DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Defendants HYATT CORPORATION ("Hyatt"), TY HELMS ("Helms") and JACK HORNE ("Horne"), by and through their undersigned counsel, propose the following voir dire questions to be posed to the jury in this case:

1. Have you, any family members or friends ever filed a claim, grievance or a lawsuit against an employer, supervisor or co-worker for discrimination, harassment or unfair employment practices?

   If so, what was the nature of the action? The result? Based on that, do you believe you could be an impartial juror in this case?

2. Have you, any family members or friends ever felt that you or they have been discriminated against by an employer or potential employer for any reason including age?

   If so, what were the circumstances? The result? Based on that, do you believe you could be an impartial juror in this case?

3. Have you or has any member of your family ever felt that you or they have been treated unfairly by an employer?

   If so, please describe the circumstances? Based on that, do you believe you could be an impartial juror in this case?

4. Have you ever testified or given a statement for someone who felt they were discriminated against?

   If so, what was the nature of the action? The result? Based on that, do you believe you could be an impartial juror in this case?

5. Do you believe that a company should give special treatment to employees over the age of forty just because of their age? If so, please explain.

6. Do you believe that years of service with a company or seniority should or must play a role in workplace decisions? Please explain.

7. If you disagree with the reason Defendants eliminated Plaintiff's position, but you do not believe it was because of her age, could you still decide in favor of the Defendants?

8. an you apply the law the Judge tells you to apply, even if you think it should be different?

9. Have you or any members of your immediate family ever been involved in a lawsuit either as a party or witness?

   If so, who were the parties and what were the circumstances? Based on that, do you believe you could be an impartial juror in this case?

10. Have you ever been a supervisor, manager or been in a position where you could make recommendations on hiring, promotions, and terminations?

    If so, please describe your supervisory duties including how many individuals you supervise.

    In your supervisory or managerial position, have you ever been involved in a decision to terminate an employee?

    Have you ever been involved in a decision to eliminate certain positions?

11. Have you or a member of your family ever been terminated or let go from a job?

12. Have you ever been laid-off from a job due to a reduction-in-workforce?

13. Have you, a member of your family or close friend ever been involuntarily unemployed?

14. Have you or a member of your family ever obtained unemployment benefits?

15. Do you believe that someone who goes to the trouble of filing a lawsuit should be given something?

16. Do you feel that the mere act of filing suit indicates there is at least some merit to the Plaintiff's case?

17. If the evidence justifies it, could you enter a verdict for Defendants just as readily as you could find a verdict for the Plaintiff?

18. Have you or anyone you know worked for Hyatt Corporation or any Hyatt-related entity?

19. Have you or anyone you know ever worked in any capacity in the hotel industry?

20. Do you have any background in statistical analysis or economics?

21. Do you have any legal training or experience, either through formal education or on-the-job experience?

DATED this 2nd day of August 2004.

Respectfully submitted,

FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, Florida 32801
Telephone: (407) 541-0888
Facsimile: (407) 541-0887

By:  s/Theresa M. Gallion by
s/Jeffrey J. Harmon per telephone
authorization of 8/2/04
Theresa M. Gallion, Esq.
Florida Bar No. 726801
TGallion@LaborLawyers.com

s/Jeffrey J. Harmon
Jeffrey J. Harmon
Ohio Bar No. 0032848
CORS & BASSETT
1881 Dixie Highway, Suite 350
Ft. Wright, Kentucky 41011
Telephone: 859-331-6440
Facsimile: 859-331-5337

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Stanley M. Chesley, Esq. and Robert Steinberg, Esq., Waite, Schneider, Bayless, & Chesley Co., L.P.A., 1513 Central Trust Tower, Cincinnati, Ohio, 45202, Michael J. O'Hara, Esq., O'Hara, Ruberg, Taylor, Sloan & Sergent, 209 Thomas More Park, Suite C, P.O. Box 17411, Covington, Kentucky 41017-0411.

s/Jeffrey J. Harmon
Jeffrey J. Harmon