UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BARBARA LODER HILDEBRANDT, | : | |
| | : | |
| Plaintiff | : | |
| | : | CASE NO. C-1-02-0003 |
| vs. | : | |
| | : | Judge Beckwith |
| HYATT CORPORATION, *et al*., | : | Magistrate Judge Black |
| | : | |
| Defendants | : | |
| | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' DEPOSITION DESIGNATIONS**

Deposition of Molly Crompton

| PAGE | LINES | OBJECTIONS |
|---|---|---|
| 111 | 2-6 | Opinion testimony - no personal knowledge |

Deposition of Edward Rabin

| PAGE | LINES | OBJECTIONS |
|---|---|---|
| 59 | 14-19 | Opinion testimony - no personal knowledge |
| 74<br>75<br>82<br>83<br>84 | 11-24<br>1-3<br>24<br>1-8, 18-24<br>1-24 | Irrelevant - this relates to Hyatt's informal policy of positioning people for promotion. The promotion claim was dismissed by the Court. If Defendants offer this evidence, then Plaintiff will offer the entire context of this subject matter, which begins on P. 70, line 11 and ends on P. 84, line 24. |

        Respectfully submitted,


        <u>s/Robert A. Steinberg</u>
        Stanley M. Chesley (0000852)
        Robert A. Steinberg (0032932)
           (Trial Attorney)
        **WAITE, SCHNEIDER, BAYLESS**
         **& CHESLEY CO., L.P.A.**
        1513 Fourth and Vine Tower
        Cincinnati, OH  45202
        513-621-0267
        bobsteinberg@wsbclaw.cc

        and

        Michael J. O'Hara (0014966)
        **O'HARA, RUBERG, TAYLOR, SLOAN**
         **& SERGENT**
        209 Thomas More Park, Suite C
        P.O. Box 17411
        Covington, Kentucky 41017-0411
        (606) 331-2000
        mohara@ortlaw.com


## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Notice was served by electronic filing via the CM/ECF System to Theresa M. Gallion, Esq. and Nadine Abrahams, Esq. this 2nd day of August, 2004.


        <u>s/Robert A. Steinberg</u>
        Robert A. Steinberg