IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Barbara Hildebrandt,** | : |
| Plaintiff, | : Case No. C-1-02-0003 |
| vs. | : |
| **Hyatt Corporation, et al.,** | : |
| Defendants | : |

**PLAINTIFF'S PROPOSED SPECIAL INTERROGATORIES**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Barbara Hildebrandt,                :

    Plaintiff,              : Case No. C-1-02-0003

    vs.                     :

Hyatt Corporation, et al.,          :

        Defendants         :


## Interrogatory 1

Do you find by a preponderance of the evidence that Plaintiff's age was a motivating factor in Hyatt Corporation's decision to terminate her employment?

        Yes_____

        No  _____


Date: _____          _____
                                          Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Barbara Hildebrandt,                :

    Plaintiff,                      : Case No. C-1-02-0003

    vs.                             :

Hyatt Corporation, et al.,          :

                Defendants       :


## Interrogatory 2

Do you find by a preponderance of the evidence that Plaintiff's age was a motivating factor in John Horne's decision to terminate her employment?

Yes_____

No _____


Date: _____          _____
                                                                   Foreperson


_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Barbara Hildebrandt,**               :

      **Plaintiff,**                  : Case No. C-1-02-0003

      **vs.**                          :

**Hyatt Corporation, et al.,**         :

      **Defendants**                   :


## Interrogatory 3

**Do you find by a preponderance of the evidence that Plaintiff's age was a motivating factor in Tyson Helms' decision to terminate her employment?**


                        **Yes_____**

                        **No  _____**


**Date: _____**          **_____**
                                                              **Foreperson**


**If your response to either Interrogatory 1, Interrogatory 2, or Interrogatory 3 is "yes," proceed to Interrogatory 4.  If your response to each of the first three Interrogator is "no," do not answer the remaining Interrogatories.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Barbara Hildebrandt,**              :

    **Plaintiff,**              : Case No. C-1-02-0003

    **vs.**                     :

**Hyatt Corporation, et al.,**        :

    **Defendants**              :


### Interrogatory 4

If in Interrogatory 1, 2, or 3 you found that Plaintiff's age was a motivating factor in the decision of any of the Defendants to terminate her employment, state the amount of compensatory damages awarded to Plaintiff Hildebrandt:

    **Back Pay**                $_____

    **Front Pay**               $_____

    **Emotional Distress,**
    **Pain, Suffering**         $_____


    **Total**                   $_____

**Date: _____**        _____
                                                        **Foreperson**


If you awarded damages in this Interrogatory, proceed to Interrogatory 5.  If you did not award damages in this Interrogatory, do not answer the remaining Interrogatories.

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

**Barbara Hildebrandt,**               :

      **Plaintiff,**                 : Case No. C-1-02-0003

      **vs.**                        :

**Hyatt Corporation, et al.,**         :

      **Defendants**                 :


## Interrogatory 5

**If in Interrogatory 1 you found that Plaintiff's age was a motivating factor in Hyatt Corporation's decision to terminate her employment, was Hyatt Corporation's violation of the ADEA "willful," as that term is defined in your final instructions?**

                **Yes**

                **No**


**Date: _____          _____**
                                                          **Foreperson**


**Proceed to Interrogatory 6**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Barbara Hildebrandt,**        :

    **Plaintiff,**          : Case No. C-1-02-0003

    **vs.**                 :

**Hyatt Corporation, <u>et al.</u>,**  :

    **Defendants**          :

## Interrogatory 6

**If in Interrogatory 2 you found that Plaintiff's age was a motivating factor in John Horne's decision to terminate her employment, was John Horne's violation of the ADEA "willful," as that term is defined in your final instructions?**

                  **Yes**

                  **No**

**Date: _____          _____**
                                                                  **Foreperson**

**Proceed to Interrogatory 7**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Barbara Hildebrandt,**          :

    **Plaintiff,**          : Case No. C-1-02-0003

    **vs.**               :

**Hyatt Corporation, et al.,**    :

    **Defendants**         :


## Interrogatory 7

**If you found that Plaintiff's age was a motivating factor in Tyson Helms' decision to terminate her employment, was Tyson Helms' violation of the ADEA "willful," as that term is defined in your final instructions?**

                     Yes

                     No


**Date: _____          _____**
                                                     **Foreperson**


**Proceed to Interrogatory 8**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**Barbara Hildebrandt,**               :

    **Plaintiff,**                    : Case No. C-1-02-0003

    **vs.**                          :

**Hyatt Corporation, et al.,**          :

    **Defendants**                   :

## Interrogatory 8

**If in Interrogatory 1 you found that Plaintiff's age was a motivating factor in Hyatt Corporation's decision to terminate her employment, do you find by clear and convincing evidence that Defendant Hyatt Corporation acted with "actual malice," as that term is defined in your final instructions?**

                  **Yes**

                  **No**

**Date: _____**                    **_____**
                                                              **Foreperson**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Barbara Hildebrandt,**            :

    **Plaintiff,**            : Case No. C-1-02-0003

    **vs.**                   :

**Hyatt Corporation, et al.,**       :

    **Defendants**             :

## Interrogatory 9

**If in Interrogatory 2 you found that Plaintiff's age was a motivating factor in John Horne's decision to terminate her employment, do you find by clear and convincing evidence that Defendant John Horne Corporation acted with "actual malice," as that term is defined in your final instructions?**

        **Yes**

        **No**


**Date: _____**       **_____**
                                                              **Foreperson**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Barbara Hildebrandt,**         :

    **Plaintiff,**          : Case No. C-1-02-0003

    **vs.**                 :

**Hyatt Corporation, <u>et al.</u>,**   :

    **Defendants**          :

## Interrogatory 10

**If in Interrogatory 3 you found that Plaintiff's age was a motivating factor in Tyson Helms' decision to terminate her employment, do you find by clear and convincing evidence that Defendant Tyson Helms acted with "actual malice," as that term is defined in your final instructions?**

        **Yes**

        **No**


**Date: _____**          _____
                                                          **Foreperson**

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                       WESTERN DIVISION
```

| | |
|---|---|
| **Barbara Hildebrandt,** | : |
| Plaintiff, | : Case No. C-1-02-0003 |
| vs. | : |
| **Hyatt Corporation, et al.,** | : |
| Defendants | : |

### Interrogatory 11

**If in Interrogatory 8, 9, or 10 you found that Defendant Hyatt Corporation, John Horne, or Tyson Helms acted with "actual malice," as that term is defined in your final instructions, state the amount you award as punitive damages:**

$ _____

**Yes**

**No**

**Date: _____**                _____
                                          **Foreperson**

Respectfully submitted,


<u>s/Robert A. Steinberg</u>
Stanley M. Chesley (0000852)
Robert A. Steinberg (0032932)
     (Trial Attorney)
**WAITE, SCHNEIDER, BAYLESS**
  **& CHESLEY CO., L.P.A.**
1513 Fourth and Vine Tower
Cincinnati, OH  45202
513-621-0267
bobsteinberg@wsbclaw.cc

     and

Michael J. O'Hara (0014966)
**O'HARA, RUBERG, TAYLOR, SLOAN**
  **& SERGENT**
209 Thomas More Park, Suite C
P.O. Box 17411
Covington, Kentucky 41017-0411
(606) 331-2000
mohara@ortlaw.com


**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing Notice was served by electronic filing via the CM/ECF System to Theresa M. Gallion, Esq. and Nadine Abrahams, Esq. this 3rd day of August 2004.


                              <u>s/Robert A. Steinberg</u>
                              Robert A. Steinberg

If your answer is "yes,"