UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BARBARA LODER HILDEBRANDT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HYATT CORPORATION, et al., ) <br> ) <br> Defendants. ) | Case No. C-1-02 0003 <br><br> Judge Sandra Beckwith |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

Defendants HYATT CORPORATION ("Hyatt"), TY HELMS ("Helms") and JACK HORNE ("Horne"), by and through their undersigned counsel, hereby submit the following Objections to Plaintiff's Deposition Designations:

Deposition of Molly Crompton

| PAGE | LINES | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 4 | Entire page | Not needed |
| 5 | Entire page | 20-24 not proper because deposition advice |
| 6 | Entire page | 1-24 not proper because deposition advice |
| 7 | 1-7 and 12-24 | 1-15 not proper – personal, irrelevant, confidential |
| 8 | Entire page | |
| 9 | Entire page | |
| 10 | Entire page | |
| 11 | Entire page | 22-24 not proper; commentary by counsel |
| 12 | Entire page | |
| 13 | Entire page | |
| 14 | 1-14 | 22-24 not proper; commentary by counsel |

Chicago 47906.1

| | | |
|---|---|---|
| 15 | 15-24 | |
| 16 | Entire page | |
| 17 | 1-8 and 24 | |
| 18 | Entire page | |
| 19 | 1-23 | |
| 20 | 9-17 | |
| 22 | 11-22 | |
| 23 | 13-24 | |
| 24 | Entire page | |
| 25 | Entire page | |
| 26 | Entire page | 10-15 leading, improper foundation |
| 27 | Entire page | |
| 28 | Entire page | |
| 29 | 1-15 | Must add 16-29; deceptive and incomplete otherwise |
| 30 | 22-24 | |
| 31 | 1-17 | |
| 32 | 7-24 | |
| 33 | Entire page | |
| 34 | Entire page | 14-24 irrelevant and improper; 10-11 leading & argumentative |
| 35 | Entire page | 1-5 irrelevant and improper |
| 36 | Entire page | |
| 37 | Entire page | |
| 38 | Entire page | |
| 39 | 1-11 and 24 | |
| 40 | Entire page | |
| 41 | Entire page | 17-20 leading, no foundation; 21-24 improper depo commentary |
| 42 | Entire page | 1-2 improper depo commentary; 3-19 hearsay |
| 43 | Entire page | 21-23 no foundation; assumes facts not in evidence |
| 44 | Entire page | |
| 45 | Entire page | 22-24 leading, no foundation |
| 46 | Entire page | 1-3 same as above |
| 47 | Entire page | |
| 48 | Entire page | |
| 49 | Entire page | |
| 50 | 1-22 | 8-11, leading, no foundation |
| 51 | 19-24 | |
| 52 | Entire page | |
| 53 | 1-17 | |
| 54 | 8-22 | |

| 55 | 8-14 and 22-24 | |
|---|---|---|
| 56 | Entire page | 3-6 leading, no foundation |
| 57 | 1, 18-24 | |
| 58 | 1-14 | |
| 59 | 6-24 | |
| 60 | 1-22 | |
| 61 | 2-24 | 9-13 leading, no objection |
| 62 | Entire page | 18-24 leading |
| 63 | Entire page | 1-2 same |
| 64 | Entire page | |
| 65 | Entire page | |
| 66 | Entire page | |
| 67 | Entire page | |
| 68 | Entire page | |
| 69 | Entire page | 4-9 leading, no foundation |
| 70 | 1-16 and 19-24 | |
| 71 | 1-11 | 8-16 improper commentary |
| 72 | 2-24 | |
| 73 | 1-11 | |
| 74 | 5-24 | |
| 75 | Entire page | 7-9 leading, no foundation; same for 21-24 |
| 76 | Entire page | 10-24 leading, no foundation |
| 77 | 1 and 4 | Same as above |
| 78 | 23 & 24 | |
| 79 | Entire page | |
| 80 | Entire page | 19-24 leading, no foundation |
| 81 | 1-10 | |
| 82 | Entire page | |
| 83 | Entire page | 20-24 improper, leading, no foundation |
| 84 | 1-14 | 1-14 same – improper, leading, no foundation |
| 85 | None | |
| 90 | 10-24 | |
| 91 | Entire page | 4-14 improper, leading, no foundation |
| 92 | Entire page | 21-24 same as above |
| 93 | 1-12 | 1-same, ditto for 4-12 |
| 94 | 8-24 | 11-16 leading, improper |
| 95 | 1-3 | |
| 98 | 4-24 | 13-14 improper, leading, no foundation |
| 99 | Entire page | 16-20 improper, leading, no foundation |

