IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Barbara Hildebrandt,** :

    Plaintiff, : Case No. C-1-02-0003

    vs. :

**Hyatt Corporation, et al.,** :

    Defendants :

**PLAINTIFF'S SUPPLEMENTAL PROPOSED INSTRUCTION TO THE JURY**

Plaintiff respectfully requests the Court to give the following standard jury instruction.

### Corporations

A corporation may act only through natural persons as its agents or employees. In general, agents or employees of a corporation may bind the corporation by their acts and declarations made while acting within the scope of their authority delegated to them by the corporation, or within the scope of their duties as employees of the corporation

Authority

3 Fed. Jury Prac. & Instr. § 108.01 (5th Ed.). *Ritchie Grocer Co. v. Aetna Cas. & Sur. Co.*, 426 F.2d 499, 500 (8th Cir. 1970); 3 OJI 302.09, §3.

Respectfully submitted,

s/Robert A. Steinberg
Stanley M. Chesley (0000852)
Robert A. Steinberg (0032932)
    (Trial Attorney)
**WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., L.P.A.**
1513 Fourth and Vine Tower
Cincinnati, OH  45202
513-621-0267
bobsteinberg@wsbclaw.cc

    and

Michael J. O'Hara (0014966)
**O'HARA, RUBERG, TAYLOR, SLOAN
  & SERGENT**
209 Thomas More Park, Suite C
P.O. Box 17411
Covington, Kentucky 41017-0411
(606) 331-2000
mohara@ortlaw.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing Notice was served by electronic filing via the CM/ECF System to Theresa M. Gallion, Esq. and Nadine Abrahams, Esq. this 5th day of August, 2004.

                                            s/Robert A. Steinberg
                                            Robert A. Steinberg