# CIVIL MINUTE SHEET

**CASE NUMBER:** C-1-02-3  **DATE:** Friday, August 6, 2004
**TITLE:** Barbara Hildebrandt v. Hyatt Corp., et al.
**RE:** Jury Trial
(1:33 pm – 5:55 pm)

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Sneed                    FIRST DAY
**Court Reporter:** Mary Ann Ranz

**Attorney for Plaintiff(s)**
Robert Steinberg
Michael O'Hara
Barbara Hildebrandt – Plf.

**Attorney for Defendant(s)**
Theresa Gallion & Nadine Abrahams
Jeffrey Harmon
Robert Schnitz – Co. Rep.
Ty Helms & Jack Horne – △

## WITNESSES

## PROCEEDINGS

π moves for separation of witnesses – GRANTED.
Jury selection held. Eight jurors selected & sworn.
Jury excused @ 3:40 p.m. Rulings on motions given
orally as follows: Doc. 99 granted; doc. 100 moot as to exclude
docs. & is granted to exclude Friel & Mbbla; Doc. 101 granted in part
& denied in part; doc. 102 – denied; doc. 98 – denied; doc. 97 is
granted; doc. 79 – denied. Rulings on objections to depositions of
Brian Booth/Edward Rabin. Doc. 97 is granted in part & denied
in part. Objections sustained to depo. of Molly Crompton ruled
on.