# CIVIL MINUTE SHEET

CASE NUMBER: C-1-02-3   DATE: Monday, August 9, 2004
TITLE: Barbara Hildebrandt v. Hyatt Corp., et al.
RE: Jury Trial (8:30 - 12:30, 1:30 - 4:30)

2ND DAY

Honorable Sandra S. Beckwith
Courtroom Deputy: Mary Brown
Law Clerk: Patrick Smith
Court Reporter: Sandy Eble (Draper & Destricker) - a.m.
M.A. Ranz (p.m.)

**Attorney for Plaintiff(s)**
Robert Steinberg
Michael O'Hara
Barbara Hildebrandt - π
Stephanie Huskey - Legal Asst.

**Attorney for Defendant(s)**
Theresa Gallion & Nadine Abrahams
Jeffrey Herman
Robert Schnitz - Co. Rep
Ty Helms & Jack Horne - Δs

## WITNESSES

1) Brian Booth (video) (1:33 - 3:00)
2) Edward Rabin (video) (3:25 - 4:30)

## PROCEEDINGS

Prelim. Matters: Δ:
8:30 Demonstrative Exs., Req. for Jury Instruction for Unavailable Witnesses.
Clarification of Mot. In Limine re Bruce Small.
Prelim instructions to the jury. Opening Statements (π: 9:32-10:28, Δ 10:48-11:47)
π calls witnesses Booth (video) + Rabin (video).
Trial Cnt'd to 8/10/04.