# CIVIL MINUTE SHEET

**CASE NUMBER:** C-1-02-3   **DATE:** Tuesday, August 10, 2004
**TITLE:** Barbara Hildebrandt v. Hyatt Corp., et al.
**RE:** Jury Trial
(8:57 AM - 4:30 PM)

3rd Day

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** M.J. Ranz (a.m.)
Standy Chde (Drayer & Oestreicher) (p.m.)

| Attorney for Plaintiff(s) | Attorney for Defendant(s) |
|---|---|
| Robert Steinberg | Theresa Gallion & Nadine Abrahams |
| Michael O'Hara | Jeffrey Harmon |
| Barbara Hildebrandt - π | Robert Sch |
| Stephanie Huskey - Legal Asst. | |

## WITNESSES

3) Tyson Walton Helms (9:04 - 9:45)
4) Katherine Petz (Dec'd) (9:54 - 10:13)
~~Jack Horne~~
5) John Michael Horne (10:31 - 11:59; 1:30 - 2:30)
6) Douglas Patrick (2:31 - 2:35)
7) Molly Crompton (2:38 - 4:30) (VIDEO)

## PROCEEDINGS

Prelim. Matters:
8:57 - 9:00. π Continues with case-in-chief & calls witnesses Helms, Petz (read by Melissa Lang, law clerk of π), Horne, Patrick, Crompton (Video). Trial Cnt'd to 8/11.