# CIVIL MINUTE SHEET

**CASE NUMBER:** _C-1-02-3_          **DATE:** _Wed. August 11, 2004_
**TITLE:** _Barbara Hildebrandt v. Hyatt Corp., et al._
**RE:** _to Jury Trial_
_(8:30 - 11:55; 1:40 - 5:30 p.m.)_

_4th DAY_

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** _Mary Brown_
**Law Clerk:** _Patrick Smith_
**Court Reporter:** _M.A. Ranz (all day)_

**Attorney for Plaintiff(s)** | **Attorney for Defendant(s)**
--- | ---
_Robert Steinberg_ | _Theresa Gallion & Nadine Abraham_
_Michael O'Hara_ | _Jeffrey Harman_
_Barbara Hildebrandt — π_ | _Robert Schmitz - Co. Rep._
_Stephanie Huskey — Legal Asst._ | _Ty Helms & John Horne — Δs_

## WITNESSES

_(VIDEO CONT'D)_
7) _MARY CROMPTON (9:00 - 9:14)_
8) _Dr. HARVEY ROSEN, Ph.D (9:15 - 10:29)_
9) _BARBARA HILDEBRANDT (10:50 - 11:50; 1:40 - 4:30)_

## PROCEEDINGS

_(8:30 - 8:40)_
_PRELIM. MATTERS:_
_Stipulation #4 - π rests. To read to Jury - No obj. - Granted; Report of Dr. Rosen recently received - Δs object. Video of Crompton continues. Stipulation #4 read to the Jury by the court. π Calls witness Rosen, Δ req a limited instruction re Rosen's testimony (argued outside presence of Jury) - Denied. π Calls Barbara Hildebrandt - Cross of π. π rests. Plnf. rests. Jury excused at 4:00 p.m. π's exhibits admitted. Δs renew mtn for S.J. in conjunction with their motion for Judgment under Rule 50 - arguments held. Δs' motion to granted in part & ~~taken under submission~~ taken under submission in part until 8:00 a.m. on 8/12/04. Trial Cont'd to 8/12/04_