# CIVIL MINUTE SHEET

**CASE NUMBER:** C1-02-3  **DATE:** Thurs, August 12, 2004
**TITLE:** Barbara Hildebrandt v. Hyatt Corp., et al.
**RE:** Jury Trial
(8:45 a.m. – 12:50; 1:45 – 7:30)

**Honorable Sandra S. Beckwith**                             5th Day
**Courtroom Deputy:** Mary Bryon
**Law Clerk:** Patrick Smith
**Court Reporter:** M. A. Ranz (a.m.)
Kelly Graff (Tri-County) (p.m.)

**Attorney for Plaintiff(s)**
Robert Steinberg
Michael O'Hara
Barbara Hildebrandt – π
Stephanie Huskey – Legal Asst.

**Attorney for Defendant(s)**
Theresa Gallion & Nadine Abrahams
Jeffrey Harmon
Robert Schnitz – Co. Rep
Ty Helms & Jack Horne – Δs

## WITNESSES

1) Jack Horne (9:00 – 10:30)
2) Douglas Patrick (10:55 – 11:55)
3) Mark Henry (12:12 – 12:33)
4) Bruce Small (2:05 – 2:26)
5) David Berins (2:34 – 2:58)
6) Ty Helms (2:59 – 3:18)

## PROCEEDINGS

Prelim. Matters: 8:55
8:45 a.m. – Argument on Δs' Supp. Rule 50 Motion. – Taken Under Submission.
π calls witnesses Horne, Patrick, Henry, Jury excused for lunch. Δs' supp. motion for judgment argued & taken under submission. 1:55 p.m. π proffers re: cross exam of Patrick, Stipulation #10). π makes oral motion for mistrial. Δ calls witnesses Small, Berins & Helms. As regard to the motion for mistrial π proffers Henry (w/o testimony). Motion for mistrial is DENIED. Δs rest. No rebuttal. Jury excused @ 3:40 p.m. π makes proffer of Patrick. π calls Helms – Ex. 144 (proffered). Δs renew their Rule 50 motion. – Motion taken under submission. Δs' exhibits admitted. Charge Conference held. Trial cont'd to 8/13.