# CIVIL MINUTE SHEET

**CASE NUMBER:** _C1-02-3_    **DATE:** _Friday, August 13, 2004_
**TITLE:** _Hildebrandt v. Hyatt Corp., et al._
**RE:** _Jury Trial_
~~_____~~ _(8:44 a.m. - 5:06 P.m.)_

Honorable Sandra S. Beckwith                          _6th_ DAY
**Courtroom Deputy:** _Mary Brown_
**Law Clerk:** _Patrick Smith_
**Court Reporter:** _M.A. Rensy_

**Attorney for Plaintiff(s)**

_Robert Steinberg_
_Michael O'Hara_
_Barbara Hildebrandt - π_
_Stephanie Huskey - Legal Asst_

**Attorney for Defendant(s)**

_Theresa Gallion + Nadine Abrahams_
_Jeffrey Harmon_
_Robert Schnitz - Co. Rep._
_Ty Helms + Jack Horne - Δs_

## WITNESSES

_____        _____

_____        _____

_____        _____

_____        _____

## PROCEEDINGS

_Prelim. Matters:_
_Ruling made that reinstatement is not an appropriate relief for π. Δs objs to π's_
_demonstrative exhibits - granted. π proffers exhibits. Δs req. reconsideration_
_of front pay + renews Rule 50 motion._
_Closing Arguments (π: 9:16-10:24; Δs: 10:50-12:05; π: 12:20-12:23)._
_Final Instructions to the jury. Δs renew Rule 50 motion. Δs renew_
_Rule 50 motion (after jury excused for the day) + reqs. immediate ruling. -_
_Taken under submission._

_Jury Begins Deliberations: 1:06 P.M._
~~_____~~ + ~~_____~~ _will return on_
_Jury Returns ~~this afternoon~~ Monday, August 16_
_4:59 P.M._          _@ 9:00 AM. to continue_
_deliberations._