## CIVIL MINUTE SHEET

CASE NUMBER: C-1-02-3    DATE: Monday, August 16, 2004
TITLE: Hildebrandt v. Hyatt Corp.
RE: Jury Trial
(9:00 a.m. – 2:19 a.m.)

Honorable Sandra S. Beckwith                           7th DAY
Courtroom Deputy: Mary Brown
Law Clerk: Patrick Smith
Court Reporter: M. A. Ranz

**Attorney for Plaintiff(s)**
Robert Steinberg
Michael O'Hara
Barbara Hildebrandt - π
Stephanie Husky, Legal Asst.

**Attorney for Defendant(s)**
Theresa Gallion + Nadine Abrahams
Jeffrey Harmon
Robert Johnitz - Co. Rep.
Ty Helms + Jack Horne - Δs

## WITNESSES

## PROCEEDINGS   (1:30 p.m. – 1:39 p.m.)

Jury continues deliberations. (11:30 p.m. Jury questions.
Jury returns with verdict @ 1:50 p.m.
and in favor of defendants.