AO 187 (Rev. 4/82) ⊕

# EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| Barbara Hildebrandt vs. Hyatt Corp., et al. | | | | **DISTRICT COURT** | |
| **PLAINTIFF'S ATTORNEY**<br>Robert Steinberg<br>Michael O'Hara | | **DEFENDANT'S ATTORNEY**<br>Theresa Epplin<br>Elaine Abrahams<br>Jeffrey Herman | | **DOCKET NUMBER**<br>C1-02-3 | |
| | | | | **TRIAL DATE(S)**<br>8/6/04 | |
| **PRESIDING JUDGE**<br>Sandra Beckwith | | **COURT REPORTER**<br>M.A. Ranz, etc. | | **COURTROOM DEPUTY**<br>Mary Brown | |

| PLF. NO. | DEF. NO. | DATE SHOWN | MARKED OFFERED | ADM Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ~~39~~ | | | | | |
| ~~1~~ ~~EE~~ | | ~~8/ ~~ | | | ~~(STEINBERG)~~<br>~~Booth~~ |
| 39 | | 8/9/04 | | | (STEINBERG)<br>Booth - |
| 6 | | 8/9/04 | | | (STEINBERG)<br>Booth - Email 1/23/01 |
| 7 | | 8/9/04 | | | (STEINBERG)<br>Booth - Net Production Report |
| 8 | | 8/9/04 | | | (STEINBERG)<br>Booth - List of Nominees of Sales Mgr. of the Year (2001) |
| 10 | | 8/9/04 | | | (STEINBERG)<br>Booth - Email from π Re: Hytee - People to Invite |
| 11 | | 8/9/04 | | | (STEINBERG)<br>Booth - Lists of π's Accounts & Revenues |
| 12 | | 8/9/04 | | | (STEINBERG)<br>Booth - Month End Report of June Activity (2001) |
| 13 | | 8/9/04 | | | (STEINBERG)<br>Booth - Month End Report of July Activity (2001) |
| 14 | | 8/9/04 | | | (STEINBERG) " " " " August " (2001)<br>Booth - |
| 16 | | 8/9/04 | | | (STEINBERG) 2/01<br>Booth - Annual Performance Review of π |
| Ft. 22 | | 8/9/04 | | | (STEINBERG)<br>Booth - |
| 145 | | 8/9/04 | | | (STEINBERG)<br>Rabin - |
| 185 | | 8/9/04 | | | (STEINBERG)<br>Rabin - Separation Exit Interviews |
| Jt. 21 | | 8/9/04 | | | (STEINBERG)<br>Rabin - |
| Jt. 22 | | 8/9/04 | | | (STEINBERG)<br>Rabin - |
| Jt. 16 | | 8/9/04 | | | (STEINBERG)<br>Rabin |
| 144 | | 8/9/04 | | | (STEINBERG)<br>Rabin - |
| Ft. 16 | | 8/10/04 | | | (O'HARA)<br>Helms - 9/30/01 Memo From Helms Re: Reductions |
| Ft. 22 | | 8/10/04 | | | (O'HARA)<br>Helms Central Nat'l Sales Office Grouping |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

AO 187A (4/82) ☉

## EXHIBIT AND WITNESS LIST — CONTINUATION

Hildebrandt                    vs. Hyatt Corp., et al.          DOCKET NO. C1-02-3

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked OFFERED | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| Tr. 23 | | 8/10/04 | | | (O'HARA) Helms - Northeastern Nat'l Sales Office |
| Tr. 24 | | 8/10/04 | | | (O'HARA) Helms - Omaha Nat'l Sales Office |
| Tr. 25 | | 8/10/04 | | | (O'HARA) Helms - Western Nat'l Sales Office |
| Tr. 26 | | 8/10/04 | | | (O'HARA) Helms - Eastern Nat'l Sales Office |
| 20, 6 | | 8/10/04 | | | (O'HARA) Helms - Interrogatories |
| Tr. 25 | | 8/10/04 | | | (STEINBERG) Petz - |
| Tr. 26 | | 8/10/04 | | | (STEINBERG) Petz - |
| Tr. 33 | | 8/10/04 | | | (STEINBERG) RATES Horne - (32588) Organizational Profile |
| ☑ 30 | | ~~Horne~~ | | | (STEINBERG) Horne - (33331) - |
| | | | | | (STEINBERG) Horne - (33337) - |
| | | | | | Horne - (33340) |
| Tr. 30 | | 8/10/04 | | | (STEINBERG) Horne - (32350) - Chart by Horne "B. Loder Account" |
| 234 | | 8/10/04 | | | (STEINBERG) Horne - |
| | | 8/10/04 | | | (STEINBERG) Horne - (16442) - used to refresh memory of witness |
| | | 8/10/04 | | | (STEINBERG) Horne - |
| 29 | | 8/10/04 | | | (STEINBERG) 9/18/01 Horne - Email to Nat'l Sales Force from Horne |
| 199 | | 8/10/04 | | | (STEINBERG) Horne - |
| Tr. 22 | | 8/10/04 | | | (STEINBERG) Horne - ABC List for Central Nat'l Sales Office |
| Tr. 23 | | 8/10/04 | | | (STEINBERG) Horne - ABC " " Northeast " " " |
| Tr. 24 | | 8/10/04 | | | (STEINBERG) Horne - Omaha Nat'l Sales Office |
| Tr. 25 | | 8/10/04 | | | (STEINBERG) Horne - Western " " " |
| Tr. 26 | | 8/10/04 | | | (STEINBERG) Horne - - Eastern " " " |
| | | Depo. | | | (STEINBERG) Horne - Deposition pp. 84 & 85 |
| 56 | | 8/10/04 | | | (O'HARA) Patrick - |
| | | | | | |
| | | | | | |

