# Judge's List

Judge: SANDRA S. BECKWITH

Event: 1:02CV003

Description: HILDEBRANDT V HYATT HOTELS

Date: 8/6/04
Time: 12:36 PM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| ~~1~~ | ~~100209867~~ | ~~01-0091~~ | ~~STRAUS, ROBERT JOHN~~ △ | _____ |
| | | | WEST CHESTER | |
| 2 | ~~100211116~~ | ~~01-0036~~ | ~~SMIDDY, WILLIAM J~~ → π | _____ |
| | | | CINCINNATI | |
| ①3 | 100226904 | 01-0059 | CLARK, DAVID M | _____ |
| | | | CINCINNATI | |
| ②4 | 100224876 | 01-0057 | ALLISON, ROBERT P | _____ |
| | | | CARLISLE | |
| ←~~5~~ | ~~100226072~~ | ~~01-0077~~ | ~~CALLAHAN, TERESA G~~ π | _____ |
| | | | TRENTON | |
| ③6 | 100231281 | 01-0081 | BOWLING, WANDA L | _____ |
| | | | HAMILTON | |
| ~~7~~ | ~~100219569~~ | ~~01-0058~~ | ~~GARDNER, VICKI L~~ *know too* C | _____ |
| | | | MASON – *don't know if she can be impartial* | |
| ④8 | 100216520 | 01-0035 | RACHMIEL, DAVID J | _____ |
| | | | CINCINNATI | |
| ~~9~~ | ~~100234646~~ | ~~01-0100~~ | ~~KAISER, CHARLOTTE A~~ C | _____ |
| | | | CINCINNATI | |

*Seated = 8*
*Cause = 9*
*Challenged = 8*
*Not Used = 2*
*Total present = 27*

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **SANDRA S. BECKWITH**

Event: **1:02CV003**

Description: **HILDEBRANDT V HYATT HOTELS**

Date: **8/6/04**
Time: **12:36 PM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| ~~10~~ | ~~100213477~~ | ~~01-0056~~ | ~~BURTON, VIOLET C~~ | *C* | |
| | NEW RICHMOND | | *8/15 - 8/22 vac.* | | |
| (5) 11 | 100235308 | 01-0085 | **WALLACE, JOHN R** | | |
| | CINCINNATI | | *Courts martial presided* | | |
| ~~12~~ | ~~100229268~~ | ~~01-0102~~ | ~~NOLL, JAMES RICHARD~~ | *) C* | |
| | MIDDLETOWN | | *of travel next week (business)* | | |
| ~~13~~ | ~~100238040~~ | ~~01-0078~~ | Walters ~~WALTERS, ANGEL R~~ | *C* | |
| | BATAVIA | | *babysitter problems* | | |
| (6) 14 | 100219933 | 01-0046 | **MOLLMANN, MARCIA A** | | |
| | BATAVIA | | | | |
| ~~15~~ | ~~100212237~~ | ~~01-0050~~ | ~~MARCELLO, SCOTT ROBERT~~ | *C* | |
| | CINCINNATI | | *return to work next week due to back injury* | | |
| ~~16~~ | ~~100214036~~ | ~~01-0080~~ | ~~LOEWENSTINE, HAROLD V~~ | *T* | |
| | CINCINNATI | | | | |
| ~~17~~ | ~~100218143~~ | ~~01-0070~~ | ~~BRADBURY, SANDRA R~~ | *C* | |
| | WILLIAMSBURG | | *— past 5 days a hardship* | | |
| ~~18~~ | ~~100217129~~ | ~~01-0054~~ | ~~DONOVAN, PATRICA H~~ | △ | |
| | CINCINNATI | | | | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **SANDRA S. BECKWITH**

Event: **1:02CV003**

Description: **HILDEBRANDT V HYATT HOTELS**

Date: **8/6/04**
Time: **12:36 PM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| ~~19~~ | ~~100229502~~ | ~~01-0062~~ | ~~KRUGER, LEWIS W~~ *biased against △* | |
| | | | WEST CHESTER | |
| 20 | 100217702 | 01-0083 | HOLSINGER, TONYA | |
| | | | FRIENDSHIP | |
| ~~21~~ | ~~100229903~~ | ~~01-0087~~ | ~~HARRINGTON, KAREN D~~ *husband ref* | |
| | | | SPRINGBORO | |
| 22 | 100230577 | 01-0033 | JACKSON, CURTIS L | |
| | | | MASON | |
| ~~23~~ | ~~100215097~~ | ~~01-0096~~ | ~~HICKS, ERIC H~~ *biased against △ special needs child babysitter problem* | |
| | | | CINCINNATI | |
| ~~24~~ | ~~100227141~~ | ~~01-0103~~ | ~~TURNER, VALERIE~~ *husband - ?* | |
| | | | CINCINNATI | |
| 25 | 100212378 | 01-0061 | LIGE, ALVENA | |
| | | | CINCINNATI | |
| 26 | 100211245 | 01-0052 | DRAKE, DAVID A | |
| | | | MIDDLETOWN | |
| 27 | 100215375 | 01-0101 | SELF, CARY B | |
| | | | CINCINNATI | |

Legend: J=Jury    A=Alternate    NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Barbara Loder Hildebrant,
    Plaintiff

v.                        Case No. 1:02-cv-3

Hyatt Corporation, et al.,
    Defendants

## PEREMPTORY CHALLENGES

Please list the juror's name and number of your peremptory challenges.

| | Name of Juror | Juror Number |
|---|---|---|
| 1) | Karen Harrington | 21 |
| 2) | Pat Donovan | 18 |
| 3) | Valerie Turner | 24 |
| 4) | Robert Strauss | 1 |

_____
Attorney for Defendants

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Barbara Loder Hildebrandt,
    Plaintiff

v.                            Case No.  1:02-cv-3

Hyatt Corporation, et al.,
    Defendants

## PEREMPTORY CHALLENGES

Please list the juror's name and number of your peremptory challenges.

| Name of Juror | Juror Number |
| --- | --- |
| 1) Smiddy | 2 |
| 2) Lowenstein | 16 |
| 3) Callahan | 5 |
| 4) Holsinger | 20 |

_____
Attorney for Plaintiff