FILED

04 AUG 16 PM 2:35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Barbara Loder Hildebrandt,          :

        Plaintiff,          :       Case No. 1:02-CV-003

vs.                                 :

Hyatt Corporation, et al.,          :

        Defendants.         :

### Interrogatory 1

Do you find by a preponderance of the evidence that Plaintiff has proven her claim of age discrimination against any of the Defendants?

Yes _____

No  X

Date: 1:48 PM Aug 16, 2004

_[Signatures of jurors]_
Foreperson

If your answer to this Interrogatory was "yes," proceed to Interrogatory 2. If your answer to this Interrogatory was "no", proceed no further and inform the Court Security Officer that you have completed your deliberations.