# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**Barbara Loder Hildebrandt,**
    **Plaintiff**

-vs-                                Case No.   1:02-cv-03

**Hyatt Corporation, et al.,**
    **Defendants**

# JUDGMENT

| X | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
|   | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

      **IT IS ORDERED AND ADJUDGED** that plaintiff has not proven her claim of age discrimination against any of the defendants.

Date:  August 16, 2004                           James Bonini, Clerk

                                                  By:  s/Mary C. Brown
                                                          Mary C. Brown, Deputy Clerk