THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BARBARA LODER HILDEBRANDT, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. C-1-02 0003 |
| HYATT CORPORATION, et al. | ) Judge Sandra Beckwith |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR AN AWARD OF COSTS

Defendants Hyatt Corporation ("Hyatt"), Tyson Helms ("Helms"), Jack Horne ("Horne") and Brian Booth ("Booth")[1] ("Defendants"), by and through the undersigned counsel of FISHER & PHILLIPS LLP, hereby move pursuant to 28 U.S.C. §1920 and Fed. R. Civ. P. 54(d), for entry of an award of the costs incurred in the defense of Plaintiff's claims, and taxing the costs to Plaintiff. In support of this Motion, Defendants state as follows:

1. On November 29, 2001, Plaintiff filed her initial state court Complaint against Booth, Hyatt and Helms. Defendants removed that Complaint to federal court. Thereafter, that action was consolidated with this action which Plaintiff had filed against Hyatt and Jack Horne.

2. On August 9, 2004, a trial was commenced in this action. On August 16, 2004, a jury verdict was entered in favor of Defendants Hyatt, Helms and Horne. Final judgment was entered in this case pursuant to Fed. R. Civ. P. 54 on August 16, 2004.

---

[1] Defendant Brian Booth had filed a Bill of Costs on July 12, 2004. Defendants are hereby withdrawing the Bill of Costs filed on behalf of Defendant Booth and are substituting this Bill of Costs on behalf of all Defendants.

Chicago 48236.1

3.  Additionally, on June 28, 2004, this Court granted in part Defendants' Motion for Summary Judgment and entered an order dismissing all claims brought by Plaintiff against Defendant Booth with prejudice.

4.  Accordingly, as prevailing parties, and for the reasons stated in Defendants' Memorandum in Support of Defendants' Bill of Costs, Defendants are entitled to recover their taxable costs as set forth in the accompanying Bill of Costs and Itemization of Bill of Costs.

WHEREFORE, Defendants respectfully request that this Court enter an order awarding them costs in the amount of $83,765.18 and taxing those costs to the Plaintiff, Barbara Hildebrandt.

Respectfully submitted,

FISHER & PHILLIPS, LLP
140 South Dearborn Street, Suite 420
Chicago, IL 60603
Telephone: (312) 346-8061
Facsimile:  (312) 346-3179

By:  s/ Nadine C. Abrhams*
Nadine C. Abrahams
Illinois Bar No. 06209382
NAbrahams@LaborLawyers.com
Theresa M. Gallion, Esq.
Florida Bar No. 726801
Tgallion@LaborLawyers.com
FISHER & PHILLIPS, LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, Florida 32801
Telephone: (407) 541-0888
Facsimile: (407) 541-0888

s/Jeffrey J. Harmon
Jeffrey J. Harmon
Ohio Bar No. 0032848
CORS & BASSETT, LLC
1881 Dixie Highway, Suite 350

Ft. Wright, Kentucky  41011
Telephone:    (859) 331-6440
Facsimile:    (859) 331-5337
E-mail:  jjh@corsbassett.com

Attorneys for Defendants, HYATT CORPORATION, et al.

\* By Jeffrey J. Harmon

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on August 24, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Stanley M. Chesley and Robert A. Steinberg, Waite, Schneider, Bayless & Chesley Co., L.P.A., 1513 Central Trust Tower, Cincinnati, Ohio 45202 and Michael J. O'Hara, O'Hara, Ruberg, Taylor, Sloan & Sergent. 209 Thomas More Park, Suite C, Covington, Kentucky 41017-0411.

                                         s/Jeffrey J. Harmon
                                         Jeffrey J. Harmon
                                         Ohio Bar No. 0032848
                                         CORS & BASSETT, LLC
                                         1881 Dixie Highway, Suite 350
                                         Ft. Wright, Kentucky 41011
                                         Telephone:    (859) 331-6440
                                         Facsimile:    (859) 331-5337
                                         E-mail: jjh@corsbassett.com