Exhibits TO ITEMIZED
BILL OF COSTS — PART 1



**RECEIVED** APR 29 2002

Merit LITIGATION SUPPORT SERVICES
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542

Job #: 020416WDW
Job Date: 04/16/2002
Order Date: 04/16/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Hyatt Corp



Invoice #: **19321**
Inv.Date: 04/25/2002
Balance: **$733.15**

Bill To:
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

Action: **Hildebrandt, Barbara Loder**
vs.
**Hyatt Corporation, et al.**
Action #: **C-1-02-0003**
Rep: **Wendy D. Welsh**
Cert:

| Proceeding/Witness | Description | Disc. Amt | Amount |
|---|---|---|---|
| Catherine A. Pety | Copy of Transcript | $0.00 | $140.00 |
| Catherine A. Pety | Condensed Transcript | $0.00 | $0.00 |
| Douglas A. Patrick | Copy of Transcript | $0.00 | $277.50 |
| Douglas A. Patrick | Condensed Transcript | $0.00 | $0.00 |
| Bruce W. Small | Copy of Transcript | $0.00 | $160.00 |
| Bruce W. Small | Condensed Transcript | $0.00 | $0.00 |
| Jeanne Pearson | Copy of Transcript | $0.00 | $105.00 |
| Jeanne Pearson | Condensed Transcript | $0.00 | $0.00 |
| | ASCII Diskette - 3.5". | $0.00 | $10.00 |
| | Photocopy of exhibits | $0.00 | $12.40 |
| | Express Delivery | $0.00 | $28.25 |

Comments:

Balances over 15 days may be subject to Finance Chg. @ 1.5%

| | |
|---|---|
| Sub Total | $733.15 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $733.15 |
| Payment | $0.00 |
| Balance Due | $733.15 |

Federal Tax I.D.: 31-1469133     Terms: Net 15 Days.

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

Deliver To:
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**EXHIBIT**
1

**Invoice**

Merit Litigation Support Services
602 Main Street Suite 703
Cincinnati, OH 45202

Phone: (513) 381-8228
Fax: (513) 381-8254

Invoice #: 19321
Inv.Date: 04/25/2002
Balance: $733.15
Job #: 020416WDW
Job Date: 04/16/2002
DB Ref.#:
Date of Loss: / /
Your File #:

  **merit.**

RECEIVED
APR 2 9 2002

LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542

 **Invoice**

Job #: 020417WDW
Job Date: 04/17/2002
Order Date: 04/17/2002
DB Ref #:
Date of Loss: / /
Your File #:
Your Client: Hyatt Corp

Invoice #: 19317
Inv. Date: 04/25/2002
Balance: $817.00

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

Action: **Hildebrandt, Barbara Loder**
VS
**Hyatt Corporation, et al.**
Action #: C-1-02-0003
Rep: Wendy D. Walsh
Cert:

| Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|
| Tyson W. Helms | Copy of Transcript | $0.00 | $772.90 |
| Tyson W. Helms | Condensed Transcript | $0.00 | $0.00 |
| Tyson W. Helms | ASCII Diskette - 3.5" | $0.00 | $10.00 |
| Tyson W. Helms | Photocopy of exhibits | $0.00 | $5.60 |
| Statement on the Record | Original Transcript | $0.00 | $28.50 |

**Comments:**

Balances over 15 days may be subject to Finance Chg. @ 1.5%

| | |
|---|---|
| Sub Total | $817.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $817.00 |
| Payment | $0.00 |
| Balance Due | $817.00 |

Federal Tax I.D.: 31-1469133    Terms: Net 15 Days.

*Please keep this part for your records*

---

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**Deliver To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

 **EXHIBIT**

**2**

**Invoice**

Merit Litigation Support Services
602 Main Street Suite 703
Cincinnati, OH 45202

Phone: (513) 381-8228
Fax: (513) 381-8254

Invoice #: 19317
Inv. Date: 04/25/2002
Balance: $817.00
Job #: 020417WDW
Job Date: 04/17/2002
DB Ref #:
Date of Loss: / /
Your File #:

ESC  RE DEPOSITION SERVICES (O

Tax ID # 22-3779684                390465    ACE  01
A Hobart West Company
PO BOX 460070    FT. LAUDERDALE, FL 33346
(954) 331-4459

FISHER & PHILLIPS
300 SOUTH ORANGE AVENUE                     306691EFL 04/26/02
SUITE 1250
ORLANDO, FL 32801

ATTN : THERESA M GALLION, ESQUIRE


HILDEBRANDT VS. HYATT HOTELS

SERVICES PROVIDED ON 03/19/02:
BARBARA L. HILDEBRANDT          1- 284  284 PGS @ $4.25    1,207.00  O+1

APPEARANCE FEE                                              330.00
SHIPPING AND HANDLING                                        15.00
JOB SITE: CINCINNATI, OH
*THIS REPLACES INV# 303082
CHANGED PAGE RATE FROM $4.50,
APPEARANCE FROM $340.00 AND
REMOVED INDEXING. SORRY FOR
ANY INCONVIECE.*
THANK YOU
ACCOUNT SERVICE FEE ***                                     155.20


BALANCE DUE                                  1,707.20
(We accept VISA, MasterCard & American Express cards)
***SAVE 155.20                            Collection questions
AMOUNT DUE IF PAID BEFORE  05/26/02   1,552.00    contact us at
AMOUNT DUE IF PAID AFTER   05/26/02  1,707.20    (800) 584-3500
                                            Fax (954) 331-4432
        Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ESQUIRE DEPOSITION SERVICES LLC      JOB: 390465  TOT: $1707.20
HOBART DEPOSITION SERVICES           INVOICE #: 306691EFL
P.O. BOX 460070                      DATE: 04/26/02
FORT LAUDERDALE, FL 33346
Tax ID # 22-3779684


FISHER & PHILLIPS
Attn: THERESA M GALLION, ESQUIRE
300 SOUTH ORANGE AVENUE
SUITE 1250
ORLANDO, FL 32801

**EXHIBIT**

3

 

**Merit**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542



Job Date: 03/20/2002
Order Date: 03/20/2002
DB Ref #:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

| Invoice #: | 20065 |
|---|---|
| Inv.Date: | 10/01/2002 |
| Balance: | $392.80 |

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

Action: Hildebrandt, Barbara Loder
vs
Hyatt Corporation, et al.

Action #: C-1-02-0003

Rep: Wendy D. Welsh

Cert:

| Item | Proceeding/Witness | Description | Disc. Amt | Amount |
|---|---|---|---|---|
| | Brian J. Booth | Copy of Transcript | $0.00 | $372.00 |
| | Brian J. Booth | Condensed Transcript | $0.00 | $0.00 |
| | Brian J. Booth | ASCII Diskette - 3.5" (Complimentary) | $0.00 | $0.00 |
| | Brian J. Booth | Photocopy of exhibits | $0.00 | $14.80 |
| | | Postage | $0.00 | $6.00 |

OCT 4 - 2002
RECEIVED

**Comments:**

Balances over 15 days may be subject to Finance Chg. @ 1.5%

| | |
|---|---|
| Sub Total | $392.80 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $392.80 |
| Payment | $0.00 |
| Balance Due | $392.80 |

Federal Tax I.D.: 31-1469133    Terms: Net 15 Days.

Please KEEP THIS PART for your RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**Deliver To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801



**EXHIBIT**

**4**



Phone: (513) 381-8228
Fax: (513) 381-8254

Merit Litigation Support Services
602 Main Street Suite 703
Cincinnati, OH 45202

| Invoice #: | 20065 |
|---|---|
| Inv.Date: | 10/01/2002 |
| Balance: | $392.80 |
| Job #: | 020320WDW |
| Job Date: | 03/20/2002 |
| DB Ref #: | |
| Date of Loss: | / / |
| Your File #: | |



**MERIT**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542



| | |
|---|---|
| Job Date: | 03/21/2002 |
| Order Date: | 03/21/2002 |
| DB Ref.#: | |
| Date of Loss: | l l |
| Your File #: | |
| Your Client: | |

# INVOICE

| | |
|---|---|
| Invoice #: | 20067 |
| Inv.Date: | 10/01/2002 |
| Balance: | $400.80 |

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

Action: Hildebrandt, Barbara Loder
vs
Hyatt Corporation, et al.
Action #: C-1-02-0003
Rep: Wendy D. Welsh
Cert:

| Items | Proceeding/Witness | Description | Disc.Amt. | Amount |
|---|---|---|---|---|
| 1 | John M. Home | Copy of Transcript | $0.00 | $394.00 |
| | John M. Home | Condensed Transcript | $0.00 | $0.00 |
| | John M. Home | ASCII Diskette - 3.5" (Complimentary) | $0.00 | $0.00 |
| | John M. Home | Photocopy of exhibits | $0.00 | $6.80 |

OCT 4 - 2002
RECEIVED

| | | |
|---|---|---|
| **Comments:** | Sub Total | $400.80 |
| | Shipping | $0.00 |
| Balances over 15 days may be subject to Finance Chg. @ 1.5% | Tax | N/A |
| | Total Invoice | $400.80 |
| | Payment | $0.00 |
| *Federal Tax I.D.:* 31-1469133      *Terms:* Net 15 Days. | Balance Due | $400.80 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801



**Deliver To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801



Merit Litigation Support Services
602 Main Street Suite 703
Cincinnati, OH 45202

Phone: (513) 381-8228
Fax: (513) 381-8254

| | |
|---|---|
| Invoice #: | 20067 |
| Inv.Date: | 10/01/2002 |
| Balance: | $400.80 |
| Job #: | 020321WDW |
| Job Date: | 03/21/2002 |
| DB Ref.#: | |
| Date of Loss: | l l |
| Your File #: | |

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200  Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136716 | 10/17/2002 | 01-65916 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/23/2002 | BURNNA | C1020003 |

| CASE CAPTION | | |
|---|---|---|
| Barbara Loder Hildebrandt vs. Hyatt Hotels Corp | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 SOuth Orange Avenue
Orlando, FL 32801

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:                                    727.50
   Dean D'Anna
                  CONCORDANCE INDEXING          21.00 Pages               21.00
                  ROUGH DRAFT                   106.00 Pages             106.00
  [TAXABLE   $   727.50]
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:                                    993.75
   Mary Rocereto
                  CONCORDANCE INDEXING          37.00 Pages               37.00
                  ROUGH DRAFT                   265.00 Pages             265.00
  [TAXABLE   $   993.75]

                                             TOTAL DUE   >>>>          2,150.25

30 DAY SIG LTR THROUGH MR. STEINBERG'S OFFICE
```

TAX ID NO.: 31-0725254

*Please detach bottom portion and return with payment.*

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 SOuth Orange Avenue
Orlando, FL 32801

| | | |
|---|---|---|
| Job No. | : | 01-65916 |
| Case No. | : | C1020003 |
| Barbara Loder Hildebrandt vs. Hyatt | | |
| Invoice No.: | | 136716 |
| Date | : | 10/17/2002 |
| TOTAL DUE | : | 2,150.25 |

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____  Phone
Billing Address: _____
Amount to Charge: _____
Cardholder's Signature: _____

**EXHIBIT**

6

Remit To:  Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136718 | 10/17/2002 | 01-65917 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/24/2002 | BURRNA | C1020003 |

| CASE CAPTION |
|---|
| Barbara Loder Hildebrandt vs. Hyatt Hotels Corp |

| TERMS |
|---|
| Due upon receipt |

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 SOuth Orange Avenue
Orlando, FL 32801

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
Dean D'Anna/Vol 2                                    1,078.75
    ROUGH DRAFT              197.00 Pages            197.00
    CONCORDANCE INDEXING      18.00 Pages             18.00
(TAXABLE  $1,078.75)

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
Wendy Aylward                                          667.50
    CONCORDANCE INDEXING      32.00 Pages             32.00
    ROUGH DRAFT              178.00 Pages            178.00
(TAXABLE   $667.50)

                                TOTAL DUE >>>>        2,171.25

10 DAY SIG THROUGH MR. STEINBERG'S OFFICE

TAX ID NO.: 31-0725254

*Please detach bottom portion and return with payment.*

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 SOuth Orange Avenue
Orlando, FL 32801

```
Job No.    :  01-65917
Case No.   :  C1020003
Barbara Loder Hildebrandt vs. Hyatt

Invoice No.:  136718
Date       :  10/17/2002
TOTAL DUE  :  2,171.25
```

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:    Ace Reporting Services
             30 Garfield Place
             Suite 620
             Cincinnati, OH 45202-4364

**EXHIBIT**
**7**

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136720 | 10/17/2002 | 01-65918 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/25/2002 | BURNNA | C1020003 |

| CASE CAPTION |
|---|
| Barbara Loder Hildebrandt vs. Hyatt Hotels Corp |

| TERMS |
|---|
| Due upon receipt |

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 SOuth Orange Avenue
Orlando, FL 32801

ORIGINAL AND 1 COPY OF TRANSCRIPT OF :
Dawn Beagle                                                    1,012.50
        CONCORDANCE INDEXING         132.00 Pages        132.00
        ROUGH DRAFT                  182.00 Pages        182.00
        DELIVERY                                          36.50

(TAXABLE   $1,012.50)

                                    TOTAL DUE >>>        1,263.00

30 DAY SIG THROUGH MR. STEINBERG'S OFFICE

TAX ID NO.: 31-0725254

*Please detach bottom portion and return with payment.*

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 SOuth Orange Avenue
Orlando, FL 32801

Job No.     :  01-65918
Case No.    :  C1020003
Barbara Loder Hildebrandt vs. Hyatt

Invoice No.:  136720
Date        :  10/17/2002
TOTAL DUE   :  1,263.00

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Amount to Charge: _____
Cardholder's Signature: _____

**EXHIBIT**

8

Remit To:     Ace Reporting Services
              30 Garfield Place
              Suite 620
              Cincinnati, OH 45202-4364

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138739 | 03/18/2003 | 01-67203 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/20/2003 | BURNNA | C102003 |

CASE CAPTION

Barbara Loder Hildebrandt vs. Hyatt Corporation

TERMS

Due upon receipt

*RECEIVED MAR 21 2003*

Natalie J. Storch
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
     Leo H. Hildebrandt, Jr.                                    137.50
                    CONCORDANCE INDEXING      7.00 Pages          7.00
                    POSTAGE                                       2.90
(TAXABLE   $   97.50)


                               TOTAL  DUE  >>>>         147.40

                               AFTER 4/17/2003 PAY      149.61



30 DAY SIG THROUGH MR. STEINBERG'S COPY, ORIG/COPY MAILED 3/18/03
```

TAX ID NO.: 31-0725254                                      (407) 541-0888

*Please detach bottom portion and return with payment.*

Natalie J. Storch
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801

```
Job No.      :  01-67203
Case No.     :  C102003
Barbara Loder Hildebrandt vs. Hyatt C

Invoice No.: 138739
Date        :  03/18/2003
TOTAL DUE   :     147.40
AFTER 4/17/2003 PAY : 149.61
```

## PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                    Phone
Billing Address:
Amount to Charge:
Cardholder's Signature:

Remit To:    Ace Reporting Services
             30 Garfield Place
             Suite 620
             Cincinnati, OH 45202-4364

**EXHIBIT**

**9**

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| FISHOR02 | 04/01/2004 |

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | .00 | 158.76 |

| 90 DAYS | 120 DAYS & OVER | TOTAL DUE |
|---|---|---|
| .00 | .00 | |

PAGE  1  OF  1

| INV. DATE | INV. NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 01/06/2004 | 142410 | 158.76 | 12/18/2003 | Barbara Loder Hildeb | Barbara Loder Hildebrandt vs. |

1½% PER MONTH
ADDED AFTER 30 DAYS

PAST DUE

TAX ID NO. :   31-0725254

*Please detach bottom portion and return with payment.*

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801

Account No.: FISHOR02
Date         : 04/01/2004

TOTAL DUE  :  158.76

PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____ Phone _____
Billing Address: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:    Ace Reporting Services
             30 Garfield Place
             Suite 620
             Cincinnati, OH 45202-4364

**EXHIBIT**
10

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200    Fax  (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 143389 | 04/14/2004 | 01-72456 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/22/2004 | GEE SU | C102003 |

| CASE CAPTION |
|---|
| Barbara Hildebrandt vs. Hyatt Hotels Corporation |

| TERMS |
|---|
| Due upon receipt |

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801



TAX ID NO.:  31-0725254                                (407) 541-0888

*Please detach bottom portion and return with payment.*

Theresa M. Gallion, Esq.
Fisher & Phillips
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801

Job No.    :  01-72456
Case No.   :  C102003
Barbara Hildebrandt vs. Hyatt Hotels

Invoice No.:  143389
Date       :  04/14/2004
TOTAL DUE  :      393.85
AFTER 5/14/2004 PAY :  399.76

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:    Ace Reporting Services
             30 Garfield Place
             Suite 620
             Cincinnati, OH 45202-4364

**EXHIBIT**

11

*Tackla & Associates*
*1801 E. 9th St., STE 1020*
*Cleveland, Ohio 44114*
*Phone #: (216) 241-3918  Fax #: (216) 241-3935*

To:



Employer I.D. No. 31-1497781



| Invoice Date | |
|---|---|
| 5/03/2004 | |
| Invoice No. | |
| 169 | |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

RE:  Barbara Loder Hildebrandt vs. Hyatt Hotels Corporation, et al.

Deposition Date:  4/07/2004        Case No.  C-1-02 003        County:

Taken-By:  Angie Shane                    CSR# 108

| Description | Charges |
|---|---|
| Original and one copy of transcript for: - Harvey S Rosen, Ph.D. | 315.40 |
| Attendance of Reporter | 110.00 |
| Postage | 10.00 |

**TERMS: NET 30 DAYS**
To insure proper credit, please enclose a
copy of this invoice with payment.

| | **Total:** | 435.40 |
|---|---|---|





EXHIBIT
12



**LEGALINK**
A WORDWAVE COMPANY

LegaLink Chicago
230 W. Monroe Street
Suite 1500
Chicago, IL 60606

tel (312) 263-3524
tel (800) 868-0061
fax (312) 263-3544
www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14025886 | 05/12/2004 | 1401-113261 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/22/2004 | SHALKA | C-1-02-0003 |

| CASE CAPTION |
|---|
| Barbara Loder Hildebrandt vs. Hyatt Corporation |

| TERMS |
|---|
| Due upon receipt |

Theresa Gallion
Fisher & Phillips
1250 Lincoln Plaza
Orlando, FL 32801

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>Robert Schnitz | 59 Pages @ | 2.20/Page | 129.80 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>Molly Crompton | 120 Pages @ | 2.20/Page | 264.00 |
| FedEx - Std Overnight | | | 35.00 |

TOTAL DUE >>>> 428.80
AFTER 6/11/2004 PAY 450.24

LegaLink can now send your invoices and statements via email in PDF format! If you would like to receive your invoices and/or statements via email, please contact the local Billing Coordinator at LegaLink Chicago, 312-263-3524. Thank you for your business.

TAX ID NO.: 36-3080362                    (407) 541-0888

*Please detach bottom portion and return with payment.*

Theresa Gallion
Fisher & Phillips
1250 Lincoln Plaza
Orlando, FL 32801

Invoice No.: 14025886
Date      : 05/12/2004
TOTAL DUE : 428.80
AFTER 6/11/2004 PAY : 450.24

Job No.  : 1401-113261
Case No. : C-1-02-0003
Barbara Loder Hildebrandt vs. Hyatt

Remit To:   LegaLink Chicago
            230 W. Monroe Street, Suite 1500
            Chicago, IL 60606

**EXHIBIT**
13

# INVOICE

**LEGALINK**
LegaLink Chicago
230 W. Monroe Street
Suite 1500
Chicago, IL 60606
tel 263-3524
tel (800) 868-0061
fax (312) 263-3544
www.legalink.com
A WORDWAVE COMPANY   GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14029200 | 07/16/2004 | 1401-113261 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/22/2004 | SHALKA | C-1-02-0003 |

**CASE CAPTION**

Barbara Loder Hildebrandt vs. Hyatt Corporation

**TERMS**

Due upon receipt

Theresa Gallion
Fisher & Phillips
1250 Lincoln Plaza
Orlando, FL 32801

DEPOSITION OF:
  Molly Crompton
        Master Word Index                    10.00
DEPOSITION OF:
  Robert Schnitz
        Master Word Index                    10.00

                          **TOTAL DUE >>>>        20.00**

LegaLink can now send your invoices and statements via email in PDF format! If you would like to receive your invoices and/or statements via email, please contact the local Billing Coordinator at LegaLink Chicago, 312-263-3524. Thank you for your business.

TAX ID NO.: 36-3080362                       (407) 541-0888

*Please detach bottom portion and return with payment.*

Theresa Gallion
Fisher & Phillips
1250 Lincoln Plaza
Orlando, FL 32801

Invoice No.: 14029200
Date      : 07/16/2004
**TOTAL DUE :      20.00**

Job No.  : 1401-113261
Case No. : C-1-02-0003
Barbara Loder Hildebrandt vs. Hyatt

Remit To:   LegaLink Chicago
            230 W. Monroe Street, Suite 1500
            Chicago, IL 60606

**Wendy Ward Roberts & Associates, Inc.**
2183 Buckingham Road, Suite 331
Richardson, TX 75081
(972) 495-6997   Fax (972) 495-2692

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 406 | 07/14/2004 | 01-295 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/18/2004 | BARRST | C1-02-0003 |

**CASE CAPTION**

Barbara Loder Hilderbrandt vs. Hyatt Corporation

**TERMS**

INVOICES ARE DUE UPON RECEIPT

Nadine Abrahams
Fisher & Phillips, LLP
420 Marquette Building,
140 South Dearborn Street
Chicago, IL 60603

```
One (1) Certified Copy of:
   David Berins

                                                          167.10
                                 TOTAL  DUE  >>>>          167.10

WE ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS
THANKS FOR YOUR BUSINESS!
```

TAX ID NO.: 75-2892151

(312) 346-8061   Fax (312) 346-3179

*Please detach bottom portion and return with payment.*

*Nadine Abrahams*
*Fisher & Phillips, LLP*
*420 Marquette Building,*
*140 South Dearborn Street*
*Chicago, IL 60603*

```
Invoice No.:  406
Date       :  07/14/2004
TOTAL DUE  :     167.10


Job No.   :  01-295
Case No.  :  C1-02-0003
Barbara Loder Hilderbrandt vs. Hyatt
```

*Remit To:*   **Wendy Ward Roberts & Associates, Inc.**
**2183 Buckingham Road, Suite 331**
**Richardson, TX 75081**

EXHIBIT

14

 

**LITIGATION SUPPORT SERVICES.**
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542

**INVOICE**

| | |
|---|---|
| Order Date: 03/19/2002 | |
| DB Ref.#: | Invoice #: 19162 |
| Date of Loss: / / | Inv.Date: 03/26/2002 |
| Your File #: | Balance: $257.00 |
| Your Client: Hyatt Corp. | |

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**Action:** Hildebrandt, Barbara Loder
vs
Hyatt Corporation, et al.
**Action #:** C-1-02-0003
**Rep:** Marlene Dori
**Cert:** CLVS

| Item / Proceeding/Witness | Description | Dist. Amt | Amount |
|---|---|---|---|
| Barbara L. Hildebrandt (03/19/02) | Copy of Videotape | $0.00 | $105.00 |
| Brian Booth (3/20/02) | Copy of Videotape | $0.00 | $70.00 |
| Jack Horne (3/21/02) | Copy of Videotape | $0.00 | $70.00 |
| | Delivery of Tape | $0.00 | $12.00 |

**Comments:**

Balances over 15 days may be subject to Finance Chg. @ 1.5%

| | |
|---|---|
| Sub Total | $257.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $257.00 |
| Payment | $0.00 |
| Balance Due | $257.00 |

Federal Tax I.D.: 31-1469133          **Terms:** Net 15 Days.

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**Deliver To:**
Theresa M. Gallion, ESQ
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Ave.
Orlando, FL 32801

**EXHIBIT**
15

**Invoice**

Merit Litigation Support Services
602 Main Street Suite 703
Cincinnati, OH 45202

Phone: (513) 381-8228
Fax: (513) 381-8254

| | |
|---|---|
| Invoice #: | 19162 |
| Inv.Date: | 03/26/2002 |
| Balance: | $257.00 |
| Job #: | 020319MD |
| Job Date: | 03/19/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |

1

RECEIVED

FEB 10 2003

PAYMENT DUE UPON
RECEIPT OF INVOICE


I N V O I C E


MARY ANN RANZ
Official Court Reporter
Room 838
Potter Stewart U.S. Courthouse Building
100 East Fifth Street
Cincinnati, Ohio   45202
PH: (513) 564-7626

February 4, 2003

TO:   Theresa M. Gallion, Esq.
      Fisher & Phillips, LLP
      1250 Lincoln Plaza
      300 S. Orange Avenue
      Orlando, Florida   32801

RE:   Barbara Loder Hildebrandt, plaintiff -v- Hyatt
      Corporation, et al., defendants, Civil Action No. C-1-02-03,
      Telephone Conference, heard before The Honorable Jack
      Sherman, Jr., Magistrate Judge of the United States District
      Court for the Southern District of Ohio, Western Division,
      on Tuesday, January 28, 2003.

      22 copy pages at .75 per page................$ 16.50

                          Thank you,

                          Mary Ann Ranz

                          Mary Ann Ranz

EXHIBIT

16

I N V O I C E

Julie A. Wolfer Transcripts
Room 801, Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio  45202
(513) 564-7606
Taxpayer I.D. Number 31-1197897


TO:  Jeffrey J. Harmon, Esq.          August 3, 2004
     Cors & Bassett
     1881 Dixie Highway, Suite 350
     Ft. Wright, Kentucky  41011-2660   INVOICE NO. 04038

RE:  Barbara Loder Hildebrandt vs. Hyatt Corporation, et al.
     Civil Number C-1-02-0003

Transcript ordered by:  Jeffrey J. Harmon, Esq.

Proceedings before the Honorable Sandra S. Beckwith, Judge,
in the United States District Court for the Southern District
of Ohio, Western Division.

Transcript of:

    Final Pretrial Conference held Friday, July 23, 2004

        71 pages at $4.40 . . . . . . . . . . $312.40
        (original, expedited)

EXHIBIT

17

PAYMENT DUE UPON
RECEIPT OF INVOICE

I N V O I C E

MARY ANN RANZ
Official Court Reporter
Room 838
Potter Stewart U.S. Courthouse Building
100 East Fifth Street
Cincinnati, Ohio   45202
PH: (513) 564-7626

August 8, 2004

TO:     Nadine C. Abrahams, Esq.
        Fisher & Phillips, LLP
        140 South Dearborn Street, Suite 420
        Chicago, Illinois   60603
        (513-579-1234 – Cincinnati Hyatt Regency)

RE:     Barbara Loder Hildebrandt, Plaintiff –v– Hyatt
Corporation, et al., Defendants, Civil Action No. C-1-02-03,
**The Court's Rulings on Pending Motions in Limine**, heard
before The Honorable Sandra S. Beckwith, Judge of the United
States District Court for the Southern District of Ohio,
Western Division, on Friday, August 6, 2004.

15 Original Expedited pages at $4.40 per page.....$ 66.00
1 ASCII disk at .83 per page...................... 12.45
                                    Total $ 78.45

Thank you,

Mary Ann Ranz

EXHIBIT
18

**PAYMENT DUE UPON
RECEIPT OF INVOICE**

I  N  V  O  I  C  E

MARY ANN RANZ
Official Court Reporter
Room 838
Potter Stewart U.S. Courthouse Building
100 East Fifth Street
Cincinnati, Ohio   45202
PH: (513) 564-7626

August 20, 2004

TO:     Theresa M. Gallion, Esq.
        Fisher & Phillips, LLP
        1250 Lincoln Plaza
        300 S. Orange Avenue
        Orlando, Florida   32801
**ATTN:  Julie Devaney**

RE:    Barbara Loder Hildebrandt, Plaintiff -v- Hyatt
Corporation, et al., Defendants, Civil Action No. C-1-02-03,
**Testimony of John M. Horne in Plaintiff's Case-in-Chief**
(early morning) (8-10-04), **The Court's Ruling of Defendants'
Rule 50 Motion** (8-11-04), **Testimony of Barbara L.
Hildebrandt** (8-11-04) heard before The Honorable Sandra S.
Beckwith, Judge of the United States District Court for the
Southern District of Ohio, Western Division.

<u>Horne</u>:         57 Orig. pages at $5.50 per page $  313.50
                 57 1st copy ASCII at $1.10 per page  62.70

<u>Rule 50 ruling</u>:  6 Original pages at $5.50 per page. 33.00
                 6 1st copy ASCII at $1.10 per page.. 6.60

<u>B.L. Hildebrandt</u> 127 copy pages at $1.10 per page.. 139.70
                 127 2d copy ASCII at .83 per page. <u>105.41</u>
                                 **TOTAL: $660.91**

                         Thank you,
                         Mary Ann Ranz

**EXHIBIT**

*19*

DRAPER & OESTREICHER
3609 W. 8TH STREET
PHONE NO. 244-2223
CINCINNATI OH 45205

**Invoice**

| Number | 3667 |
|--------|------|
| Date | 08/11/04 |

Bill To
Attn: Jeffrey Harmon
for Theresa Gallion
1881 Dixie Highway, Ste. 350
Ft. Wright KY 41011-2660

| Fed. Tax. ID | 31-0993223 | fax no. | 513-244-1024 | ehde |
|---|---|---|---|---|

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| - | Re: Civil No. C-1-02-03<br>Barbara Loder Hildebrandt vs. Hyatt Corp., et al. | | |
| | 8/9/04 - Opening statement of Theresa M.<br>Gallion, Esq. before Sandra S. Beckwith,<br>Judge during the course of the trial | | |
| 42 | pages, copy of transcript, same day @ | 1.10 | 46.20 |
| 42 | pages, copy, disk @ | 0.83 | 34.86 |
| | 8/10/04 - Cont. Cross-Examination in the<br>testimony of Jack Horne before Sandra S.<br>Beckwith, Judge during the course of the<br>trial | | |
| 39 | pages, original, same day @ | 5.50 | 214.50 |
| 39 | pages, disk @ | 1.10 | 42.90 |
| | rates set by the Judicial Conference | | |

Amount Paid 0.00
Aging Statement

| 0 - 30 days | 31 - 60 | 61 - 90 | 90 plus | Total | | |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 338.46 | 338.46 | | |

Amount Due 338.46

| TOTAL | $338.46 |
|---|---|



**EXHIBIT**
20

 Berins & Co., LLC

Taxpayer ID 75-2830258

Fisher & Phillips LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL  32801
Attn:  Theresa M. Gallion

## INVOICE

For services in connection with Hildebrandt v. Hyatt

Retainer due on execution of Engagement Agreement
dated January 24, 2003                                    $15,000.00

Terms:  DUE UPON RECEIPT

-Thank You-



1402 Exeter Court
Southlake, Texas 76092
t 817.442.0833
f 817.442.1283
dberins@berinsco.com

www.berinsco.com

 **Berins & Co., LLC**

Taxpayer ID 75-2830258

February 29, 2004

Fisher & Phillips LLP
1250 Lincoln Plaza
300 S. Orange Avenue
Orlando, FL 32801
attn: Theresa M. Gallion

## INVOICE

For services in connection with Hildebrand v. Hyatt

**Professional Fees**

Feb-Mar 2003
D. Berins        12.5 hrs (see attached)        $ 4,687.50

February 2004
D. Berins        29.0 hrs (see attached)         10,875.00

**Total Professional Fees – This Invoice**        $15,562.50

**Out-of-pocket Expenses Incurred:**

    FedEx                                    $   26.50
    Long distance phone                        211.97

    **Total out-of-pocket expenses**        $   238.47

**Total Fees & Expenses Incurred**        $15,800.97

**Less: Retainer on account**        (15,000.00)

**TOTAL DUE THIS INVOICE**        $800.97

1402 Exeter Court
Southlake, Texas 76092
t 817.442.0833
f 817.442.1283
dberins@berinsco.com
www.berinsco.com

**EXHIBIT**
22

 Berins & Co., ᴸᴸᴄ

Taxpayer ID 75-2630258

May 31, 2004

Fisher & Phillips LLP
1250 Lincoln Plaza
300 S. Orange Avenue
Orlando, FL  32801
attn:  Theresa M. Gallion

## INVOICE

For services in connection with Hildebrand v. Hyatt

**Professional Fees**

May 2004
D. Berins            9.0 hrs (see attached)              $  3,375.00

**Total Professional Fees – This Invoice**                    $3,375.00

**Out-of-pocket Expenses Incurred:**

    FedEx                          $   23.72
    Long distance phone                 46.50

    **Total out-of-pocket expenses**              $  70.22

**Total Fees & Expenses Incurred**                      $3,445.22

**TOTAL DUE THIS INVOICE**                          $3,445.22

EXHIBIT
23

1402 Exeter Court
Southlake, Texas 76092
t 817-442-0833
f 817-442-1283
dberins@berinsco.com

www.berinsco.com

 **Berins & Co., LLC**

Taxpayer ID 75-2830258

August 13, 2004

Fisher & Phillips LLP
1250 Lincoln Plaza
300 S. Orange Avenue
Orlando, FL  32801
attn:  Theresa M. Gallion

**INVOICE**

For services in connection with Hildebrand v. Hyatt

**Professional Fees**

From June 1-August 12, 2004
D. Berins          26.25 hrs (see attached)          $ 9,843.75

**Total Professional Fees – This Invoice**                    $9,843.75

**Out-of-pocket Expenses Incurred:**

    FedEx                              $    13.66
    Travel - Cincinnati trial              1,687.50
    Long distance phone                     145.75

    **Total out-of-pocket expenses**              $   1,846.91

**Total Fees & Expenses Incurred**                         $11,690.66

**TOTAL DUE THIS INVOICE**                                 $11,690.66

**EXHIBIT**

**24**

1402 Exeter Court
Southlake, Texas 76092
t 817.442.0833
f 817.442.1283
dberins@berinsco.com

www.berinsco.com

Berins & Co., LLC - Texas

## General Ledger

For the Period From Jun 1, 2004 to Aug 31, 2004

Filter Criteria includes: 1) IDs from 13000-38 to 13000-38. Report order is by ID. Report is printed with Truncated Transaction Descriptions and in Detail Format.

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 13000-38<br>WIP Fees - Fisher & Philli | 6/1/04 | | | Beginning Balance | | | |
| | 7/1/04 | | | Beginning Balance | | | |
| | 7/31/04 | | GENJ | Fees- July | 1,687.50 | | |
| | | | | Current Period Change | 1,687.50 | | 1,687.50 |
| | | | | | | | 1,687.50 |
| | 8/1/04 | | | Beginning Balance | | | |
| | 8/13/04 | | GENJ | Fees- August Fisher & | 8,156.25 | | |
| | | | | Current Period Change | 8,156.25 | | 8,156.25 |
| | | | | | | | 9,843.75 |
| | 8/31/04 | | | Ending Balance | | | |

**BERINS & CO., LLC**
**TIME RECORD**

**CLIENT:** *Fisher & Phillips*
**JOB #:** 13000-38

| | FROM | TO |
|---|---|---|
| **PERIOD:** | 1-Jul-04 | 31-Jul-04 |

| DATE | DESCRIPTION OF ACTIVITY | PERSON | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| 6-Jul | Review depo transcript | D. Berins | 2.50 | 375.00 | 937.50 |
| 26-Jul | Phone conference with counsel | D. Berins | 1.00 | 375.00 | 375.00 |
| 27-Jul | Prepare trial exhibits | D. Berins | 1.00 | 375.00 | 375.00 |
| | TOTAL TIME | | 4.5 | | 1,687.50 |

**BERINS & CO., LLC**
**TIME RECORD**

**CLIENT:** *Fisher & Phillips*
**JOB #:** *13000-38*

| | FROM | TO |
|---|---|---|
| **PERIOD:** | 1-Aug-04 | 31-Aug-04 |

| DATE | DESCRIPTION OF ACTIVITY | PERSON | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| 3-Aug | Trial preparation | D. Berins | 1.50 | 375.00 | 562.50 |
| 4-Aug | Conference call with counsel | D. Berins | 1.50 | 375.00 | 562.50 |
| 5-Aug | Review documents | D. Berins | 1.00 | 375.00 | 375.00 |
| 9-Aug | Trial preparation | D. Berins | 3.25 | 375.00 | 1,218.75 |
| 10-Aug | Trial preparation | D. Berins | 2.50 | 375.00 | 937.50 |
| 11-Aug | Trial preparation | D. Berins | 4.00 | 375.00 | 1,500.00 |
| 12-Aug | Trial in Cincinnati | D. Berins | 8.00 | 375.00 | 3,000.00 |
| | TOTAL TIME | | 21.75 | | 8,156.25 |

Berins & Co., LLC - Texas
## General Ledger
For the Period From Jun 1, 2004 to Aug 31, 2004

Filter Criteria includes: 1) IDs from 14000-38 to 14000-38. Report order is by ID. Report is printed with Truncated Transaction Descriptions and in Detail Format.

| Account ID Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 14000-38 | 6/1/04 | | | Beginning Balance | | | |
| WIP Exp - Fisher & Philli | 7/1/04 | | | Beginning Balance | | | |
| | 7/31/04 | | GENJ | Phone allocation - July | 20.75 | | |
| | | | | Current Period Change | 20.75 | | 20.75 |
| | 8/1/04 | | | Beginning Balance | | | 20.75 |
| | 8/13/04 | | GENJ | Phone allocation - Augu | 125.00 | | |
| | 8/13/04 | | GENJ | DAB Exp Rep 8/12 | 1,687.50 | | |
| | 8/13/04 | | GENJ | Fed Ex 8/13 | 13.66 | | |
| | | | | Current Period Change | 1,826.16 | | 1,826.16 |
| | 8/31/04 | | | Ending Balance | | | 1,846.91 |

# CopyPLEX

400 Tri-State Building
432 Walnut Street
CINCINNATI, OHIO 45202

513-381-COPY (2679)

**Invoice**

Invoice Number:
CP02031002

Invoice Date:
Mar 14, 2002

Page:
1

Sold To:
Waite, Schneider, et al
1513 Central Trust Tower
Fourth & Vine Streets
Cincinnati, OH 45202

Ship to:
Bob S.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Waite01 | 22007-04 | Net Due; 1.5% per mo > 30 | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| AMS100 | | 3/14/02 | 3/14/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 865.00 | | Level II Copies | 0.14 | 121.10 |
| 13.00 | | Sq. Ft. Oversize | 1.25 | 16.25 |

Received by: _____

Check No:

Federal Tax ID Number: 31-1422582

| | |
|---|---|
| Subtotal | 137.35 |
| Sales Tax | 8.24 |
| Total Invoice Amount | 145.59 |
| Payment Received | |
| **TOTAL** | 145.59 |

**EXHIBIT**

25

# CopyPLEX

400 Tri-State Building
432 Walnut Street
CINCINNATI, OHIO 45202

513-381-COPY (2679)

## Invoice

Invoice Number:
CF02030999

Invoice Date:
Mar 14, 2002

Page:
1

Sold To:
Waite, Schneider, et al
1513 Central Trust Tower
Fourth & Vine Streets
Cincinnati, OH 45202

Ship to:
Bob S.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| _Waite01 | 22007-04 | Net Due; 1.5% per mo > 30 | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| AMS100 | | 3/14/02 | 3/14/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,016.00 | | Level II Copies | 0.14 | 142.24 |
| 1,016.00 | | One Additional Set Of Above | 0.12 | 121.92 |

3-19-02

Received by: _____

Check No:

Federal Tax ID Number: 31-1422582

| | |
|---|---|
| Subtotal | 264.16 |
| Sales Tax | 15.85 |
| Total Invoice Amount | 280.01 |
| Payment Received | - |
| **TOTAL** | 280.01 |

**EXHIBIT**

26



Litigation Graphics
Medical Illustrations
Animations
Litigation Copies

Federal Tax ID 59-3249956

## Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/18/2002 | 53053 |

**BILL TO**
Fisher & Phillips
300 S. Orange
Suite 1250
Orlando FL 32801
Attn: Jacki Lyle

**SHIP TO**
Same

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Jacki L | Due On Receipt | FL3 | 3/15/2002 | Our Driver | 3-416 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CS | Case Name/#: Hildebrandt v. Hyatt | | 0.00 | 0.00 |
| L1 | B/W Copies 8.5 x 11-Litigation Level | 1,765 | 0.09 | 158.85 |
| C1 | Color Copies 8.5 x 11-Quantity 1-50 | .12 | 1.00 | 12.00 |
| | Subtotal | | | 170.85 |
| | Sales Tax | | 6.00% | 10.25 |

Ask about our Photo Enlargements

| | Total | $181.10 |
|--|-------|---------|

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida

**Corporate Office:**    6220 South Orange Blossom Trail, Suite 200  Orlando, Florida 32809
(407) 859-3099   fax (407) 859-3099   (800) 598-2688   www.presentationgroup

EXHIBIT
27



THE PRESENTATION GROUP
LITIGATION SUPPORT

Litigation Graphics
Medical Illustrations
Animations
Litigation Copies

Federal Tax ID 59-3249956

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/18/2002 | 55166 |

**BILL TO**
Fisher & Phillips
300 S. Orange
Suite 1250
Orlando, FL 32801
Attn: Deborah Potts

**SHIP TO**
Same

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Deborah P | Due On Receipt | FL3 | 4/17/2002 | Our Driver | 4-555 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CS | Case Name/#: Hyatt/Hildabrandt//13292-0007 | | 0.00 | 0.00 |
| L1 | B/W Copies 8.5 x 11-Litigation Level 1 | 2,688 | 0.09 | 241.92 |
| | Sales Tax | | 6.00% | 14.52 |

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS!

**Total    $256.44**

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

Corporate Office:    6220 South Orange Blossom Trail, Suite 200  Orlando, Florida 32
(407) 859-3099    fax (407) 859-3089    (800) 589-2688    www.presentationgroup.c

**EXHIBIT**
28