Exhibits to ITEMIZED

BILL OF COSTS — PART 2

## THE PRESENTATION GROUP
### Litigation Support

Main Office:
6220 S. Orange Blossom Trail
Suite 200
Orlando, FL 32809

### INVOICE

email: tpg@presentationgroup.com

Phone:  407-859-3099
Fax:    407-849-4716

| | |
|---|---|
| Customer: | Fisher & Phillips LLP |
| Address: | 300 S. Orange Ave. |
| Suite No: | 1250 |
| City, St., Zip: | Orlando, FL 32801 |
| Attn: | Deborah Potts |
| Phone: | 407-541-0888 |

| | |
|---|---|
| Pickup Date: | 04/24/02 |
| Case Name: | Hyatt / Hildebrandt |
| Case Number: | n/a |
| Job No: | 4-833a scb |
| Delv Date: | 04/26/02 |
| Ship Via: | Our Driver |
| CAP 1: | ACC |
| CAP 2: | ACC |
| CAP 3: | ACC |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Litigation Copies - Level 2 | 752 | 0.130 | 97.76 |

DESCRIPTION :

| | |
|---|---|
| Subtotal | 97.76 |
| Sales Tax | 5.87 |
| Total | 103.63 |

Customer Signature: _____

Date: _____

### INVOICE

**EXHIBIT**

29



*Litigation Graphics*
*Medical Illustrations*
*Animations*
*Litigation Copies*

Federal Tax ID 59-3249956

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/29/2002 | 55836 |

| BILL TO | SHIP TO |
|---|---|
| Fisher & Phillips<br>300 S. Orange<br>Suite 1250<br>Orlando, FL 32801<br>Attn: Deborah Potts | Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|---|---|---|---|---|---|
| Deborah P | Due On Receipt | FL3 | 4/26/2002 | Our Driver | 4-833b |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| CS | Case Name/#: Hyatt/Hildebrandt | | 0.00 | 0.00 |
| L2 | B/W Copies 8.5 x 11-Litigation Level 2 | 752 | 0.13 | 97.76 |
| BATES | Bates Labeling-Print & Affix | 752 | 0.06 | 45.12 |
| | Subtotal | | | 142.88 |
| | Sales Tax | | 6.00% | 8.57 |

Document Imaging Now Available!

| Total | $151.45 |
|---|---|

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

**EXHIBIT**

30

<u>Corporate Office:</u>   6220 South Orange Blossom Trail.  Suite 200  Orlando, Florida 32
(407) 859-3099    fax (407) 859-3089    (800) 589-2688    www.presentationgroup.c

**THE PRESENTATION GROUP**
Litigation Support

Main Office:
6220 S. Orange Blossom Trail
Suite 200
Orlando, FL 32809

*INVOICE*

email: tpg@presentationgroup.com

Phone:    407-859-3099
Fax:       407-649-4716

| | |
|---|---|
| Customer: | Fisher & Phillips LLP |
| Address: | 300 S. Orange Ave. |
| Suite No: | 1250 |
| City, St., Zip: | Orlando, FL 32801 |
| Attn: | Deborah Potts |
| Phone: | 407-541-0888 |

| | |
|---|---|
| Pickup Date: | 05/01/02 |
| Case Name: | Hyatt/Hildebrandt |
| Case Number: | 13292-0007 |
| Job No: | 5-042rsh |
| Delv Date: | 05/02/02 |
| Ship Via: | Our Driver |
| CAP 1: | 25 |
| CAP 2: | 0 |
| CAP 3: | 0 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Litigation Copies - Level 1 | 8672 | 0.090 | 780.48 |

DESCRIPTION :

| | |
|---|---|
| Subtotal | 780.48 |
| Sales Tax | 46.83 |
| Total | 827.31 |

Customer Signature: _____

Date: _____

*INVOICE*

**EXHIBIT**

31

Loop Legal Copies

318 West Adams Suite 404
Chicago, IL 60606
EIN-36-4248571
(312) 726-COPY

*Hyatt: 13292 0007
Hildebrandt* (handwritten)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/10/02 | 14817 |

**BILL TO**

Fisher & Phillips LLP
140 S. Dearborn Street Suite 420
Chicago, IL 60603

| TERMS | REP | CLIENT# | ORDERED BY |
|-------|-----|---------|------------|
| Net 10 | BBC | Hyatt | Leann |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| **** ONE SET **** | | | |
| Staple/Clip as Originals | | | |
| Restaple/Reclip Originals | | | |
| Rubberband Copies | | | |
| Remove/Replace Post-Its | | | |
| Some/All 2 sided Copies | | | |
| Letter/Legal/11x17 Size Copies Mixed | | | |
| Z/Book/Tri Fold | | | |
| Handglass Work | | | |
| Constant Variable Contrast Adjustment | | | |
| Labor Intensive Project | | | |
| Copy Folders On White | 13,134 | 0.2175 | 2,856.65 |
| Handglass Copies | 39 | 0.35 | 13.65 |
| 11x17 Copies | | | |

Thank You
Signature

**Total** $2,870.30

Your signature above is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days. Interest at the rate of 1.5% per month will be charged on invoices not paid within 30 days. Customer agrees to pay all fees incured in the collection of past due accounts.

**EXHIBIT**

32



# OMAHA LEGAL COPIES

1299 FARNAM STREET, SUITE 120
OMAHA, NE 68102
PHONE: 402-344-COPY (2679)
FAX: 402-344-8168

# INVOICE

| Bill To |
|---|
| Fisher & Phillips LLP |
| 1250 Lincoln Plaza |
| 300 South Orange Ave. |
| Orlando, FL 32801 |
| phone: 407-541-0867 |
| contact:  Debora Potts |

| | |
|---|---|
| Invoice #: | 15917 |
| Date: | 05/23/2002 |
| Sales Rep: | Dave |
| Client Matter: | 132920007 |
| Billing Number: | |

| Qty | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 5,088 | "E" work | full service copies | 0.23 | 1,170.24T |
| 3 | 11 x 17 | 11 x 17 copies | 0.35 | 1.05T |

| | |
|---|---|
| Subtotal: | $1,171.29 |
| Sales Tax: (6.5%) | $76.13 |
| Total: | $1,247.42 |

please sign: _____  delivery... _____

*Thank you for allowing us to serve you!  —  EIN 47-0832599*

*LITIGATION SPECIALISTS*

**EXHIBIT**

33

## THE PRESENTATION GROUP
### Litigation Support

Main Office:
6220 S. Orange Blossom Trail
Suite 200
Orlando, FL 32809

*DELIVERY RECEIPT ONLY-INVOICE TO FOLLOW*

email: tpg@presentationgroup.com

Phone:    407-859-3099
Fax:      407-649-4716

| | |
|---|---|
| Customer: | Fisher & Phillips LLP |
| Address: | 300 S. Orange Ave. |
| Suite No: | 1250 |
| City, St., Zip: | Orlando, FL 32801 |
| Attn: | Deborah Potts |
| Phone: | 407-541-0888 |

| | |
|---|---|
| Pickup Date: | 11/05/02 |
| Case Name: | Hyatt/ Hilderbrandt |
| Case Number: | 13292-0007 |
| Job No: | 11-093el |
| Delv Date: | 11/06/02 |
| Ship Via: | Our Driver |
| CAP 1: | 10 |
| CAP 2: | 10 |
| CAP 3: | 10 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Litigation Copies - Level 2 | 1618 | 0.130 | 210.34 |

| | |
|---|---|
| Subtotal | 210.34 |
| Sales Tax | 12.62 |
| Total | 222.96 |

Customer Signature:

Date:

THIS FORM IS USED ONLY TO ACKNOWLEDGE OUR CLIENT'S RECEIPT OF T...
PRODUCT. THE INVOICE WILL BE MAILED.

**EXHIBIT**

34



**Litigation Graphics**
**Medical Illustrations**
**Animations**
**Litigation Copies**

Federal Tax ID 59-3249956

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 11/22/2002 | 68348 |

| BILL TO | SHIP TO |
|---------|---------|
| Fisher & Phillips<br>300 S. Orange<br>Suite 1250<br>Orlando, FL 32801<br>Attn: Deborah Potts | Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Deborah P | Due On Receipt | FL3 | 11/18/2002 | Our Driver | 11-446a |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CS | Case Name/#: Hyatt/Hildebrandt/13292-0007 | | 0.00 | 0.00 |
| BATES | Bates Labeling-Print & Affix | 705 | 0.06 | 42.30 |
| | Sales Tax | | 6.00% | 2.54 |

Ask about our Color Enlargements and Timelines!

**Total     $44.84**

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtor will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

**Corporate Office:**   6220 South Orange Blossom Trail, Suite 200  Orlando, Florida 3280
(407) 859-3099    fax (407) 859-3089    (800) 589-2688    www.presentationgroup.co

**EXHIBIT**
35

*In account with* **Waite, Schneider, Bayless & Chesley**

*Attorneys and Counsellors at Law*

*1513 Central Trust Tower*
*Cincinnati, Ohio 45202*

*Telephone: 513-621-0267*

## DOCUMENTS PRODUCED TO DEFENDANTS
### Copying Charges

*Hildebrandt v. Hyatt Hotels Corp., Case No. C-1-02-0003, S.D. Ohio*

January 16, 2003

| Date Sent | Bates Nos. | # of Pages | Charge | Total Charge |
|-----------|------------|------------|--------|--------------|
| 6/18/02 | BH 001864-1868 | 5 | 19¢ | .95 |
| 9/19/02 | BH 001869-1881 | 13 | 19¢ | 2.47 |
|  |  |  | Total Due | $3.42 |

**EXHIBIT**

36



6220 South Orange ... som Trail · Suite 200
Orlando, Florida 32809
(407) 859-3099 · (800) 589-2688
fax (407) 859-3089
www.presentationgroup.com

| DATE |
|------|
| 4/18/2003 |

Federal Tax ID 59-3249956

| INVOICE NO. |
|-------------|
| 77436 |

# Invoice

| BILL TO | SHIP TO |
|---------|---------|
| Fisher & Phillips<br>300 S. Orange<br>Suite 1250<br>Orlando, FL 32801<br>Attn: Daborah Potts | Same |

| P.O. NO. | TERMS | REP. | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|------|-----------|----------|--------|
| Deborah Potts | Due On Receipt | FL3 | 4/17/2003 | Our Driver | 4-488 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CS | Case Name/#: Hyatt/Hildebrandt/13292-0007 | | 0.00 | 0.00 |
| L1 | B/W Copies 8.5 x 11-Litigation Level 1 | 1,505 | 0.09 | 135.45 |
| | Sales Tax | | 6.50% | 8.80 |

| | |
|---|---|
| Ask about our Color Highlighted Documents! | Total $144.25 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.



EXHIBIT

37



**Main Office:**
2702 E. Robinson St.
Orlando, FL 32803-5800

email: tpg@presentationgroup.com

| | |
|---|---|
| Phone: | 407-859-3099 |
| Fax: | 407-649-4716 |

DELIVERY RECEIPT ONLY-INVOICE TO FOLLOW

| | | | | |
|---|---|---|---|---|
| Customer: | Fisher & Phillips LLP | Pickup Date: | 08/02/04 | |
| Address: | 300 S. Orange Ave. | Case Name: | Hyatt/Hildebrandt | |
| Suite No: | 1250 | Case Number: | .13292.0007 | |
| City, St., Zip: | Orlando,FL 32801 | Job No: | 8-003 SB | |
| Attn: | Julie Devany | Delv Date: | 08/03/04 | |
| | | Ship Via: | Our Driver | |
| Phone: | 407-541-0888 | CAP 1: | 0 | |
| | | CAP 2: | 70 | |
| | | CAP 3: | 0 | |

| DESCRIPTION | | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| Litigation Copies - Level 2 | | 10472 | 0.130 | 1361.36 |
| Generic Tabbed Dividers | | 1064 | 0.400 | 425.60 |
| 4" (3 Ring Binder) | clear view | 28 | 23.000 | 644.00 |

| | |
|---|---|
| Subtotal | 2430.96 |
| Sales Tax | 158.01 |
| Total | 2588.97 |

Customer Signature: _____

Date: _____

**EXHIBIT**

3 8

THIS FORM IS USED ONLY TO ACKNOWLEDGE OUR CLIENT'S RECEIPT
PRODUCT. THE INVOICE WILL BE MAILED.



# Zagnoli McEvoy Foley LLC
## Communication Consulting

08/18/2004

Theresa Gallion
Fisher & Phillips, LLP
1250 Lincoln Plaza
300 S. Orange Avenue
Orlando, FL 32801

Please remit payment to:
Zagnoli McEvoy Foley LLC
401 North Michigan Ave., Suite 1100
Chicago, Illinois 60611

Federal ID: 20-0055410
An Illinois Corporation

RE:   Hildebrandt v Hyatt Corp

Invoice # 9904365

Due upon Receipt. Overdue accounts will be charged a late payment fee of 1 ½% per month.

**For Services and/or Expenses During   07/09/04 -08/03/2004**

| | |
|---|---|
| *Consulting* | **$637.50** |
| *Witness Preparation* | **$7,318.75** |
| *Venue Review* | **$562.50** |
| *Visual Consulting* | **$6,900.00** |
| *Graphic Production* | **$4,517.50** |
| **Expenses** | |
| *Board Production* | $3,994.00 |
| **Total Expenses** | $3,994.00 |
| **Total Work Performed** | **$23,930.25** |
| **Total Amount Due** | **$23,930.25** |

Thank you. We appreciate your business. If you have any questions concerning this billing or questions about our services please contact Valery Greenwood or Daisy Jacobe at 312-494-1700. We now accept American Express, VISA and Mastercard.

I have reviewed this invoice for accuracy.

X _Valery Greenwood_   Date: _8/18/2004_

All expenses may not be included at this time.

EXHIBIT

39

## Empowering Others to Extraordinary Communication™

p: 312.494.1700   |   f: 312.494.1709   |   www.zmf.com   |   401 N. Michigan Ave.   |   Suite 1100   |   Chicago, . 60611

# Litigation Consulting Services

Invoice # 99( 436S

| | | |
|---|---|---|
| Theresa Zagnoli | 1.50 hours at 425.00 per hour | 637.50 |
| 07/18/2004 Hyatt/ZMF meeting | | |
| | **Total for Consulting** | **637.50** |
| | | |
| Theresa Zagnoli | 12.25 hours at 425.00 per hour | 5,206.25 |
| 08/02/2004 - 08/03/2004 Witness preparation, administrative memos, calls | | |
| Elizabeth Foley | 0.50 hours at 325.00 per hour | 162.50 |
| 07/09/2004 Witness preparation | | |
| Patricia McEvoy | 6.00 hours at 325.00 per hour | 1,950.00 |
| 08/02-08/05/2004 Background and witness prep | | |
| | **Total for Witness Preparation** | **7,318.75** |

**Total Litigation Consulting Services**      **$7,956.25**

# Multimedia Services

Invoice # 990 1365

Lead Visual Consultant                34.50 hours at 200.00 per hour                    6,9 )0.00

      07/06-08/06/20040
      Client correspondence, and meetings, graphic
      development/revisions

**Total Visual Consulting**                    6, )00.00


Information Designer                16.50 hours at 125.00 per hour                    1,9 )7.50

      07/21-07/22/2004
      Illustrate, design, graphics

Art Director                2.00 hours at 140.00 per hour                    2 )0.00

      07/21-07/22/2004
      Art direction

Production Artist                23.00 hours at 100.00 per hour                    2,3 )0.00

      08/04-08/06/2004
      Revisions to graphics

**Total Graphic Production**                    4, )17.50


**Total Multimedia Services**                    $11 )17.50



# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2004 | CXA 118 |

CXA, Inc.

250 S. Orange Avenue
Suite 190P
Orlando, FL 32801

**Bill To**

Julie Devaney
Fisher & Phillips LLP
300 South Orange Ave Ste 1250
Orlando, FL 32801

| Client Identifier | Terms | Due Date | Rep | Ship Date | Ship Via | Case |
|---|---|---|---|---|---|---|
| C-1-02-0003 | Due on receipt | 7/15/2004 | SC | 7/15/2004 | | Hildebrandt vs Hyatt |

| Pages | Description | Rate | Amount |
|---|---|---|---|
| 1,895 | Scanning- No Charge | 0.00 | 0.00T |
| | Included CD of PDF files | 0.00 | 0.00T |
| 1 | Extra CD | 5.00 | 5.00T |
| 1,895 | Copying - Black and White Letter | 0.10 | 189.50T |
| | Sales Tax | 6.50% | 12.64 |

| | |
|---|---|
| **Total** | $207.14 |
| **Balance Due** | $207.14 |

| Phone # |
|---|
| (407)566-9411 |

| E-mail | Web Site |
|---|---|
| schildress@cxaonline.com | www.cxaonline.c |

**EXHIBIT**

40

## LECG, LLC

*1608 Walnut St., Ste. 1200*
*Philadelphia, PA 19103*
*(215) 546-4950*
*Tax I.D. #94-3370415*

Nadine Abrahams, Esq.                              June 28, 2004
Fisher & Phillips
420 Marquette Building                            hyatc-12322 SJK
140 South Dearborn St.                            Invoice # 36584
Chicago, IL  60606-5202

---

**Re:  Barbara Loder Hildebrandt v. Hyatt Hotel Corporation, Helms and Booth**

Services rendered April 1 through May 31, 2004

| | | |
|---|---|---:|
| Professional Services | $ | 3,623.75 |
| Expenses Incurred | | 16.00 |
| **Current Charges** | $ | **3,639.75** |

AMOUNTS ARE STATED IN U.S. DOLLARS

Please direct any questions regarding this invoice to Patricia Schwaiger at (215) 546-4950.

Please remit payments by check to:      Please remit payments by wire to:

LECG, LLC                               U.S. Bank
P.O. Box 952423                         Account Name:  LECG, LLC
St. Louis, MO 63195                     ABA#: 123000848
                                        Acct#: 1539-1001-1995
                                        1-866-422-1076



EXHIBIT
41

Fisher & Phillips                                                          Invoice # 36584
Re: Barbara Loder Hildebrandt v. Hyatt Hotel Corporation, Helms and        hyatc-12322 SJK
Booth
Services rendered April 1 through May 31, 2004

**PROFESSIONAL SERVICES**

|                                    | RATE   | HOURS | AMOUNT   |
|------------------------------------|--------|-------|----------|
| Director<br> Samuel Kursh          | 365.00 | 6.75  | 2,463.75 |
| Consultant<br> Scott Measley       | 290.00 | 4.00  | 1,160.00 |
| **Total Professional Services**    |        | **10.75** | **3,623.75** |

**EXPENSES**

| Express Messenger/Courier |   |   | 16.00 |
|---|---|---|---|
| **Total Expenses** | | | **16.00** |
| **Total Current Charges** | | $ | **3,639.75** |

Fisher & Phillips
Re: Barbara Loder Hildebrandt v. Hyatt Hotel Corporation, Helms and
Booth
Services rendered April 1 through May 31, 2004

Invoice # 36584
hyatc-12322 SJK

| | | **DETAIL OF SERVICES** | **HOURS** |
|---|---|---|---|
| 04/05/04 | Consultant | Research, data analysis and case discussion. | 0.50 |
| 04/06/04 | Consultant | Document review, data analysis, case discussion, telephone conversation with attorney. | 3.00 |
| 05/10/04 | Director | Review depositions. | 3.25 |
| 05/11/04 | Director | Research on Daubert criteria. | 1.25 |
| 05/13/04 | Director | Conference call. | 1.00 |
| 05/13/04 | Consultant | Research, data analysis, case discussion. | 0.50 |
| 05/18/04 | Director | Daubert research. | 1.25 |
| | | **Professional Services** | **10.75** |

# LECG, LLC

*1608 Walnut St., Ste. 1200*
*Philadelphia, PA 19103*
*(215) 546-4950*
*Tax I.D. #94-3370415*

Nadine Abrahams, Esq.
Fisher & Phillips
420 Marquette Building
140 South Dearborn St.
Chicago, IL 60606-5202

August 19, 2004

hyatc-12322 SJK
Invoice # 37918

---

**Re: Barbara Loder Hildebrandt v. Hyatt Hotel Corporation, Helms and Booth**

Services rendered August 1 through August 19, 2004

| | | |
|---|---|---|
| Professional Services | $ | 695.00 |
| Expenses Incurred | | 0.00 |
| **Current Charges** | $ | **695.00** |

AMOUNTS ARE STATED IN U.S. DOLLARS

Please direct any questions regarding this invoice to Patricia Schwaiger at (215) 564-4950.

Please remit payments by check to:

LECG, LLC
P.O. Box 952423
St. Louis, MO 63195

Please remit payments by wire to:

U.S. Bank
Account Name: LECG, LLC
ABA#: 123000848
Acct#: 1539-1001-1995
1-866-422-1076



EXHIBIT
42

Fisher & Phillips                                                    Invoice # 37918
Re: Barbara Loder Hildebrandt v. Hyatt Hotel Corporation, Helms and    hyatc-12322 SJK
Booth
Services rendered August 1 through August 19, 2004

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director | | | |
| Samuel Kursh | 365.00 | 1.50 | 547.50 |
| Consultant | | | |
| Scott Measley | 295.00 | 0.50 | 147.50 |
| **Total Professional Services** | | **2.00** | **695.00** |
| **Total Current Charges** | | $ | **695.00** |

2

Fisher & Phillips                                                                    Invoice # 37918
Re: Barbara Loder Hildebrandt v. Hyatt Hotel Corporation, Helms and    hyatc-12322 SJK
Booth
Services rendered August 1 through August 19, 2004

| | | **DETAIL OF SERVICES** | **HOURS** |
|---|---|---|---|
| 08/03/04 | Consultant | Telephone conversation with client's representative, document review, data analysis. | 0.50 |
| 08/04/04 | Director | Review cx questions. | 1.00 |
| 08/05/04 | Director | Comment on cx questions. | 0.50 |
| | | **Professional Services** | **2.00** |

3

Form 100

# JIYATT CORPORATION
## TRAVEL AND ENTERTAINMENT EXPENSE SUMMARY

Employee Name _____  Department _____  Date Period _____  HR 41

| Date | Location | Business Purpose | Airfare | Lodging (Room & Tax Only) | Business Meals | Entertainment (401 Form) | Telephone & Fax | Auto, Taxi, Toll, Parking | Miscellaneous Amount | Explanation | Total Local $ | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 0.00 | |
| | | | | | | | | | | | 0.00 | |
| | | | | | | | | | | | 0.00 | |
| | | | | | | | | | | | 0.00 | |
| | | | | | | | | | | | 0.00 | |
| | | | | | | | | | | | 0.00 | |
| 23-Jul | Dublin-Drawls | Customer - Hillebrand Trial | | | 4.93 | | | | | | 4.93 | |
| 23-Jul | Chicago/Cincinnati | Cincinnati - Hillebrand Trial | | | | | | 48.38 | | 4.00 Mileage - 65 miles, Taxi, Tip | 52.38 | |
| 23-Jul | Chicago/Cincinnati | Cincinnati - Hillebrand Trial | | | | | | 72.00 | | 10.50 Taxi Tip | 82.50 | |
| | | | | | | | | | | | 0.00 | |
| | | | | | | | | | | | 0.00 | |
| | | | | | | | | | | 9.00 Mileage - 89 miles, Tips | 0.00 | |
| | | | | | | | | | 37.38 | | 0.00 | |
| | | | | | | | | | | | 0.00 | |
| | | | | | | | | | | | 0.00 | |
| | | | | | | | | | | | 0.00 | |
| | | | | | | | | | | | 0.00 | |
| 8-Aug | Other | Cincinnati - Hillebrand Trial | | | 9.00 | | | | | | 9.00 | |
| 8-Aug | Cincinnati | Cincinnati - Hillebrand Trial | | | | | | 24.00 | | 4.00 Taxi, Tip | 28.00 | |
| 10-Aug | Cincinnati | Cincinnati - Hillebrand Trial | | | | 101.17 | | | | | 101.17 | |
| 10-Aug | Cincinnati | Cincinnati - Hillebrand Trial | | | | | | | 11.13 | 11.13 H110 Office Supplies | 11.13 | |
| 17-Aug | Cincinnati | Cincinnati - Hillebrand Trial | | | 4.54 | | | | | | 4.54 | |
| 15-Aug | Cincinnati | Cincinnati - Hillebrand Trial | | | | | | 25.00 | | 4.00 ADMI/4:00 Tips | 29.00 | |
| 17-Aug | Cincinnati | Cincinnati - Hillebrand Trial | | | | | | 24.38 | | Mileage - 65 miles | 24.38 | |
| 17-Aug | Cincinnati | Cincinnati - Hillebrand Trial | | 420.41 | | | | | | | 420.41 | |
| **Page Total** | | | 0.00 | 420.41 | 17.53 | 106.12 | 0.00 | 217.14 | 56.63 | | 770.15 | |

Total Expenses Incurred _____ 770.15

Total Deductions _____ 0.00
Net Amount Due Employee _____ 770.15
Net Amount Due Company _____ 0.00

Please prepare Form 100 for all business
meals and entertainment exceeding USS2k

1604 Mileage is 37.5 cents per mile

_____  Signature

_____  Date

_____  Approval

_____  Date

EXHIBIT
43

# WorldTravel
### BTI

SALES PERSON: Z9
CUSTOMER NBR: 3401126608     ITINERARY/INVOICE NO. 0091721
                                              IIVWKE
                                                           DATE: 02 AUG 0
                                                           PAGE: 01

TO: DOUG PATRICK
    HYATT CORPORATION
    200 W MADISON
    CHICAGO IL 60606

FOR: PATRICK/DOUG

08 AUG 04  -  SUNDAY
    AIR    AMERICAN AIRLINES    FLT:4311    ECONOMY
           OPERATED BY AMERICAN EAGLE
           LV CHICAGO OHARE
           DEPART: TERMINAL 3              815P
           AR CINCINNATI                                EQP: EMBRAER 145 JET
           ARRIVE: TERMINAL 2             1027P         01HR 12MIN
           PATRICK/DOUG                                 NON-STOP
                              SEAT- 4B    AA-4FV2932    REF: IIVWKE

12 AUG 04  -  THURSDAY
    AIR    AMERICAN AIRLINES    FLT:3907    ECONOMY
           OPERATED BY AMERICAN EAGLE
           LV CINCINNATI
           DEPART: TERMINAL 2             639P
           AR CHICAGO OHARE              702P           EQP: EMBRAER 145 JET
           ARRIVE: TERMINAL 3                           01HR 23MIN
           PATRICK/DOUG           SEAT-12C  AA-4FV2932  NON-STOP
           SEAT-AISLE UNAVAILABLE - WINDOW CONFIRMED    REF: IIVWKE

08 FEB 05  -  TUESDAY
    OTHER NOTE
           NOTE/THANK YOU FOR CHOOSING WORLDTRAVEL BTI

AIR TICKET    AA1082406167
ELEC TKT                        PATRICK DOUG
                                BILLED TO DINERS CLUB
                                                              397.61
                                                         ---------------
                                SUB TOTAL                     397.61
                                NET CC BILLING                397.61
                                                         ---------------
                                TOTAL AMOUNT DUE                0.00

# WorldTravel
### BTI


BUSINESS TRAVEL
INTERNATIONAL

CONTINUED ON PAGE 2

LEASE NOTE: Any itinerary change may result in a price difference. Some airline tickets have a cash value. If unused, please return promptly for refund or credit if due. If your hotel reservations a guaranteed for late arrival and you change your plans or cancel the trip, please notify us or the hotel immediately to avoid payment. Be sure you get a cancellation number!

**Information for Trip Locator: FMTMRB**

THIS MESSAGE REFERENCES PNR LOCATOR FMTMRB
THIS IS AN E-INVOICE FOR PNR LOCATOR FMTMRB.
Please do not respond to this message via email. Please contact your local travel office with an questions.

---

ELECTRONIC Ticket Number: 0011086016329
Ticket Amount: $121.41
Form of Payment: DC************0809

---

CORREX generated this email at 0937A, on 10AUG.

---

CORREX GENERATED THIS EMAIL AT 9:38 am, ON Tuesday, August 10, 2004. THIS IS A SEND ONLY ADDRESS. PLEASE DO NOT
REPLY TO THIS EMAIL. CONTACT YOUR TRAVEL MANAGER FOR MORE DETAILS.

Thank you for using WorldTravel BTI for your travel needs. Have a safe trip.

| Passengers | Reference # | Frequent Flyer # |
|---|---|---|
| HENRY/MARK | 2080 | AAW394758, COAG818618, UA00123485564 |

## AIR – Wednesday, August 11

**American Airlines Flight 4093 Economy**

**Operated by AMERICAN EAGLE**

| | | |
|---|---|---|
| **From:** | Chicago O'Hare Int'l Airport, IL 5:52 pm, Wednesday, August 11 TERMINAL 3 | **Equipment:** Embraer Emb 145 Regional Jet **Duration:** 1 hour and 18 minutes **Status:** Confirmed |
| **To:** | Cincinnati/Northern Kentucky Airport, OH 8:10 pm, Wednesday, August 11 TERMINAL 2 | |
| **Seats:** | 8C  HENRY/MARK   Confirmed | |
| | WINDOW SEAT CONFIRMED | |

## AIR – Thursday, August 12

**American Airlines Flight 4406 Economy**

**Operated by AMERICAN EAGLE**

| | | |
|---|---|---|
| **From:** | Cincinnati/Northern Kentucky Airport, OH 2:35 pm, Thursday, August 12 TERMINAL 2 | **Equipment:** Embraer Emb 145 Regional Jet **Duration:** 1 hour and 14 minutes **Status:** Confirmed |
| **To:** | Chicago O'Hare Int'l Airport, IL 2:49 pm, Thursday, August 12 TERMINAL 3 | |
| **Seats:** | 12C  HENRY/MARK   Confirmed | |
| | EXIT ROW WINDOW SEAT CONFIRMED | |

## MISCELLANEOUS – Monday, February 7

NOTE
THANK YOU FOR CHOOSING WORLDTRAVEL BTI



**EXHIBIT**

44

## General Remarks



IF YOU NEED ASSISTANCE DURING 830A TO 530PM CST
PLEASE CONTACT WTP LOCALLY AT 312-750-8184
HYATT DEDICATED LINE AT 1-877-898-4811.
YOUR EXECUTIVE CODE IS TD02 WHICH YOU MUST ADVISE
PLEASE BE ADVISED MINIMUM CHECK IN TIME IS 2 HOURS
PRIOR TO FLIGHT DEPARTURE. YOU MUST HAVE AN ETICKET
RECEIPT OR ORIGINAL ETICKET ITINERARY AT CHECK IN
EFFECTIVE JANUARY 18,2002 THE FAA REQUIRES ALL LUGGAGE
TO BE CHECKED IN NO LATER THAN 40 MINUTES PRIOR TO
DEPARTURE AS RANDOM SEARCHES WILL BE CONDUCTED. UNDER
THESE NEW SECURITY PROCEDURES, LOCKED LUGGAGE MAY
BE DAMAGED WHEN SEARCHED.
NO CAR REQUESTED OR HOTEL REQUESTED
*****************************************************
PENALTY INFORMATION - TICKET IS NON-REFUNDABLE/NON-TRANSFERABLE.
CHANGES ARE SUBJECT TO PENALTIES PLUS FARE INCREASE.
SOME CARRIERS REQUIRE CANCELLATION PRIOR TO TIME OF DEPARTURE
IF YOU HAVE TO CHANGE OR CANCEL THIS TRIP.
*****************************************************
YOUR AMERICAN CONFIRMATION NUMBER IS FMTMRB
*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*
ELECTRONIC TICKET ISSUED FOR THIS ITINERARY
GOVERNMENT ISSUED PICTURE ID REQUIRED.
BOARDING PASSES MAY BE RESTRICTED TO AIRPORT CHECK IN
*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-
FOR UP TO DATE TRAVEL INFORMATION ON AIRLINE
CHECK-IN/RESTRICTIONS/LIMITATIONS/SECURITY.
PLEASE CHECK WWW.AA.COM

---

Liability Agreement
WorldTravel BTI acts only as agent for the airlines, hotels, bus companies, railroads, tour operators, cruise lines, car rental companies, and other contractors providing
accommodations, transportation or other suppliers ("suppliers").
All such services are furnished by suppliers that are independent and do not act for or on behalf of WTBTI, are not servants of WTBTI, and with whom WTBTI does not
have a business as joint ventures or otherwise.
By utilizing the services represented by this itinerary, client agrees to the foregoing and also agrees that neither WTBTI nor its parent, affiliates, subsidiaries or
Representatives (collectively "WTBTI Entities") shall be or
become liable for any loss, costs, expense, injury, accident
or damage to person or property resulting directly or indirectly from (i) the acts or omissions of such suppliers, including, but not limited to, delays or cancellation of
services,cessation of operations, breakdown in machinery or equipment or changes in fares,
itineraries or schedules, and/or (ii) acts of God, dangers incident to the sea, fire, acts of government or other authorities, wars, acts of terrorism, civil unrest, strikes, riots,
thefts, pilferage, epidemics, quarantines, other disease, climatic aberrations, or from any other cause beyond WTBTIs control.
All services covered by this itinerary are subject to the terms and conditions specified by the suppliers; and client also agrees to the terms and conditions set forth in any
and all brochures or advertisements describing any tour, cruise,
accommodations, transportation or other services, and to any and all conditions
contained in documents for any such services including, without limitation, all cancellation fees. No employee of WTBTI or any of its affiliates, subsidiary companies or
representatives has authority to vary the terms of these conditions.



EXHIBIT

45

# WorldTravel
### BTI

```
SALES PERSON: MS         ITINERARY/INVOICE NO. 0091663              DATE: 30 JUL 0
CUSTOMER NBR: 3401126608                       HKKICS                PAGE: 01

    TO: ATTN-LAURA SKALA 630-990-6296
        HYATT CORPORATION
        200 W MADISON
        CHICAGO  IL 60606
        DLVR-30JULY

FOR: SMALL/BRUCE W              REF: 3110



       TOTAL AIRFARE..................376.20
       YOUR AA ELECTRONIC RECORD LOCATOR IS...........HKKICS
09 AUG 04  -  MONDAY
   AIR    AMERICAN AIRLINES    FLT:4315    ECONOMY
          OPERATED BY AMERICAN EAGLE
          LV CHICAGO OHARE
          DEPART: TERMINAL 3         855A          EQP: EMBRAER 145 JET
          AR CINCINNATI                            01HR 12MIN
          ARRIVE: TERMINAL 2         1107A         NON-STOP
          SMALL/BRUCE W      SEAT-12A    AA-CXM3284  REF: HKKICS

12 AUG 04  -  THURSDAY
   AIR    AMERICAN AIRLINES    FLT:4380    ECONOMY
          OPERATED BY AMERICAN EAGLE
          LV CINCINNATI
          DEPART: TERMINAL 2         840P          EQP: EMBRAER 145 JET
          AR CHICAGO OHARE                         01HR 07MIN
          ARRIVE: TERMINAL 3         847P          NON-STOP
          SMALL/BRUCE W      SEAT-12A    AA-CXM3284  REF: HKKICS

08 FEB 05  -  TUESDAY
   OTHER NOTE
          THANK YOU FOR CHOOSING WORLDTRAVEL BTI

AIR TICKET     AA1092406112       SMALL BRUCE W
ELEC TKT                          BILLED TO DINERS CLUB              376.20
                                                                 ------------
                                  SUB TOTAL                         376.20
                                  NET CC BILLING                    376.20
                                                                 ------------
                                  TOTAL AMOUNT DUE                     0.00
```

# WorldTravel
### BTI


BUSINESS TRAVEL
INTERNATIONAL

CONTINUED ON PAGE 2

PLEASE NOTE: Any itinerary change may result in a price difference. Some airline tickets have a cash value. If unused, please return promptly for refund or credit if due. If your hotel reservations are guaranteed for late arrival and you change your plans or cancel the trip, please notify us or the hotel immediately to avoid payment. Be sure you get a cancellation number!



**American Airlines**

BERINS/DAVID

+$100 change RP



Date: 8·11

From: CVG     To: hotel

Trip Fare: 40⁰⁰     Cab #: _____

EXHIBIT
46

Berins & Co. LLC
Expense Report
Date: 12-Aug-04

Name: David A. Berins

| DATE | CLIENT NAME OR NON-CHARGEABLE ACCT. | LOCATION | DESCRIPTION OR PURPOSE | PERSONAL AUTO | | AIR FARE | LODGING | MEALS | CAR RENTAL | PARKING | TAXI OR OTHER TRANSP | TIPS | OTHER EXPENSE | | MEMO MEALS & ENTER-TAINMENT | TOTAL EXPENSES | CLIENT CODE OR ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MILES | AMOUNT | | | | | | | | DESCRIPTION | AMOUNT | | | |
| I. EXPENSES WITH NO RECEIPT | | | | | | | | | | | | | | | | | 14000-35 |
| Aug 11-12 | David & Philips | Cincinnati | Highland Pol | 14 | 7.25 | | | 3.00 | | 8.00 | 30.00 | 11.00 | | | 3.00 | 71.25 | |
| | | | | | 0.00 | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | 0.00 | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | 0.00 | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | 0.00 | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | 0.00 | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | 0.00 | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | 0.00 | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | 0.00 | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | 0.00 | | | | | | | | | | 0.00 | 0.00 | |
| II. EXPENSES WITH RECEIPTS ATTACHED | | | | | | | | | | | | | | | | | 14000-35 |
| Aug 11-12 | David & Philips | Cincinnati | Highland Pol | | | 1,270.70 | 122.27 | | | | 40.00 | | | | 0.00 | 1,432.97 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | | | | | | | 0.00 | 0.00 | |
| SUB-TOTAL EXPENSES WITH AND WITHOUT RECEIPTS | | | | | 7.25 | 1,270.70 | 122.27 | 3.00 | | 8.00 | 70.00 | 11.00 | | | 0.00 | 1,504.22 | |

III. BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE NAME (CLUB, RESTAURANT, ETC) | LOCATION | TYPE OF EXPENSE (LUNCH, DINNER, ETC.) | BUSINESS PURPOSE | NAMES AND COMPANIES OF PERSONS PRESENT | OTHER ALLOWABLE EXPENSE | | TOTAL MEALS & ENTER. | TOTAL EXPENSE | CLIENT OR ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DESCRIPTION | AMOUNT | | | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0.00 | 0.00 | |
| SUB-TOTAL BUSINESS MEALS, CLUB DUES & RELATED | | | | | | | 0.00 | 0.00 | 0.00 | |

TOTAL EXPENSES THIS REPORT    7.25    1,270.70    122.27    3.00    0.00    8.00    70.00    11.00    5.00    1,504.22

Total Expenses    1,504.22
Exp Adv (15000-01)    0.00
Exp Acct (15000-03)    1,504.22