## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**Barbara Loder Hildebrandt,**
    **Plaintiff**

-vs-                                                       Case No.   1:02-cv-3

**Hyatt Corporation, et al.,**
    **Defendants**

# AMENDED JUDGMENT

| | | |
|---|---|---|
| **X** | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED as follows:**

**1)** On June 28, 2004, the Court ruled on summary judgment as follows**:** Defendants' motion for summary judgment as to plaintiff's claims against defendant Booth is **GRANTED**.  The claims against defendant Booth are **DISMISSED WITH PREJUDICE**.  Defendants' motion for summary judgment on plaintiff's breach of public policy claim is **GRANTED** and is **DISMISSED WITH PREJUDICE**.  Defendants' motion for summary judgment on plaintiff's age discrimination claims regarding her termination in the reduction-in-force is **DENIED**.  Plaintiff's age discrimination claims remain against defendants Hyatt Corporation and Helms and Horne in their individual capacities.  Defendants' motion for summary judgment on plaintiff's failure to promote claims is **GRANTED** and is **DISMISSED WITH PREJUDICE**.

2) On August 16, 2004, the jury returned a verdict that plaintiff has not proven her claim of age discrimination against any of the defendants.


Date:   August 25, 2004                                  James Bonini, Clerk

                                                         By:  s/Mary C. Brown
                                                         Mary C. Brown, Deputy Clerk