**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| BARBARA LODER HILDEBRANDT, | : |
| Plaintiff | : |
| | : CASE NO. C-1-02-0003 |
| vs. | : |
| | : Judge Beckwith |
| HYATT CORPORATION, *et al.*, | : Magistrate Judge Black |
| | : |
| Defendants | : |

**NOTICE OF APPEAL**

Notice is hereby given that Barbara Loder Hildebrandt, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Sixth Circuit from:

1. This Court's Order Granting Defendant's Motion for Summary Judgment on Plaintiff's claims against Defendant Booth, entered June 28, 2004 (Doc. 85);

2. This Court's Order Granting Defendant's Motion for Summary Judgment on Plaintiff's failure to promote claims, entered June 28, 2004 (Doc. 85);

3. This Court's rulings granting Defendants' motions in limine entered August 6, 2004 (Doc. 126);

4. This Court's rulings on Defendants' motion for judgment under Rule 50, entered on August 11, 2004 and modified on August 18, 2004 (Doc. 131);

5. This Court's rulings on Defendants' motion for judgment under Rule 50, entered August 12, 2004 (Doc. 130);

6. This Court's rulings on Plaintiff's motions for mistrial, entered August 13, 2004 (Doc. 133);

7. The judgment entered upon the jury verdict in favor of Defendants on August 16, 2004 (Doc. 138).

8. The amended judgment entered on August 25, 2004 (Doc. 140).

Respectfully submitted,

s/Robert A. Steinberg
Stanley M. Chesley (0000852)
Robert A. Steinberg (0032932)
    (Trial Attorney)
**WAITE, SCHNEIDER, BAYLESS**
 **& CHESLEY CO., L.P.A.**
1513 Fourth and Vine Tower
Cincinnati, OH  45202
513-621-0267
bobsteinberg@wsbclaw.cc

and

Michael J. O'Hara (0014966)
**O'HARA, RUBERG, TAYLOR, SLOAN**
 **& SERGENT**
209 Thomas More Park, Suite C
P.O. Box 17411
Covington, Kentucky 41017-0411
(606) 331-2000
mohara@ortlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Notice was served by electronic filing via the CM/ECF System to Theresa M. Gallion, Esq. and Nadine C. Abrahams, Esq. this 27th day of August, 2004.

                                                <u>s/Robert A. Steinberg</u>
                                                Robert A. Steinberg