```
Tue Sep 21 10:31:18 2004

   UNITED STATES DISTRICT COURT

   CINCINNATI, OH

Receipt No.    100 424235
Cashier        mc1

Check Number:  28214

DD Code    Div No
 4661        1

Sub Acct Type Tender      Amount
1:086900  N     2          105.00
2:510000  N     2          150.00

Total Amount       $       255.00

WAITE SCHNEIDER BAYLESS CHESLEY

FILING FEE 1:02CV0003




Tue Sep 21 10:31:18 2004

Check No.   28214
Amount$     255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```