## TRANSMISSION FORM

ECF 9-1-04                                                                                    JC

| District Court: | SD of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:02-cv-003 | Court of Appeals Case No: 04-4119 |
| SHORT CAPTION | | |
| | Barbara Hildebrandt | Case Manager: JILL COLYER |
| Plaintiff/Petitioner | vs. | Date Filed: |
| | Hyatt Hotels et al | **FILED** |
| Defendant/Respondent | | SEP 15 2004 |
| | | LEONARD GREEN, Clerk |
| *provide pro se address IF NOT on the docket sheet | | |
| District Court Judge: | Beckwith | Anything That Needs Special Attention |
| Court Reporter(s): | Julie Wolfer, Mary Ann Ranz | |
| From Deputy Clerk: | Kendra Jordan | |
| Date: | 8-31-04 | |
| $255.00 Appeal Filing Fee Paid?  No | | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)          ___Volume(s)

Deposition(s)      ___Volume(s)         Exhibit(s)         ___ Volume(s)

Transcript(s)      ___Volume(s)         **Sealed**         ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____**James Bonini**_____
United States District Court