**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

BARBARA LODER HILDEBRANDT,        :
                                  :
                Plaintiff         :
                                  :        CASE NO.  C-1-02-0003
        vs.                       :
                                  :        Judge Beckwith
HYATT CORPORATION, *et al.*,      :
                                  :
                Defendants        :
                                  :

**PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE HER**
**MOTION TO REVIEW THE CLERK'S TAXATION OF COSTS**

On January 12, 2006, the Clerk filed his Memorandum On Costs (Doc. 162), taxing costs against Plaintiff in this individual employment discrimination case in the amount of $83,765.18.  The taxation is based upon Defendants' Motion For Costs and six supplemental filings, each of which contains numerous documents.  Based on a review of the docket on January 16, 2006, the mandate of the Court of Appeals has not yet issued.  Pursuant to Plaintiff's previous request, filed August 27, 2004 (Doc. 142), the Clerk granted Plaintiff 15 days within which to file a motion to review the Clerk's taxation of costs, or until January 27, 2006.

Due to the present schedule of Plaintiff's trial counsel, Robert Steinberg, and the length of time needed to review the lengthy costs bill and compare it to case records, and to perform updated legal research, Plaintiff respectfully requests an extension of time from January 27, 2007 until February 10, 2006 within which to file Plaintiff's motion to review.  Plaintiff's counsel is presently

engaged in the processing of several hundred claims in a large class action case that was recently settled in the Commonwealth of Kentucky, which requires ongoing scheduled interviews with and document collection from class members, as well as a number of other active cases in various states and in British Columbia. The interviews are scheduled throughout January and February, limiting the time available to prepare the motion to review.

Respectfully submitted,

s/Robert A. Steinberg
Stanley M. Chesley (0000852)
Robert A. Steinberg (0032932) (Trial Attorney)
**WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., L.P.A.**
1513 Fourth and Vine Tower
Cincinnati, OH  45202
513-621-0267
bobsteinberg@wsbclaw.cc

and

Michael J. O'Hara (0014966)
**O'HARA, RUBERG, TAYLOR, SLOAN
  & SERGENT**
209 Thomas More Park, Suite C
P.O. Box 17411
Covington, Kentucky 41017-0411
(606) 331-2000
mohara@ortlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was served by electronic filing via the CM/ECF System and regular mail to Joel W. Rice, Esq., Fisher & Phillips, 140 South Dearborn Street, Chicago, IL 60603-5202 this 17th day of January, 2006.

s/Robert A. Steinberg
Robert A. Steinberg