UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-4119

FILED
JAMES BONINI
CLERK

06 JAN 19 AM 9:25

Filed: January 13, 2006

BARBARA LODER HILDEBRANDT

    Plaintiff - Appellant

02-063

v.

HYATT CORPORATION; TY HELMS; BRIAN J. BOOTH; JOHN M. HORNE

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 11/18/05 the mandate for this case hereby issues today.

COSTS:

Filing Fee ...........$
Printing ............$

    Total ........$

A True Copy.

Attest:

_____
Deputy Clerk