IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BARBARA LODER HILDEBRANDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. C-1-02 0003 |
| | ) | |
| HYATT CORPORATION, et al. | ) | Judge Sandra Beckwith |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ITEMIZATION OF BILL OF COSTS**

**I. Deposition Materials**

**A. Court Reporter Appearance/Transcription Fees**

| No. | Date of Invoice | Deposition Date | Deponent | Exhibit | Cost |
|---|---|---|---|---|---|
| 1. | 4/25/02 | 4/16/02 | Catherine A. Petz | 1 | $140.00 |
| 2. | 4/25/02 | 4/16/02 | Douglas A. Patrick | 1 | $277.50 |
| 3. | 4/25/02 | 4/16/02 | Bruce Small | 1 | $160.00 |
| 4. | 4/25/02 | 4/16/02 | Jeanne Pearson (includes exhibits) | 1 | $117.40 |
| 5. | 4/25/02 | 4/17/02 | Tyson W. Helms | 2 | $807.00 |
| 6. | 4/26/02 | 3/19/02 | B. Hildebrandt | 3 | $1,692.20 |
| 7. | 10/01/02 | 3/20/02 | Brian Booth | 4 | $386.80 |
| 8. | 10/01/02 | 3/21/02 | Jack Horne | 5 | $400.80 |
| 9. | 10/17/02 | 9/23/02 | Dean D'Anna | 6 | $854.50 |
| 10. | 10/17/02 | 9/23/02 | Mary Rocereto | 6 | $1,295.75 |
| 11. | 10/17/02 | 9/24/02 | Dean D'Anna/Vol. 2 | 7 | $1,293.75 |

Chicago 48195.1

ATTACHMENT 1

| No. | Date of Invoice | Date of Deposition | Deponent | Exhibit | Cost |
|---|---|---|---|---|---|
| 12. | 10/17/02 | 9/24/02 | Wendy Aylward | 7 | $877.50 |
| 13. | 10/17/02 | 9/25/02 | Dawn Beagle | 8 | $1,226.50 |
| 14. | 3/18/03 | 2/20/03 | Leo Hildebrandt, Jr. | 9 | $144.50 |
| 15. | 1/6/04 | 12/18/03 | B. Hildebrandt | 10 | $158.76 |
| 16. | 4/14/04 | 3/22/04 | George E. Parsons, Ph.D. | 11 | $390.00 |
| 17. | 5/3/04 | 4/7/04 | Harvey S. Rosen, Ph.D. | 12 | $425.40 |
| 18. | 5/12/04 | 4/22/04 | Robert Schnitz | 13 | $129.80 |
|  |  |  | (Schnitz Word Index) | 13 | $10.00 |
| 19. | 5/12/04 | 4/22/04 | Molly Crompton | 13 | $264.00 |
|  |  |  | (Crompton Word Index) | 13 | $10.00 |
| 20. | 7/14/04 | 5/18/04 | David Berins | 14 | $167.10 |

**B. Videography**

| No. | Date of Invoice | Date of Deposition | Deponent | Exhibit | Cost |
|---|---|---|---|---|---|
| 1. | 3/26/02 | 3/19/02 | B. Hildebrandt | 15 | $105.00 |
| 2. | 3/26/02 | 3/20/02 | Brian Booth | 15 | $70.00 |
| 3. | 3/26/02 | 3/21/02 | Jack Horne | 15 | $70.00 |

**Sub-total (for Depositions Materials):** **$11,474.26**

## II. Official Court Transcripts

| No. | Date | Description | Pages | Cost/Page | Exhibit | Total |
|---|---|---|---|---|---|---|
| 1. | 1/28/03 | Hearing before the Honorable Jack Sherman, Jr., Magistrate Judge | 22 | $0.75 | 16 | $16.50 |
| 2. | 7/23/04 | Final Pretrial Conference before the Honorable Judge Beckwith | 71 | $4.40 | 17 | $312.40 |
| 3. | 8/6/04 | Hearing on Judge Beckwith's Ruling on Motions in Limine | 15 | $4.40 | 18 | $66.00 |
| 4. | 8/10/04-8/11/04 | Testimony of Jack Horne; The Court's Ruling on Defendants' Rule 50 Motion; Testimony of Barbara L. Hildebrandt | 57;6; 127 | $5.50; $5.50; $1.10 | 19 | $486.20 |
| 5. | 8/9/04-8/10/04 | Opening Statement of Theresa M. Gallion; Continued Cross-Examination in the Testimony of Jack Horne | 42;39 | $1.10; $5.50 | 20 | $260.70 |

**Sub-total (for Official Court Transcripts):   $1,141.80**

## III. Expert Witness Fees

| No. | Date | Description | Exhibit | Amount |
|---|---|---|---|---|
| 1. | 1/24/03 | Berins & Co., LLC Retainer Fee | 21 | $15,000.00 |
| 2. | 2/03-3/03; 2/04 | D. Berins Professional Fees (12.5 hrs) D. Berins Professional Fees (29.0 hrs) | 22 | $800.97 (net of retainer) |
| 3. | 5/31/04 | D. Berins Professional Fees (9.0 hrs) | 23 | $3,445.22 |
| 4. | 6/1/04-8/12/04 | D. Berins Professional Fees (26.25 hrs) | 24 | $9,843.75 |

**Sub-total (Expert Witness Fees):   $29,089.94**

Chicago 48195.1                             3

## IV. Photocopying Fees

### A. Document Production

| No. | Date | Description | Exhibit | Cost |
|---|---|---|---|---|
| 1. | 3/14/02 | CopyPLEX Invoice (documents produced by Plaintiff) | 25 | $145.59 |
| 2. | 3/14/02 | CopyPLEX Invoice (documents produced by Plaintiff) | 26 | $280.01 |
| 3. | 3/18/02 | The Presentation Group Invoice (Statistical Information on Personnel Files Produced to Plaintiff) | 27 | $181.10 |
| 4. | 4/18/02 | The Presentation Group Invoice (National Sales Force Personnel Files Produced to Plaintiff) | 28 | $256.44 |
| 5. | 4/26/02 | The Presentation Group Invoice (Documents Produced to Plaintiff) | 29 | $103.63 |
| 6. | 4/29/02 | The Presentation Group Invoice (Documents Produced to Plaintiff) | 30 | $151.45 |
| 7. | 5/2/02 | The Presentation Group Invoice (Documents Produced to Plaintiff) | 31 | $827.31 |
| 8. | 5/10/02 | Loop Legal Copies Invoice (National Sales Force Personnel Files Produced to Plaintiff) | 32 | $2,870.30 |
| 9. | 5/23/02 | Omaha Legal Copies Invoice (National Sales Force Personnel Files Produced to Plaintiff) | 33 | $1,247.42 |
| 10. | 11/6/02 | The Presentation Group Invoice (National Sales Force Personnel Files Produced to Plaintiff) | 34 | $222.96 |
| 11. | 11/22/02 | The Presentation Group Invoice (Documents Produced to Plaintiff) | 35 | $44.84 |
| 12. | 1/16/03 | Waite, Schneider Invoice | 36 | $3.42 |

Chicago 48195.1                                4

|  |  | (Documents Produced by Plaintiff) |  |  |
|---|---|---|---|---|
| 13. | 4/18/03 | The Presentation Group Invoice (Documents Produced to Plaintiff) | 37 | $144.25 |

**B. Trial Preparation**

| No. | Date | Description | Exhibit | Cost |
|---|---|---|---|---|
| 1. | 8/2/04 | The Presentation Group Invoice (Trial Exhibits) | 38 | $2,588.97 |
| 2. | 7/9/04-8/3/04 | Zagnoli McEvoy Foley LLC (Production of Demonstrative Exhibits) | 39 | $3,994.00 |
| 3. | 7/8/04-8/6/04 | Zagnoli McEvoy Foley LLC (Demonstrative Exhibit Graphic Development/Revisions) | 39 | $11,417.50 |
| 4. | 7/15/04 | CXA, Inc. (Copies of Trial Documents for Hyatt Corporate Office in Preparation for Trial) | 40 | $207.14 |

**Sub-total (for Photocopying Fees for Document Productions and Creation and Duplication of Trial Exhibits and Demonstrative Aids):**           **$24,686.33**

**V. Consultant Fees**

| No. | Date | Description | Exhibit | Cost |
|---|---|---|---|---|
| 1. | 7/9/04-8/5/04 | Zagnoli McEvoy Foley LLC | 39 | $7,956.25 |
| 2. | 4/1/04-5/31/04 | LECG, LLC | 41 | $3,639.75 |
| 3. | 8/1/04-8/19/04 | LECG, LLC | 42 | $695.00 |

**Sub-total (Consultant Fees):**           **$12,291.00**

## VI. Witness Fees

| # | Name | Attendance Fee (days in attendance x $40.00/day) | Airfare | Subsistence Allowances (days in attendance x $131.00/day) | Misc. Allowances (includes cab fare) | Exh. | Total |
|---|---|---|---|---|---|---|---|
| 1. | Douglas Patrick | $200.00 | $397.61 | $655.00 | $73.43 | 43 | $1,326.04 |
| 2. | Mark Henry | $200.00 | $121.41 | $655.00 | N/A | 44 | $976.41 |
| 3. | Bruce Small | $160.00 | $376.20 | $524.00 | $46.50 | 45 | $1,106.70 |
| 4. | David Berins | N/A (See Expert Witness Professional Fees) | $1370.70 | $262.00 | $40.00 | 46 | $1,672.70 |

**Sub-total (Witness Fees):    $5,081.85**

## VI. Totals

| | | |
|---|---|---:|
| I. | Sub-total (for Deposition Materials) | $11,474.26 |
| II. | Sub-total (for Official Court Transcripts) | $1,141.80 |
| III. | Sub-total (for Expert Witness Fees) | $29,089.94 |
| IV. | Sub-total (for Photocopying Fees for Document Productions and Creation and Duplication of Trial Exhibits and Demonstrative Aids) | $24,686.33 |
| V. | Sub-total (for Consultant Fees) | $12,291.00 |
| VI. | Sub-total (for Witness Fees) | $5,081.85 |
| | **Grand Total:** | **$83,765.18** |