# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**Barbara L. Hildebrandt,**
    **Plaintiff**

**-vs-**                     **Case No.   1:02-cv-3**

**Hyatt Corporation, et al.,**
    **Defendants**

# JUDGMENT

|  |  |  |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED that** Defendants are awarded costs in the amount of $27,751.63.


Date:   August 24, 2006                         James Bonini, Clerk


                                  By:  s/Mary C. Brown_____
                                      Mary C. Brown, Deputy Clerk