**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BARBARA LODER HILDEBRANDT, | : | |
| | : | |
| Plaintiff | : | |
| | : | CASE NO.  C-1-02-0003 |
| vs. | : | |
| | : | Judge Beckwith |
| HYATT CORPORATION, *et al.*, | : | Magistrate Judge Black |
| | : | |
| Defendants | : | |
| | : | |

**PLAINTIFF'S NOTICE OF SATISFACTION OF COSTS ORDER**

Now come counsel for Plaintiff Barbara Hildebrandt and submit this Notice

to the Court that Plaintiff, through counsel, satisfied this Court's Order to pay

costs by sending a check in the amount of $27,751.63 made out to Hyatt

Corporation, C/o Joel W. Rice, Fisher & Phillips, LLP, 140 South Dearborn

Street, Suite 1000, Chicago, IL 60603-5202.

Respectfully submitted,

s/Robert A. Steinberg
Stanley M. Chesley (0000852)
Robert A. Steinberg (0032932)
      (Trial Attorney)
**WAITE, SCHNEIDER, BAYLESS**
 **& CHESLEY CO., L.P.A.**
1513 Fourth and Vine Tower
Cincinnati, OH  45202
513-621-0267
bobsteinberg@wsbclaw.cc

and

Michael J. O'Hara (0014966)
**O'HARA, RUBERG, TAYLOR, SLOAN**
 **& SERGENT**
209 Thomas More Park, Suite C
P.O. Box 17411
Covington, Kentucky 41017-0411
(606) 331-2000
mohara@ortlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was served by electronic filing via the CM/ECF System to Joel W. Rice, Esq. this 13th day of November, 2006

s/Robert A. Steinberg
Robert A. Steinberg