***Office of the Clerk***
***United States District Court***
***103 Potter Stewart U.S. Courthouse***
***100 East Fifth Street***
***Cincinnati, Ohio  45202***
***513/564-7520***

November 13, 2007

To All Counsel


     *RE:   1:02-cv-3 Hildebrandt v Hyatt Hotels*


     As you are aware, the above captioned was affirmed on January 20, 2006. Therefore, should you choose to retrieve any depositions or trial exhibits filed on behalf of your client, please do so by November 26, 2007.  **Please call me to make arrangements**.  Any depositions not retrieved by this date will be discarded.


     Sincerely,


     s/Mary Brown
     Mary Brown
     Case Manager to Judge Beckwith

cc:  File