| | | |
|---|---|---|
| 113 | 6-24 | 6-24 improper, leading, no foundation |
| 114 | Entire page | 1-3 same as above, 10-21 same as above |
| 115 | 1-10 and 16-18 | 5-10 same as above |

Deposition of Brian J. Booth

| PAGE | LINES | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 4 | 1-16 | |
| 5 | 7-24 | Irrelevant |
| 6 | 1-24 | Irrelevant testimony regarding undisputed facts |
| 7 | 1-16, 24 | |
| 8 | 1-24 | Objection to lines 3-24-Mr. Booth has been found by Judge Beckwith not to have been involved in the RIF. Therefore his testimony in this regard is irrelevant and speculative |
| 9 | 1-22 | Same objection as p. 8 |
| 10 | 8-24 | Same objection as p. 8 for lines 8-21. Lines 22-24 are subject to one of Defendants' Motions in Limine |
| 11 | 1-3 and 8-24 | Same objection as p. 8 |
| 12 | 1-6 and 12-23 | Same objection as p. 8 for lines 1-6 |
| 13 | 2-19 | |
| 18 | 12-24 | |
| 19 | 1-24 | |
| 20 | 1-16 | |
| 21 | 8-17 | The remainder of the page should be included |
| 22 | 14-24 | The entire page should be included |
| 23 | 1-5 | |
| 25 | 5-24 | |
| 26 | 1-24 | This page contains dialogue between the attorneys and should not be included |
| 27 | 1-24 | Irrelevant- Booth lacks personal knowledge regarding the subject testimony, and transcript contains dialogue between the attorneys |
| 28 | 1-24 | Lines 1-21 contain dialogue |

|    |         |                                                                                                                                                                                                  |
|----|---------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |         | between the attorneys and should not be included                                                                                                                                                 |
| 29 | 1-24    | Information related to quotas and performance reviews as well as testimony related to matters already ruled upon in Judge Beckwith's ruling on the Motion for Summary Judgment are subject to Defendants' Motions in Limine |
| 30 | 1-24    | Same objection as p. 29                                                                                                                                                                          |
| 31 | 1-24    | Same objection as p. 29                                                                                                                                                                          |
| 32 | 1-24    | Same objection as p. 29                                                                                                                                                                          |
| 33 | 1-24    | Same objection as p. 29                                                                                                                                                                          |
| 34 | 1-24    | Same objection as p. 29                                                                                                                                                                          |
| 35 | 1-24    | Same objection as p. 29                                                                                                                                                                          |
| 36 | 1-24    | Lines 1-19 -same objection as p. 29. Lines 20-24 are subject to an agreed stipulation by the parties and must be excluded.                                                                       |
| 37 | 1       | Subject to an agreed stipulation by the parties and must be excluded.                                                                                                                            |
| 38 | 8-24    |                                                                                                                                                                                                  |
| 39 | 1-24    | Objection to the extent it contains hearsay                                                                                                                                                      |
| 40 | 1-24    |                                                                                                                                                                                                  |
| 41 | 12-24   |                                                                                                                                                                                                  |
| 42 | 1-24    |                                                                                                                                                                                                  |
| 43 | 1-24    |                                                                                                                                                                                                  |
| 44 | 1-24    |                                                                                                                                                                                                  |
| 45 | 1-24    |                                                                                                                                                                                                  |
| 46 | 1-24    | Same objection as p. 8                                                                                                                                                                           |
| 47 | 1 and 24|                                                                                                                                                                                                  |
| 48 | 1-24    | Objection to the extent it calls for speculation and Booth lacks personal knowledge                                                                                                              |
| 49 | 9-14    | Start at line 11 because 9-11 contains an answer to a prior question.                                                                                                                            |
| 51 | 21-24   |                                                                                                                                                                                                  |
| 52 | 1-24    |                                                                                                                                                                                                  |
| 53 | 1-24    | Same objection as p. 29                                                                                                                                                                          |
| 54 | 1-18    | Same objection as p. 29                                                                                                                                                                          |
| 55 | 1-24    | Same objection as p. 29                                                                                                                                                                          |
| 56 | 1-24    | Same objection as p. 29                                                                                                                                                                          |

| | | |
|---|---|---|
| 57 | 1-24 | Same objection as p. 29 |
| 58 | 1-17 | Same objection as p. 29 |
| 112 | 1-13 | Same objection as p. 29 |
| 113 | 6-7 | Same objection as p. 29 |
| 116 | 1-10 | |
| 124 | 7-11 and 16-18 | Irrelevant, confusing and lacking any context |
| 126 | 19-24 | Same objection as p. 29 |
| 127 | 1-24 | Same objection as p. 29 |
| 128 | 1-24 | Same objection as p. 29 |
| 129 | 1-24 | Same objection as p. 29 for lines 1-19. |
| 130 | 1-24 | |
| 131 | 1-24 | |
| 132 | 23-24 | Lacks personal knowledge and calls for speculation |
| 133 | 1-24 | Lacks personal knowledge and calls for speculation |
| 134 | 1-24 | Lacks personal knowledge and calls for speculation |
| 135 | 1-24 | Same objection as p. 29 |
| 136 | 1-24 | Same objection as p. 29 |
| 137 | 1-24 | Same objection as p. 29 |
| 138 | 1-24 | Same objection as p. 29 |
| 139 | 1-24 | Same objection as p. 29 |
| 140 | 1-24 | Same objection as p. 29 |
| 141 | 1-24 | Same objection as p. 29 |
| 142 | 1-24 | Same objection as p. 29 |
| 143 | 1-24 | Same objection as p. 29 |
| 144 | 1-24 | Same objection as p. 29 |
| 145 | 1-24 | Same objection as p. 29 |
| 146 | 1-24 | Same objection as p. 29 |
| 147 | 1-24 | Same objection as p. 29 |
| 148 | 1-24 | Same objection as p. 29 |
| 149 | 1-24 | Same objection as p. 29 |
| 150 | 1-24 | Same objection as p. 29 |
| 151 | 1-24 | Same objection as p. 29 |
| 152 | 1-24 | Same objection as p. 29 |
| 153 | 1-24 | Same objection as p. 29 |
| 154 | 1-19 | Same objection as p. 29 |
| 161 | 1-24 | Same objection as p. 29 |
| 162 | 1-24 | Same objection as p. 29 |
| 163 | 1-24 | Same objection as p. 29 |
| 164 | 1-24 | Same objection as p. 29 |
| 165 | 1-24 | Same objection as p. 29 |

| 177 | 15-24 | Objection to the extent it lacks any time context |
| --- | --- | --- |
| 178 | 1-21 | |
| 179 | 1-16, 21-24 | Lines 14-16 and 21 same objection as p. 8 |
| 180 | 1-13 | |
| 183 | 15-24 | No personal knowledge and calls for speculation |
| 184 | 1 | No personal knowledge and calls for speculation |

Deposition of Catherine Petz

| PAGE | LINES | DEFENDANTS' OBJECTIONS |
| --- | --- | --- |
| 4 | 1-22 | Objection to line 14-22 as irrelevant. |
| 5 | Entire page | Objection as irrelevant |
| 6 | 1-6 | Objection as irrelevant |
| 12 | 19-24 | Need to include line 1 of p. 13 or the testimony is incomplete |
| 16 | 18-24 | |
| 17 | Entire page | Eliminate dialogue between attorneys (lines 8-11) |
| 18 | Entire page | |
| 19 | Entire page | Eliminate dialogue between attorneys (lines 14-16) |
| 20 | Entire page | |
| 21 | 1-20 | |
| 23 | Entire page | |
| 29 | 21-24 | Start at line 22 |
| 30 | Entire page | |
| 31 | Entire page | |
| 32 | 1-21 | Either end at line 20 or line 22 or testimony is incomplete |
| 38 | 16-24 | |
| 39 | 1-15 | |
| 40 | 4-24 | |
| 41 | Entire page | |
| 42 | 1-2 | |
| 46 | 1-8 | |
| 47 | 23-24 | |
| 48 | 1-7 | |
| 53 | 12-23 | |
| 54 | 11-16 | |

Deposition of Edward W. Rabin

| PAGE | LINES | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 4 | 1-24 | Irrelevant |
| 5 | 1-24 | Lines 1-14 are irrelevant |
| 6 | 1-24 | Lines 8-21 are irrelevant |
| 7 | 1-24 | |
| 8 | 1-7 and 14-24 | |
| 9 | 1-24 | |
| 10 | 1-24 | |
| 11 | 1-24 | |
| 12 | 1-24 | Lines 22-24 are inappropriate dialogue of counsel |
| 13 | 1-24 | |
| 14 | 1-24 | |
| 15 | 1-24 | |
| 16 | 1-24 | |
| 17 | 1-24 | |
| 18 | 1-24 | |
| 19 | 1-24 | |
| 20 | 1-24 | Lines 23-24 are irrelevant and inappropriate |
| 21 | 1-24 | |
| 22 | 1-23 | Need all of p. 22 and lines 1-19 on p. 23 or the testimony does not make sense |
| 26 | 21-24 | |
| 27 | 1-24 | |
| 28 | 1-24 | |
| 29 | 1-24 | Lines 3-6 consist of dialogue of counsel |
| 30 | 1-24 | |
| 31 | 1-24 | |
| 32 | 1-24 | |
| 33 | 1-14 | |
| 35 | 3-24 | |
| 36 | 1-24 | |
| 37 | 1-24 | |
| 38 | 1-24 | |
| 39 | 1-21 | |
| 41 | 2-24 | |
| 42 | 1-17 | |
| 43 | 14-24 | Start at line 19 |
| 44 | 1-24 | Lines 22-24 are inappropriate and should be excluded |
| 45 | 22-24 | Eliminate lines 22-24 |
| 46 | 1-12 | |
| 51 | 14-24 | Eliminate lines 19-21 |
| 52 | 1-24 | |
| 53 | 1-24 | |

| 54 | 1-24 | |
|---|---|---|
| 55 | 1-24 | |
| 56 | 1-11 | Add lines 21-24 and lines 1-16 on page 57 or testimony is incomplete |
| 57 | 17-24 | Add line 1-16 |
| 58 | 1-8 | |

Dated: August 4, 2004

                                        Respectfully submitted,
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, Florida 32801
Telephone:   (407) 541-0888
Facsimile:   (407) 541-0887

By:   s/Theresa M. Gallion by
s/Jeffrey J. Harmon per telephone
authorization of 8/4/04
Theresa M. Gallion, Esq.
Florida Bar No. 726801
TGallion@LaborLawyers.com
Nadine C. Abrahams
Illinois Bar No. 06208382
NAbrahams@LaborLawyers.com

s/Jeffrey J. Harmon
Jeffrey J. Harmon
Ohio Bar No. 0032848
CORS & BASSETT
1881 Dixie Highway, Suite 350
Ft. Wright, Kentucky 41011
Telephone:   859-331-6440
Facsimile:   859-331-5337

ATTORNEYS FOR DEFENDANT
HYATT CORPORATION

Chicago 47906.1        9

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 2, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Stanley M. Chesley, Esq. and Robert Steinberg, Esq., Waite, Schneider, Bayless, & Chesley Co., L.P.A., 1513 Central Trust Tower, Cincinnati, Ohio, 45202, Michael J. O'Hara, Esq., O'Hara, Ruberg, Taylor, Sloan & Sergent, 209 Thomas More Park, Suite C, P.O. Box 17411, Covington, Kentucky 41017-0411.

                                              s/Jeffrey J. Harmon
                                              Jeffrey J. Harmon

247479.1