AO 187A (4/82) ®

## EXHIBIT AND WITNESS LIST — CONTINUATION

*Hildebrandt*  vs. *Hyatt Corp., et al.*   DOCKET NO. *C-1-02-3*

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked/Offered | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 250 | | 8/11/04 | | | (OMAR) ROSEN - CHART MADE IN COURT - CALCULATIONS |
| 239 | | 8/11/04 | | | (STEINBERG) HILDEBRANDT - TIME LINE OF H'S CAREER WITH HYATT |
| F. 8,9,11-25, 200 | | 8/11/04 | | Adm. | STIPULATED - |
| | 116 | 8/11/04 | | | (GALLION) HILDEBRANDT - |
| | 114 | 8/11/04 | | | (GALLION) HILDEBRANDT - |
| | 90 | 8/11/04 | | | (GALLION) HILDEBRANDT - LETTER TO TT RE: DEARBORN POSITION |
| F. 1 | | 8/11/04 | | | (GALLION) HILDEBRANDT - |
| | 17 | 8/11/04 | | | (GALLION) HILDEBRANDT - pg. 3 PERFORMANCE APPRAISAL 2/2000 |
| | ~~4E~~ | ~~8/12/04~~ | | | |
| F. XIV | | 8/12/04 | | | (GALLION) HORNE - - BUDGET REDUCTIONS |
| B | | | | | |
| F. XXXIII | | 8/12/04 | | | (STEINBERG) HORNE - (32350) |
| | | | | | (STEINBERG) HORNE - (33415) |
| | | | | | (STEINBERG) HORNE - (33463) |
| | | | | | (STEINBERG) HORNE - (33421) |
| | | | | | (STEINBERG) HORNE - (33274) (33484) (33488) (35490) (33500) |
| | | | | | (33505) (33511) |
| | 77 | 8/12/04 | | | (GALLION) PATRICK - HYATT'S CORPORATE ETHIC STATEMENT |
| | 78 | 8/12/04 | | | (GALLION) PATRICK - EEOC POLICY |
| | 79 | 8/12/04 | | | (GALLION) PATRICK - ACKNOWLEDGEMENT OF MCRs & SOPRs |
| | 19 | 8/12/04 | | | (GALLION) PATRICK - SEREDIAN DOCUMENTS |
| | 144 | 8/12/04 | | | (STEINBERG) (GALLION) PATRICK - |
| | 56 | 8/12/04 | | | (STEINBERG) PATRICK - DOC. OF MS. PERR TO PATRICK |
| F. XXII | | 8/12/04 | | | (STEINBERG) PATRICK - |
| | | | | | |
| | | | | | |

AO 187A (4/82) ®

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| HILDEBRANDT | | | | vs. HYATT CORP, ET AL. | DOCKET NO. C-1-02-3 |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked OFFERED | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| XXXII | | 8/12/04 | | | (STEINBERG) SMALL – |
| XXXIII | | 8/12/04 | | | (STEINBERG) SMALL- ORGANIZATIONAL PROFILE |
| | 81 | 8/12/04 | | | (ABRAHAM) BERINS- REPORT OF DAVID BERINS |
| | 4 | 8/12/04 | | | (GALLION) HELMS- |
| 144 | | 8/12/04 | | | (STEINBERG) HELMS- LAST PAGE (PROFFERED) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | SUMMARY OF EXHIBITS ADMITTED |
| | | | | | |
| | | | | | PLAINTIFF: 6, 8, 9, 11-25, 56, 86, 144, 145, 146, 156, 199, |
| | | | | | 200, 206A -pg. 5 + signature pg. too, 237 |
| | | | | | |
| | | | | | DEFENDANTS: 19, 41, 76, 77, 78, 79 |
| | | | | | |
| | | | | | JOINT: 1, 2, 8, 14, 16, 22-26, 28 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |